UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VISION INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> -- against -- <br><br> ACU PLASMOLD, INC., ABC COMPANIES 1-10 and XYZ CORPORATIONS 1-10, <br><br> Defendants. | Case No. 2:18-cv-6296 (ES) (CLW) <br><br> **STIPULATION AND ORDER REGARDING DISCOVERY** |

**THIS MATTER** having come before the Court for an in-person conference on **January 3, 2019**, and the parties having agreed to the deadlines set forth below, and for good cause shown,

IT IS on this _22_ day of _January_, 2019,

**ORDERED THAT:**

1. Plaintiff will provide supplemental responses to Defendant's First Set of Interrogatories and First Set of Requests for Production by January 23, 2019, which responses shall fully address the issues set forth in the letter dated November 16, 2018, from Defendant's counsel to Plaintiff's counsel.

2. Plaintiff will provide responses to Defendant's Second Set of Interrogatories and Second Set of Requests for Production by January 31, 2019.

3. The March 15, 2019, deadline for the completion of fact discovery remains unchanged.

*[signature]*
Mark S. Kaufman
Kaufman & Kahn, LLP
708 Third Avenue, 19th floor
New York, NY 10017
*Counsel for Defendant*
*ACU Plasmold, Inc.*

*[signature]*
Evelyn A. Donegan
Rubin, Kaplan & Associates
200 Centennial Ave., Suite 110
Piscataway, NJ 08854-3950
*Counsel for Plaintiff*
*Vision Industries Group, Inc.*

SO ORDERED:

*[signature]*

**HON. CATHY L. WALDOR**
**United States Magistrate Judge**