

Michael Cukor

**McGeary Cukor LLC**
7 Dumont Place
Morristown, New Jersey 07960
Direct: (973) 339-7367 Fax: (973) 200-4845
mcukor@mcgearycukor.com

January 20, 2022

Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

RE:     Vision Industries Group, Inc. v. ACU Plasmold, Inc.
          Case No.: 2:18-cv-06296-ES-CLW

Dear Judge Waldor:

We represent Plaintiff Vision Industries Group, Inc. ("Vision") in the above captioned matter and write to provide Your Honor with a copy of the email we received today from Mark Lanterman. Mr. Lanterman has requested that we bring this issue to Your Honor.

Mr. Lanterman is the "vendor" referred to in Your Honor's Order stating "the parties shall instruct the vendor to preserve all work and work product, and not distribute such work to any party, until the Court rules on the sanctions application." Dkt. 155.

As the attached chain of emails shows, despite the Court's Order stating "Defendant shall bear the cost for the imaging of Mr. Quachs computer" Defendant is not communicating with Mr. Lanterman regarding unpaid fees. Dkt. 132.
.

                                            Respectfully,

                                            Michael Cukor

cc: Counsel of record via ECF