**From: Mark Lanterman** mlanterman@compforensics.com
**Subject:** Re: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order
**Date:** January 20, 2022 at 2:50 PM
**To:** Evelyn Donegan edonegan@rkalaw.com
**Cc:** Edward Miller edmillerlaw@gmail.com, Michael Cukor mcukor@mcgearycukor.com

ML

Ms. Donegan and Mr. Cukor

I acknowledge this is not your issue, but given Mr. Miller's silence could I bother you for a status update on this matter?

I am receiving direction from my board to cease all services and destroy all property and data in our possession. I don't want to do this given the Court's order, but we can't continue to provide Mr. Miller and his client services for free. I have attempted to reach Mr. Miller several times without a response.

Would you mind bringing my concerns to the Court? If you are uncomfortable with my request, would you share contact information for the court with me?

Thank you.


Mark Lanterman
Chief Technology Officer
ComputerForensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

---

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Date:** Wednesday, January 5, 2022 at 1:15 PM
**To:** 'Edward Miller' <edmillerlaw@gmail.com>
**Cc:** 'Michael Cukor' <mcukor@mcgearycukor.com>, Evelyn Donegan <edonegan@rkalaw.com>
**Subject:** Re: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

Mr. Miller-

As you know, the Court has requested that CFS continues to preserve all data and work product. We cannot do this for free.

Do you intend to pay for these services or not?

I'd appreciate a response.

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Date:** Monday, January 3, 2022 at 3:21 PM
**To:** Evelyn Donegan <edonegan@rkalaw.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>, 'Michael Cukor' <mcukor@mcgearycukor.com>
**Subject:** Re: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

Mr. Miller-

In light of the Court's order can you please advise us whether you will be paying our invoices or not.

Mark Lanterman
Chief Technology Officer
ComputerForensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

**From:** Evelyn Donegan <edonegan@rkalaw.com>
**Sent:** Monday, January 3, 2022 1:17:43 PM
**To:** Mark Lanterman <mlanterman@compforensics.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>; 'Michael Cukor' <mcukor@mcgearycukor.com>
**Subject:** RE: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

Dear Mr. Lanterman, the judge's original order regarding costs to be paid by the defendant has not been changed by anything I am aware of. The Court asked in her text order below that her text order be sent to you and so I was complying with the judge's request. I do not know at this time when the judge will be ruling on the motion she mentions. In the event I obtain any further information form the Court, I will communicate it to you and all counsel. Thank you. Evelyn Donegan

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Sent:** Monday, January 3, 2022 2:01 PM
**To:** Evelyn Donegan <edonegan@rkalaw.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>; 'Michael Cukor' <mcukor@mcgearycukor.com>
**Subject:** Re: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

Ms. Donegan

Ms. Donegan,

Thank you for forwarding this to me. I will accept this as your instruction to me per the Court's order. Pursuant to our contract with Mr. Miller (see attached), this ongoing retention of data comes at a cost.

Can you please advise who is responsible for these ongoing charges of $1725 per month?

Thank you.

Mark Lanterman
Chief Technology Officer
ComputerForensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

---

**From:** Evelyn Donegan <edonegan@rkalaw.com>
**Date:** Monday, January 3, 2022 at 12:41 PM
**To:** Mark Lanterman <mlanterman@compforensics.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>, 'Michael Cukor' <mcukor@mcgearycukor.com>
**Subject:** FW: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

Dear Mr. Lanterman, please see Judge Waldor's order below regarding your work product. Evelyn Donegan

---

**From:** Rubin Kaplan & Associates <attys@rkalaw.com>
**Sent:** Monday, January 3, 2022 1:38 PM
**To:** Evelyn Donegan <edonegan@rkalaw.com>
**Subject:** FW: Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

**From:** njdefiling@njd.uscourts.gov [mailto:njdefiling@njd.uscourts.gov]
**Sent:** Monday, January 03, 2022 1:15 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 2:18-cv-06296-ES-CLW VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail

**box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 1/3/2022 at 1:14 PM EST and filed on 1/3/2022

| | |
|---|---|
| **Case Name:** | VISION INDUSTRIES GROUP, INC. v. ACU PLASMOLD, INC. |
| **Case Number:** | 2:18-cv-06296-ES-CLW |
| **Filer:** | |
| **Document Number:** | 155(No document attached) |

Docket Text:
**TEXT ORDER: The Court has reviewed the parties recent correspondence [ECF No. 153-54]. The parties shall instruct the vendor to preserve all work and work product, and not distribute such work to any party, until the Court rules on the sanctions application. Neither party shall contact the vendor ex parte. So Ordered by Magistrate Judge Cathy L. Waldor on 1/3/22. (tjg, )**

## 2:18-cv-06296-ES-CLW Notice has been electronically mailed to:

EVELYN A. DONEGAN     attys@rkalaw.com

MICHAEL CUKOR     mcukor@mcgearycukor.com, vmcgeary@mcgearycukor.com

YIMIN CHEN     chenattorney@yahoo.com, mindy@ymclaw.com

## 2:18-cv-06296-ES-CLW Notice has been sent by regular U.S. Mail:

Virus-free. www.avg.com