# LAW OFFICES OF CHEN & ASSOCIATES, P.C.
**COUNSELORS & ATTORNEYS AT LAW**

**Queens Office**
39-15 Main Street, Suite 502
Flushing, New York 11354
Tel: (718)886-1858/4858
Fax: (800) 490-0564

**Brooklyn Office**
6402 8th Avenue, Suite 604
Brooklyn, NY 11220
Tel: (347) 899-4777
Fax: (800) 490-0564
www.ymclaw.com
*Please direct all correspondence to our Queens Office*

\*\* Yimin Chen
mindy@ymclaw.com
♦*Edward W. Miller
EdMiller@ymclaw.com
Beini Zhang
betty@ymclaw.com
Binyue Xiao
*brianna@ymclaw.com

*Admitted in NY
\*\*Admitted in NY&NJ
♦ Of Counsel

January 26, 2022

**Hon. Cathy L. Waldor**
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

      RE: Vision Industries Group, Inc. v. ACU Plasmold, Inc.
         Case No.: 2:18-cv-06296-ES-CLW

Dear Judge Waldor:

  I represent the Defendant ACU Plasmold, Inc. in this case.

  In as much as at the present time Defendant is constrained by a court order not to engage in *ex parte* contacts with Computer Forensics Services ("CFS"), it is not possible to resolve this matter. As I stated in the phone conference, the verbal agreement between the attorneys did not extend to matters concerning costs. Neither of Plaintiff's attorneys denied this fact. It is essential for Defendant to communicate with CFS. Firstly, to determine what services are being charged for from the time of the last conversation and invoice, to the present (given that over $5,000.00 has been added to the balance in that time, despite the fact that no work was done on the case during that period.

1

Accordingly, we request the court to remove its order prohibiting *ex parte* communications with the expert.

Very Truly Yours,

/s/ Edward W. Miller
Edward W. Miller, Esq.

To: all counsels on record