AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __New Jersey__

| | |
|---|---|
| Vision Industries Group, Inc.<br>Plaintiff (s),<br>V.<br>ACU Plasmold, Inc.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:18-cv-06296-ES-CLW |

Notice is hereby given that, subject to approval by the court, __Defendant ACU Plasmold, Inc.__ substitutes
(Party (s) Name)

__Avram E. Frisch, Esq.__ , State Bar No. __025652006__ as counsel of record in
(Name of New Attorney)

place of __Mindy Chen/Law Offices of Chen and Associates LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Law Office of Avram E. Frisch Limited Liability Company |
| Address: | 1 University Plaza, Suite 119, Hackensack, NJ 07601 |
| Telephone: | (201) 289-5352       Facsimile  (866) 883-9690 |
| E-Mail (Optional): | frischa@avifrischlaw.com |

I consent to the above substitution.
Date: __July 19, 2023__

_Defendant ACU PLASMOLD INC_
_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: __July 20, 2023__

_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __July 20, 2023__

_Avram E. Frisch_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                   _____
                                                                                                   Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]