AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** New Jersey

Vision Industries Group, Inc.
                Plaintiff (s),
V.
ACU Plasmold, Inc.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:18-cv-06296-ES-CLW

Notice is hereby given that, subject to approval by the court, __Defendant ACU Plasmold, Inc.__ substitutes
(Party (s) Name)

__Avram E. Frisch, Esq.__ , State Bar No. __025652006__ as counsel of record in
(Name of New Attorney)

place of __Mindy Chen/Law Offices of Chen and Associates LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    The Law Office of Avram E. Frisch Limited Liability Company
    Address:    1 University Plaza, Suite 119, Hackensack, NJ 07601
    Telephone:    (201) 289-5352    Facsimile  (866) 883-9690
    E-Mail (Optional):    frischa@avifrischlaw.com

I consent to the above substitution.
Date: July 19, 2023
                Defendant ACU PLASMOLD INC
                (Signature of Party (s))

I consent to being substituted.
Date: July 20, 2023
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 20, 2023
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 26, 2023                s/ Cathy L. Waldor
                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]