

**From:** Michael Cukor mcukor@mcgearycukor.com
**Subject:** Fwd: Vision Industries v. ACU Plasmold
**Date:** August 1, 2023 at 4:38 PM
**To:** Vincent McGeary vmcgeary@mcgearycukor.com

> Begin forwarded message:
>
> **From:** Edward Miller <edmillerlaw@gmail.com>
> **Subject: Re: FW: Vision Industries v. ACU Plasmold**
> **Date:** August 1, 2023 at 4:26:54 PM EDT
> **To:** Mark Lanterman <mlanterman@compforensics.com>
> **Cc:** Avram Frisch <frischa@avifrischlaw.com>, Evelyn Donegan <edonegan@rkalaw.com>, Michael Cukor <mcukor@mcgearycukor.com>
>
> Dear Mr. Cukor and Ms. Donegan,
>
> You are not Mr Lanterman's collection attorneys and I suggest that you not get sucked into this.
>
> Edward Miller, Esq.
>
> On Tue, Aug 1, 2023, 3:22 PM Mark Lanterman <mlanterman@compforensics.com> wrote:
>
>> Mr. Cukor and Ms. Donegan-
>>
>> Could I bother you to bring Mr. Miller's email to the attention of the Court- "The judge is not your collection attorney." See below. The Court issued a text order requiring me to continue to store the case related data. Mr. Miller seems to think he is no longer responsible for charges under our contract. I should not be required to work for free and I seek guidance from the court.
>>
>> I have attached our invoice and our signed engagement agreement.
>>
>> I'm sorry to bother you with this, but Mr. Miller doesn't leave me with many options. If you are unable to assist, please let me know and I will contact the judge directly.
>>
>> Thank you.
>>
>> Mark
>>
>>
>> Mark Lanterman
>> Chief Technology Officer
>> ComputerForensic Services
>> 800 Hennepin Avenue, 5th Floor
>> Minneapolis, MN 55403

952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

**From:** Edward Miller <edmillerlaw@gmail.com>
**Date:** Tuesday, August 1, 2023 at 1:58 PM
**To:** Mark Lanterman <mlanterman@compforensics.com>
**Subject:** Re: Vision Industries v. ACU Plasmold

Mr Lanterman, a long time ago I made clear that I am no longer accepting liability for your services. If you feel that I owe you money, the proper recourse for you is to sue me for the money you feel I owe you. The judge is not your collection attorney.

On Tue, Aug 1, 2023, 2:34 PM Mark Lanterman <mlanterman@compforensics.com> wrote:

> You should have this information in your email, Ed.
>
> I have attached our invoice for storage from 12-1-21 through 7-1-23. I have also attached the contract you signed agreeing to pay for this service.
>
> Let me know when we can expect payment.
>
> Mark Lanterman
> Chief Technology Officer
> ComputerForensic Services
> 800 Hennepin Avenue, 5th Floor
> Minneapolis, MN 55403
> 952-924-9920 office
> mlanterman@compforensics.com
> www.compforensics.com

**From:** Edward Miller <edmillerlaw@gmail.com>
**Date:** Tuesday, August 1, 2023 at 1:28 PM
**To:** Mark Lanterman <mlanterman@compforensics.com>
**Cc:** Avram Frisch <frischa@avifrischlaw.com>, Evelyn Donegan <edonegan@rkalaw.com>, Michael Cukor <mcukor@mcgearycukor.com>
**Subject:** Re: Vision Industries v. ACU Plasmold

How much is it?

Ed Miller

On Tue, Aug 1, 2023, 1:45 PM Mark Lanterman <mlanterman@compforensics.com> wrote:

> Mr. Frisch- I've not seen a response from Mr. Miller, so I am attaching an invoice for the Court-ordered data storage.
>
> Mr. Miller and Mr. Frisch- please let me know when we can expect payment from your client or whether I need to contact the judge.
>
> Thank you.
>
> Mark Lanterman
> Chief Technology Officer
> ComputerForensic Services
> 800 Hennepin Avenue, 5th Floor
> Minneapolis, MN 55403
> 952-924-9920 office
> mlanterman@compforensics.com
> www.compforensics.com
>
> ---
>
> **From:** Avram Frisch <frischa@avifrischlaw.com>
> **Date:** Monday, July 31, 2023 at 10:30 AM
> **To:** Mark Lanterman <mlanterman@compforensics.com>, 'Edward Miller' <edmillerlaw@gmail.com>
> **Cc:** Evelyn Donegan <edonegan@rkalaw.com>, 'Michael Cukor' <mcukor@mcgearycukor.com>

**Subject:** Re: Vision Industries v. ACU Plasmold

Ed, please advise. I don't know anything about this but I am not accepting responsibility for it.

