**RUBIN, KAPLAN & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
200 CENTENNIAL AVENUE
SUITE 110
PISCATAWAY, NJ 08854-3950

(732) 463-7511
FAX: (732) 463-7648
E-MAIL: attys@rkalaw.com
WEBSITE: www.rkalaw.com

September 8, 2023

Via E-filing
Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

     Re:    <u>Vision Industries v. ACU Plasmold</u>
            Case No.: 2:18-cv-06296-ES-CLW

Dear Judge Waldor:

     We have received Messrs. Miller and Frisch's letter dated September 6, 2023, which we received via e filing on September 7, 2023

     We would be agreeable to Mr. Frisch's proposal in his letter of September 6 regarding each party receiving a copy of the data from Mr. Lanterman and no party challenging authenticity, and we would add, chain of custody, and reserving all other objections. Mr. Miller and Mr. Frisch should contact Mr. Lanterman to arrange for the copies. We will need a stipulation to be signed by counsel regarding the waiver of those two objections and the reservation of others.

     Respectfully,

     *Evelyn Donegan*
     Evelyn A. Donegan, Esq.
     ID 040481983

     Michael Cukor, Esq.

     Attorneys for Plaintiff
     Vision Industries Group, Inc.

EAD/tmb