## RUBIN, KAPLAN & ASSOCIATES
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
200 CENTENNIAL AVENUE
SUITE 110
PISCATAWAY, NJ 08854-3950

(732) 463-7511
FAX: (732) 463-7648
E-MAIL: attys@rkalaw.com
WEBSITE: www.rkalaw.com

September 15, 2023

Via E-filing
Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

    Re:    <u>Vision Industries v. ACU Plasmold</u>
            Case No.: 2:18-cv-06296-ES-CLW

Dear Judge Waldor:

    Pursuant to your Honor's text order of September 11, 2023 to prepare a stipulation, I did so and forwarded it to counsel for ACU Plasmold about noon today. I was involved in a lengthy Order to Show Cause this week and when I did not see any draft from other counsel, I prepared one this morning. I have not received any feedback as yet, but Roshashana starts today and it may be that I will not hear back. Though not meaning to speak on my adversary's behalf, I wanted the Court to know the status and why there may be no filed version today. I will follow up on Monday. I thank the Court for its courtesies.

                      Respectfully,

                      Evelyn A. Donegan, Esq.
                      ID 040481983

                      Michael Cukor, Esq.

                      Attorneys for Plaintiff
                      Vision Industries Group, Inc.

EAD/tmb