**RUBIN, KAPLAN & ASSOCIATES**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
200 CENTENNIAL AVENUE
SUITE 110
PISCATAWAY, NJ 08854-3950

(732) 463-7511
FAX: (732) 463-7648
E-MAIL: attys@rkalaw.com
WEBSITE: www.rkalaw.com

September 19, 2023

Via E-filing
Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

      Re:    <u>Vision Industries v. ACU Plasmold</u>
              Case No.:  2:18-cv-06296-ES-CLW

Dear Judge Waldor:

     Kindly accept this as a follow up to Your Honor's text order of September 11, 2023 regarding the continued retention of the CFS data held by Mr. Lanterman's company. Dkt. 208. Pursuant to Your Honor's direction, Vision sent a proposed stipulation to counsel for ACU. Exhibit A.

     ACU counsel, Avram Frisch responded on September 15 stating "I saw the stip and I am fine with it but waiting on Ed."

     ACU counsel, Ed Miller responded on September 18 stating:

> I am trying a case in New York Supreme that was not expected to go forward. I want to draft a stipulation that will provide some context for the data. I may be busy into next week. Can you wait? Should we inform the court?

Since I committed to following up with the Court, the above information is provided so the Court has all of the information in Vision's possession regarding this issue.

Vision believes the proposed Order attached as Exhibit 1 is appropriate for entry.

Respectfully,

Evelyn A. Donegan, Esq.

Michael Cukor, Esq.

EAD/tmb
Enc.