# EDWARD W. MILLER

Attorney at Law
821 Franklin Avenue, Suite 209
Garden City, New York 11530

_____
(917) 770-9016
EdMillerLaw@gmail.com

September 24, 2023

Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

        **RE:**    **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
                  **Case No.: 2:18-cv-06296-ES-CLW**

Dear Judge Waldor:

      This letter is written on behalf of Defendant ACU Plasmold, Inc. in response to your September 20, 2023 Order.

      Defendant submits the attached proposed Stipulation. Defendant's proposed Stipulation adds a paragraph to Plaintiff's proposed Stipulation. That paragraph identifies the data, without which it would be inadmissible.

                                        Respectfully submitted,

                                        /s/ Edward Miller