UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VISION INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> -- against -- <br><br> ACU PLASMOLD, INC., ABC COMPANIES 1-10 and XYZ CORPORATIONS 1-10, <br><br> Defendants. | Case No. 2:18-cv-6296 (ES) (CLW) <br><br> **STIPULATIONS AND [PROPOSED] ORDER REGARDING QUACH COMPUTER IMAGING** |

**THIS MATTER** having come before the Court for an by way of text order of September **11,** 2023, and the parties having agreed to the stipulations set forth below, and for good cause shown,

**IT IS** on this ___ day of _____, 2023, hereby stipulated

**AS FOLLOWS:**

1. Defendant shall arrange for Computer Forensics Services LLC to produce copies of all the imaging he performed in regard to Mr. John Quach's computer to both the Plaintiff and the Defendant; and it is further stipulated that

2. In the event that Plaintiff Vision Industries Group, Inc. offers the contents of Mr. Quach's computer into evidence at trial, both parties have waived the right to object on the grounds of authenticity and/or chain of custody.

3. In the event that Plaintiff Vision Industries Group, Inc. offers the contents of Mr. Quach's computer into evidence at trial, both parties stipulate to the facts related to the data recovered by Computer Forensics Services LLC from the computers belonging to John Quach, as set forth in Mr. Lanterman's letter filed by Plaintiff Vision Industries Group,

     Inc. in this case as docket number 166.

4. All other objections are preserved by both parties.

_____           _____
Edward Miller, Esq.                                         Michael Cukor, Esq.

| | |
|---|---|
| Avram E. Frisch LLC<br>1 University Plaza, Suite 119<br>Hackensack, NJ 07601<br>*Counsel for Defendant*<br>*ACU Plasrnold, Inc.* | Michael Cucor<br>Rubin, Kaplan & Associates<br>200 Centennial Ave., Suite 110<br>Piscataway, NJ  08854-3950<br>*Counsel for Plaintiff*<br>*Vision Industries Group, Inc.* |

SO ORDERED:

_____

**HON. CATHY L. WALDOR**
**United States Magistrate Judge.**