UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| VISION INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> -- against -- <br><br> ACU PLASMOLD, INC., ABC COMPANIES 1-10 and XYZ CORPORATIONS 1-10, <br><br> Defendants. | Case No. 2:18-cv-6296 (ES) (CLW) <br><br> **ORDER REGARDING QUACH COMPUTER IMAGING** |

**THIS MATTER** having come before the Court for an by way of text order of September 11, 2023, and the parties having agreed to the stipulations set forth below, and for good cause shown,

**IT IS** on this 29th___day of September 2023, hereby ordered

**AS FOLLOWS:**

1. Defendant shall arrange for Mr. Lanterman to produce copies of all the imaging he performed in regard to Mr. Quach's computer to both the Plaintiff and the Defendant; and it is further ordered that

2. In the event that either side offers the contents of Mr. Quach's computer in evidence at trial, both parties have waived the right to object on the grounds of authenticity and/or chain of custody.

3. All other objections are preserved to both parties.

<i>s/ Cathy L. Waldor</i><br>
Cathy L. Waldor, U.S.M.J.