# EDWARD W. MILLER

Attorney at Law
821 Franklin Avenue, Suite 209
Garden City, New York 11530

_____
(516) 493-9780
Fax: (516) 280-7376

October 31, 2023

Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

                    **RE:**    **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
                               **Case No.: 2:18-cv-06296-ES-CLW**

Dear Judge Waldor:

     We represent the Defendant in this matter.  We had trouble with access to our ECF today and have asked opposing counsel to file this letter for us.  This letter is to request an extension of time for submission of the joint final pretrial order due five days before the November 7, 2023 conference set in this case by order Doc. No. 195.

     We request an extension until November 3, 2023.  Plaintiff has shared a proposed Draft Joint Final Pretrial Order and Defendant needs until tomorrow evening to prepare Defendant's sections and until Friday to meet and confer.  Plaintiff does not oppose the request but is ready to share its Draft Joint Final Pretrial Order with the Court if it is requested.

                                 Very Truly Yours,

                               /s/ Edward W. Miller_____
                               Edward W. Miller, Esq.

1