# EDWARD W. MILLER

Attorney at Law
821 Franklin Avenue, Suite 209
Garden City, New York 11530

_____

(516) 493-9780
Fax: (516) 280-7376

November 3, 2023

Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

        **RE:**    **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
                 **Case No.: 2:18-cv-06296-ES-CLW**

Dear Judge Waldor:

     We represent the Defendant in this matter. This letter is to request an extension of time for submission of the joint final pretrial order due five days before the November 7, 2023 conference set in this case by order Doc. No. 195.

     We request an extension until November 6, 2023. Plaintiff and Defendant have been working diligently on the Stipulated Facts. However, I need more time to complete the joint pretrial order. Plaintiff does not oppose the request

                                                Very Truly Yours,

                                                /s/ Edward W. Miller_____
                                                Edward W. Miller, Esq.