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

---

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Sent:** Monday, July 31, 2023 11:29:07 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; 'Edward Miller' <edmillerlaw@gmail.com>
**Cc:** Evelyn Donegan <edonegan@rkalaw.com>; 'Michael Cukor' <mcukor@mcgearycukor.com>
**Subject:** Re: Vision Industries v. ACU Plasmold

Mr. Frisch,

I am reaching out today to clarify some details related to the court-ordered data storage.

Mr. Miller indicated he is not paying for this court-ordered service. To ensure everything stays on track and in order, could you kindly confirm who will be responsible for settling this account - will it be Mr. Miller or yourself?

If there is any confusion or uncertainty about the matter, I am prepared to contact the Court for further guidance. Please do inform me if this step becomes necessary.

I appreciate your prompt attention to this matter. Thank you for your cooperation.

Best regards,

Mark Lanterman
Chief Technology Officer
ComputerForensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Date:** Thursday, July 20, 2023 at 4:54 PM
**To:** Evelyn Donegan <edonegan@rkalaw.com>, Mark Lanterman <mlanterman@compforensics.com>, 'Michael Cukor' <mcukor@mcgearycukor.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>
**Subject:** Re: Vision Industries v. ACU Plasmold

Mr. Miller will remain in the case.

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

**From:** Evelyn Donegan <edonegan@rkalaw.com>
**Sent:** Thursday, July 20, 2023 5:53:13 PM
**To:** 'Mark Lanterman' <mlanterman@compforensics.com>; 'Michael Cukor' <mcukor@mcgearycukor.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>; 'Yimin Chen' <mindy@ymclaw.com>; Avram Frisch <frischa@avifrischlaw.com>
**Subject:** RE: Vision Industries v. ACU Plasmold

Dear Mark, please see the attached substitution of attorney.  I have cc'd Mr.  Frisch on this email. I found his email address on the substitution of attorney.  Evelyn

**From:** Evelyn Donegan <edonegan@rkalaw.com>
**Sent:** Thursday, July 20, 2023 4:28 PM
**To:** 'Mark Lanterman' <mlanterman@compforensics.com>; 'Michael Cukor' <mcukor@mcgearycukor.com>
**Cc:** 'Edward Miller' <edmillerlaw@gmail.com>; 'Yimin Chen' <mindy@ymclaw.com>
**Subject:** RE: Vision Industries v. ACU Plasmold

Dear Mark, the case is still pending.   Please continue to maintain it.   We appreciate this.    I believe as of today there is new counsel instead of Ms. Chen and Mr. Miller, for ACU.   I will send you the new counsel's name.  Thank you, Evelyn Donegan

**From:** Mark Lanterman <mlanterman@compforensics.com>
**Sent:** Thursday, July 20, 2023 4:26 PM
**To:** Michael Cukor <mcukor@mcgearycukor.com>
**Cc:** Edward Miller <edmillerlaw@gmail.com>; Evelyn Donegan <edonegan@rkalaw.com>; Yimin Chen <mindy@ymclaw.com>
**Subject:** Vision Industries v. ACU Plasmold

All—

I am writing to respectfully request guidance about the data CFS maintains for the *Vision Industries v. ACU Plasmold* file. On January 25, 2022, Judge Waldor issued an order in the case. Since then, CFS has maintained the data that is the subject of that order.

I have attached a copy of CFS's engagement letter. On page two, continued hosting of the data is a service for which CFS charges. Shortly after Judge Waldor's order, Mr. Miller indicated that he will not pay CFS, and indeed he has not. CFS has been providing services, for free, for a year and a half. Could someone please let me know whether CFS may destroy this data, or alternatively, could someone request guidance from the Court related to this issue?

CFS will continue to comply with the Court's directives until then.

Thank you for your attention to this matter, and I recognize that it is not a usual situation. If you have any questions or concerns, please do not hesitate to contact me directly.

Mark

Mark Lanterman
Chief Technology Officer
ComputerForensic Services
800 Hennepin Avenue, 5th Floor
Minneapolis, MN 55403
952-924-9920 office
mlanterman@compforensics.com
www.compforensics.com

Michael Cukor
**McGeary Cukor LLC**
150 Morristown Road
Suite 205
Bernardsville NJ 07924
(973) 339-7367 Direct
(973) 200-4845 Fax
mcukor@mcgearycukor.com
www.mcgearycukor.com

Notice
The contents of this message, together with any attachments, may contain information that is attorney work product,

legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail