# EXHIBIT 2

| Name | Extension | Size |
|------|-----------|------|
| 2021 CDW customer statement  01-26-21.pdf | pdf | 1.36 MB |
| QBTempBackup.tmp | tmp | 22.84 MB |
| GS Window Profiles.pdf | pdf | 476.19 KB |
| GS XX Sliding and Double Hung Tilt Windows Profiles.pdf | pdf | 327.93 KB |
| GX & GS Swing Door Profiles.pdf | pdf | 340.58 KB |
| GX Window Profiles.pdf | pdf | 474.41 KB |
| IM Windows Profiles .pdf | pdf | 359.68 KB |
| IM,GX Patio Door Profiles.pdf | pdf | 379.70 KB |
| P-IM8001 å†²å^€.pdf | pdf | 234.21 KB |
| P-IM8001.pdf | pdf | 3.36 MB |
| P-IM8007.pdf | pdf | 1.31 MB |
| P-IM8007å†²å^€.pdf | pdf | 275.31 KB |
| Quote _51721_from_VALUE_WHOLESALER_INC._10772.pdf | pdf | 56.15 KB |
| Quote _51722_from_VALUE_WHOLESALER_INC._10772.pdf | pdf | 60.82 KB |
| Quote _51723_from_VALUE_WHOLESALER_INC._10772.pdf | pdf | 68.49 KB |
| Quote 210908 YDW  09-08-21.pdf | pdf | 63.54 KB |
| QUOTE_~3.PDF | | n/a |
| 2010 catalogue a (3).pdf | pdf | 4.05 MB |
| ACU HG-13 Stainless Steel C-R-81 Lbs - 18.88 inch Wide-LR 904-14 cert.pdf | pdf | 144.31 KB |
| ACU Plasmold AAMA 901-10 Elite-04 cert (2).pdf | pdf | 134.56 KB |
| ACU Plasmold Elite-02 901-16 cert.pdf | pdf | 135.34 KB |
| QuickBooksAutoDataRecovery | | 0.06 KB |
| ACU July thru Oct 2009.RESTORE.QBW.ADR | adr | 33.07 MB |
| ACU July thru Oct 2009.RESTORE.QBW.TLG.ADR | adr | 4.05 MB |
| 2017 ACU Hardware USA Inc Sales Invoices.pdf | pdf | 5.37 MB |
| Invoice ACU191202  (CRL PO-1312571) 12-03-19.pdf | pdf | 583.30 KB |
| 2017 OEi invoices | | 0.06 KB |
| OEIOI1608241.pdf | pdf | 182.81 KB |
| OEIOI1700193.pdf | pdf | 112.21 KB |
| OEIOI1701040.pdf | pdf | 112.13 KB |
| OEIOI1702145.pdf | pdf | 112.15 KB |
| OEIOI1703366.pdf | pdf | 112.11 KB |
| OEIOI1704937.pdf | pdf | 112.10 KB |
| OEIOI1706304.pdf | pdf | 112.17 KB |

| | | |
|---|---|---|
| OEIOI1706927.pdf | pdf | 112.11 KB |
| OEIOI1708485.pdf | pdf | 112.12 KB |
| OEIOI1709565.pdf | pdf | 112.09 KB |
| OEIOI1800258.pdf | pdf | 111.99 KB |
| OEIOI1801248.pdf | pdf | 112.11 KB |
| OEIOI1805825.pdf | pdf | 112.24 KB |
| OEIOI1807014.pdf | pdf | 112.03 KB |
| OEIOI1809436.pdf | pdf | 169.77 KB |
| OEIOI1810204.pdf | pdf | 169.10 KB |
| OEIOI1810680.pdf | pdf | 112.20 KB |
| 2018 OEI invoices | | 0.06 KB |
| ACU VN0027 FA report.pdf | pdf | 211.77 KB |
| Mom death certificate.pdf | pdf | 23.96 MB |
| OEI invoice  AZ-181115-004.pdf | pdf | 425.00 KB |
| US custom duty AZ-181220-005.pdf | pdf | 403.67 KB |
| VN0027 REJECT explanation.pdf | pdf | 65.95 KB |
| VN0027 REJECT explantion.pdf | pdf | 65.95 KB |
| 2019 December financial statements | | 0.06 KB |
| 2019 Dec ACU Hardware check images.pdf | pdf | 0.03 KB |
| 2019 Dec ACU Hardware checking statement.pdf | pdf | 50.57 KB |
| 2019 Dec ACU Hardware deposit 1 of 2.pdf | pdf | 58.13 KB |
| 2019 Dec ACU Hardware deposit 2 of 2.pdf | pdf | 58.13 KB |
| 2019 Dec F & M bank card statement.pdf | pdf | 2.58 MB |
| 2019 December customers payments and sales invoices.pdf | pdf | 6.41 MB |
| 2020 Jan. CDW check 85706 $2,164.60  iinv. ACU180403  3 of 502032020.pdf | pdf | 654.81 KB |
| 2020 Jan. YDW ck 16319 $2,164.60  iinv. ACU191212-5  02-03-20.pdf.pdf | pdf | 1.26 MB |
| Invoice ACU180403 (CDW PO-1240-02 acu)  4-3-18..pdf | pdf | 663.80 KB |
| 2019 OEI invoices | | 0.06 KB |
| invoice_01.pdf | pdf | 73.55 KB |
| OEI invoice AZ-190227-001.pdf | pdf | 425.41 KB |
| OEI invoice AZ-190314-002.pdf | pdf | 411.83 KB |
| OEI invoice AZ-190531-004.pdf | pdf | 431.10 KB |
| OEI invoice AZ-190625-005.pdf | pdf | 424.28 KB |
| OEI invoice AZ-190910-006.pdf | pdf | 369.68 KB |
| OEi invoice AZ_190422-003.pdf | pdf | 373.05 KB |

| File | Type | Size |
|---|---|---|
| US custom duty AZ-190314-002.pdf | pdf | 405.02 KB |
| US custom duty AZ-190531-004.pdf | pdf | 423.39 KB |
| US custom duty AZ-190625-005.pdf | pdf | 424.06 KB |
| 2020 fianancial | | 0.06 KB |
| 2018 2019 IRS payment receipts12082020.pdf | pdf | 860.73 KB |
| 2018 2019 personal tax IRS  payment receipt 11232020.pdf | pdf | 863.97 KB |
| 2018 2019 personal tax IRS  payment receipt 11232020_0001.pdf | pdf | 863.97 KB |
| 2018 ACU USA 1120-C12232020.pdf | pdf | 1.10 MB |
| 2019 ACU Hardware check images.pdf | pdf | 265.71 KB |
| 2019 ACU hardware checks images.pdf | pdf | 86.90 KB |
| 2019 Dec ACU Hardware checking statement.pdf | pdf | 50.57 KB |
| 2019 Dec ACU Hardware deposit 1 of 2.pdf | pdf | 58.13 KB |
| 2019 Dec ACU Hardware deposit 2 of 2.pdf | pdf | 58.13 KB |
| 2019 Dec ACU Hardware deposit 2 of 2.pdf | n/a | |
| 2019 Dec F & M bank card statement.pdf | pdf | 2.58 MB |
| 2019 December customers payments and sales invoices.pdf | pdf | 6.41 MB |
| 2019 November Quickbooks receipt.pdf | pdf | 235.71 KB |
| 2019 Novemer Lenovo laptop receipt.pdf | pdf | 654.45 KB |
| 2020  10-29-20 wire transfer $1655 to accountant.pdf | pdf | 752.85 KB |
| 2020 ACU Hardware deposit 2 of 2.pdf | pdf | 63.20 KB |
| 2020 ACU Hardware deposit 2 of 2.pdf | n/a | |
| 2020 April ACU Hardware checking statement.pdf | pdf | 49.66 KB |
| 2020 April ACU Hardware checks images.pdf | pdf | 212.26 KB |
| 2020 April ACU Hardware deposit slip 1 of 2.pdf | pdf | 116.97 KB |
| 2020 April ACU Hardware deposit slip 2 of 2.pdf | pdf | 119.10 KB |
| 2020 April customers payments and sales invoices05182020.pdf | pdf | 8.11 MB |
| 2020 April F and M bank card statement.pdf | pdf | 2.41 MB |
| 2020 August ACU Hardware checking statement10282020.pdf | pdf | 1.95 MB |
| 2020 August ACU Hardware checking statement10282020_0001.pdf | pdf | 1.95 MB |
| 2020 August ACU Hardware customer payment and corresponding sales invoice10282020.pdf | pdf | 1.76 MB |
| 2020 August ACU Hardware sales invoices10282020.pdf | n/a | |
| 2020 August ACU Hardware sales invoices10282020.pdf | pdf | 835.87 KB |
| 2020 August F and M bank card statement.pdf | n/a | |
| 2020 August F and M bank card statement.pdf | pdf | 2.76 MB |
| 2020 December 28 wire transfer to Vendor ACU Canada12282020.pdf | n/a | |

| | | |
|---|---|---|
| 2020 December 28 wire transfer to Vendor ACU Canada12282020.pdf | pdf | 666.93 KB |
| 2020 December account receiables.pdf | pdf | 2.17 MB |
| 2020 December ACU-Hardware USA checking statement.pdf | pdf | 50.83 KB |
| 2020 December ACU Hardware bank statement.pdf | pdf | 1.56 MB |
| 2020 December ACU Hardware USA checks images.asp | asp | 0.03 KB |
| 2020 December F and M bank card statement.pdf | pdf | 354.20 KB |
| 2020 December payments received from customers01042021.pdf | pdf | 11.35 MB |
| 2020 December sales invoices.pdf | pdf | 2.31 MB |
| 2020 Feb ACU Hardware checks images.asp | asp | 0.03 KB |
| 2020 Feb ACU Hardware deposit 1 of 2.pdf | pdf | 57.49 KB |
| 2020 Feb ACU Hardware deposit 2 of 2.pdf | pdf | 57.67 KB |
| 2020 Feb ACU Hardware deposit 2 of 2.pdf | | n/a |
| 2020 Feb ACU Hardware USA checking statement.pdf | pdf | 49.54 KB |
| 2020 Feb customer payment check stubs 03202020.pdf | pdf | 2.82 MB |
| 2020 Feb F and M bank card statement03202020.pdf | pdf | 2.64 MB |
| 2020 Jan ACU Hardware checking statements.pdf | pdf | 50.59 KB |
| 2020 Jan ACu Hardware checks images.pdf | pdf | 40.96 KB |
| 2020 Jan ACU Hardware deposit 1 of 2.pdf | pdf | 51.58 KB |
| 2020 Jan F & M bank card statement.pdf | pdf | 2.49 MB |
| 2020 Jan. CDW check 85706 $2,164.60 inv. ACU180403 3 of 5.pdf | pdf | 654.81 KB |
| 2020 Jan. YDW ck 16319 $2,164.60 inv. ACU191212-5.pdf | pdf | 1.26 MB |
| 2020 July ACU Hardware checking statement.pdf | pdf | 49.50 KB |
| 2020 July ACU Hardware checks images.pdf | pdf | 85.49 KB |
| 2020 July ACU Hardware deposit slip.pdf | | n/a |
| 2020 July ACU Hardware deposit slip.pdf | pdf | 58.30 KB |
| 2020 July F and M bank card statement 08262020.pdf | pdf | 1.43 MB |
| 2020 July F and M bank card statement 08262020.pdf | | n/a |
| 2020 July F and M bank card statement 08312020.pdf | pdf | 1.45 MB |
| 2020 July F and M bank card statement 08312020_0001.pdf | pdf | 1.45 MB |
| 2020 July sales invoices and payments stubs08312020.pdf | pdf | 5.23 MB |
| 2020 June ACU Hardware customers paym and correspomnding sales invoices10282020.pdf | pdf | 6.18 MB |
| 2020 June ACU Hardware sales invoice10282020.pdf | pdf | 303.05 KB |
| 2020 June ACU Hardware USA bank statement10282020.pdf | pdf | 3.61 MB |
| 2020 March ACU Hardware checking statement.pdf | pdf | 50.59 KB |
| 2020 March ACU Hardware checks images.asp | asp | 0.03 KB |

| | | |
|---|---|---|
| 2020 March ACU Hardware deposit slip.pdf | pdf | 59.93 KB |
| 2020 March ACU Hardware USA checks images.pdf | pdf | 59.10 KB |
| 2020 March ACU Hardware USA checks images.pdf | | n/a |
| 2020 March ACU USA  F & M bank card statement.pdf | pdf | 2.66 MB |
| 2020 March ACU USA Sales and financail statements.pdf | pdf | 5.38 MB |
| 2020 March customer payment slips and corresponding  paid invoices05032020.pdf | pdf | 2.37 MB |
| 2020 May ACU USA checking account statement.pdf | pdf | 49.57 KB |
| 2020 May ACU USA checking statement.pdf | pdf | 51.05 KB |
| 2020 May ACU USA deposit 1 of 3.pdf | pdf | 112.25 KB |
| 2020 may ACU USA deposit 2 of 3.pdf | pdf | 114.43 KB |
| 2020 May ACU USA deposit 3 of 3.pdf | pdf | 117.70 KB |
| 2020 November financial statements ACU USA.pdf | pdf | 1.65 MB |
| 2020 October F and M bank card statement  12042020.pdf | pdf | 2.28 MB |
| 2020 October sales invoice and payments receipt12042020.pdf | pdf | 2.45 MB |
| 2020 October US Metro bank checking statement 12042020.pdf | pdf | 2.27 MB |
| 2020 Sept ACU Hardware checking statement10282020.pdf | pdf | 2.35 MB |
| 2020 Sept ACU Hardware customer payment and correspoding sales invoices10282020.pdf | pdf | 2.38 MB |
| 2020 Sept ACU Hardware sales invoices10282020.pdf | pdf | 879.85 KB |
| 202010~1.PDF | | n/a |
| 2020JA~2.PDF | | n/a |
| 20210106.zip - ZIP Extractor_files | | 0.06 KB |
| 299200676-idpiframe.js.download | download | 75.62 KB |
| api.js.download | download | 12.52 KB |
| bootloader-4-25-min.js.download | download | 18.99 KB |
| cb=gapi.loaded_0 | loaded_0 | 104.39 KB |
| core-4-25-min.js.download | download | 225.45 KB |
| create_64.png | png | 0.18 KB |
| drive-add.svg | svg | 0.42 KB |
| drive-logo.svg | svg | 0.72 KB |
| drive-main.svg | svg | 0.35 KB |
| f.txt | txt | 135.66 KB |
| gmail-logo.svg | svg | 5.19 KB |
| js | <missing?> | 98.74 KB |
| lib-zip-8-min.js.download | download | 23.81 KB |
| photo.jpg | jpg | 0.60 KB |

| File | Type | Size |
|---|---|---|
| spinner-44.gif | gif | 42.23 KB |
| styles-main-4-25-min.css | css | 26.52 KB |
| zip.png | png | 10.78 KB |
| 20811C~1.PDF | | n/a |
| 210922AA.LOG | | n/a |
| 210922AA.LOG | log | 4.27 MB |
| 2nd payment to Remato for 2017 2018 2019 12302020.pdf | pdf | 647.33 KB |
| ACU Hardware usa, Inc. (Backup Dec 23,2020  10 46 AM).QBB | qbb | 8.99 MB |
| ACU July thru Oct 2009.RESTORE (Backup May 04,2020  07 03 PM).QBB | qbb | 21.62 MB |
| ACU July thru Oct 2009.RESTORE.ND | nd | 0.43 KB |
| ACU July thru Oct 2009.RESTORE.QBW | qbw | 33.58 MB |
| ACU July thru Oct 2009.RESTORE.QBW.DSN | dsn | 0.39 KB |
| ACU July thru Oct 2009.RESTORE.QBW.ND | nd | 0.38 KB |
| ACU July thru Oct 2009.RESTORE.QBW.SearchIndex | | 0.06 KB |
| _4.cfs | cfs | 975.35 KB |
| _4.cfx | cfx | 1.75 MB |
| _5.cfs | cfs | 198.08 KB |
| _5.cfx | cfx | 372.90 KB |
| segments_6 | <missing?> | 0.20 KB |
| segments_7 | <missing?> | 0.20 KB |
| SuggestionIndex | | 0.06 KB |
| _4.cfs | cfs | 123.33 KB |
| _4.cfx | cfx | 181.84 KB |
| _5.cfs | cfs | 36.79 KB |
| _5.cfx | cfx | 50.91 KB |
| segments_6 | <missing?> | 0.20 KB |
| segments_7 | <missing?> | 0.20 KB |
| ACU July thru Oct 2009.RESTORE.QBW.TLG | tlg | 327.68 KB |
| ACU USA backup file | | 0.38 KB |
| 20201208 | <missing?> | 22.70 MB |
| QBTempBackup.tmp | tmp | 22.84 MB |
| ACUJUL~1.TLG | | n/a |
| CDWL check 87280  12-21-2012212020.pdf | pdf | 546.15 KB |
| CRL 5-19-20 POD.pdf | pdf | 1.56 MB |
| CRL check 0135 invoice ACU200701-A 10012020.pdf | pdf | 538.83 KB |

| | | |
|---|---|---|
| CRL check 0148  12-21-2012212020.pdf | pdf | 558.40 KB |
| CRL check 104120 amount $25972.0009042020.pdf | pdf | 1.44 MB |
| CRL check 104986  10-09-2010092020.pdf | pdf | 1.47 MB |
| CRL check 106369  12-21-2012212020.pdf | pdf | 1.48 MB |
| CRL payment check #099640  amount $10,465.62.pdf | pdf | 582.30 KB |
| CRLPAY~1.PDF | | n/a |
| Dr Clean 500ml Product sheet-Wholesale (1).pdf | pdf | 5.61 MB |
| Dr Clean 500ml Product sheet-Wholesale.pdf | pdf | 5.61 MB |
| EIN (CP 575 A Notice) (1) (1).pdf | pdf | 16.00 KB |
| F and M bank card statement  August 202010272020.pdf | pdf | 1.53 MB |
| F and M bank card statement  July 202010272020.pdf | pdf | 1.53 MB |
| F and M bank card statement  June 202010272020.pdf | pdf | 1.73 MB |
| F and M bank card statement  Sept 202010272020.pdf | pdf | 2.67 MB |
| FANDMB~3.PDF | | n/a |
| highander bought for $ 33534.86 bought on 1-10-2011011012020.pdf | pdf | 1.90 MB |
| highander bought for $ 33534.86 bought on 1-10-2011011012020_0001.pdf | pdf | 1.90 MB |
| idme-recovery-code-2020-10-01.pdf | pdf | 3.00 KB |
| invoice ACU200701 2nd half tooling  CRL PO-100175539  08-31-20.pdf | pdf | 274.69 KB |
| IWC check 16088  01-09-20.pdf.pdf | pdf | 1.29 MB |
| meeting CRL 6-16-20.odt | odt | 13.49 KB |
| NeIRS efile authorization tax year 201912152020.pdf | | n/a |
| NeIRS efile authorization tax year 201912152020.pdf | pdf | 768.36 KB |
| NEIRSE~1.PDF | | n/a |
| New folder | | 0.06 KB |
| 2017 John and Linda Quach FEDERAL tax return docs.pdf | pdf | 1.61 MB |
| 2017 Linda John and Matthew tax return  part I.pdf | pdf | 5.58 MB |
| 2017 Linda John and Matthew tax return part II04182020.pdf | pdf | 5.25 MB |
| 2018 John and Linda Quach tax return docs 04182020.pdf | pdf | 2.33 MB |
| 2018 Matthew Quach tax return docs 04182020.pdf | pdf | 1.38 MB |
| 2019 John and Linda Quach tax return docs 04182020.pdf | pdf | 2.54 MB |
| 2019 Matthew Quach tax return docs 04182020.pdf | pdf | 1.18 MB |
| POD  PO-1350305  CRL  9-9-2009152020.pdf | pdf | 391.31 KB |
| POD_PO-1339051_CRI__03-06-20.pdf | pdf | 1.48 MB |
| QBTempBackup.tmp | tmp | 22.84 MB |
| QuickBooksAutoDataRecovery | | 0.06 KB |

| File | Type | Size |
|------|------|------|
| ACU July thru Oct 2009.RESTORE.QBW.ADR | adr | 33.06 MB |
| ACU July thru Oct 2009.RESTORE.QBW.ADR.old | old | 33.07 MB |
| ACU July thru Oct 2009.RESTORE.QBW.TLG.ADR | adr | 4.20 MB |
| ACU July thru Oct 2009.RESTORE.QBW.TLG.ADR.old | old | 4.05 MB |
| Restored_ACU July thru Oct 2009.RESTORE_Files | | 0.06 KB |
| HowToRestoreExternalFiles.txt | txt | 3.98 KB |
| Letters_Templates | | 0.06 KB |
| Collection Letters | | 0.06 KB |
| Customer Letters | | 0.06 KB |
| Employee Letters | | 0.06 KB |
| Estimate Letters | | 0.06 KB |
| Invoice Letters | | 0.06 KB |
| Other Names Letters | | 0.30 KB |
| Vendor Letters | | 0.06 KB |
| QBPrint.qbp | qbp | 18.99 KB |
| Sample Tooling Po #100164576  05-01-20.pdf | | n/a |
| Sample Tooling Po #100164576  05-01-20.pdf | pdf | 236.05 KB |
| SAMPLE~1.PDF | | n/a |
| WIRE TRANSFER $60000 to ACU Canada  12-28-20.pdf | pdf | 110.13 KB |
| Wire Transfer Request (fill-able) (3).pdf | pdf | 110.13 KB |
| wiring $20000 to ACU Canada 9-17-2009172020.pdf | pdf | 645.59 KB |
| wiring record amount $30000  06-15-2020.pdf | pdf | 112.58 KB |
| wiring transfer $20000  9-16-20.pdf | pdf | 112.39 KB |
| wiring_transfer_$20000__9-16-20.pdf | pdf | 150.77 KB |
| 2020 ocean shipment log | | 0.06 KB |
| .~lock.Factory commercial Invoice AZ-200907-006.xls# | xls# | 0.11 KB |
| .~lock.Factory commerical invoice AZ-200629-004.xls# | xls# | 0.11 KB |
| .~lock.Factory packing list AJ-200629-004 Rev..xls# | xls# | 0.11 KB |
| .~lock.Factory packing list AJ-200629-004.xls# | xls# | 0.11 KB |
| .~lock.Factory packing list AZ-200731-005.xls# | xls# | 0.11 KB |
| .~lock.Factory packing list AZ-200907-006.xls# | xls# | 0.11 KB |
| .~lock.parking PO-255908  pallet 1-2-3  YDW  9-1-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.Vision  2020 shipments.xls# | xls# | 0.11 KB |
| .~lock.Vision 2019 shipments.xlsx# | xlsx# | 0.11 KB |
| 10+2 FORM  shipment #AZ-200412-002  04-12-20.xls | xls | 23.04 KB |

| | | |
|---|---|---|
| 10+2 FORM  shipment #AZ-200429-003  05-08-20.xls | xls | 23.04 KB |
| 10+2 FORM  shipment #AZ-200629-004.xls | xls | 23.04 KB |
| 10+2 FORM  shipment #AZ-200629-004.xls | | n/a |
| 20200731æµ·è¿  USA - å‰ æœ¬(1).xls | xls | 10.75 KB |
| Arrival Notice - Shipment AZ-200529-003.PDF | pdf | 89.69 KB |
| Bill of lading AZ-200407-002.pdf | pdf | 118.05 KB |
| Bill of lading AZ-200429-003  05-08-20.pdf | pdf | 118.07 KB |
| bill of lading AZ-200429-003.pdf | pdf | 118.07 KB |
| bill of lading AZ-200731-005.pdf | pdf | 118.06 KB |
| Bill of lading AZ-210211-001.pdf | pdf | 118.06 KB |
| Bill of lading for AZ-200629-004.pdf | pdf | 118.05 KB |
| Bill of lading Tele release AJ-200407-002.pdf | pdf | 18.28 KB |
| Bill of lading tele release AZ-200629-004.pdf | pdf | 22.07 KB |
| Bill of lading tele release AZ-200629-004.pdf | | n/a |
| Bill of lading telex release AZ-200529-003.pdf | pdf | 491.84 KB |
| Cargo_Arrival_Notice_ Shipment AZ-200907-006.PDF | pdf | 114.72 KB |
| FACTOR~3.XLS | | n/a |
| Factory commercial Invoice AJ-2000429-003.xls | xls | 11.78 KB |
| Factory commercial Invoice AJ-200407-002.xls | xls | 11.26 KB |
| Factory commercial Invoice AZ-200115-001.xls | xls | 10.24 KB |
| Factory commercial Invoice AZ-200907-006.xls | xls | 11.26 KB |
| Factory commerical invoice AZ-200629-004.xls | xls | 11.78 KB |
| Factory commerical invoice AZ-200731-005.xls | xls | 11.26 KB |
| Factory packing list AJ-200407-002.xls | xls | 15.87 KB |
| Factory packing list AJ-200429-003.xls | xls | 14.85 KB |
| Factory packing list AJ-200629-004 (1).xls | xls | 14.34 KB |
| Factory packing list AJ-200629-004 Rev..xls | xls | 14.85 KB |
| Factory packing list AJ-200629-004.xls | xls | 14.34 KB |
| Factory packing list AZ-200731-005.xls | xls | 13.31 KB |
| Factory packing list AZ-200907-006 REV.xls | xls | 14.85 KB |
| Factory packing list AZ-200907-006.xls | xls | 14.85 KB |
| Factory packing shipment AZ-200115-001.xls | xls | 12.80 KB |
| Factory packing shipment AZ-200115-001.xls | | n/a |
| ISF  AZ-200731-005  08-07-20.xls | xls | 23.04 KB |
| ISF AZ-200407-002 original doc from factory.pdf | pdf | 21.50 KB |

| | | |
|---|---|---|
| isf AZ-200429-003 original doc from the factory 05-08-20.pdf | pdf | 153.33 KB |
| ISF details of AZ-200629-004 (from China shipping co.).docx | docx | 8.51 KB |
| ISF details AZ-200731-005 from the factory.docx | docx | 8.33 KB |
| ISFDET~2.DOC | | n/a |
| Mail Slots.pdf | pdf | 194.44 KB |
| parking PO-255908 pallet 1-2-3 YDW 9-1-20.xlsx | xlsx | 7.41 KB |
| tele release shipment AZ-200907-006.pdf | pdf | 22.12 KB |
| telex release AZ-200731-005.pdf | pdf | 18.28 KB |
| Telex release shipment AZ-200115-001.pdf | pdf | 22.63 KB |
| UPS TRACKING PO-266015  1 of 2  YDW  04-17-20.pdf | pdf | 55.58 KB |
| UPS TRACKING PO-266015  2 of 2  YDW  04-17-20.pdf | pdf | 55.45 KB |
| US HS code 39  3925.20  5.3%.pdf | pdf | 1.03 MB |
| US HS code 39  3925.20  5.3%.pdf | | n/a |
| US HS code 7619.99  cannot find.pdf | pdf | 893.45 KB |
| US HS code 8302.41  3.9%.pdf | pdf | 866.64 KB |
| US HTS 7619.99  2.5%.pdf | pdf | 893.45 KB |
| Vision  2020 shipments.xls | xls | 40.45 KB |
| Vision 2019 shipments.xlsx | xlsx | 30.94 KB |
| 2020 sales inoices | | 0.39 KB |
| .~lock.air shipment packing PO-268767  YDW  01-12-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.packing PO-13341873 part 18745  04-16-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.Packing PO-18 (CDW) 05--6-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking air  PO-268767  YDW  01-12-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-13366981 CRL  12-04-20.xlsx# | | n/a |
| .~lock.parking PO-13366981 CRL  12-04-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-1362785 CRL  12-04-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-220312  IWC  0403-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-255908  pallet 1 & 2  customer copy 07-21-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-255908  pallet 1 YDW  11-13-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-255908  YDW  04-03-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-255908  YDW  04-17-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-255908  YDW  06-15-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-267685 consolidated YDW  10-23-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-267685 pallet 2 YDW  10-23-20.xlsx# | xlsx# | 0.11 KB |
| 10+2 FORM  shipment #AZ-200412-002  04-12-20.xls | xls | 23.04 KB |

| | | |
|---|---|---|
| 10+2 form shipment AZ-200914-005.xls | | n/a |
| 10+2 form shipment AZ-200914-005.xls | xls | 23.04 KB |
| 1675 1800 box logo layout CRL.pdf | pdf | 1.77 MB |
| 1800.dwg | dwg | 218.01 KB |
| 2017 ACU Hardware USA P & L Statement.ods | ods | 21.27 KB |
| 2017 ACU Hardware USA P & L Statement.xltx | xltx | 19.57 KB |
| 2018 ACU Hardware USA P & L Statement.ods | ods | 20.31 KB |
| 2018 P & L statement  ACU Hardware USA.ods | ods | 20.93 KB |
| 2018 P & L statement  ACU Hardware USA.xls | xls | 29.70 KB |
| 2019 air AJ19-013 & Aj19-014.pdf | | n/a |
| 2019 air AJ19-013 & Aj19-014.pdf | pdf | 412.51 KB |
| 2019 P & L statement ACU Hardware USA.dif | dif | 6.22 KB |
| 2019 P & L statement ACU Hardware USA.ods | ods | 30.21 KB |
| 2019 P & L statement ACU Hardware USA.xlt | xlt | 30.21 KB |
| 2020 Apri YDW invoices.pdf | pdf | 4.07 MB |
| 2020 April F and M bank card statement.pdf | pdf | 2.39 MB |
| 2020 February un-bill invoices and POD | | 0.06 KB |
| invoice ACU200518-F (CDW PO-0401 ACU)  05-18-20.pdf | pdf | 272.40 KB |
| Invoice ACU201207  CDW PO-108  12-07-20.pdf | pdf | 271.52 KB |
| POD CDW  PO-0401-acu  02-26-2012072020.pdf | pdf | 386.69 KB |
| POD PO-108  CDW  12-07-20.pdf | pdf | 304.24 KB |
| 2020 July ACU Hardware checking statement.pdf | pdf | 49.50 KB |
| 2020 July ACU Hardware checks images.pdf | pdf | 85.49 KB |
| 2020 July ACU Hardware deposit slip.pdf | pdf | 58.30 KB |
| 2020 March customer payment slips and corresponding  paid invoices05032020.pdf | pdf | 2.37 MB |
| 2020 May  ACU Hardware US bank statement.pdf | pdf | 51.05 KB |
| 2020 May  ACU Hardware US bank statement.pdf | | n/a |
| 2020 May ACU-USA finacial statements12072020.pdf | pdf | 10.37 MB |
| 2020 May ACU Hardware checks images.pdf | pdf | 369.12 KB |
| 2020 May ACU Hardware customers payments07012020.pdf | pdf | 3.95 MB |
| 2020 May ACU Hardware deposit 1 of 2.pdf | pdf | 115.34 KB |
| 2020 May ACU Hardware deposit 2 of 2.pdf | pdf | 82.87 KB |
| 2020 May ACU Hardware sales invoices and customers payments07012020.pdf | pdf | 5.94 MB |
| 2020 May ACU Hardware sales invoices07012020.pdf | pdf | 1.99 MB |
| 2020 May customer payment 1 of 3.pdf | pdf | 1.25 MB |

| | | |
|---|---|---|
| 2020 May customer payment 2 of 3.pdf | pdf | 1.35 MB |
| 2020 May customer payment 3 of 3.pdf | pdf | 663.49 KB |
| 2020 May F & M bank statement 07012020.pdf | pdf | 2.48 MB |
| 2020JU~1.PDF | | n/a |
| 2nd half Tooling charge  ACU190913  01-22-20.pdf | pdf | 275.58 KB |
| 2NDHAL~1.PDF | | n/a |
| 5-19-20 POD.pdf | pdf | 1.56 MB |
| AAMA elite-02 listing extension  9-18-2009182020.pdf | pdf | 505.18 KB |
| ACU Hardware state License renewal-annual directors officers filling 2020.pdf | pdf | 340.74 KB |
| Air Invoices 2020 AJ-001 thru AJ-010.pdf | pdf | 8.92 MB |
| air shipment packing PO-268767  YDW  01-12-21.xlsx | xlsx | 7.08 KB |
| air shipment packing PO-268767  YDW  01-16-21.xlsx | xlsx | 7.06 KB |
| base metal tariff tax.pdf | pdf | 1.77 MB |
| base metal tariff tax.pdf | | n/a |
| Bill of lading for AZ-200629-004.pdf | pdf | 118.05 KB |
| BOH1009 drawing.pdf | pdf | 84.30 KB |
| CDW check 87192 CDW PO-1871240-02 acu  12-07-20  12082020.pdf | pdf | 547.57 KB |
| CDW PO #55174  06-29-20.pdf | pdf | 64.67 KB |
| CDW_PO_#55174__06-29-20.pdf | pdf | 65.11 KB |
| CEL check 102798  $960  07-09-2007092020.pdf | pdf | 1.46 MB |
| check 0143 CRL PO- 05-15-20.pdf | pdf | 525.83 KB |
| check 102010 CRL  PO-  04-22-20.pdf | pdf | 1.35 MB |
| check 102010 CRL  PO-  04-22-20.pdf | | n/a |
| china tariff.pdf | pdf | 80.68 MB |
| consolidated PACKING PO-133042  CRL 01-21-21.ods | ods | 20.69 KB |
| CRL check 101128 amount 19136.86 03-31-2003312020.pdf | pdf | 1.30 MB |
| CRL check 101845 05-06-2005062020.pdf | pdf | 1.25 MB |
| CRL check 102010 amount 10692 invoice ACU20042205132020.pdf | pdf | 1.26 MB |
| CRL check 102334  amount $18,576.45  05-31-20-20.pdf | pdf | 1.53 MB |
| CRL inventory report  11-26-20.xlsx | xlsx | 11.73 KB |
| CRL inventory report R2 11-26-20.xlsx | xlsx | 11.67 KB |
| CRL inventory report Revised  11-26-20.xlsx | xlsx | 11.68 KB |
| CRL invoice ACU201217-A  CRL PO-1339051  12-16-20.pdf | | n/a |
| CRL invoice ACU201217-A  CRL PO-1339051  12-16-20.pdf | pdf | 271.90 KB |
| CRL invoice ACU201217-B CRL PO-1339105  12-16-20.pdf | pdf | 271.47 KB |

| | | |
|---|---|---|
| CRL payment check #099640  amount $10,465.62.pdf | pdf | 585.93 KB |
| CRL payment chk 0151 $2000 PO-100175539108122020.pdf | pdf | 555.49 KB |
| CRL PO-100175136  06-29-20.pdf | pdf | 59.36 KB |
| CRL PO-100175290  06-29-20.pdf | pdf | 59.30 KB |
| CRL PO-100191876  CRL 12-10-20  HOT.pdf | pdf | 59.29 KB |
| CRL PO-1350305  04-17-20.pdf | pdf | 142.06 KB |
| CRL pull clip  05-31-20.png | png | 40.75 KB |
| CRL pull clip packing box sample.jpg | jpg | 2.31 MB |
| CRL pull clips 05-31-20.png | png | 30.32 KB |
| CRL tooling payment for shower door project.pdf | pdf | 522.20 KB |
| CRL Tooling PO-100175539  07-01-20.pdf | pdf | 59.49 KB |
| CRl unbill invoices 12-04-2012042020.pdf | pdf | 2.00 MB |
| CRL_check_101128_amount_1913686__03-31-20.pdf | pdf | 1.30 MB |
| CRL_PO-100191876__CRL_12-10-20__HOT HOT HOT.pdf | pdf | 60.05 KB |
| CRL_PO-100191876__CRL_12-10-20__HOT.pdf | pdf | 60.02 KB |
| CRLINV~1.PDF | | n/a |
| CRLTOO~2.PDF | | n/a |
| drawing 1800.pdf | pdf | 40.58 KB |
| Drawings for shower door handles.pdf | pdf | 586.76 KB |
| Elite-01 VLC extension affidavit  05-3-2005032020.pdf | pdf | 453.51 KB |
| F2513 CRL.pdf | pdf | 72.91 KB |
| F2514 CRL.pdf | pdf | 72.53 KB |
| F2514 CRL.pdf | | n/a |
| FA approved WSC424B  08-26-20.pdf | pdf | 411.16 KB |
| FA inspection report shower door handles.pdf | pdf | 120.44 KB |
| FA_approved_WSC424B__08-26-20.pdf | pdf | 412.22 KB |
| Factory packing list AZ-200907-006.xls | xls | 14.85 KB |
| FEIN  ACU Hardware USA Inc  issued 2016.pdf | pdf | 16.00 KB |
| IN3EA8~1.PDF | | n/a |
| INA6E7~1.PDF | | n/a |
| INF93C~1.PDF | | n/a |
| Invoice-POD ACU120103-A CRL PO-1262785  12-03-2012062020.pdf | pdf | 654.17 KB |
| Invoice-POD ACU201203-A CRL PO-1362785  12-03-2012062020.pdf | pdf | 655.11 KB |
| Invoice-POD ACU201203-B CRL PO-1366981  12-03-2012062020.pdf | pdf | 652.93 KB |
| Invoice ACU200102-A (IWC PO-220132)  04-02-20.pdf | pdf | 270.63 KB |

| | | |
|---|---|---|
| invoice ACU200207 (CDW PO-187) canceled 2-7-20.pdf | pdf | 271.51 KB |
| Invoice ACU200320-A (PO-1341873 CRL production) 03-20-20.pdf | pdf | 274.85 KB |
| Invoice ACU200320-B (PO-1341064 CRL production) 03-20-20.pdf | pdf | 274.08 KB |
| Invoice ACU200331-A Rev (YDW PO-255908) 03-31-20.pdf | pdf | 272.04 KB |
| invoice ACU200331-B (IWC PO-238189) 03-31-20.pdf | pdf | 270.64 KB |
| invoice ACU200401-A (CRL PO-1341873) 04-01-20 (1).pdf | pdf | 272.72 KB |
| invoice ACU200401-A (CRL PO-1341873) 04-01-20.pdf | pdf | 272.72 KB |
| Invoice ACU200402- B (YDW PO-255908) 04-02-20.pdf | pdf | 271.50 KB |
| invoice ACU200402-A (IWC PO-220132) 04-02-20.pdf | pdf | 270.63 KB |
| invoice ACU200402-C.pdf | pdf | 270.91 KB |
| Invoice ACU200417 Rev YDW PO-266015 01-04-21.pdf | | n/a |
| Invoice ACU200417 Rev YDW PO-266015 01-04-21.pdf | pdf | 273.53 KB |
| Invoice ACU200420 (CRL PO-1341873- AJ200408-010) 04-20-20.pdf | pdf | 273.78 KB |
| Invoice ACU200420 (CRL PO-1341873) 04-21-20.pdf | pdf | 273.81 KB |
| Invoice ACU200421 (YDW PO-255908) 04-21-20.pdf | pdf | 271.26 KB |
| Invoice ACU200422 (CRL PO-1333042) 04-22-20.pdf | pdf | 272.83 KB |
| Invoice ACU200504 CRL PO-100164576) -05-04-20.pdf | pdf | 275.44 KB |
| invoice ACU200518-A (CRL PO-1301635) 05-18-20.pdf | pdf | 272.30 KB |
| invoice ACU200518-A (CRL PO-1342384) 05-18-20 (1).pdf | pdf | 272.86 KB |
| invoice ACU200518-A (CRL PO-1342384) 05-18-20.pdf | pdf | 272.86 KB |
| Invoice ACU200518-B (CRL PO-1341030) 05-18-20.pdf | pdf | 271.69 KB |
| Invoice ACU200518-C (CRL PO-1339105) 05-18-20.pdf | pdf | 271.02 KB |
| Invoice ACU200518-C (CRL PO-1341873) 05-18-20.pdf | pdf | 271.82 KB |
| Invoice ACU200518-C (CRL PO-1341873) 05-18-20.pdf | | n/a |
| invoice ACU200518-D (CRL PO-13418710 05-18-20.pdf | pdf | 272.17 KB |
| Invoice ACU200518-E (CDW PO-187).pdf | pdf | 271.53 KB |
| invoice ACU200518-F (CDW PO-0401 ACU) 05-18-20.pdf | pdf | 272.40 KB |
| invoice ACU200518-F Rev CRD PO-0401 acu 05-18-20.pdf | pdf | 273.21 KB |
| Invoice ACU2005180D (CRL PO-1341873) 05-18-20.pdf | pdf | 271.82 KB |
| invoice ACU200601 YDW 06-012-20.pdf | pdf | 271.25 KB |
| invoice ACU200701 2nd half tooling Crl PO-100175539 08-31-20.pdf | pdf | 274.65 KB |
| Invoice ACU200717 YDW-PO-255908 07-17-20.pdf | pdf | 271.39 KB |
| invoice ACU200728 YDW PO-255908 07-28-20.pdf | pdf | 271.35 KB |
| Invoice ACu200814-A CRL PO-1339105 08-14-20.pdf | pdf | 272.78 KB |
| invoice ACU200814-B CRL PO-1341064 08-14-20.pdf | pdf | 272.15 KB |

| | | |
|---|---|---|
| invoice ACU200814-B CRL PO-1341064 08-14-20.pdf | | n/a |
| invoice ACU200814-C CRL PO-1339105 08-14-20.pdf | pdf | 272.65 KB |
| invoice ACU200831-A YDW PO-255908 08-31-20.pdf | pdf | 271.39 KB |
| invoice ACU200908-A CRL PO-1350305 09-08-20.pdf | pdf | 276.53 KB |
| Invoice ACU200908-B CRL Po-1333042 09-08-20.pdf | pdf | 273.17 KB |
| invoice ACU201203-A R1 CRL PO-1362785 12-03-20.pdf | pdf | 273.44 KB |
| invoice ACU201203-A R1 CRL PO-1366981 12-03-20.pdf | pdf | 273.43 KB |
| Invoice ACU201203-A Rev CRL PO-1362785 12-03-20.pdf | pdf | 272.88 KB |
| Invoice ACU201203-A CRL 12-03-20.pdf | pdf | 273.20 KB |
| invoice ACU201203-A R1 CRL PO-1362785 12-03-20.pdf | pdf | 273.44 KB |
| invoice ACU201203-B CRL 12-03-20.pdf | pdf | 272.86 KB |
| invoice ACU201203-B R1 CRL PO-136981 12-03-20.pdf | | n/a |
| invoice ACU201203-B R1 CRL PO-136981 12-03-20.pdf | pdf | 273.43 KB |
| invoice ACU201203-B Rev CRL PO-136981 12-03-20.pdf | pdf | 273.43 KB |
| Invoice ACU201203-C R1 YDW PO-255908 12-03-20.pdf | pdf | 271.39 KB |
| invoice ACU201203-C CRl 12-03-20.pdf | pdf | 271.39 KB |
| invoice ACU201203-D CDW 12-03-20.pdf | pdf | 272.45 KB |
| invoice ACU201204 CRL 12-04-20.pdf | pdf | 272.38 KB |
| Invoice ACU201204 Rev CRL PO-100175136 12-04-20.pdf | pdf | 271.75 KB |
| Invoice ACU201207 CDW PO-108 12-07-20.pdf | pdf | 271.52 KB |
| invoice ACU201217-A CRL PO-1339051 12-18-20.pdf | pdf | 271.90 KB |
| invoice ACU201217-B CRL PO- 1339105 12-18-20.pdf | pdf | 271.47 KB |
| Invoice ACU20603 PO-255908 YDW 06-03-20.pdf | pdf | 1.51 MB |
| Invoice ACU210114-A YDW 268767 01-14-21.pdf | pdf | 274.40 KB |
| Invoice ACU210114-B CRL PO-1361275 01-14-21.pdf | pdf | 273.25 KB |
| Invoice ACU210114-B CRL PO-1361275 01-14-21.pdf | | n/a |
| Invoice ACU210114-C CRL PO-10019876 01-14-21.pdf | pdf | 272.48 KB |
| Invoice ACU210114-D CRL PO-100175136 01-14-21.pdf | pdf | 272.80 KB |
| INVOICE AJ-200323-009 (CRL PO-134187) 04-21-20.pdf | pdf | 274.21 KB |
| Invoice and POD ACU201204 CRL PO-100175136 12-04-20.pdf | pdf | 655.93 KB |
| Invoice tooling charge PO-1334585 CRL 01-09-20.pdf | pdf | 273.15 KB |
| Invoice_ACU200417_R1_YDW_PO-266015_01-04-21 (1).pdf | | n/a |
| Invoice_ACU200417_R1_YDW_PO-266015_01-04-21 (1).pdf | pdf | 273.13 KB |
| Invoice_ACU200417_Rev_YDW_PO-266015_01-04-21.pdf | pdf | 273.10 KB |
| Invoice_ACU200417_Revision_YDW_PO-266015_01-04-21_(1).pdf | | n/a |

| | | |
|---|---|---|
| Invoice_ACU200417_Revision_YDW_PO-266015_01-04-21_(1).pdf | pdf | 273.15 KB |
| Invoice_ACU200422_(CRL_PO-1333042)_04-22-20.pdf | pdf | 272.15 KB |
| invoice_ACU200701__2nd_half_tooling__CRI_PO-100175539___08-31-20 (1).pdf | pdf | 274.25 KB |
| Invoices and PODs CRL for 03-6-20 deliveries03202020.pdf | pdf | 5.15 MB |
| Invoices and PODs CRL for 03-6-20 delivery.pdf | pdf | 5.15 MB |
| IWC PO-267685 Rev. 08-04-20.pdf | pdf | 255.63 KB |
| IWC PO-268566 10-01-20.pdf | pdf | 255.61 KB |
| IWC PO-269412  12-10-20.pdf | pdf | 255.64 KB |
| IWC_PO-267685_Rev_08-04-20.pdf | pdf | 257.26 KB |
| IWC_PO-268566__10-01-20.pdf | pdf | 257.50 KB |
| IWC_PO-269412___12-10-20.pdf | pdf | 257.43 KB |
| IWCPO-~3.PDF | | n/a |
| MIR WSC424B- 8-25-20.pdf | pdf | 127.05 KB |
| No change affidivate Elite-04 awning operator  04-14-2004142020.pdf | pdf | 490.37 KB |
| original POD CRL 12-16-20 delivery.pdf | pdf | 1.64 MB |
| original_POD_CRL_12-16-20_delivery.pdf | pdf | 1.10 MB |
| P & L statement.ods | | n/a |
| P & L statement.ods | ods | 18.91 KB |
| P&LSTA~1.ODS | | n/a |
| PACKIN~3.ODS | | n/a |
| Packing list PO-1312571  04-28-20.xlsx | xlsx | 7.10 KB |
| Packing list PO-1312571  04-28-20.xlsx | | n/a |
| Packing list PO-1312571 Rev 04-28-20.xlsx | | n/a |
| Packing list PO-1312571 Rev 04-28-20.xlsx | xlsx | 7.28 KB |
| Packing list PO-1341873  (CRL) 05-18-20.xlt | xlt | 9.73 KB |
| PACKING PO-1100175290 CRL 09-16-20.ods | ods | 18.40 KB |
| PACKING PO-1100175290 CRL 9-14-20.ods | ods | 19.71 KB |
| PACKING PO-133042  1 of 2 CRL 9-15-20.ods | ods | 20.42 KB |
| PACKING PO-133042  2 of 2 CRL 9-15-20.ods | ods | 20.42 KB |
| PACKING PO-133042  P1 P2 CRL 9-15-20.ods | ods | 20.17 KB |
| PACKING PO-133042 100175290 pallet 2 of 2 CRL 9-14-20.ods | ods | 21.44 KB |
| PACKING PO-133042 1001753136 PALLET 1 and 2 CRL  9-14-20.ods | ods | 20.21 KB |
| PACKING PO-133042 1001753136  PALLET 1 and 2  CRL  9-14-20.ods | | n/a |
| PACKING PO-133042 pallet 1 of 2 CRL 9-14-20.ods | ods | 19.48 KB |
| packing PO-13341873 part 18745  04-16-20.xlsx | xlsx | 7.42 KB |

| | | |
|---|---|---|
| PACKING PO-1339051 crl 12-16-20.ods | ods | 17.93 KB |
| PACKING PO-1339105 12-16-20.ods | ods | 17.45 KB |
| PACKING po-1339105 CRL 08-07-20.ods | ods | 20.53 KB |
| PACKING po-1341064 PALLET 1 crl 08-07-20.ods | ods | 17.85 KB |
| PACKING po-1341064 PALLET 1 2 crl 08-07-20.ods | ods | 19.81 KB |
| Packing PO-18 (CDW) 05--6-20.xlsx | xlsx | 7.07 KB |
| PAKING po-1350305 crl 09-08-20.ods | ods | 17.92 KB |
| PAKING po-1350305 crl 10-21-20.ods | ods | 17.95 KB |
| parking air PO-268767 YDW 01-12-21.xlsx | xlsx | 7.04 KB |
| parking PO-100175136 CRL 10-19-20.xlsx | xlsx | 7.07 KB |
| parking PO-100175136 CRL 12-04-20.xlsx | xlsx | 7.13 KB |
| parking PO-100191876 CRL 01-13-21.xlsx | xlsx | 7.12 KB |
| parking PO-1100175136 CRL 01-13-21.xlsx | xlsx | 7.26 KB |
| PARKING po-1301635 1341873 1341030 1339105 1341873 CRL 05-18-20.xlsx | | n/a |
| PARKING po-1301635 1341873 1341030 1339105 1341873 CRL 05-18-20.xlsx | xlsx | 7.79 KB |
| parking PO-13366981 CRL 12-04-20.xlsx | xlsx | 7.11 KB |
| PARKING po-1341873 1341030 1339105 1341873 CRL 05-18-20.xlsx | xlsx | 7.57 KB |
| PARKING po-1341873 1341030 1339105 1341873 CRL 05-18-20.xlt | xlt | 10.75 KB |
| PARKING po-1341873 1341030 1339105 1341873 Rev CRL 05-18-20.xlt | xlt | 10.24 KB |
| parking PO-1361275 CRL 01-13-21.xlsx | xlsx | 7.09 KB |
| parking PO-1362785 CRL 12-04-20.xlsx | xlsx | 7.11 KB |
| parking PO-220312 IWC 0403-20.xlsx | xlsx | 7.13 KB |
| parking PO-255908 pallet #1 (small) 07-21-20.xlsx | xlsx | 7.39 KB |
| parking PO-255908 pallet #2 (large) 07-21-20.xlsx | xlsx | 7.29 KB |
| parking PO-255908 pallet 1 & 2 customer copy 07-21-20.xlsx | xlsx | 7.43 KB |
| parking PO-255908 pallet 1 & 2 customer copy 07-21-20.xlsx | | n/a |
| parking PO-255908 pallet 1 & 2 vendor copy 07-21-20.xlsx | xlsx | 7.43 KB |
| parking PO-255908 pallet 1 YDW 11-13-20.xlsx | xlsx | 7.32 KB |
| parking PO-255908 YDW 04-03-20.xlsx | xlsx | 7.23 KB |
| parking PO-255908 YDW 04-17-20.xlsx | xlsx | 7.06 KB |
| parking PO-255908 YDW 06-03-20.xlsx | xlsx | 7.19 KB |
| parking PO-255908 YDW 06-15-20.xlsx | xlsx | 7.41 KB |
| parking PO-255908 YDW 06-16-20.xlsx | xlsx | 7.47 KB |
| parking PO-255908 YDW 07-21-20.xlsx | xlsx | 7.41 KB |
| parking PO-266015 YDW 04-17-20.xlsx | xlsx | 7.20 KB |

| | | |
|---|---|---|
| parking PO-267685 consolidated YDW  10-23-20.xlsx | xlsx | 7.24 KB |
| parking PO-267685 pallet 1 YDW  10-23-20.xlsx | xlsx | 7.16 KB |
| parking PO-267685 pallet 2 YDW  10-23-20.xlsx | xlsx | 7.09 KB |
| parking PO-267685 pallet 2 YDW  10-23-20.xlsx | | n/a |
| parking PO-267685 YDW  10-23-20.xlsx | xlsx | 7.13 KB |
| part 1800 box photo .jpg | jpg | 1.71 MB |
| partial delivery PO-255908 07-13-2007132020.pdf | pdf | 388.52 KB |
| partial parking PO-255908 YDW  07-13-20.xlsx | xlsx | 7.39 KB |
| PO-100169019 CRL 05-31-20.pdf | pdf | 59.59 KB |
| PO-1314741 CRL 05-13-19.pdf | pdf | 138.64 KB |
| PO-268~1.PDF | | n/a |
| PO-268767  10-19-20  HOT.pdf | pdf | 255.64 KB |
| PO -1369985 CRL 12-17-20.pdf | pdf | 140.75 KB |
| PO 1315343 CRL 05-17-19.pdf | pdf | 171.01 KB |
| PO 1315624 CRL 05-20-19.pdf | pdf | 164.94 KB |
| PO 1315624 CRL 05-20-19.pdf | | n/a |
| PO 1316651 CRL 05-29-19.pdf | pdf | 138.99 KB |
| PO 1362785 CRL 9-16-20.pdf | pdf | 145.12 KB |
| PO 1366981 CRL-HOT 11-10-20.pdf | pdf | 146.27 KB |
| PO 1366981 CRL new 11-10-20.pdf | pdf | 146.27 KB |
| PO 268767 YDW  HOT 12-17-20.pdf | pdf | 255.64 KB |
| PO 3226 Precision 11-23-20.pdf | pdf | 40.60 KB |
| PO CRL 1361275 08-26-20.pdf | pdf | 171.98 KB |
| PO V-2016 Vi-Cal Screens 11-10-2018 (1).pdf | pdf | 449.36 KB |
| PO_-1369985_CRL__12-17-20.pdf | pdf | 141.65 KB |
| PO_1362785__CRL_11-10-20__Tariff_tax_added.pdf | pdf | 146.79 KB |
| PO_1362785__CRL_9-16-20 Tariff tax added.pdf | | n/a |
| PO_1362785__CRL_9-16-20 Tariff tax added.pdf | pdf | 149.60 KB |
| PO_1362785__CRL_9-16-20.pdf | pdf | 146.57 KB |
| PO_1366981__CRL-HOT__11-10-20.pdf | pdf | 147.71 KB |
| PO_1366981__CRL_new__11-10-20.pdf | pdf | 147.84 KB |
| PO_268767_YDW__HOT__ Rev 12-17-20.pdf | pdf | 257.54 KB |
| PO_268767_YDW__HOT__12-17-20.pdf | pdf | 257.44 KB |
| PO_CRL_1361275__08-26-20.pdf | pdf | 173.39 KB |
| POD ACU201203-C 11-13-20.pdf | pdf | 913.76 KB |

| | | |
|---|---|---|
| POD ACU201207  CDW  PO-108 02-17-2012072020.pdf | pdf | 343.64 KB |
| POD ACU201207  CDW  PO-10812072020.pdf | pdf | 343.64 KB |
| POD ACU201207 CDW 12-07-2012072020.pdf | pdf | 302.60 KB |
| POD and invoices PO-1334585 1339105 1341064 CRL 03242020.pdf | pdf | 3.53 MB |
| POD and invoices PO-1341873 1341064  CRL 03-20-20.pdf | pdf | 1.66 MB |
| POD CDW  PO-0401-acu  02-26-2012072020.pdf | pdf | 386.69 KB |
| POD CDW  PO-108  05-06-2012072020.pdf | pdf | 1.06 MB |
| POD CDW  PO-108  09-01-2012072020.pdf | pdf | 315.63 KB |
| POD for ACU201203-C delivered on 11-13-20 12092020.pdf | pdf | 910.13 KB |
| POD for ACU201203-C delivered on 11-13-20.pdf | pdf | 910.13 KB |
| POD invoice ACU200420  04-20-20.pdf | pdf | 722.50 KB |
| POD invoice ACU200420 (CRL PO-1333042)  04-20-20.pdf | pdf | 795.25 KB |
| POD invoice ACU200433 (CRL PO-1333042) 04-29-20.pdf | pdf | 795.25 KB |
| POD PO-108  CDW  12-07-20.pdf | pdf | 304.24 KB |
| POD PO-1301635  CRL 05-19-20.pdf | pdf | 738.48 KB |
| POD PO-1339105 CRL  01-21-20.pdf | pdf | 408.05 KB |
| POD PO-1341064  CRL  08-14-20.pdf | pdf | 1.64 MB |
| POD PO-1341873 1341030 1339105  CRL 05-19-20.pdf | pdf | 820.34 KB |
| POD PO-1341873 1341064 CRL 03-20-2003222020.pdf | pdf | 1.66 MB |
| POD PO-1341873 1341064 CRL 03-20-2003222020_0001.pdf | pdf | 1.66 MB |
| POD PO-238189  YDW  03-11-20.pdf | pdf | 334.18 KB |
| POD PO-255908  YDW  04-03-2005282020.pdf | pdf | 377.72 KB |
| POD PO-255908  YDW  04-03-2005282020_0001.pdf | pdf | 377.72 KB |
| POD PO-255908  YDW  06-03-2006032020.pdf | pdf | 372.05 KB |
| POD PO-255908 YDW 03-31-2003312020.pdf | pdf | 375.73 KB |
| POD_ACU201207__CDW__PO-108  12-07-20.pdf | pdf | 345.24 KB |
| POD_ACU201207__CDW__PO-108  12-07-20.pdf | | n/a |
| POD_ACU201207_CDW_Rev 12-07-20.pdf | pdf | 304.25 KB |
| POD_invoice_ACU200422_(CRL_PO-1333042)_04-29-20.pdf | pdf | 796.77 KB |
| POD_PO-1341064__CRL__08-14-20.pdf | pdf | 929.64 KB |
| POD_PO-255908_YDW__03-11-20.pdf | pdf | 377.19 KB |
| POD_signed CRL_PO-1339051-1339105 12-16-20.pdf | pdf | 1.10 MB |
| PODACU~4.PDF | | n/a |
| PODPO-~2.PDF | | n/a |
| Quote #20006 CRL  04-06-20.pdf | pdf | 284.38 KB |

| | | |
|---|---|---|
| QUote #200622 CRL 06-22-20.pdf | pdf | 271.40 KB |
| quote #200911-FHC 09-11-20.pdf | | n/a |
| quote #200911-FHC 09-11-20.pdf | pdf | 272.84 KB |
| quote 200317 R2 CRL-Product Mangement.pdf | pdf | 269.57 KB |
| quote 200317 R2 CRL-Product Mangement.pdf | | n/a |
| Quote 200406-CRL Rev. 04-06-20.pdf | pdf | 1.17 MB |
| Quote 200407 CRL 04-07-20.pdf | pdf | 287.48 KB |
| RFQ 200407 CRL 04-07-20.xls | xls | 15.87 KB |
| RFQ 200527 CRL 05-27-20.xls | xls | 7.68 KB |
| RFQ 200527 CRL photos 1 of 4.jpg | jpg | 832.51 KB |
| RFQ 200527 CRL photos 2 of 4.jpg | jpg | 1.13 MB |
| RFQ 200527 CRL photos 3 of 4.jpg | jpg | 1.01 MB |
| RFQ 200527 CRL photos 4 of 4.jpg 05-27-20.jpg | jpg | 891.97 KB |
| RFQ 200527 CRL photos 4 of 4.jpg 05-27-20.jpg | | n/a |
| RFQ 200908 FHC 09-08-20.xls | xls | 8.19 KB |
| sales invoice ACU200131 -POD (PO-255908 YDW) 01-31-2002262020.pdf | pdf | 680.70 KB |
| Sales invoice ACU200202B (PO-1334959 CRl) 02-03-20.pdf | pdf | 271.81 KB |
| Sales invoice ACU200203A (PO-1331632 CRL) 02-03-20 pdf.pdf | pdf | 273.53 KB |
| sales invoice ACU200203A and POD 02-03-2002172020.pdf | pdf | 664.33 KB |
| sales invoice ACU200203A and POD 02-03-2002172020.pdf | | n/a |
| sales invoice ACU200203B and POD 02-03-2002172020.pdf | | n/a |
| sales invoice ACU200203B and POD 02-03-2002172020.pdf | pdf | 625.46 KB |
| sales invoice ACU200309-B (PO-1341030 CRL) 03-09-20.pdf | | n/a |
| sales invoice ACU200309-B (PO-1341030 CRL) 03-09-20.pdf | pdf | 274.08 KB |
| Sales invoice ACU200320-B (PO-1341064 CRL-Production) 03-20-20.pdf | pdf | 272.70 KB |
| Sales invoice ACU200420 (CRL PO-1341873) 4-21-2004212020.pdf | pdf | 1.21 MB |
| sample tooling charge for shower door handles revision.pdf | pdf | 269.97 KB |
| sample tooling charge for shower door handles.pdf | pdf | 269.76 KB |
| Tooling invoice ACU200701 CRL-PO-100175539.pdf | pdf | 274.69 KB |
| Tooling invoice ACU200701 CRL-PO-100175539.pdf | | n/a |
| Tooling PO-1334585 VN00080-0079 01-09-20.pdf | pdf | 273.15 KB |
| Tooling PO-1334585 VN00080-0079 01-09-20.pdf | | n/a |
| UPS trcking # Air shipment invoice ACU200420.pdf | pdf | 54.87 KB |
| W4 John Quach05052020.pdf | pdf | 238.65 KB |
| wire transfer 26000 to ACU Canada 04-13-2004132020.pdf | pdf | 882.60 KB |

| | | |
|---|---|---|
| Wire Transfer Request (fill-able).pdf | pdf | 110.13 KB |
| Wiring $30000 06-19-2006192020.pdf | pdf | 664.12 KB |
| wiring transfer $20000 9-16-20.pdf | pdf | 110.13 KB |
| YDW check 17073 amount $3278.22 04-24-2004242020.pdf | pdf | 1.27 MB |
| YDW check 17760 $6058 07-09-2007092020.pdf | pdf | 1.28 MB |
| YDW chk 17588 $6094 06-22-2006222020.pdf | pdf | 1.28 MB |
| YDW PO-267685 07-24-20.pdf | pdf | 255.63 KB |
| 2021 CDW | | 0.58 KB |
| 2021 CDW customer statement 01-26-21.pdf | pdf | 1.36 MB |
| CDW invoices unpay.pdf | pdf | 2.60 MB |
| 10+2 Filled form shipment #AZ-210211-001.xls | xls | 23.04 KB |
| ISF original -AZ210212-001.docx | docx | 8.55 KB |
| 2021 sales | | 0.06 KB |
| CDW check 87419 partial payment ACU200518-F02102021.pdf | pdf | 555.69 KB |
| CDW check 87445 $3759.48 02102021.pdf | pdf | 563.19 KB |
| Invoice ACU210114-B CRL PO-1361275.pdf | pdf | 273.25 KB |
| Invoice ACU210114-C CRL PO-10019876.pdf | pdf | 272.48 KB |
| Invoive ACU210114-D CRL PO-100157136.pdf | pdf | 272.80 KB |
| POD PO-100191876.pdf | pdf | 361.61 KB |
| POD PO-10075136 01292021.pdf | pdf | 371.41 KB |
| POD PO-1361275.pdf | pdf | 353.09 KB |
| POD_PO-100175136___01292021.pdf | pdf | 374.29 KB |
| .~lock.10+2 FORM shipment #AZ-200412-002 04-12-20.xls# | xls# | 0.11 KB |
| .~lock.ACU legal info.odt# | odt# | 0.11 KB |
| .~lock.holy spirit study guide 2.odt# | odt# | 0.11 KB |
| .~lock.Packing list PO-1312571 CRL 03-06-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.Packing PO-0401 acu 02-26-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.Packing PO-1240-01 acu 02-26-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.packing PO 108 CDW 01-18-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-238189 IWC 03-11-20.xlsx# | xlsx# | 0.11 KB |
| .~lock.prayer guide 1 of 2.odt# | odt# | 0.11 KB |
| .~lock.prayer guide 2 of 2.odt# | odt# | 0.11 KB |
| .~lock.ydw INVENTORY open order Revised 01-29-21.xlsx# | xlsx# | 0.11 KB |
| ~L2D62~1.XLS | | n/a |
| ~LOCK1~1.XLS | | n/a |

| | | |
|---|---|---|
| 10+2 FORM shipment #AZ-200412-002 04-12-20.xls | xls | 23.04 KB |
| 100EOS5D | | 0.06 KB |
| _R8A5729.JPG | jpg | 5.87 MB |
| _R8A5730.JPG | jpg | 5.49 MB |
| _R8A5731.JPG | jpg | 4.72 MB |
| _R8A5732.JPG | jpg | 4.99 MB |
| _R8A5733.JPG | jpg | 5.22 MB |
| _R8A5733.JPG | | n/a |
| _R8A5734.JPG | jpg | 4.65 MB |
| _R8A5735.JPG | jpg | 3.94 MB |
| _R8A5736.JPG | jpg | 4.36 MB |
| _R8A5737.JPG | jpg | 6.10 MB |
| _R8A5738.JPG | jpg | 5.46 MB |
| _R8A5739.JPG | jpg | 6.07 MB |
| _R8A5740.JPG | jpg | 5.38 MB |
| _R8A5741.JPG | jpg | 2.43 MB |
| _R8A5742.JPG | jpg | 4.58 MB |
| _R8A5743.JPG | jpg | 3.75 MB |
| _R8A5744.JPG | jpg | 3.97 MB |
| _R8A5745.JPG | jpg | 4.13 MB |
| _R8A5746.JPG | jpg | 5.51 MB |
| _R8A5747.JPG | jpg | 4.82 MB |
| _R8A5748.JPG | jpg | 5.49 MB |
| _R8A5749.JPG | jpg | 5.73 MB |
| _R8A5750.JPG | jpg | 5.56 MB |
| _R8A5751.JPG | jpg | 5.41 MB |
| _R8A5752.JPG | jpg | 5.35 MB |
| _R8A5752.JPG | | n/a |
| _R8A5753.JPG | jpg | 5.36 MB |
| _R8A5754.JPG | jpg | 5.19 MB |
| _R8A5755.JPG | jpg | 5.32 MB |
| _R8A5756.JPG | jpg | 5.19 MB |
| _R8A5757.JPG | jpg | 5.21 MB |
| _R8A5758.JPG | jpg | 5.12 MB |
| _R8A5759.JPG | jpg | 5.02 MB |

| | | |
|---|---|---|
| _R8A5760.JPG | jpg | 5.12 MB |
| _R8A5761.JPG | jpg | 5.26 MB |
| _R8A5762.JPG | jpg | 5.23 MB |
| _R8A5763.JPG | jpg | 5.25 MB |
| _R8A5764.JPG | jpg | 5.26 MB |
| _R8A5765.JPG | jpg | 5.11 MB |
| _R8A5766.JPG | jpg | 5.15 MB |
| _R8A5767.JPG | jpg | 5.23 MB |
| _R8A5768.JPG | jpg | 5.31 MB |
| _R8A5769.JPG | jpg | 5.11 MB |
| _R8A5770.JPG | jpg | 5.44 MB |
| _R8A5771.JPG | jpg | 5.20 MB |
| _R8A5772.JPG | jpg | 6.52 MB |
| _R8A5773.JPG | jpg | 6.33 MB |
| _R8A5774.JPG | jpg | 6.22 MB |
| _R8A5775.JPG | jpg | 6.47 MB |
| _R8A5776.JPG | jpg | 7.04 MB |
| 1024px-Julius_Schnorr_von_Carolsfeld-_Ruth_im_Feld_des_Boaz.jpg | jpg | 214.10 KB |
| 162PD_Ruth.pdf | pdf | 5.66 MB |
| 2-Ruth.pdf | pdf | 2.59 MB |
| 2_ImperialCenter_Introduction (1).pdf | pdf | 2.24 MB |
| 2020 graduate.jpg | jpg | 371.15 KB |
| 2021 Sept wire transfer of $10000 to ACU -CANADA record.pdf | pdf | 203.00 KB |
| 8F-5A-quotationï¼ˆ2021ï¼‰.pdf | pdf | 76.28 KB |
| CGN-00931.pdf | pdf | 355.88 KB |
| CommentaryRuth.pdf | | n/a |
| CommentaryRuth.pdf | pdf | 617.94 KB |
| CPAP-APAP-Bi-PAP--21-07ï¼ˆ2021ï¼‰.pdf | pdf | 459.81 KB |
| Est_E202107040_from_Supreme_Group_Intl_Inc._13252.pdf | pdf | 68.64 KB |
| Genealogy of Jesus - Wikipedia.pdf | pdf | 66.58 KB |
| Genealogy the ancestry of David from Ruth - Wikipedia.pdf | pdf | 58.60 KB |
| holly gold is lurking.jpg | jpg | 50.91 KB |
| Hollyland.jpg | jpg | 84.66 KB |
| IM304D~1.JPG | | n/a |
| IMG_57~3.JPG | | n/a |

| | | |
|---|---|---|
| IMG_5748-adjust-adjust-adjust.jpg | jpg | 3.12 MB |
| IMG_5753-adjust.jpg | jpg | 3.28 MB |
| IMG_5753-final.jpg | jpg | 566.75 KB |
| IMG_5755-adjust-adjust-adjust-adjust-adjust-adjust-adjust.jpg | jpg | 2.95 MB |
| IMG_5763-adjust.jpg | jpg | 3.35 MB |
| IMG_5767-adjust.jpg | jpg | 4.05 MB |
| IMG_5770-adjust (2).jpg | jpg | 743.02 KB |
| IMG_5770-adjust.jpg | jpg | 3.70 MB |
| IMG_5781_res.jpg | jpg | 933.38 KB |
| IMG_5799 final.JPG | jpg | 5.89 MB |
| Irene's summons.pdf | pdf | 7.29 MB |
| john quach credit report 06-30-21.pdf | pdf | 8.60 MB |
| Julius_Schnorr_von_Carolsfeld-_Ruth_im_Feld_des_Boaz.jpg | jpg | 12.31 MB |
| NFT Holly Gold.jpg | jpg | 936.41 KB |
| POD UPS tracking 1ZAR297604444043868.pdf | pdf | 91.91 KB |
| POD UPS tracking 1ZEF80840365759624.pdf | pdf | 89.23 KB |
| POI_PO-1372964__CRL__06-25-21.pdf | pdf | 341.09 KB |
| pretty image (1).jpg | | n/a |
| pretty image (1).jpg | jpg | 573.87 KB |
| pretty image (2).jpg | jpg | 656.22 KB |
| pretty image (3).jpg | jpg | 622.53 KB |
| pretty image final rev.jpg | jpg | 347.44 KB |
| pretty image.jpg | jpg | 583.13 KB |
| RUTH-A~1.PDF | | n/a |
| ruth-april-07.pdf | pdf | 217.78 KB |
| ruth-bible-study.pdf | pdf | 422.07 KB |
| ruth (1).pdf | pdf | 712.61 KB |
| Ruth 3 insights.pdf | pdf | 2.34 MB |
| ruth chpater 3 insighe 3 of 3.pdf | pdf | 3.79 MB |
| ruth chpater 3 insigts cont.pdf | pdf | 3.78 MB |
| ruth.pdf | pdf | 343.74 KB |
| ruth+booklet.pdf | pdf | 2.09 MB |
| sample of line from Henry Liu client.pdf | pdf | 935.33 KB |
| San Marino Grill  kitchen cleaning 05-15-21 .pdf | pdf | 2.01 MB |
| San Marino Grill bank statement 12-20 thru 02-21.pdf | pdf | 16.76 MB |

| File | Type | Size |
|---|---|---|
| San_Marino_Grill__kitchen_cleaning_05-15-21_.pdf | pdf | 2.01 MB |
| Searching-the-Scriptures_MessageMates.pdf | pdf | 6.31 MB |
| Searching-the-Scriptures_MessageMates.pdf | | n/a |
| self photo 2021.jpg | jpg | 66.10 KB |
| Temple city property.pdf | pdf | 10.88 KB |
| the 12 tribes of israel.jpg | jpg | 253.17 KB |
| Uncle Jian He.jpg | jpg | 2.11 MB |
| 201 June PO | | 0.06 KB |
| .~lock.Consolidated parking list YDW PO-269802 07-26-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-255908 YDW 06-17-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.RFQ 210624 FHC 06-24-21.xlsx# | xlsx# | 0.11 KB |
| 10+2 Filled form shipment #AZ-210629-004.xls | xls | 22.53 KB |
| 2019 1040 first two pages 07-05-2107052021.pdf | pdf | 1.04 MB |
| 2021 June wire transfer of $30000 to ACU Plasmold Inc record.pdf | pdf | 165.76 KB |
| ACU210625-B Precision PO-3226 06-25-21.pdf | pdf | 274.53 KB |
| BXPO Logistics Bill-of-Lading-Form 07-26-21 .pdf | pdf | 88.36 KB |
| BXPO_Logistics_Bill-of-Lading-Form R1__07-26-21_.pdf | pdf | 82.25 KB |
| BXPO_Logistics_Bill-of-Lading-Form__07-26-21_.pdf | pdf | 82.25 KB |
| BXPO_Logistics_Bill-of-Lading-Form_Rev_07-26-21_ pdf.pdf | pdf | 82.53 KB |
| BXPOLO~1.PDF | | n/a |
| Consolidated parking list YDW PO-269802 07-26-21.xlsx | xlsx | 7.23 KB |
| Factory commerical invoice AZ-210519-003 07-05-21.xls | xls | 11.26 KB |
| Factory packing list AZ-210519-003 07-05-21.xls | xls | 22.53 KB |
| Gary He project 1 of 2 07-21-21.pdf | pdf | 95.45 KB |
| Gary Project 2 of 2 07-21-21.pdf | pdf | 89.74 KB |
| Gary Project 2 of 2 07-21-21.pdf | | n/a |
| Invoice ACU210621 YDW 06-21-21.pdf | pdf | 258.80 KB |
| Invoice ACU210625-C Precision PO-3226 06-25-21.pdf | pdf | 258.82 KB |
| Invoice ACU210625 YDW PO-269802 06-25-21.pdf | pdf | 271.93 KB |
| Invoice ACU210706 YDW PO#269802 07-06-21.pdf | pdf | 271.94 KB |
| Irene counter lawsuit | <missing?> | 7.28 MB |
| John Quach Wechat barcode.png | png | 40.25 KB |
| original Bill of lading AZ-210629-004.pdf | pdf | 123.44 KB |
| original Bill of lading AZ-210629-004.pdf | | n/a |
| original ISF from the factory AZ-210629-004.doc | doc | 18.94 KB |

| | | |
|---|---|---|
| original ISF from the factory AZ-210629-004.odt | odt | 13.48 KB |
| packing list AIR US Aluminum PO-1370405 07-06-21.xlsx | xlsx | 8.47 KB |
| packing PO-1372964 CRL 06-25-21.xlsx | xlsx | 7.14 KB |
| PARKIN~1.XLS | | n/a |
| parking YDW PO-269802 06-25-21.xlsx | xlsx | 7.23 KB |
| parking YDW PO-269802 AIR 07-06-21.xlsx | xlsx | 8.32 KB |
| parking PO-255908 YDW  06-17-21.xlsx | xlsx | 7.19 KB |
| parking PO-255908 254398 YDW 06-17-21.xlsx | xlsx | 7.19 KB |
| PO 1377443 CRL  06-16-21.pdf | pdf | 145.95 KB |
| PO 1383193 CRL 06-09-21.pdf | pdf | 144.76 KB |
| PO 1383357 CRL 06-16-21.pdf | pdf | 146.55 KB |
| PO 255908 YDW 06-17-21.pdf | pdf | 258.99 KB |
| PO 268767 YDW 06-17-21.pdf | pdf | 255.65 KB |
| PO_1377443__CRL___06-16-21.pdf | pdf | 147.41 KB |
| PO_138~1.PDF | | n/a |
| PO_1383193__CRL_06-09-21.pdf | pdf | 146.20 KB |
| PO_1383357__CRL_06-16-21 .pdf | pdf | 147.78 KB |
| POD PO-269802 YDW 06-25-21.pdf | pdf | 85.82 KB |
| POD 06-21.pdf | pdf | 1.31 MB |
| POD PO-1372964 Rev CRL 06-25-21.pdf | pdf | 340.70 KB |
| POD PO-1372964 Rev CRL 06-25-21.pdf | | n/a |
| POD PO-269802 YDW 06-25-21 | <missing?> | 86.91 KB |
| POD PO-3226 Precision 06-25-21.pdf | pdf | 342.89 KB |
| POD_PO-1372964__Revision_CRL__06-25-21.pdf | pdf | 342.47 KB |
| POD_PO-3226_Precision_06-25-21.pdf | pdf | 342.91 KB |
| Quote 210521 FHC 05-14-21 .pdf | pdf | 274.77 KB |
| Response to the lawsuit | <missing?> | 1.59 MB |
| Response to the lawsuit Rev07132021.pdf | pdf | 7.29 MB |
| Response to the lawsuit (2) | <missing?> | 7.26 MB |
| Response to the lawsuit.pdf | pdf | 1.58 MB |
| Response to the lawsuit07132021.pdf | pdf | 7.29 MB |
| Response to the lawsuit07132021_0001.pdf | pdf | 7.29 MB |
| Response to the lawsuit07132021_0002.pdf | pdf | 7.29 MB |
| RFQ 210624 FHC 06-24-21.xlsx | xlsx | 8.91 KB |
| shipmnt 005.odt | odt | 13.26 KB |

| | | |
|---|---|---|
| Tele release AZ-210519-003  07-05-21.pdf | pdf | 23.50 KB |
| YDW check 20695  $9685.7506302021.pdf | pdf | 1.20 MB |
| YDW June and July 2021 invoices-POD.pdf | pdf | 2.11 MB |
| 2010_C~1.PDF | | n/a |
| 2010_catalogue_cover__Rev1 (3).pdf | pdf | 51.07 KB |
| 2010_catalogue_cover__Rev1.pdf | pdf | 47.55 KB |
| 2017 expenses.ods | ods | 25.16 KB |
| 2018-2019 seller permit filling ACU Hardware01212021.pdf | pdf | 542.20 KB |
| 2018 form 8879  04-20-20 04202020.pdf | pdf | 673.34 KB |
| 2019 form 8879  04-20-20 04202020.pdf | pdf | 679.73 KB |
| 2019 ACU Hardware USA corporate tax return schedule C page 2.pdf | pdf | 290.59 KB |
| 2019 Income and Expenses.odt | odt | 13.23 KB |
| 2020 ACU Hardware USA | | 0.06 KB |
| .~lock.10+2 Filled form shipment #AZ-210529-003  05-21-21.xls# | xls# | 0.11 KB |
| .~lock.ISF info from the factory for AZ-210529-003  05-21-21.docx# | docx# | 0.11 KB |
| .~lock.The agreement  for John Quach.docx# | docx# | 0.11 KB |
| .~lock.ydw INVENTORY blanket Orders. 06-10-21.xlsx# | xlsx# | 0.11 KB |
| 10% tariff increase on Chinese goods.pdf | pdf | 1.22 MB |
| 10_2FI~2.XLS | | n/a |
| 10+2 Filled form shipment #AZ-210402-002  04-13-21.xls | xls | 23.04 KB |
| 10+2 Filled form shipment #AZ-210529-003  05-21-21.xls | xls | 23.04 KB |
| 105 15% 25% tariff tax increase imposed on Chinese import goods.pdf | pdf | 111.39 KB |
| 15% tariff increase imposed on Chinese import goods.pdf | pdf | 1.44 MB |
| 2020 ACU catalog.zip | zip | 10.09 MB |
| 2020 ACU casement hardware.pdf | pdf | 6.23 MB |
| 2020 ACU catalog Rev..pdf | pdf | 3.92 MB |
| 2020_catalogue_cover_ Rev..pdf | pdf | 51.27 KB |
| drawing 1 of 5.pdf | pdf | 211.14 KB |
| drawing 2 of 5.pdf | pdf | 167.50 KB |
| drawing 3 of 5.pdf | pdf | 402.02 KB |
| drawing 4 of 5.pdf | pdf | 534.79 KB |
| drawing 5 of 5.pdf | pdf | 113.39 KB |
| Elite-04 AAMA cerificate.pdf | pdf | 70.16 KB |
| Elite 01 Dual Arm Operator CR15 901-16 cert-3  5-2-2018.pdf | pdf | 145.04 KB |
| 2020 April ACU Hardware plus sales invoices Rev.pdf | pdf | 1.16 MB |

| File | Type | Size |
|---|---|---|
| 2020 August ACU Hardware statement plus sales invoices.pdf | pdf | 286.79 KB |
| 2020 bank statements ACU Hardware USA.zip | zip | 266.44 KB |
| 2020 April ACU Hardware USA bank statement.pdf | pdf | 49.66 KB |
| 2020 August ACU Hardware USA bank statement.pdf | pdf | 49.43 KB |
| 2020 Dec ACU Hardware USA bank statement.pdf | pdf | 50.83 KB |
| 2020 Feb ACU Hardware USA bank statement.pdf | pdf | 49.54 KB |
| 2020 Jan ACU Hardware USA bank statements.pdf | pdf | 50.59 KB |
| 2020 July ACU Hardware USA bank statement.pdf | pdf | 49.50 KB |
| 2020 June ACU Hardware USA bank statement.pdf | pdf | 51.05 KB |
| 2020 March ACU Hardware USA  bank statement.pdf | pdf | 50.59 KB |
| 2020 May ACU Hardware USA statement.pdf | pdf | 49.57 KB |
| 2020 Nov ACU Hardware bank statement.pdf | pdf | 49.35 KB |
| 2020 Oct ACU Hardware bank statement.pdf | pdf | 50.67 KB |
| 2020 Sept ACU Hardware USA bank statement.pdf | pdf | 49.65 KB |
| 2020 Dec ACU Hardware statement plus sales invoices.pdf | pdf | 1.60 MB |
| 2020 Jan ACU Hardware statement plus invoices.pdf | pdf | 3.54 MB |
| 2020 July ACU Hardware statement plus invoices.pdf | pdf | 447.55 KB |
| 2020 June ACU Hardware statement plus sales invoices.pdf | pdf | 990.70 KB |
| 2020 May ACU Hardware statement plus sales invoices.pdf | pdf | 544.37 KB |
| 2020 Nov ACU Hardware statement -no sales.pdf | | n/a |
| 2020 Nov ACU Hardware statement -no sales.pdf | pdf | 49.35 KB |
| 2020 Oct ACU Hardware statement plus sales invoices.pdf | pdf | 646.30 KB |
| 2020 P & L up to 7-20.ods | ods | 22.48 KB |
| 2020 Sept ACU Hardware statement plus sales invoices.pdf | pdf | 476.19 KB |
| 2020_Feb_ACU_Hardware_statement plus_sales_invoices .pdf | pdf | 1.72 MB |
| 2020_Feb_ACU_Hardware_statement plus_sales_invoices .pdf | | n/a |
| 2020_March_ACU_Hardware statement_plus_sales_invoices.pdf | pdf | 1.43 MB |
| 2021 March deliveries - invoices - POD .pdf | pdf | 2.30 MB |
| 2021 March deliveries - invoices - POD.pdf | pdf | 2.30 MB |
| 25 % tariff increase on Chinese import  0513-2019.pdf | pdf | 818.31 KB |
| ACU HARDWARE USA INC  P & L.pdf | pdf | 1.24 MB |
| ACU Hareware USA INC original filling.pdf | pdf | 2.92 MB |
| ACU_HARDWARE_USA_INC__P_&_L.pdf | pdf | 1.24 MB |
| ACU_HARDWARE_USA_INC_Ammendment 06-14-21.pdf | | n/a |
| ACU_HARDWARE_USA_INC_Ammendment 06-14-21.pdf | pdf | 91.13 KB |

| | | |
|---|---|---|
| ACU_HARDWARE_USA_INC_ANNUAL_LIST_OF_OFFICERS_2020-2021.pdf | pdf | 294.55 KB |
| air freight charge notification to Cathy email  on 04-02-21.pdf | pdf | 1.45 MB |
| air_freight_charge_notification_to_Cathy_email__on_04-02-21 .pdf | pdf | 192.66 KB |
| AmesburyTruth patent infringement lawsuit against Vision Industries.pdf | pdf | 429.22 KB |
| AZ-210402-002æµ·è¿ å‰¯æœ¬USA .xlsx | xlsx | 8.66 KB |
| BILL of lading  AZ-220529-003  05-21-21.pdf | | n/a |
| BILL of lading  AZ-220529-003  05-21-21.pdf | pdf | 121.43 KB |
| BILL of lading AZ-210402-002  04-13-21.pdf | pdf | 119.59 KB |
| ck 20469 $27678.03 YDW.png | png | 57.14 KB |
| conolidated parking PO-269802 YDW 05-17-21.xlsx | xlsx | 7.99 KB |
| Elite-04 listing extension 04-14-2104142021.pdf | pdf | 537.06 KB |
| Eugenie and Albert Temple city property 04-30-21.pdf | pdf | 10.88 KB |
| FACTOR~1.XLS | | n/a |
| Factory commerical invoice AZ-210402-002 05-12-21.xls | xls | 11.78 KB |
| Factory packing list AZ-210402-02  05-12-21.xls | xls | 22.53 KB |
| FEIN  ACU Hardware USA Inc  issued 2016.pdf | pdf | 16.00 KB |
| IM Windows Profiles.pdf | pdf | 359.68 KB |
| images.jpg | jpg | 6.53 KB |
| incoming wire Instruction - ACU HARDWARE.pdf | pdf | 72.68 KB |
| Invoice ACU200109 CRL PO-1334585  01-09-20.pdf | pdf | 273.15 KB |
| invoice ACU200110  CRL PO-1339105  01-2-120.pdf | pdf | 273.72 KB |
| Invoice ACU210430-A  ECO Glass PO-21042207  04-30-21.pdf | pdf | 269.59 KB |
| Invoice ACU210517-A YDW  PO-269802 Rev 05-24-21.pdf | pdf | 274.82 KB |
| Invoice ACU210517-A (Air freight share-01) 05-24-21 .pdf | pdf | 274.96 KB |
| Invoice ACU210517-A (Air freight share-01) 05-24-21 .pdf | pdf | 274.96 KB |
| Invoice ACU210517-B YDW PO-269802 05-17-21.pdf | pdf | 274.84 KB |
| Invoice ACU210517-B YDW PO-269802  05-17-21.pdf | | n/a |
| Invoice ACU210517-B (Air freight share-02) 05-24-21 .pdf | pdf | 273.62 KB |
| Invoice ACU210517-B (Air freight share-02) 05-24-21 .pdf | pdf | 273.62 KB |
| invoice API210427A  Eco Glass.PDF | pdf | 53.34 KB |
| invoice_API210427A__Eco_Glass.pdf | pdf | 49.43 KB |
| invoice_API210427A__Eco_Glass.pdf | | n/a |
| invoices and PODs for PO-269802  05-17-21.pdf | pdf | 3.07 MB |
| invoices and PODs for PO-269802  05-17-2105172021_0001.pdf | pdf | 3.07 MB |
| invoices and PODs for PO-269802  05-17-2105172021_0002.pdf | pdf | 3.07 MB |

| | | |
|---|---|---|
| ISF info from the factory  AZ-210402-002  04-13-21.pdf | pdf | 101.01 KB |
| ISF info from the factory for AZ-210529-003  05-21-21.docx | docx | 8.57 KB |
| Lind Quach proof of check issue date .jpg | jpg | 1.41 MB |
| PACKIN~1.PDF | | n/a |
| Packing list invoice API210427A  Eco Glass.PDF | pdf | 20.30 KB |
| packing PO-1361275 CRL  03-19-21.xlsx | xlsx | 7.25 KB |
| Packing_list_invoice_API210427A__Eco_Glass REV .pdf | | n/a |
| Packing_list_invoice_API210427A__Eco_Glass REV .pdf | pdf | 18.02 KB |
| parking list PO-21042207  Ego Glass  04-26-21.xlsx | xlsx | 7.02 KB |
| parking PO-1352071  p1 CRL  04-30-21.ods | ods | 19.61 KB |
| parking PO-1352071 consolidated  CRL  04-30-21.ods | ods | 21.15 KB |
| parking PO-269802 YDW  05-06-21.xlsx | xlsx | 7.77 KB |
| parking PO-269802 YDW  05-15-21.xlsx | xlsx | 7.10 KB |
| part 9406 modification drawing.pdf | pdf | 0.00 KB |
| PO-ACUUS-42721  04-27-21.pdf | pdf | 269.70 KB |
| PO 100215818 CRL  02-05-21.pdf | pdf | 59.30 KB |
| Polaris receiving doc for PO-.pdf | pdf | 179.97 KB |
| Quote 210521 FHC  05-14-21.pdf | pdf | 274.77 KB |
| removal post from ACU Hardware USA, Inc.odt | odt | 15.85 KB |
| RFQ 20210427  FHC  04-28-21.pdf | pdf | 529.04 KB |
| RFQ 20210427  FHC  04-28-21.xlsx | xlsx | 9.02 KB |
| RFQ 20210427  part 9406 modificaton .jpg | jpg | 1.74 MB |
| RFQ_20210427__drawing_9406_modificaton_jpg Rev.pdf | pdf | 1.66 MB |
| RFQ_20210427__FHC__Rev. 04-28-21.pdf | pdf | 531.76 KB |
| RFQ_20210427__part_9406_modificaton_jpg Rev.pdf | pdf | 1.66 MB |
| RFQ202~1.PDF | | n/a |
| screw adaptor for ajustor 6-13-21.pdf | pdf | 132.82 KB |
| screw adaptor for ajustor 6-24-21 .pdf | pdf | 53.82 KB |
| screw adaptor for ajustor 6-24-21 R1.pdf | pdf | 53.82 KB |
| screw adaptor for ajustor 6-24-21.dwg | dwg | 46.57 KB |
| SCREWA~3.PDF | | n/a |
| signed business resolution agreement  05-27-21.pdf | pdf | 1.72 MB |
| Tele-release shipment AZ-210402-02  05-12-21.pdf | pdf | 122.37 KB |
| Thank you Dr. Lew!.pdf | pdf | 353.12 KB |
| The agreement  for John Quach.docx | docx | 11.50 KB |

| File | Type | Size |
|------|------|------|
| VPN private internet access cancellation 03-30-21.pdf | pdf | 339.04 KB |
| wire transfer of $12000 to vendor, ACU Plasmold Inc  05-26-21 .pdf | pdf | 204.14 KB |
| wire transfer of $12000 to vendor, ACU Plasmold Inc  05-26-21.pdf | pdf | 204.14 KB |
| Wire transfer of $37000 to ACU Plasmold Inc 06-08-21.pdf | pdf | 211.37 KB |
| wiring transfer record $12000 05-2021.pdf | pdf | 164.26 KB |
| ydw INVENTORY blanket Orders. 06-10-21.xlsx | xlsx | 11.92 KB |
| 2020 August | | 0.44 KB |
| .~lock.POD 2021 August delivery CRL.xlsx# | xlsx# | 0.11 KB |
| 10+2 Filled form shipment #AZ210901-005  09-17-21.xls | xls | 22.53 KB |
| 2020 P-L statement  09-13-21.ods | ods | 23.28 KB |
| 2020 P-L statement  09-14-21.xlt | xlt | 30.72 KB |
| 2020 P-L statement  Rev 09-14-21.xlt | xlt | 30.72 KB |
| 2020 personal income tax  09-14-21.odt | odt | 15.77 KB |
| 2020 personal income tax  Rev 09-14-21.docx | docx | 4.80 KB |
| City of hope  1 of 2.pdf | pdf | 1.28 MB |
| City of hope  1 of 2.pdf | | n/a |
| city of hope 2 of 2.pdf | pdf | 1.75 MB |
| city of hope cont 1.pdf | pdf | 548.53 KB |
| city of hope cont 2.pdf | pdf | 1.78 MB |
| city of hope cont 3.pdf | pdf | 293.62 KB |
| Draft shipco_BOL_32300187_20210906092711.pdf | pdf | 142.92 KB |
| EZDex investors updated 09-13-21.xls | xls | 90.62 KB |
| EZDex investors updated1 09-13-21.xls | xls | 90.11 KB |
| EZDex investors.xls | xls | 90.62 KB |
| EZDEXI~3.XLS | | n/a |
| FHC PUMP specs..pdf | pdf | 168.81 KB |
| Invoices-POI for April to August deliveries08252021.pdf | pdf | 6.75 MB |
| irene p1.pdf | pdf | 226.94 KB |
| Irene p2.pdf | pdf | 246.90 KB |
| Irene p3.pdf | pdf | 208.77 KB |
| Irene p4.pdf | pdf | 734.78 KB |
| parking YDW PO-269802 08-26-21.xlsx | xlsx | 7.39 KB |
| PO-135~1.PDF | | n/a |
| PO-1352071 CRL 05-05-21.pdf | pdf | 633.62 KB |
| PO-1370405 CRL 12-17-20.pdf | pdf | 142.37 KB |

| | | |
|---|---|---|
| PO-1372756 CRL 01-22-21.pdf | pdf | 117.28 KB |
| PO-1372964 CRL 01-26-21.pdf | pdf | 533.86 KB |
| PO 1371608 CRL 01-07-21.pdf | pdf | 595.75 KB |
| POD CRL 08-07-21.pdf | pdf | 706.57 KB |
| POD CRL Rev. 08-07-21.pdf | pdf | 424.04 KB |
| POD 2021 August delivery CRL.xlsx | xlsx | 8.33 KB |
| POD for last Friday delivery 08-28-21.pdf | pdf | 251.32 KB |
| pro-418.pdf | pdf | 133.68 KB |
| Wire transfer record of $30,000 to ACU Canada 09-03-21.pdf | pdf | 202.47 KB |
| 2020 may PO | | 0.06 KB |
| PO 100233991 CRL 05-18-21.pdf | pdf | 59.29 KB |
| PO 100236912 CRL 06-04-21.pdf | pdf | 59.47 KB |
| PO 1383193 CRL 06-09-21.pdf | pdf | 144.76 KB |
| 2021 AAMA Verified component program annaul fee.pdf | pdf | 22.96 KB |
| 2021 April sales | | 0.43 KB |
| 2021 Feb deliveries - invoices - POD.pdf | pdf | 2.08 MB |
| 2021 Jan 1st delivery - invoice - POD.pdf | pdf | 494.88 KB |
| 2021 Jan 2nd delivery - invoice - POD.pdf | pdf | 1.13 MB |
| 2021 Jan 3rd delivery - invoice - POD.pdf | pdf | 1.31 MB |
| 2021 Jan 4th delivery - invoice - POD.pdf | pdf | 1.41 MB |
| 2021 March deliveries - invoices - POD.pdf | pdf | 2.30 MB |
| 2021_Jan_2nd_delivery_-_invoice_-_POD .pdf | pdf | 1.14 MB |
| Invoice ACU210121-B YDW PO-255908 01-21-21.pdf | pdf | 271.96 KB |
| Invoice ACU210121-B YDW PO-255908 01-21-21.pdf | | n/a |
| Invoice ACU210413 PO-1372964 CRL 04-13-21.pdf | pdf | 274.73 KB |
| Invoice ACU210430-B CRL PO-1352071 04-30-21.pdf | pdf | 274.46 KB |
| parking PO-1371608 1372756 CRL 05-22-21.ods | ods | 19.01 KB |
| POD PO-1352041 CRL Original 04-30-21.pdf | pdf | 1.12 MB |
| POD PO-268767 YDW 01-13-21.pdf | pdf | 54.38 KB |
| POD PO-268767 shipment discrepancy corrected YDW 01-16-21.pdf | pdf | 95.70 KB |
| POD PO-1372964 CRL Original 04-13-21.pdf | pdf | 1.22 MB |
| POD PO-255908 YDW 01-21-21.pdf | pdf | 3.35 MB |
| POD PO-255908 254398 251449 YDW 02-17-21.pdf | pdf | 1.28 MB |
| POD PO-255908 254398 251449 YDW 02-17-21.pdf | | n/a |
| POD PO-268767 YDW 01-21-21.pdf | pdf | 3.35 MB |

| | | |
|---|---|---|
| POD__PO-1352071__CRL__04-30-21 .pdf | pdf | 566.21 KB |
| POD__PO-268767_shipment_discrepancy_corrected__YDW__01-16-21.pdf | pdf | 89.79 KB |
| POD_PO-1372964__CRL__Original__04-13-21.pdf | pdf | 630.71 KB |
| POD_PO-268767_YDW_01-21-21.pdf | pdf | 576.89 KB |
| 2021 Feb PO | | 0.06 KB |
| .~lock.Consolidated parking PO-1341873 1341064 134512 03-17-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking YDW PO-255908 269412 Vendor copy 03-19-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-1341030 CRL 03-17-21.xlsx# | xlsx# | 0.11 KB |
| .~lock.parking PO-1341512 pallet 6 03-17-21.xlsx# | xlsx# | 0.11 KB |
| 03-18-21 POD to CRL.pdf | pdf | 125.15 KB |
| 2018-2019 seller permit filling ACU Hardware01212021 (1).pdf | pdf | 542.20 KB |
| 724056001E_visomat_double_comfort_DE_EN.pdf | pdf | 1.60 MB |
| BUSINE~1.PDF | | n/a |
| Business OLB Application - ACU Hardware USA Inc.pdf | pdf | 202.83 KB |
| Business_OLB_Application_-_ACU_Hardware_USA_Inc.pdf | | n/a |
| Business_OLB_Application_-_ACU_Hardware_USA_Inc.pdf | pdf | 246.35 KB |
| Consolidated parking PO-1341873 1341064 134512 03-17-21.xlsx | xlsx | 7.62 KB |
| CRL inventory open orders inventory 03-04-21.xlsx | xlsx | 11.48 KB |
| CRL PO-100215818 03-16-21.pdf | pdf | 59.33 KB |
| CRL_PO-100215818__03-16-21.pdf | pdf | 60.33 KB |
| Factory packing list AZ-20210127-001.xls | xls | 24.58 KB |
| First United Methodist church of san gabriel letter to Dr. Lew.pdf | pdf | 791.36 KB |
| Foundation Ours Inc  note of appreciation to Dr. Lew.pdf | | n/a |
| Foundation Ours Inc  note of appreciation to Dr. Lew.pdf | pdf | 205.21 KB |
| HOT PO-1370405__CRL__02-05-21.pdf | pdf | 144.16 KB |
| Invoice ACU180403 (CDW PO-1240-02 acu) 4-3-18. pdf.pdf | pdf | 665.11 KB |
| packing PO-13100191876 1369985 03-19-21.xlsx | xlsx | 7.19 KB |
| packing PO-1361275 CRL 03-19-21.xlsx | xlsx | 7.35 KB |
| parking YDW PO-255908 269412 03-19-21.xlsx | xlsx | 7.37 KB |
| parking  YDW PO-255908 269412 customer copy 03-19-21.xlsx | xlsx | 7.23 KB |
| parking YDW PO-255908 269412 Duplicate copy 03-19-21.xlsx | xlsx | 7.23 KB |
| parking  YDW PO-255908 269412 Vendor copy 03-19-21.xlsx | xlsx | 7.23 KB |
| parking PO-1341030 CRL 01-16-21.xlsx | xlsx | 7.17 KB |
| parking PO-1341030 CRL 03-17-21.xlsx | xlsx | 7.17 KB |
| parking PO-1341030 CRL 03-17-21.xlsx | | n/a |

| File | Type | Size |
|---|---|---|
| parking PO-1341512 pallet 6 03-17-21.xlsx | xlsx | 7.18 KB |
| parking PO-1341873 1341064 pallet 3 03-17-21.xlsx | xlsx | 7.22 KB |
| parking PO-1341873 pallet 4 03-17-21.xlsx | xlsx | 7.19 KB |
| parking PO-1341873 pallet 5 03-17-21.xlsx | xlsx | 7.15 KB |
| parking PO-1341873 pallet 1 03-17-21.xlsx | xlsx | 7.15 KB |
| parking PO-1341873 pallet 2 03-17-21.xlsx | xlsx | 7.19 KB |
| PO-100215818 CRL 02-08-21.pdf | pdf | 59.30 KB |
| PO-100215818_CRL__02-08-21 .pdf | pdf | 60.00 KB |
| PO-1369988 CRL 02-08-21.pdf | pdf | 144.01 KB |
| PO-1369988__CRL__02-08-21.pdf | pdf | 145.01 KB |
| PO-1370405 CRL 02-05-21.pdf | pdf | 143.24 KB |
| PO-1371608 CRL 01-05-21 | <missing?> | 146.25 KB |
| PO-1371608 CRL 02-5-21.pdf | pdf | 146.25 KB |
| PO-1371608__CRL_02-5-21.pdf | pdf | 147.69 KB |
| PO-1372756 CRL 02-05-21.pdf | pdf | 133.98 KB |
| PO-1372756__CRL_02-05-21.pdf | pdf | 135.42 KB |
| PO-1372964 CRL 02-08-21.pdf | | n/a |
| PO-1372964 CRL 02-08-21.pdf | pdf | 125.33 KB |
| PO-1372964__CRL__02-08-21.pdf | pdf | 126.76 KB |
| PO-206802 YDW 02-05-21.pdf | pdf | 255.67 KB |
| PO-206802__YDW__02-05-21.pdf | pdf | 257.28 KB |
| PO-271639 YDW 07-26-21 | <missing?> | 255.68 KB |
| PO-271693 YDW 07-26-21.pdf | pdf | 255.61 KB |
| PO-271811 CRL 07-26-21.pdf | pdf | 255.66 KB |
| PO-55212 CDW 02-05-21.pdf | pdf | 64.67 KB |
| PO-55212 CDW 02-05-21.pdf | | n/a |
| PO-55212__CDW___02-05-21.pdf | pdf | 65.07 KB |
| PO #100215818 Revised 03-16-21.pdf | pdf | 59.33 KB |
| PO #100215818 Revised 03-16-21.pdf | | n/a |
| PO#100~1.PDF | | n/a |
| POD PO-255908 269412 YDW 03-22-21.pdf | pdf | 3.71 MB |
| POD PO-1361275 CRL.pdf | pdf | 3.35 MB |
| POD__PO-255908_269412__YDW_03-22-21.pdf | pdf | 770.32 KB |
| POD_PO-133042__CRL.pdf | pdf | 588.39 KB |
| POD_PO-1361275__CRL.pdf | pdf | 566.84 KB |

| | | |
|---|---|---|
| quote 200317 R2 CRL-Product Mangement.pdf | pdf | 269.57 KB |
| quote 200317 R2 CRL-Product Mangement.pdf | | n/a |
| Release_Order_LI_210221800035_11_044512.PDF | pdf | 58.97 KB |
| Tariff tax 10% 15% 25% increase imposed on Chinese import goods.pdf | pdf | 111.39 KB |
| US Metro bank online wire request02192021.pdf | pdf | 1.27 MB |
| US Metro bank online wiring signed application02152021.pdf | pdf | 699.68 KB |
| Wire transfor to ACU Plasmood $30000  02-19-21.pdf | pdf | 210.95 KB |
| 2021 Feb Sales invoices | | 0.22 KB |
| .~lock.parking PO-255908 251449 YDW  02-17-21.xlsx# | xlsx# | 0.11 KB |
| 20210127ç¾Žå›½æ•£è′§ç″µæ″¾æ   å  •Â TLX.pdf | pdf | 18.57 KB |
| Bill of lasing for shipment AZ-20210127-001  freight paid.pdf | pdf | 18.57 KB |
| CDW 87487 $380002222021.pdf | pdf | 542.74 KB |
| CRL 0180 $548.1202222021.pdf | pdf | 497.98 KB |
| Factory commerical invoice AZ-20210127-001.xls | xls | 12.29 KB |
| Invoice ACU21008-E CDW PO-108.pdf | pdf | 272.42 KB |
| Invoice ACU210208-A YDW  PO-255908.pdf | pdf | 271.95 KB |
| Invoice ACU210208-A YDW  PO-255908.pdf | | n/a |
| Invoice ACU210208-B  YDW PO-251449.pdf | pdf | 272.09 KB |
| Invoice ACU210208-C  YDW PO-254938.pdf | pdf | 271.98 KB |
| Invoice ACU210208-D  CRL  PO-133042.pdf | pdf | 273.22 KB |
| Invoice ACU210208-F  CDW  PO-55174.pdf | pdf | 272.48 KB |
| parking consolidated PO-255908 254398 251449 YDW  02-17-21.xlsx | xlsx | 7.56 KB |
| parking PO-255908 251449 p2 YDW  02-17-21.xlsx | xlsx | 7.20 KB |
| parking PO-255908 251449 YDW  02-17-21.xlsx | xlsx | 7.29 KB |
| parking PO-255908 254398 251449 YDW  02-17-21.xlsx | xlsx | 7.56 KB |
| parking PO-255908 254398 YDW  02-17-21.xlsx | xlsx | 7.18 KB |
| 2021 import Bond renewal signied application 01282021.pdf | pdf | 583.61 KB |
| 2021 import Bond renewal signied application 01282021.pdf | | n/a |
| 2021 Jan Sales invoices | | 0.06 KB |
| 2021 Jan ACU210114-A  YDW  PO-268767.pdf | pdf | 272.63 KB |
| 2021 Jan ACU210121  CRL PO-1361275.pdf | pdf | 273.64 KB |
| PO-1372756 CRL 01-22-21.pdf | pdf | 143.04 KB |
| PO 1371608 CRL  01-07-21.pdf | pdf | 143.11 KB |
| 2021 July PO | | 0.06 KB |
| Air freight invoice from the carrier  06-30-21.pdf | pdf | 520.09 KB |

| | | |
|---|---|---|
| bill of lading and packing list PO-269802  YDW  07-26-2107262021.pdf | pdf | 1.34 MB |
| Factory commerical invoice AZ-210629-004  08-13-21.xls | xls | 11.78 KB |
| Factory packing list AZ-210629-004  Rev.  08-13-21.xls | xls | 26.11 KB |
| Invoice ACU210526-B Rev CRL PO-137405  08-19-21.pdf | pdf | 275.11 KB |
| Invoice ACU210726 YDW PO-269802  07-26-21.pdf | | n/a |
| Invoice ACU210726 YDW PO-269802  07-26-21.pdf | pdf | 274.42 KB |
| Invoices POI for PO-1370405 July delivery  07-06-2108162021.pdf | pdf | 811.63 KB |
| Invoices POI for PO-1371608 1372756  for April and May 2021 deliveries08162021.pdf | pdf | 2.94 MB |
| Invoices POI for PO 3226  Precision  06-25-2108162021.pdf | pdf | 1.07 MB |
| Invoices POI for PO for PO-100215818 CRL  08-04-2108162021.pdf | pdf | 663.96 KB |
| Invoices POI for PO for PO-100215818 CRL  08-04-2108162021_0001.pdf | pdf | 663.96 KB |
| Invoices POI for PO-132071 7-28-21 PO-1372964 8-3-2108162021.pdf | pdf | 2.97 MB |
| Packing and POI _PO-269802__YDW__07-26-21.pdf | pdf | 1.34 MB |
| packing list AIR US Aluminum PO-1370405  07-06-21 .xlsx | xlsx | 8.36 KB |
| packing PO-100215818 CRL 08-04-21.xlsx | xlsx | 7.15 KB |
| photo of the missing window latch's keeper.pdf | pdf | 293.31 KB |
| PO-100~2.PDF | | n/a |
| PO-100242595 CRL 07-26-21.pdf | pdf | 144.68 KB |
| PO-100242595__CRL__07-28-21.pdf | pdf | 142.64 KB |
| PO-1371608 CRL.pdf | pdf | 146.25 KB |
| PO-271639 YDW 07-26-21.pdf | pdf | 426.44 KB |
| PO-271639__YDW__07-28-21.pdf | pdf | 426.24 KB |
| PO-271693 YDW 07-26-21.pdf | pdf | 410.07 KB |
| PO-271693__YDW__07-26-21.pdf | pdf | 410.89 KB |
| PO-271811 YDW 07-26-21.pdf | pdf | 420.32 KB |
| PO-271811__YDW__07-28-21.pdf | pdf | 419.74 KB |
| POI PO-1372964 CRL 06-25-21.pdf | pdf | 339.37 KB |
| POI_Precision_Screen_&_Security_Products 06-25-21.pdf | pdf | 342.98 KB |
| POIPO-~1.PDF | | n/a |
| Proof of delivery PO-269802  YDW  07-26-21.pdf | pdf | 1.34 MB |
| Quote on aluminum extrusion  FHC 07-27-21.pdf | pdf | 85.42 KB |
| SP3305SW-KE(WT) scratches 2 of 3.jpg | jpg | 728.58 KB |
| SP3305SW-KE(WT) scracthes 1 of 3 .jpg | jpg | 734.02 KB |
| SP3305SW-KE(WT) scratches 3 of 3.jpg | jpg | 830.26 KB |
| Tele release shipment AZ-210629-004  08-13-21.pdf | pdf | 122.47 KB |

| | | |
|---|---|---|
| 2021 June PO | | 0.05 KB |
| 2021 march sales invoices | | 0.45 KB |
| .~lock.EZDex White Paper (revision) Albert 3 27 2021.docx# | docx# | 0.11 KB |
| Invoice ACU210330-A PO-1341873 CRL 03-30-21.pdf | pdf | 273.74 KB |
| Invoice ACU210330-A PO-1341873 CRL Rev 03-30-21.pdf | pdf | 273.75 KB |
| Invoice ACU210330-A PO-1341873 CRL Rev 03-30-21.pdf | | n/a |
| Invoice ACU210330-B PO-1341064 CRL 03-30-21.pdf | pdf | 273.32 KB |
| Invoice ACU210330-B PO-1341064 CRL Rev 03-30-21.pdf | pdf | 273.33 KB |
| Invoice ACU210330-C PO-1341512 CRL 03-30-21.pdf | pdf | 273.01 KB |
| Invoice ACU210330-C PO-1341512 CRL Rev 03-30-21.pdf | pdf | 273.02 KB |
| Invoice ACU210330-D PO-1341030 CRL Rev 03-30-21.pdf | pdf | 273.02 KB |
| Invoice ACU210330-D PO-1341030 CRL 03-30-21.pdf | pdf | 273.01 KB |
| Invoice ACU210330-E PO-1369985 CRL 03-30-21.pdf | pdf | 272.80 KB |
| Invoice ACU210330-E PO-1369985 CRL Rev 03-30-21.pdf | pdf | 272.81 KB |
| Invoice ACU210330-F PO-100191876 CRL 03-30-21.pdf | pdf | 273.66 KB |
| Invoice ACU210330-F PO-100191876 CRL Rev 03-30-21.pdf | pdf | 273.67 KB |
| Invoice ACU210330-G PO-1361275 CRL 03-30-21.pdf | pdf | 274.85 KB |
| Invoice ACU210330-G PO-1361275 CRL Rev  03-30-21.pdf | pdf | 274.85 KB |
| Invoice ACU210330-G PO-1361275 CRL Rev  03-30-21.pdf | | n/a |
| Invoice ACU210330-H PO-269412 YDW  03-30-21.pdf | pdf | 275.25 KB |
| Invoice ACU210330-I  PO-255908 YDW 03-30-21.pdf | pdf | 272.63 KB |
| Proof of delivery for_03-22-21 .pdf | pdf | 1.24 MB |
| Proof_of_delivery_for_03-17-21.pdf | pdf | 126.26 KB |
| Proof_of_delivery_for_03-22-21_ 1 of 2.pdf | pdf | 650.15 KB |
| Proof_of_delivery_for_03-22-21_ 2 of 2.pdf | pdf | 594.09 KB |
| 2021 may PO | | 0.06 KB |
| PO 100231786 CRL 05-25-21.pdf | pdf | 59.29 KB |
| PO 100233991 CRL 05-25-21.pdf | pdf | 59.29 KB |
| PO 100236912 CRL 06-04-21.pdf | pdf | 59.47 KB |
| PO 1375712 CRL 05-25-21.pdf | pdf | 154.69 KB |
| PO 1376667 CRL 05-25-21.pdf | pdf | 172.76 KB |
| PO_100231786__CRL_05-25-21.pdf | pdf | 60.14 KB |
| PO_100233991__CRL__05-25-21.pdf | pdf | 60.14 KB |
| PO_1375712__CRL__05-25-21.pdf | pdf | 156.14 KB |
| PO_1376667_CRL__05-25-21.pdf | pdf | 174.19 KB |

| | | |
|---|---|---|
| 2021 New Year Resolution.odt | odt | 16.42 KB |
| 2021 New Year Resolutions.odt | odt | 16.50 KB |
| 2021 September | | 0.06 KB |
| PO-100233991 CRL 09-17-21.pdf | pdf | 59.29 KB |
| PO-100242595 Rev CRL 09-17-21.pdf | pdf | 59.53 KB |
| PO-100242595_Rev__CRL__09-17-21.pdf | pdf | 60.39 KB |
| PO-1389681 CRL 09-17-21.pdf | pdf | 143.93 KB |
| PO-1389681__CRL__09-17-21.pdf | pdf | 144.75 KB |
| PO-271639 YDW 07-06-21.pdf | pdf | 256.54 KB |
| PO-271811 YDW 09-17-21.pdf | pdf | 256.52 KB |
| PO 100236922 CRL 06-03-21.pdf | pdf | 59.47 KB |
| PO 100242595 CRL 07-26-21.pdf | pdf | 59.49 KB |
| PO 1390859 CRL 09-17-21.pdf | pdf | 157.44 KB |
| PO 271693 YDW 09-17-21.pdf | pdf | 255.61 KB |
| PO 272029 YDW 09-17-21.pdf | pdf | 255.64 KB |
| PO_1390859__CRL__09-17-21.pdf | pdf | 158.87 KB |
| PO_271693__YDW__09-17-21.pdf | pdf | 257.38 KB |
| PO_272029__YDW__09-17-21.pdf | pdf | 257.43 KB |
| 20210106 | | 0.28 KB |
| 20210106.zip | zip | 22.69 MB |
| 20210106 | | n/a |
| QBTempBackup.tmp | tmp | 22.84 MB |
| QBTempBackup.tmp | tmp | 22.84 MB |
| 2nd half tooling charge ACU191218 02-26-20.pdf | pdf | 257.60 KB |
| 2nd half tooling charge ACU191218 02-26-20.xls | xls | 12.29 KB |
| A study on Glory.dot | dot | 36.35 KB |
| A study on Glory.odt | odt | 24.57 KB |
| AAMA | | 0.30 KB |
| AAMA annaul renewal 2021.pdf | pdf | 22.96 KB |
| ACU - Elite-02 901-16 NCA.pdf | pdf | 56.22 KB |
| ACU-USA-Stock_Subscription_Agreement.pdf | pdf | 68.48 KB |
| ACU-USA-Share_Issuance-Resolution.pdf | pdf | 12.90 KB |
| ACU-USA-Stock_Issuance_Transfer_Ledger_Form.pdf | pdf | 10.98 KB |
| acu Hardware USA, legal | | 0.06 KB |
| 1320 leland ave, west covina appraisal report.pdf | pdf | 6.77 MB |

| | | |
|---|---|---|
| 1320 S Leland Ave, West Covina, CA 91790 - realtor.comÂ®.pdf | pdf | 2.99 MB |
| 1320 S. Leland ave, west covina, ca 91790 short sales approval.pdf | pdf | 27.02 KB |
| 2020_Feb_ACU_Hardware_USA_plus_paid_invoices.pdf | pdf | 1.72 MB |
| ACU Hardware USA INC filing on 11-16-16 .pdf | pdf | 2.92 MB |
| ACU Hardware USA inc filling amended 2 of 2.pdf | pdf | 273.03 KB |
| down paynent of purchaisng the Leland house.pdf | pdf | 452.64 KB |
| Escrow instruction 1320 South Leland ave, west covina .pdf | pdf | 681.23 KB |
| how to register a salvage vehicle03222021.pdf | pdf | 1.32 MB |
| Original loan disclosure statement03222021.pdf | pdf | 764.39 KB |
| purchase contract for 1320 S. Leland Ave., West Covina, CA 91790.pdf | pdf | 1.79 MB |
| refinance down to 4.5% from 5.25%03222021.pdf | pdf | 371.34 KB |
| Title Prelim for  1320 S. Leland , west covina, CA .pdf | pdf | 356.51 KB |
| ACU legal info.odt | odt | 12.95 KB |
| ACU Plasmold - Elite - 02 Rotary Operator AAMA certificate  03-02-20.pdf | pdf | 137.31 KB |
| ACU USA-Blank_stock_certificate.pdf | pdf | 2.96 MB |
| ACU_HARDWARE_USA_INC_2021 Renewal docs..pdf | pdf | 294.55 KB |
| Alice Lin | | 0.06 KB |
| Alice Lin self photo.jpeg | jpeg | 2.35 MB |
| Can expired food safe to eat article.jpeg | jpeg | 1.46 MB |
| Food bank serving 2 of 2.jpg | jpg | 831.19 KB |
| Food bank serving photo 1 of 2.jpeg | jpeg | 3.07 MB |
| Food bank serving photo 3 of 3.jpeg | jpeg | 2.40 MB |
| United States Good Samaritan Law 1 of 2.jpeg | jpeg | 2.71 MB |
| United States Good Samaritan Law.jpeg | jpeg | 2.19 MB |
| Alvin 2021 Feb. art collection shipment receipt.pdf | pdf | 102.33 KB |
| Alvin UPS refund check.jpeg | jpeg | 563.73 KB |
| Alvin_Zhuo_power_switch_invoice (2).pdf | pdf | 272.04 KB |
| Amazon.com_ Digital Order Summary.pdf | pdf | 49.49 KB |
| approved VN0079  01-09-20.pdf | pdf | 132.64 KB |
| approved_Tooling VN0079___01-09-20.pdf | pdf | 67.80 KB |
| Art Holly Gold contract.pdf | | n/a |
| Art Holly Gold contract.pdf | pdf | 1.83 MB |
| ARTHOL~1.PDF | | n/a |
| Aunti Mo at Broadway Senior Home center.jpg | jpg | 181.00 KB |
| Auntie Mo  photo 1 of 2.jpg | jpg | 240.33 KB |

| | | |
|---|---|---|
| ByLaws.odt | odt | 30.42 KB |
| CBE-03  drawing of spring.pdf | pdf | 46.99 KB |
| CDW  invoices  01-11-20.pdf | pdf | 2.60 MB |
| CDW open orders inventory 01-30-21.xlsx | xlsx | 12.63 KB |
| CDW open orders inventory 02-04-21.xlsx | xlsx | 12.63 KB |
| CDW open orders inventory 02-07-21.xlt | | n/a |
| CDW open orders inventory 02-07-21.xlt | xlt | 14.85 KB |
| CDW open orders inventory.xlsx | xlsx | 12.63 KB |
| CH-03 drawing of housing.pdf | pdf | 53.07 KB |
| check 4315 paid to PANJIVA for subscription 3-17-20 thru -17-20.jpeg | jpeg | 502.62 KB |
| China factory address.odt | odt | 10.19 KB |
| Clarification and correction for the deposition dated on 10-13-20  R1.odt | odt | 15.64 KB |
| Clarification and correction for the deposition dated on 10-13-20  R2.odt | | n/a |
| Clarification and correction for the deposition dated on 10-13-20  R2.odt | odt | 16.29 KB |
| Clarification and correction for the deposition dated on 10-13-20  R3.odt | odt | 16.62 KB |
| Clarification and correction for the deposition dated on 10-13-20.odt | odt | 15.78 KB |
| CLAY color sample.jpeg | jpeg | 956.67 KB |
| Conisa Holly.Gold investment contract.pdf | pdf | 2.62 MB |
| CORPORATIONS_NEXT_STEPS_.pdf | pdf | 61.21 KB |
| Covid-19 alternative treatment by Dr. Samuel Jung.pdf | pdf | 795.58 KB |
| CRL check 100301 ($7,414) 02-26-2002262020.pdf | pdf | 541.40 KB |
| CRL check 100301 ($7,414) 02-26-2002262020.pdf | | n/a |
| CRL inventory open orders inventory 02-04-21.xlsx | xlsx | 11.48 KB |
| CRL inventory open orders inventory 02-04-21.xlsx | | n/a |
| CRL inventory report RE 01-30-21.xlsx | xlsx | 11.48 KB |
| CRL inventory report Revised  01-29-21.xlsx | xlsx | 11.48 KB |
| CRL invoices 01112021.pdf | pdf | 2.60 MB |
| CRL payment check #099640  amount $10,465.62.pdf | pdf | 582.30 KB |
| crypto1.pdf | pdf | 2.30 MB |
| cryto.pdf | pdf | 2.30 MB |
| Deron  Ker music festival project  1 of 2.pdf | pdf | 8.81 MB |
| Deron  Ker music festival project.pdf | pdf | 8.81 MB |
| Deron  Ker music festival project.pdf | | n/a |
| Deron Ker cienema project.pdf | pdf | 7.95 MB |
| Diginex The First Crypto And Digital Asset Exchange To Go Public In The U.S. â€" The Future Is Here.pdf | pdf | 2.31 MB |

| | | |
|---|---|---|
| Digital currency  (I).dot | dot | 303.10 KB |
| DynaphosProStudio2012-2013EN.pdf | pdf | 8.33 MB |
| EIN  ACU Hardware USA Inc  issued 2016.pdf | pdf | 16.00 KB |
| Elite-02 AAMA test report  3-2-2020.pdf | pdf | 866.62 KB |
| Elite-02 AAMA test report  3-2-2020.pdf | n/a | |
| ELITE-02L-OK  02-23-20.pdf | pdf | 344.56 KB |
| ELITE-02L-OK  02-23-20.pdf | n/a | |
| ELITE-02R-OK  02-23-20.pdf | pdf | 348.32 KB |
| Elite - 02 Rotary Operator AAMA certificate  03-02-20.pdf | pdf | 137.31 KB |
| Employee W4 Information.pdf | pdf | 13.93 KB |
| EZX password.odt | odt | 12.05 KB |
| FA Approved-PSC3357-VN0087  01-06-20.pdf | pdf | 189.47 KB |
| FA_Approved-PSC3357-VN0087___01-06-20.pdf | pdf | 63.90 KB |
| FACTOR~2.XLS | n/a | |
| Factory commerical invoice AZ-210402-002  05-12-21.xls | xls | 11.78 KB |
| Factory packing list AZ-210402-02  05-12-21.xls | xls | 22.53 KB |
| Gas bill for proof of address 01072021.pdf | pdf | 483.09 KB |
| Gas bill for proof of address 01112021.pdf | pdf | 2.60 MB |
| Glory of God.odt | odt | 24.04 KB |
| GoldenDeli_ToGo_Menu-compressed.pdf | pdf | 3.03 MB |
| Goodbye, paper money! China has become the world's first digital currency country!.pdf | pdf | 3.69 MB |
| HG - Holly Gold white paper.pdf | pdf | 1.72 MB |
| HIGHLI~1.PDF | n/a | |
| Highlighted Legal Doc for HollyGold.pdf | n/a | |
| Highlighted Legal Doc for HollyGold.pdf | pdf | 2.62 MB |
| Holly Gold white paper and investor contract complete.pdf | pdf | 1.72 MB |
| holy spirit study guide 2.odt | odt | 18.83 KB |
| holy spirit study guide.odt | odt | 15.11 KB |
| INVOIC~4.PDF | n/a | |
| Invoice ACU120131 (PO-255908 YDW)  01-31-20.pdf | pdf | 270.78 KB |
| Invoice ACU180719A.pdf | pdf | 581.74 KB |
| Invoice ACU180719B.pdf | pdf | 579.94 KB |
| Invoice ACU191218A  CR LPO-1339658  02-26-20.pdf | pdf | 436.78 KB |
| invoice ACU200309-A (CRL PO-1333042)  03-09-20.pdf | pdf | 273.46 KB |
| invoice ACU200309-B (CRL PO-1341030)  03-09-20.pdf | pdf | 272.35 KB |

| | | |
|---|---|---|
| invoice ACU200309-C (CRL PO-1339051) 03-09-20.pdf | pdf | 271.49 KB |
| Invoice ACU201020-A YDW PO-268767 10-21-20.pdf | pdf | 94.87 KB |
| Invoice API210427A Eco Glass 04-27-21.PDF | pdf | 53.34 KB |
| Invoice_ACU201020-A_YDW_PO_268767__ Rev10-21-20.pdf | pdf | 95.76 KB |
| Irene 's farmer insurance letter.pdf | pdf | 83.21 KB |
| iWC inventory -open orders REV 01-30-21.xlsx | xlsx | 14.87 KB |
| iWC inventory -open orders REV 02-04-21.xlsx | xlsx | 14.86 KB |
| iWC inventory for all open orders  as of 11-30-20..pdf | pdf | 132.85 KB |
| iWC inventory for all open orders  R1 as of 11-30-20.xlsx | | n/a |
| iWC inventory for all open orders  R1 as of 11-30-20.xlsx | xlsx | 10.63 KB |
| iWC inventory for all open orders  REV as of 11-30-20.pdf | pdf | 14.88 KB |
| iWC inventory for all open orders  Rev as of 11-30-20.xlsx | xlsx | 14.88 KB |
| iWC inventory for all open orders  Revised 01-29-21.xlsx | xlsx | 14.87 KB |
| iWC inventory for all open orders  Revision as of 11-30-20..pdf | pdf | 132.85 KB |
| iWC inventory for all open orders  Revision as of 11-30-20.xlsx | xlsx | 14.88 KB |
| iWC inventory for all open orders  Revision as of 12-08-20.pdf | pdf | 132.85 KB |
| iWC inventory for all open orders as of 11-30-20.xlsx | xlsx | 10.57 KB |
| iWC open order INVENTORY as of 12-30-20.xlsx | xlsx | 9.43 KB |
| IWCINV~2.XLS | | n/a |
| john and Linda tax info.odt | odt | 14.98 KB |
| John Quach ID photo01072021.pdf | pdf | 227.10 KB |
| Legal Doc for HollyGold.pdf | pdf | 2.62 MB |
| Letter of intent for K-N95.pdf | pdf | 7.05 KB |
| Letter_of_intent_for_K-N95.pdf | pdf | 7.94 KB |
| Malibu window open iorders inventory 01-30-21.xlsx | xlsx | 12.41 KB |
| Malibu window open iorders inventory 01-30-21.xlsx | | n/a |
| Malibu window open iorders inventory 02-04-21.xlsx | xlsx | 12.42 KB |
| Malibu window open iorders inventory 02-07-21.xlt | xlt | 14.34 KB |
| Malibu window.xlsx | xlsx | 12.37 KB |
| maPLE PROJECT | | 0.05 KB |
| Matthew Quach letter of appreciation to Dr. Lew.doc | doc | 12.29 KB |
| missing window latch's keepers.pdf | pdf | 293.31 KB |
| Mr. Jian He's MRI report.pdf | pdf | 39.66 KB |
| NeIRS efile authorization tax year 201912152020.pdf | pdf | 768.36 KB |
| Nevada Department of texation for 2018-201912092020.pdf | pdf | 536.96 KB |

| | | |
|---|---|---|
| Packing list PO-1312571 CRL 03-06-20.xlsx | xlsx | 7.28 KB |
| Packing PO-0401 acu 02-26-20.xlsx | xlsx | 7.11 KB |
| Packing PO-1240-01 acu 02-26-20.xlsx | xlsx | 7.12 KB |
| Packing PO-1240-02 acu 02-26-20.xlsx | xlsx | 7.12 KB |
| packing PO-1341030 CRL 03-06-20.xlsx | xlsx | 7.16 KB |
| packing PO-1341873 1341064 air shipment 03-20-20.xlsx | xlsx | 7.40 KB |
| packing PO-1372964 CRL 08-03-21.xlsx | xlsx | 7.17 KB |
| packing PO-139051 air shipment CRl 03-06-20.xlsx | xlsx | 7.21 KB |
| packing PO-139051 CRl 03-06-20.xlsx | xlsx | 7.16 KB |
| Packing PO-18 (CDW) 02-17-20.xlsx | xlsx | 7.00 KB |
| Packing PO-18 (CDW) 02-26-20.xlsx | xlsx | 6.99 KB |
| packing PO 108 CDW 01-18-21.xlsx | xlsx | 7.07 KB |
| PARKIN~1.XLS | | n/a |
| parking PO-238189 IWC 03-07-20.xlsx | xlsx | 6.97 KB |
| parking PO-238189 IWC 03-11-20.xlsx | xlsx | 6.94 KB |
| parking PO-255908 YDW 03-07-20.xlsx | xlsx | 7.07 KB |
| parking PO-255908 YDW 03-11-20.xlsx | xlsx | 7.03 KB |
| payment receipt to NEVDA 2021.pdf | pdf | 211.73 KB |
| PO-100242595 CRL 07-26-21.pdf | pdf | 59.49 KB |
| PO 266015 IWC 03-12-20.pdf | pdf | 255.60 KB |
| PO_CRL_1361275__08-26-20 (3).pdf | | n/a |
| PO_CRL_1361275__08-26-20 (3).pdf | pdf | 173.39 KB |
| POD for ACU201020-A delivered on 10-21-20.pdf | pdf | 356.66 KB |
| POD PO-1333042 CRL 03-06-20.pdf | pdf | 2.88 MB |
| POD PO-1339051 CRl 03-06-2003202020.pdf | pdf | 1.48 MB |
| POD PO-1341873 1341064 CRL 03-20-2003222020.pdf | pdf | 494.01 KB |
| POD_for_ACU201020-A_delivered_ Rev on_10-21-20.pdf | pdf | 359.77 KB |
| POD_for_ACU201020-A_delivered_on_ Revision 10-21-20.pdf | pdf | 359.78 KB |
| POD_PO-1333042_CRL_03-06-20.pdf | pdf | 792.07 KB |
| POD_PO-1341873_1341064__CRL__ Rev 03-20-20.pdf | pdf | 495.55 KB |
| POD_PO-1341873_1341064__CRL__03-20-2003222020.pdf | pdf | 495.54 KB |
| PODPO-~1.PDF | | n/a |
| POI Precision Screen & Security Products.pdf | pdf | 341.28 KB |
| prayer for the bible study.odt | odt | 13.72 KB |
| prayer guide 1 of 2.odt | odt | 142.98 KB |

| | | |
|---|---|---|
| prayer guide 2 of 2.odt | odt | 453.46 KB |
| production and shipping schedule as of 02-20-20.xlsx | xlsx | 6.36 KB |
| quote 200317 R2 CRL-Product Mangement.pdf | pdf | 269.57 KB |
| Ruber products production and shipping schedulele update as of 2-7-20.xlsx | xlsx | 6.37 KB |
| Sales invoice ACU191125 Rev. (PO-1331632 CRl) 11-25-19.pdf | pdf | 276.16 KB |
| SALESI~1.PDF | | n/a |
| SP3305SW-KE (WT) paint defect 1 of 3.jpg | jpg | 734.02 KB |
| Tel release AJ-200407-002.pdf | pdf | 18.28 KB |
| tele release shipment AZ-210402-02  05-12-21.pdf | pdf | 122.37 KB |
| The Princeton project Inc wire transfer instrucitons.pdf | pdf | 159.34 KB |
| The_Princeton_project_Inc_wire_transfer_instrucitons.pdf | pdf | 126.04 KB |
| today wire 30000 to ACU Plasmold Inc.pdf | pdf | 205.00 KB |
| Trai Vinh Giai Foundation.pdf | pdf | 433.52 KB |
| usher | | 0.06 KB |
| COMBINE SERVICE LAY OUT.pdf | pdf | 269.98 KB |
| SAMPLE OF SCHEDULE.docm | docm | 10.26 KB |
| USHER SEATING - FOR REG. SERVICE.docx | docx | 14.77 KB |
| value windows | | 0.06 KB |
| GS Window Profiles.pdf | pdf | 476.19 KB |
| GS XX Sliding and Double Hung Tilt Windows Profiles.pdf | pdf | 327.93 KB |
| GX & GS Swing Door Profiles.pdf | pdf | 340.58 KB |
| GX Window Profiles.pdf | pdf | 474.41 KB |
| IM Windows Profiles .pdf | pdf | 359.68 KB |
| IM,GX Patio Door Profiles.pdf | pdf | 379.70 KB |
| P-IM8001 å†²å˜€.pdf | pdf | 234.21 KB |
| P-IM8001.pdf | pdf | 3.36 MB |
| P-IM8007.pdf | pdf | 1.31 MB |
| P-IM8007å†²å˜€.pdf | pdf | 275.31 KB |
| Quote_51721_from_VALUE_WHOLESALER_INC._10772.pdf | pdf | 56.15 KB |
| Quote_51722_from_VALUE_WHOLESALER_INC._10772.pdf | pdf | 60.82 KB |
| Quote_51723_from_VALUE_WHOLESALER_INC._10772.pdf | pdf | 68.49 KB |
| Quote 210908 YDW  09-08-21.pdf | pdf | 63.54 KB |
| verseoftheday.jpg | jpg | 15.27 KB |
| When the Hollywood industry meets virtual currency… _ Hami Bookstore. Fast reading.pdf | pdf | 2.29 MB |
| WHENTH~1.PDF | | n/a |

| | | |
|---|---|---|
| Wire Transfer of 26000 to ACU CANADA 04-09-20.pdf | pdf | 112.81 KB |
| Wire Transfer Request (fill-able) (1).pdf | pdf | 110.13 KB |
| WSC424B in bulk packing.jpg | jpg | 2.10 MB |
| WSC424B in pack individually.jpg | jpg | 1.91 MB |
| YDW Clay color.jpeg | jpeg | 956.67 KB |
| YDW inventory for all OPEN ORDERS as of 11-30-20.pdf | pdf | 33.70 KB |
| YDW inventory for thre all OPEN ORDERS Rev as of 11-30-20.pdf | | n/a |
| YDW inventory for thre all OPEN ORDERS Rev as of 11-30-20.pdf | pdf | 33.70 KB |
| YDW inventory for thre all OPEN ORDERS Rev as of 12-08-20.pdf | pdf | 33.70 KB |
| ydw INVENTORY open order as of 01-30-21.xlsx | xlsx | 11.37 KB |
| ydw INVENTORY open order as of 02-04-21.xlsx | xlsx | 11.37 KB |
| ydw INVENTORY open order as of 11-30-20.xlsx | xlsx | 11.36 KB |
| ydw INVENTORY open order Revised 01-29-21.xlsx | xlsx | 11.37 KB |
| YDW open order inventory as of 11-29-20.pdf | pdf | 155.70 KB |
| ACU court request docs | | 0.39 KB |
| 2018 1st quarter financial report of ACU Hardwar USA, Inc.pdf | pdf | 35.10 KB |
| 2018 2nd quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 34.82 KB |
| 2018 3rd quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.11 KB |
| 2018 4th quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 34.90 KB |
| 2018 annual financial report of ACU Hardware USA, Inc.pdf | pdf | 35.50 KB |
| 2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip | zip | 363.36 KB |
| 2018 1st quarter financial report of ACU Hardwar USA, Inc.pdf | pdf | 35.10 KB |
| 2018 2nd quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 34.82 KB |
| 2018 3rd quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.11 KB |
| 2018 4th quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 34.90 KB |
| 2018 annual financial report of ACU Hardware USA, Inc.pdf | pdf | 35.50 KB |
| 2019 1st quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.40 KB |
| 2019 2nd financial report of ACU Hareware USA, Inc.pdf | pdf | 35.09 KB |
| 2019 3rd financial report of ACU Hardware USA, Inc.pdf | pdf | 34.87 KB |
| 2019 4th quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.03 KB |
| 2019 annual financial report of ACU Hardware USA, Inc.pdf | pdf | 35.57 KB |
| 2020 1st quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.00 KB |
| 2019 1st quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.40 KB |
| 2019 1st quarter financial report of ACU Hardware USA, Inc.pdf | | n/a |
| 2019 2nd financial report of ACU Hareware USA, Inc.pdf | pdf | 35.09 KB |

| File | Type | Size |
|---|---|---|
| 2019 3rd financial report of ACU Hardware USA, Inc.pdf | pdf | 34.87 KB |
| 2019 4th quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.03 KB |
| 2019 annual financial report of ACU Hardware USA, Inc.pdf | pdf | 35.57 KB |
| 2020 1st quarter financial report of ACU Hardware USA, Inc.pdf | pdf | 35.00 KB |
| CLARIF~1.ODT | | n/a |
| Clarification and correction for the deposition dated on 10-13-20.odt | odt | 15.48 KB |
| Declaration of John Quach-revised copy.pdf | pdf | 739.44 KB |
| Declaration of John Quach-revised Revision.doc | doc | 20.48 KB |
| Declaration of John Quach final draft.pdf | pdf | 70.89 KB |
| Declaration of John Quach Rev.doc | doc | 20.48 KB |
| Notes for the deposition  Rev dated 10-13-20.dot | dot | 12.80 KB |
| PO_1362785__CRL_9-16-20 Tariff tax added.pdf | pdf | 146.73 KB |
| PO_1362785__CRL_9-16-20 update.pdf | pdf | 146.57 KB |
| Response to Mark Cukor letter to the court dated 11-22-20.odt | odt | 24.22 KB |
| Sigmed declartion of John Quach for 10-13-20 deposition | <missing?> | 845.61 KB |
| Signed Declaration of John Quach Revision.pdf | pdf | 742.47 KB |
| ACU USA tax | | 0.56 KB |
| 2017_2018_ACU_USA_tax_return.pdf | pdf | 1.36 MB |
| 2019_ACU_USA_tx_return.pdf | pdf | 3.40 MB |
| 2019 custom duty AZ-191120-007.pdf | pdf | 363.54 KB |
| 2nd half Tooling invoice ACU190913 (PO-1329410 CRL) 12-18-19.pdf | pdf | 408.77 KB |
| ACU FA REJECT PSC3369 VN0025R.pdf | pdf | 204.78 KB |
| ACU FA REJECT PSC3371 VN0066-2.pdf | pdf | 284.56 KB |
| ACU FA REJECT VN0079 VN0087.pdf | pdf | 212.17 KB |
| ACU FAA W-CORRECTION 18745.pdf | pdf | 322.12 KB |
| CDW_check_80590__06-27-18.pdf | pdf | 400.40 KB |
| Commercial Invoice AJ-191230-008 1-29-20.xls | | n/a |
| Commercial Invoice AJ-191230-008 1-29-20.xls | xls | 20.99 KB |
| CRL payment check #099640  amount $10,465.62  01-27-20.pdf | pdf | 582.30 KB |
| CRL payment chk 096588 invoice ACU190913 (PO-1329410 tooling)  09-25-19.pdf | pdf | 50.55 KB |
| CRL PO-1339658 12-18-19.pdf | pdf | 153.18 KB |
| Factory commercial Invoice AJ-191230-008 1-29-20.xls | xls | 11.26 KB |
| Factory packing list AJ-191230-008  01-29-20.xls | xls | 15.36 KB |
| invocie ACU181012 (CRL PO-1271024) 10-12-18.pdf | pdf | 528.18 KB |
| Invoice #ACU171220B CRL.xls | xls | 35.33 KB |

| | | |
|---|---|---|
| invoice #ACU190913  (CRL 1st HALF tooling  charge PO-1329410) 09-17-19.pdf | pdf | 588.04 KB |
| invoice #ACU190913  (CRL 1st tooling  charge PO-1329410) 09-17-19.pdf | pdf | 588.04 KB |
| invoice ACU180622 (CDW  PO-0403-01 acu and 0401 acu) 6-22-18.pdf | pdf | 736.93 KB |
| invoice ACU180907B (YDW  PO_255908) 9-13-18 (7).pdf | | n/a |
| invoice ACU180907B (YDW  PO_255908) 9-13-18 (7).pdf | pdf | 716.51 KB |
| invoice ACU181210C (CRL  PO-1268006) 12-21-18.pdf | pdf | 708.49 KB |
| Invoice ACU191202 (CRL PO-1312571) 12-03-19.pdf | pdf | 583.30 KB |
| Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf | pdf | 723.34 KB |
| Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf | pdf | 716.82 KB |
| invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf | pdf | 453.68 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19.pdf | pdf | 462.67 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19.pdf | | n/a |
| invoice_#ACU190913__(CRL_1st_HALF_tooling_PO-1329410) PAID__09-17-19.pdf | pdf | 587.57 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (1).pdf | pdf | 460.79 KB |
| Invoice_ACU191212-5_(YDW_PO_22508_2_of_2)__`12-12-19_.pdf | pdf | 460.85 KB |
| Pakcing list PO-1334959 02-03-20.pdf | pdf | 7.08 KB |
| PO 1339051 CRL 12-12-19.pdf | pdf | 139.00 KB |
| PO 1339105 CRL 12-11-19.pdf | pdf | 137.56 KB |
| PO_1339051__CRL_12-12-19.pdf | pdf | 140.57 KB |
| PO_1339105__CRL__12-11-19.pdf | pdf | 139.20 KB |
| POD CRL 12-03-19.pdf | pdf | 585.59 KB |
| POD CRL 12-03-19.pdf | | n/a |
| POD 12-06-19 IWC.pdf | pdf | 1.14 MB |
| POD IWC 12-13-19.pdf | pdf | 289.85 KB |
| POD_12-06-19_IWC.pdf | pdf | 1.14 MB |
| POD_IWC_12-13-19.pdf | pdf | 291.26 KB |
| Production sales invoice ACU200207 (PO-18 CDW) 02-07-20.pdf | pdf | 271.51 KB |
| quote_190811_CRL_R2__Resend 09-11-19.pdf | pdf | 457.21 KB |
| quote_190811_CRL_R2__Resend 09-11-19.pdf | | n/a |
| quote_190811_CRL_R2__09-11-19.pdf | pdf | 454.48 KB |
| Sales invoice ACU180510  Primeline  5-10-18 (2).xls | xls | 34.82 KB |
| Sales invoice ACU200131  (PO-255908 YDW)  01-31-20.pdf | pdf | 270.49 KB |
| Sales invoice ACU200203 (PO-1331632 CRL) 02-03-20  pdf.pdf | pdf | 273.51 KB |
| Sales invoice ACU200203 (PO-1334959 CRL) 02-03-20.pdf | pdf | 272.08 KB |
| Sales invoice ACU200203A (PO-1331632 CRL) 02-03-20  pdf.pdf | pdf | 273.53 KB |

| File | Type | Size |
|---|---|---|
| Sales invoice ACU200203B (PO-1334959 CRL) 02-03-20.pdf | pdf | 272.10 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf | pdf | 404.01 KB |
| VN0079 drawing.pdf | pdf | 424.04 KB |
| VN0087 drawing.pdf | pdf | 361.63 KB |
| YDW_check_12605___12-13-18.pdf | pdf | 293.55 KB |
| Invoice ACU200108 for 1-8-20 air shipment.pdf | pdf | 629.65 KB |
| RFQ 2020 | | 0.06 KB |
| Conisa and Son Jason investment profolio.xlt | xlt | 7.17 KB |
| Mail Slots .rfq.pdf | pdf | 194.44 KB |
| Mail Slots.dwg | dwg | 332.65 KB |
| Mail Slots.pdf | pdf | 192.27 KB |
| Mail Slots_2.pdf | pdf | 192.27 KB |
| RFQ 200407 CRL  04-07-20.xls | xls | 13.82 KB |
| RFQ 200407 CRL  10-26-20.xls | xls | 15.87 KB |
| SV097.dwg | dwg | 72.26 KB |
| SV097.pdf | pdf | 68.07 KB |
| Sv631.dwg | dwg | 68.95 KB |
| Sv631.pdf | pdf | 34.04 KB |
| SV632.dwg | dwg | 65.49 KB |
| 2016 ACU Hardware USA Inc Sales Invoices.pdf | pdf | 5.93 MB |
| 2018 sales invoices 08212019.pdf | pdf | 4.33 MB |
| Invoice #ACU180306  (YDW PO-251449) 3-6-18-1.pdf | pdf | 405.07 KB |
| Invoice #ACU180612 (YDW  PO-255908) 6-14-19.pdf | pdf | 646.71 KB |
| Invoice #ACU180906A  (YDW PO-257994) 9-13-18 .pdf | pdf | 576.02 KB |
| Invoice ACU180404 (CRL PO-1254915) 4-5-18.pdf | pdf | 501.79 KB |
| Invoice ACU180513A  Vical  6-21-18 .pdf | pdf | 738.48 KB |
| 1st tooling charge invoice ACU190530-A (CRL tooling PO-13152242) 05-30-19 .pdf | pdf | 404.43 KB |
| 2020 April ACU Hardware plus sales invoices final.pdf | pdf | 1.22 MB |
| 2020 August ACU Hardware statement plus sales invoices final - Copy.pdf | pdf | 333.42 KB |
| 2020 Dec ACU Hardware statement plus sales invoices Final - Copy.pdf | pdf | 1.81 MB |
| 2020 Jan ACU Hardware statement plus invoices final.pdf | pdf | 3.52 MB |
| 2020 June ACU Hardware statement plus sales invoices final - Copy.pdf | pdf | 1.09 MB |
| 2020 May ACU Hardware statement plus sales invoices final - Copy.pdf | pdf | 600.58 KB |
| 2020 Nov ACU Hardware statement -no sales final - Copy.pdf | pdf | 53.59 KB |
| 2020 Oct ACU Hardware statement plus sales invoices Rev - Copy.pdf | pdf | 576.05 KB |

| File | Type | Size |
|---|---|---|
| 2020 Sept ACU Hardware statement plus sales invoices final - Copy.pdf | pdf | 540.04 KB |
| 2020_Feb_ACU_Hardware_statement_plus_sales_invoices_Rev - Copy.pdf | pdf | 1.72 MB |
| 2020_July_ACU_Hardware_statement_plus_invoices - Copy.pdf | pdf | 437.84 KB |
| 2020_March_ACU_Hardware_statement_plus_sales_invoices - Copy.pdf | pdf | 1.43 MB |
| .~lock.Notes for the deposition dated on 10-13-20.dot# | dot# | 0.11 KB |
| letter of Cukor (3).pdf | pdf | 173.52 KB |
| Notes for the deposition dated on 10-13-20.dot | dot | 12.80 KB |
| Notes for the deposition dated on 10-13-20.odt | odt | 16.61 KB |
| 2020 June ACU Hardware statement plus sales invoices final.pdf | pdf | 1.09 MB |
| 2020 May ACU Hardware statement plus sales invoices final.pdf | pdf | 600.58 KB |
| _a29320 | | n/a |
| 2017 ACU catalog Rev..pdf | pdf | 3.92 MB |
| 2020 ACU catalog Rev..pdf | pdf | 3.92 MB |
| 2020 ACU catalog.zip | zip | 4.52 MB |
| 2020 ACU catalog Rev..pdf | pdf | 3.92 MB |
| 2020_catalogue_cover_ Rev..pdf | pdf | 51.27 KB |
| drawing 1 of 5.pdf | pdf | 211.14 KB |
| drawing 2 of 5.pdf | pdf | 167.50 KB |
| drawing 3 of 5.pdf | pdf | 402.02 KB |
| drawing 4 of 5.pdf | pdf | 534.79 KB |
| drawing 5 of 5.pdf | pdf | 113.39 KB |
| Elite-04 AAMA cerificate.pdf | pdf | 70.16 KB |
| Elite 01 Dual Arm Operator CR15 901-16 cert-3  5-2-2018.pdf | pdf | 145.04 KB |
| 2020_catalogue_cover_ Rev..pdf | pdf | 51.27 KB |
| Casement hardware | | 0.06 KB |
| Sample of Vision casement hardware (2).pdf | pdf | 587.67 KB |
| Sample of Vision casement hardware.pdf | pdf | 506.08 KB |
| VISION~1.CRD | | n/a |
| drawing 1 of 5.pdf | pdf | 211.14 KB |
| drawing 2 of 5.pdf | pdf | 167.50 KB |
| drawing 3 of 5.pdf | pdf | 402.02 KB |
| drawing 4 of 5.pdf | pdf | 534.79 KB |
| drawing 5 of 5.pdf | pdf | 113.39 KB |
| Elite-04 AAMA cerificate.pdf | pdf | 70.16 KB |
| Elite 01 Dual Arm Operator CR15 901-16 cert-3  5-2-2018.pdf | pdf | 145.04 KB |

| | | |
|---|---|---|
| Sample of Vision casement hardware .pdf | pdf | 612.51 KB |
| Vision casement hardware.pdf | pdf | 6.21 MB |
| VISION~2.PDF | | n/a |
| Elite-04 AAMA cerificate 05-02-19 .pdf | pdf | 70.15 KB |
| æµ´å®¤æ‹‰æ‰‹-å›¾çº¸.pdf | pdf | 586.76 KB |
| Invoice #ACU180306 (YDW PO-251449) 3-6-18.pdf | pdf | 405.07 KB |
| Invoice #ACU181026 (PO-V2015 Vical) 10-26-18 (2).pdf | pdf | 735.87 KB |
| Invoice ACU180115 (IWC).pdf | pdf | 269.61 KB |
| Invoice ACU180208B (IWC PO-251360) 2-8-2018.pdf | pdf | 510.47 KB |
| Invoice ACU180226B (IWC PO-234734) 2-26-18.pdf | pdf | 389.63 KB |
| invoice ACU180313 (IWC PO-251360) 3-13-18.pdf | pdf | 508.38 KB |
| invoice ACU180403B (IWC PO-253043) 4-9-18.pdf | pdf | 514.40 KB |
| invoice ACU180409C (IWC PO-252381) 4-9-18.pdf | pdf | 513.26 KB |
| invoice ACU180719C (IWC PO-250403) 7-19-18.pdf | pdf | 575.27 KB |
| invoice_ACU180226A-1__(IWC_PO-250571)_3-2-18.pdf | pdf | 508.08 KB |
| 2010_catalogue_cover R3.pdf | pdf | 47.55 KB |
| 2017_2018_ACU_USA_tax_return (1).pdf | pdf | 1.36 MB |
| 2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z | 7z | 5.82 MB |
| 2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-20 (2).pdf | pdf | 274.94 KB |
| invoice #ACU190913 (CRL 1st tooling charge PO-1329410) 09-17-19 (3).pdf | pdf | 588.04 KB |
| Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf | pdf | 452.08 KB |
| Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf | pdf | 457.16 KB |
| Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf | pdf | 162.05 KB |
| Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf | pdf | 567.72 KB |
| Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf | pdf | 568.51 KB |
| invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf | pdf | 462.50 KB |
| invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf | pdf | 457.32 KB |
| invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf | pdf | 463.00 KB |
| invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf | pdf | 457.66 KB |
| invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf | pdf | 565.35 KB |
| Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf | pdf | 557.88 KB |
| Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf | pdf | 562.37 KB |
| Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf | pdf | 561.62 KB |
| Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf | pdf | 561.97 KB |
| Invoice ACU191017-6 (PO-1315965 CRL) 10-17-19.pdf | pdf | 558.47 KB |

| | | |
|---|---|---|
| Invoice ACU191017-7 (PO-1324317 CRL) 10-17-19.pdf | pdf | 568.20 KB |
| Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf | pdf | 276.16 KB |
| Invoice ACU191202 (CRL PO-1312571) 12-03-19 (3).pdf | pdf | 583.30 KB |
| Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf | pdf | 723.34 KB |
| Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf | pdf | 716.82 KB |
| invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf | pdf | 453.68 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf | pdf | 462.67 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (2).pdf | pdf | 460.57 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_ (3) (3).pdf | pdf | 460.85 KB |
| Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf | pdf | 453.62 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (4).pdf | pdf | 404.01 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf | pdf | 404.01 KB |
| 2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z | 7z | 5.82 MB |
| 2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-20 (2).pdf | pdf | 274.94 KB |
| invoice #ACU190913  (CRL 1st tooling charge PO-1329410) 09-17-19 (3).pdf | pdf | 588.04 KB |
| Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf | pdf | 452.08 KB |
| Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf | pdf | 457.16 KB |
| Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf | pdf | 162.05 KB |
| Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf | pdf | 567.72 KB |
| Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf | pdf | 568.51 KB |
| invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf | pdf | 462.50 KB |
| invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf | pdf | 457.32 KB |
| invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf | pdf | 463.00 KB |
| invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf | pdf | 457.66 KB |
| invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf | pdf | 565.35 KB |
| Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf | pdf | 557.88 KB |
| Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf | pdf | 562.37 KB |
| Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf | pdf | 561.62 KB |
| Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf | pdf | 561.97 KB |
| Invoice ACU191017-6 (PO-1315965 CRL) 10-17-19.pdf | pdf | 558.47 KB |
| Invoice ACU191017-7 (PO-1324317 CRL) 10-17-19.pdf | pdf | 568.20 KB |
| Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf | pdf | 276.16 KB |
| Invoice ACU191202 (CRL PO-1312571) 12-03-19 (3).pdf | pdf | 583.30 KB |
| Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf | pdf | 723.34 KB |
| Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf | pdf | 716.82 KB |

| | | |
|---|---|---|
| invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf | pdf | 453.68 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf | pdf | 462.67 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (2).pdf | pdf | 460.57 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_(3) (3).pdf | pdf | 460.85 KB |
| Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf | pdf | 453.62 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (4).pdf | pdf | 404.01 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf | pdf | 404.01 KB |
| 2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z | 7z | 5.82 MB |
| 2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-20 (2).pdf | pdf | 274.94 KB |
| invoice #ACU190913  (CRL 1st tooling charge PO-1329410) 09-17-19 (3).pdf | pdf | 588.04 KB |
| Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf | pdf | 452.08 KB |
| Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf | pdf | 457.16 KB |
| Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf | pdf | 162.05 KB |
| Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf | pdf | 567.72 KB |
| Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf | pdf | 568.51 KB |
| invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf | pdf | 462.50 KB |
| invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf | pdf | 457.32 KB |
| invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf | pdf | 463.00 KB |
| invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf | pdf | 457.66 KB |
| invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf | pdf | 565.35 KB |
| Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf | pdf | 557.88 KB |
| Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf | pdf | 562.37 KB |
| Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf | pdf | 561.62 KB |
| Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf | pdf | 561.97 KB |
| Invoice ACU191017-6  (PO-1315965 CRL) 10-17-19.pdf | pdf | 558.47 KB |
| Invoice ACU191017-7  (PO-1324317 CRL) 10-17-19.pdf | pdf | 568.20 KB |
| Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf | pdf | 276.16 KB |
| Invoice ACU191202 (CRL PO-1312571) 12-03-19 (3).pdf | pdf | 583.30 KB |
| Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf | pdf | 723.34 KB |
| Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf | pdf | 716.82 KB |
| invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf | pdf | 453.68 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf | pdf | 462.67 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (2).pdf | pdf | 460.57 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_(3) (3).pdf | pdf | 460.85 KB |
| Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf | pdf | 453.62 KB |

| | | |
|---|---|---|
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (4).pdf | pdf | 404.01 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf | pdf | 404.01 KB |
| 2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z | 7z | 5.82 MB |
| 2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-20 (2).pdf | pdf | 274.94 KB |
| invoice #ACU190913 (CRL 1st tooling charge PO-1329410) 09-17-19 (3).pdf | pdf | 588.04 KB |
| Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf | pdf | 452.08 KB |
| Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf | pdf | 457.16 KB |
| Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf | pdf | 162.05 KB |
| Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf | pdf | 567.72 KB |
| Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf | pdf | 568.51 KB |
| invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf | pdf | 462.50 KB |
| invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf | pdf | 457.32 KB |
| invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf | pdf | 463.00 KB |
| invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf | pdf | 457.66 KB |
| invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf | pdf | 565.35 KB |
| Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf | pdf | 557.88 KB |
| Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf | pdf | 562.37 KB |
| Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf | pdf | 561.62 KB |
| Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf | pdf | 561.97 KB |
| Invoice ACU191017-6 (PO-1315965 CRL) 10-17-19.pdf | pdf | 558.47 KB |
| Invoice ACU191017-7 (PO-1324317 CRL) 10-17-19.pdf | pdf | 568.20 KB |
| Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf | pdf | 276.16 KB |
| Invoice ACU191202 (CRL PO-1312571) 12-03-19 (3).pdf | pdf | 583.30 KB |
| Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf | pdf | 723.34 KB |
| Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf | pdf | 716.82 KB |
| invoice ACU191212-3 (IWC PO-220132) 12-12-19.pdf | pdf | 453.68 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf | pdf | 462.67 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (2).pdf | pdf | 460.57 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_(3) (3).pdf | pdf | 460.85 KB |
| Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf | pdf | 453.62 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (4).pdf | pdf | 404.01 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf | pdf | 404.01 KB |
| 2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip | zip | 13.66 MB |
| 2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-20 (2).pdf | pdf | 274.94 KB |
| invoice #ACU190913 (CRL 1st tooling charge PO-1329410) 09-17-19 (3).pdf | pdf | 588.04 KB |

| | | |
|---|---|---|
| Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf | pdf | 452.08 KB |
| Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf | pdf | 457.16 KB |
| Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf | pdf | 162.05 KB |
| Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf | pdf | 567.72 KB |
| Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf | pdf | 568.51 KB |
| invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf | pdf | 462.50 KB |
| invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf | pdf | 457.32 KB |
| invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf | pdf | 463.00 KB |
| invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf | pdf | 457.66 KB |
| invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf | pdf | 565.35 KB |
| Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf | pdf | 557.88 KB |
| Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf | pdf | 562.37 KB |
| Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf | pdf | 561.62 KB |
| Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf | pdf | 561.97 KB |
| Invoice ACU191017-6 (PO-1315965 CRL) 10-17-19.pdf | pdf | 558.47 KB |
| Invoice ACU191017-7 (PO-1324317 CRL) 10-17-19.pdf | pdf | 568.20 KB |
| Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf | pdf | 276.16 KB |
| Invoice ACU191202 (CRL PO-1312571) 12-03-19 (3).pdf | pdf | 583.30 KB |
| Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf | pdf | 723.34 KB |
| Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf | pdf | 716.82 KB |
| invoice ACU191212-3 (IWC PO-220132) 12-12-19.pdf | pdf | 453.68 KB |
| invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf | pdf | 462.67 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (2).pdf | pdf | 460.57 KB |
| Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_ (3)(3).pdf | pdf | 460.85 KB |
| Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf | pdf | 453.62 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (4).pdf | pdf | 404.01 KB |
| Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf | pdf | 404.01 KB |
| 2019_ACU_USA_tx_return (3).pdf | pdf | 3.40 MB |
| 2020 Jan thru October sales invoices.zip | zip | 11.80 MB |
| ACU200331-A YDW PO-255908 03-31-20.pdf | pdf | 272.04 KB |
| Invoice ACU200106.pdf | pdf | 272.93 KB |
| Invoice ACU200108.pdf | pdf | 273.75 KB |
| invoice ACU200109 YDW PO-1334586 01-09-20.pdf | pdf | 273.81 KB |
| Invoice ACU200110 CRL PO-1339105 01-21-20.pdf | pdf | 274.40 KB |
| Invoice ACU200127 CRL PO-1341064 01-27-20.pdf | pdf | 274.34 KB |

| | | |
|---|---|---|
| Invoice ACU200131.pdf | pdf | 271.40 KB |
| Invoice ACU200203A.pdf | pdf | 274.20 KB |
| Invoice ACU200203B.pdf | pdf | 272.76 KB |
| invoice ACU2002A CRL PO-1331632 02-03-20.pdf | pdf | 274.20 KB |
| Invoice ACU200309-A CRL PO-133042 03-09-20.pdf | pdf | 274.13 KB |
| Invoice ACU200309-B CRL PO-134030 03-09-20.pdf | pdf | 274.85 KB |
| Invoice ACU200309-C CRL PO-1339051 03-09-20.pdf | pdf | 272.17 KB |
| invoice ACU200320-A CRL PO-1341873 03-20-20.pdf | pdf | 275.66 KB |
| invoice ACU200320-B CRL PO-1341064 03-20-20.pdf | pdf | 273.38 KB |
| invoice ACU200331-B (IWC PO-238189) 03-31-20.pdf | pdf | 270.64 KB |
| invoice ACU200401-A (CRL PO-1341873) 04-01-20.pdf | pdf | 272.72 KB |
| invoice ACU200420-B YDW PO-255908 04-02-20.pdf | pdf | 271.50 KB |
| Invoice ACU200421 YDW PO-255908 04-17-20.pdf | pdf | 270.82 KB |
| Invoice ACU200422 CRL PO-133042 04-22-20.pdf | pdf | 273.50 KB |
| Invoice ACU200504-B YDW PO-255908 04-02-20.pdf | pdf | 271.50 KB |
| Invoice ACU200504  CRL PO-100164576) -05-04-20 (4).pdf | pdf | 275.44 KB |
| Invoice ACU200518-A CRL PO-134284 05-18-20.pdf | pdf | 273.53 KB |
| Invoice ACU200518-B (CRL PO-1341030) 05-18-20.pdf | pdf | 271.73 KB |
| invoice ACU200518-C CRL PO-1339105 05-18-20.pdf | pdf | 271.07 KB |
| invoice ACU200518-D  (CRL PO-13418710 05-18-20 (5).pdf | pdf | 272.21 KB |
| Invoice ACU200518A CRL PO-1342384  05-18-20.pdf | pdf | 272.86 KB |
| invoice ACU200529 YDW PO-220132 04-03-20.pdf | pdf | 271.25 KB |
| invoice ACU200601 YDW  06-012-20.pdf | pdf | 271.25 KB |
| Invoice ACu200814-A CRL PO-1339105 08-14-20.pdf | pdf | 272.78 KB |
| invoice ACU200814-B CRL PO-1341064 08-14-20.pdf | pdf | 272.15 KB |
| invoice ACU200814-C CRL PO-1339105 08-14-20.pdf | pdf | 272.65 KB |
| invoice ACU200831-A YDW PO-255908 08-31-20.pdf | pdf | 271.39 KB |
| Invoice ACU200908-A  CRL PO-1350305  09-08-20 | <missing?> | 276.53 KB |
| invoice ACU200908-A  CRL PO-1350305 09-08-20.pdf | pdf | 276.53 KB |
| Invoice ACU200908-B CRL PO-1350305  09-08-20 | <missing?> | 273.45 KB |
| Invoice ACU200908-B CRL PO-1350305  09-08-20.pdf | pdf | 273.45 KB |
| Invoice ACU201021-A YDW PO-268767  10-21-20.pdf | pdf | 272.04 KB |
| Invoice ACU201021-B  YDW 10-21-20.pdf | pdf | 270.95 KB |
| Invoice ACU201021-D  CRL 10-21-20.pdf | pdf | 274.08 KB |
| invoice ACU20420 CRL PO-1341873 04-17-20.pdf | pdf | 274.56 KB |

| | | |
|---|---|---|
| INVOICE AJ-200323-009 (CRL PO-134187) 04-21-20.pdf | pdf | 274.04 KB |
| invoice_ACU200701__2nd_half_tooling__CRl_PO-100175539___08-31-20.pdf | pdf | 274.25 KB |
| Tooling invoice ACU200701  CRL-PO-100175539.pdf | pdf | 274.69 KB |
| 2020_July_ACU_Hardware_statement_plus_invoices.pdf | pdf | 437.84 KB |
| 2020_March_ACU_Hardware_statement_plus_sales_invoices.pdf | pdf | 1.43 MB |
| 2021 CDW customer statement  01-26-21.pdf | pdf | 1.36 MB |
| Invoice ACU120717  YDW PO-255908  07-17-20.pdf | pdf | 271.38 KB |
| Invoice ACU200106 for 1-6-20 air shipment.pdf | pdf | 1.17 MB |
| Invoice ACU201208 Rev YDW PO-255908  delivered on 06-15-20.pdf | pdf | 272.06 KB |
| Invoice ACU201208 YDW PO-255908  12-09-20.pdf | pdf | 271.25 KB |
| Invoice_ACU180403_(CDW_PO-1240-02_acu)__4-3-18_pdf.pdf | pdf | 662.95 KB |
| POD ACU201020-B delivered on 10-23-20.pdf | pdf | 976.29 KB |
| POD for ACU200728  delievried on 07-22-20.pdf | pdf | 1.54 MB |
| POD for ACU200831-A delivered on 09-02-20.pdf | pdf | 908.28 KB |
| POD invoice ACU191125  1 of 2  01-25-10.pdf | pdf | 56.72 KB |
| POD invoice ACU191125  2 of 2  11-25-19.pdf | pdf | 57.07 KB |
| POD_PO-255908__YDW__01-31-20.pdf | pdf | 388.59 KB |
| ACU USA all years  REv.qbw | qbw | 16.78 MB |
| ACU USA all years.qbw | qbw | 16.78 MB |
| QB2020BackupFiles | | 0.06 KB |
| ACU Hardware usa, Inc. (Backup Dec 17,2020  03 58 PM).QBB | qbb | 21.90 MB |
| ACU July thru Oct 2009.RESTORE (Backup Dec 30,2020  08 59 PM).QBB | qbb | 21.62 MB |
| ACU USA all years (Backup Dec 23,2020  10 52 AM).QBB | qbb | 21.91 MB |
| a9b817b1-dde4-4bdf-b84b-43841246bc60 | | 0.05 KB |
| data_0 | <missing?> | 45.06 KB |
| data_1 | <missing?> | 270.34 KB |
| data_3 | <missing?> | 4.20 MB |
| index | <missing?> | 262.51 KB |
| QBBackupTemp Fri, Dec 04 2020 06 42 30 AM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Fri, May 14 2021 09 18 16 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Mon, May 24 2021 06 53 10 PM | | 0.05 KB |

| | | |
|---|---|---|
| QBBackupTemp Sat, Jul 17 2021 11 26 51 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Sat, Jun 26 2021 12 30 51 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Thu, Aug 05 2021 04 01 05 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Thu, Mar 25 2021 12 27 28 AM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Thu, Mar 25 2021 12 27 29 AM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Thu, Mar 25 2021 12 27 39 AM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Thu, Sep 03 2020 08 17 28 AM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Tue, May 18 2021 02 01 02 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Wed, Mar 18 2020 12 37 24 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QBBackupTemp Wed, Sep 08 2021 10 32 56 PM | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.DSN | dsn | 0.39 KB |
| ACUHAR~1.DSN | | n/a |
| QuickBooksAutoDataRecovery | | 0.06 KB |
| ACU Hardware usa, Inc..qbw.ADR | adr | 16.25 MB |
| ACU Hardware usa, Inc..qbw.ADR.old | old | 16.25 MB |
| ACU Hardware usa, Inc..qbw.TLG.ADR | adr | 4.30 MB |
| ACU Hardware usa, Inc..qbw.TLG.ADR.old | old | 4.15 MB |

| | | |
|---|---|---|
| Eco Glass.qbw.ADR | adr | 12.53 MB |
| Eco Glass.qbw.ADR.old | old | 12.53 MB |
| Eco Glass.qbw.TLG.ADR | adr | 1.55 MB |
| Eco Glass.qbw.TLG.ADR.old | old | 1.31 MB |
| ECOGLA~2.OLD | | n/a |
| Restored_ACU USA all years  REv_Files | | 0.06 KB |
| HowToRestoreExternalFiles.txt | txt | 3.98 KB |
| Letters_Templates | | 0.06 KB |
| Collection Letters | | 0.06 KB |
| Customer Letters | | 0.06 KB |
| Employee Letters | | 0.06 KB |
| Estimate Letters | | 0.06 KB |
| Invoice Letters | | 0.06 KB |
| Other Names Letters | | 0.30 KB |
| Vendor Letters | | 0.06 KB |
| QBPrint.qbp | qbp | 31.38 KB |
| Restored_ACU USA all years R1_Files | | 0.06 KB |
| HowToRestoreExternalFiles.txt | txt | 3.98 KB |
| Letters_Templates | | 0.06 KB |
| Collection Letters | | 0.06 KB |
| Customer Letters | | 0.06 KB |
| Employee Letters | | 0.06 KB |
| Estimate Letters | | 0.06 KB |
| Invoice Letters | | 0.06 KB |
| Other Names Letters | | 0.30 KB |
| Vendor Letters | | 0.06 KB |
| QBPrint.qbp | qbp | 31.38 KB |
| Restored_ACU USA all years_Files | | 0.06 KB |
| HowToRestoreExternalFiles.txt | txt | 3.98 KB |
| Letters_Templates | | 0.06 KB |
| Collection Letters | | 0.06 KB |
| Customer Letters | | 0.06 KB |
| Employee Letters | | 0.06 KB |
| Estimate Letters | | 0.06 KB |
| Invoice Letters | | 0.06 KB |

| Other Names Letters | | 0.30 KB |
| Vendor Letters | | 0.06 KB |
| QBPrint.qbp | qbp | 27.08 KB |
| Value Wholesaler Inc..qbw | qbw | 12.85 MB |

Path

/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R42VZDX/2021 CDW customer statement 01-26-21.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/20210106.zip/20210106/QBTempBackup.tmp
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/GS Window Profiles.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/GS XX Sliding and Double Hung Tilt Windows Profiles.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/GX & GS Swing Door Profiles.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/GX Window Profiles.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/IM Windows Profiles .pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/IM,GX Patio Door Profiles.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/P-IM8001 å†²å˜€.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/P-IM8001.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/P-IM8007.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/P-IM8007å†²å˜€.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/Quote _51721_from_VALUE_WHOLESALER_INC._10772.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/Quote _51722_from_VALUE_WHOLESALER_INC._10772.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/Quote _51723_from_VALUE_WHOLESALER_INC._10772.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/Quote 210908 YDW 09-08-21.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$R5I1MKJ/value windows/QUOTE_~3.PDF
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RBY582P/2010 catalogue a (3).pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RBY582P/ACU HG-13 Stainless Steel C-R-81 Lbs - 18.88 inch Wide-LR 904-14 cert.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RBY582P/ACU Plasmold AAMA 901-10 Elite-04 cert (2).pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RBY582P/ACU Plasmold Elite-02 901-16 cert.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RFQIQIK/QuickBooksAutoDataRecovery
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RFQIQIK/QuickBooksAutoDataRecovery/ACU July thru Oct 2009.RESTORE.QBW.ADR
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RFQIQIK/QuickBooksAutoDataRecovery/ACU July thru Oct 2009.RESTORE.QBW.TLG.ADR
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RL1EEVD/2017 ACU Hardware USA Inc Sales Invoices.pdf
/$Recycle.Bin/S-1-5-21-274525526-722095328-3560996515-1001/$RRTGH3G/Invoice ACU191202 (CRL PO-1312571) 12-03-19.pdf
/Users/johnh/Desktop/2017 OEi invoices
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1608241.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1700193.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1701040.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1702145.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1703366.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1704937.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1706304.pdf

/Users/johnh/Desktop/2017 OEi invoices/OEIOI1706927.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1708485.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1709565.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1800258.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1801248.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1805825.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1807014.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1809436.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1810204.pdf
/Users/johnh/Desktop/2017 OEi invoices/OEIOI1810680.pdf
/Users/johnh/Desktop/2018 OEI invoices
/Users/johnh/Desktop/2018 OEI invoices/ACU VN0027 FA report.pdf
/Users/johnh/Desktop/2018 OEI invoices/Mom death certificate.pdf
/Users/johnh/Desktop/2018 OEI invoices/OEI invoice AZ-181115-004.pdf
/Users/johnh/Desktop/2018 OEI invoices/US custom duty AZ-181220-005.pdf
/Users/johnh/Desktop/2018 OEI invoices/VN0027 REJECT explanation.pdf
/Users/johnh/Desktop/2018 OEI invoices/VN0027 REJECT explantion.pdf
/Users/johnh/Desktop/2019 December financial statements
/Users/johnh/Desktop/2019 December financial statements/2019 Dec ACU Hardware check images.pdf
/Users/johnh/Desktop/2019 December financial statements/2019 Dec ACU Hardware checking statement.pdf
/Users/johnh/Desktop/2019 December financial statements/2019 Dec ACU Hardware deposit 1 of 2.pdf
/Users/johnh/Desktop/2019 December financial statements/2019 Dec ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2019 December financial statements/2019 Dec F & M bank card statement.pdf
/Users/johnh/Desktop/2019 December financial statements/December customers payments and sales invoices.pdf
/Users/johnh/Desktop/2019 December financial statements/2020 Jan. CDW check 85706 $2,164.60  iinv. ACU180403  3 of 502032020.pdf
/Users/johnh/Desktop/2019 December financial statements/2020 Jan. YDW ck 16319 $2,164.60  iinv. ACU191212-5  02-03-20.pdf.pdf
/Users/johnh/Desktop/2019 December financial statements/Invoice ACU180403 (CDW PO-1240-02 acu) 4-3-18..pdf
/Users/johnh/Desktop/2019 OEI invoices
/Users/johnh/Desktop/2019 OEI invoices/invoice_01.pdf
/Users/johnh/Desktop/2019 OEI invoices/OEI invoice AZ-190227-001.pdf
/Users/johnh/Desktop/2019 OEI invoices/OEI invoice AZ-190314-002.pdf
/Users/johnh/Desktop/2019 OEI invoices/OEI invoice AZ-190531-004.pdf
/Users/johnh/Desktop/2019 OEI invoices/OEI invoice AZ-190625-005.pdf
/Users/johnh/Desktop/2019 OEI invoices/OEI invoice AZ-190910-006.pdf
/Users/johnh/Desktop/2019 OEI invoices/OEi invoice AZ_190422-003.pdf

/Users/johnh/Desktop/2019 OEI invoices/US custom duty AZ-190314-002.pdf
/Users/johnh/Desktop/2019 OEI invoices/US custom duty AZ-190531-004.pdf
/Users/johnh/Desktop/2019 OEI invoices/US custom duty AZ-190625-005.pdf
/Users/johnh/Desktop/2020 fianancial
/Users/johnh/Desktop/2020 fianancial/2018 2019 IRS payment receipts12082020.pdf
/Users/johnh/Desktop/2020 fianancial/2018 2019 personal tax IRS  payment receipt 11232020.pdf
/Users/johnh/Desktop/2020 fianancial/2018 2019 personal tax IRS  payment receipt 11232020_0001.pdf
/Users/johnh/Desktop/2020 fianancial/2018 ACU USA 1120-C12232020.pdf
/Users/johnh/Desktop/2020 fianancial/2019 ACU Hardware check images.pdf
/Users/johnh/Desktop/2020 fianancial/2019 ACU hardware checks images.pdf
/Users/johnh/Desktop/2020 fianancial/2019 Dec ACU Hardware checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2019 Dec ACU Hardware deposit 1 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2019 Dec ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2019 Dec ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2019 Dec F & M bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2019 December customers payments and sales invoices.pdf
/Users/johnh/Desktop/2020 fianancial/2019 November Quickbooks receipt.pdf
/Users/johnh/Desktop/2020 fianancial/2019 Novemer Lenovo laptop receipt.pdf
/Users/johnh/Desktop/2020 fianancial/2020  10-29-20 wire transfer $1655 to accountant.pdf
/Users/johnh/Desktop/2020 fianancial/2020 ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 April ACU Hardware checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 April ACU Hardware checks images.pdf
/Users/johnh/Desktop/2020 fianancial/2020 April ACU Hardware deposit slip 1 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 April ACU Hardware deposit slip 2 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 April customers payments and sales invoices05182020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 April F and M bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August ACU Hardware checking statement10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August ACU Hardware checking statement10282020_0001.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August ACU Hardware customer payment and corresponding sales invoice10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August ACU Hardware sales invoices10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August ACU Hardware sales invoices10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August F and M bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 August F and M bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December 28 wire transfer to Vendor ACU Canada12282020.pdf

/Users/johnh/Desktop/2020 fianancial/2020 December 28 wire transfer to Vendor ACU Canada12282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December account receiables.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December ACU-Hardware USA checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December ACU Hardware bank statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December ACU Hardware USA checks images.asp
/Users/johnh/Desktop/2020 fianancial/2020 December F and M bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December payments received from customers01042021.pdf
/Users/johnh/Desktop/2020 fianancial/2020 December sales invoices.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Feb ACU Hardware checks images.asp
/Users/johnh/Desktop/2020 fianancial/2020 Feb ACU Hardware deposit 1 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Feb ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Feb ACU Hardware USA checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Feb customer payment check stubs 03202020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Feb F and M bank card statement03202020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Jan ACU Hardware checking statements.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Jan ACu Hardware checks images.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Jan ACU Hardware deposit 1 of 2.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Jan F & M  bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Jan. CDW check 85706 $2,164.60  inv. ACU180403  3 of 5.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Jan. YDW ck 16319 $2,164.60  inv. ACU191212-5.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July ACU Hardware checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July ACU Hardware checks  images.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July ACU Hardware deposit slip.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July ACU Hardware deposit slip.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July F and M bank card statement 08262020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July F and M bank card statement 08262020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July F and M bank card statement 08312020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July F and M bank card statement 08312020_0001.pdf
/Users/johnh/Desktop/2020 fianancial/2020 July sales invoices and payments stubs08312020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 June ACU Hardware customers paym and correspomnding sales invoices10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 June ACU Hardware sales invoice10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 June ACU Hardware USA bank statement10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March ACU Hardware checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March ACU Hardware checks images.asp

/Users/johnh/Desktop/2020 fianancial/2020 March ACU Hardware deposit slip.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March ACU Hardware USA checks images.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March ACU Hardware USA checks images.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March ACU USA F & M bank card statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March ACU USA Sales and financail statements.pdf
/Users/johnh/Desktop/2020 fianancial/2020 March customer payment slips and corresponding paid invoices05032020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 May ACU USA checking account statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 May ACU USA checking statement.pdf
/Users/johnh/Desktop/2020 fianancial/2020 May ACU USA deposit 1 of 3.pdf
/Users/johnh/Desktop/2020 fianancial/2020 may ACU USA deposit 2 of 3.pdf
/Users/johnh/Desktop/2020 fianancial/2020 May ACU USA deposit 3 of 3.pdf
/Users/johnh/Desktop/2020 fianancial/2020 November financial statements ACU USA.pdf
/Users/johnh/Desktop/2020 fianancial/2020 October F and M bank card statement 12042020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 October sales invoice and payments receipt12042020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 October US Metro bank checking statement 12042020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Sept ACU Hardware checking statement10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Sept ACU Hardware customer payment and correspoding sales invoices10282020.pdf
/Users/johnh/Desktop/2020 fianancial/2020 Sept ACU Hardware sales invoices10282020.pdf
/Users/johnh/Desktop/2020 fianancial/202010~1.PDF
/Users/johnh/Desktop/2020 fianancial/2020JA~2.PDF
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/299200676-idpiframe.js.download
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/api.js.download
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/bootloader-4-25-min.js.download
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/cb=gapi.loaded_0
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/core-4-25-min.js.download
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/create_64.png
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/drive-add.svg
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/drive-logo.svg
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/drive-main.svg
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/f.txt
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/gmail-logo.svg
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/js
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/lib-zip-8-min.js.download
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/photo.jpg

/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/spinner-44.gif
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/styles-main-4-25-min.css
/Users/johnh/Desktop/2020 fianancial/20210106.zip - ZIP Extractor_files/zip.png
/Users/johnh/Desktop/2020 fianancial/20811C~1.PDF
/Users/johnh/Desktop/2020 fianancial/210922AA.LOG
/Users/johnh/Desktop/2020 fianancial/210922AA.LOG
/Users/johnh/Desktop/2020 fianancial/2nd payment to Remato for 2017 2018 2019 12302020.pdf
/Users/johnh/Desktop/2020 fianancial/ACU Hardware usa, Inc. (Backup Dec 23,2020  10 46 AM).QBB
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE (Backup May 04,2020  07 03 PM).QBB
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.ND
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.DSN
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.ND
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/_4.cfs
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/_4.cfx
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/_5.cfs
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/_5.cfx
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/segments_6
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/segments_7
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex/_4.cfs
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex/_4.cfx
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex/_5.cfs
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex/_5.cfx
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex/segments_6
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.SearchIndex/SuggestionIndex/segments_7
/Users/johnh/Desktop/2020 fianancial/ACU July thru Oct 2009.RESTORE.QBW.TLG
/Users/johnh/Desktop/2020 fianancial/ACU USA backup file
/Users/johnh/Desktop/2020 fianancial/ACU USA backup file/20201208
/Users/johnh/Desktop/2020 fianancial/ACU USA backup file/QBTempBackup.tmp
/Users/johnh/Desktop/2020 fianancial/ACUJUL~1.TLG
/Users/johnh/Desktop/2020 fianancial/CDWL check 87280  12-21-2012212020.pdf
/Users/johnh/Desktop/2020 fianancial/CRL 5-19-20 POD.pdf
/Users/johnh/Desktop/2020 fianancial/CRL check 0135 invoice ACU200701-A 10012020.pdf

/Users/johnh/Desktop/2020 fianancial/CRL check 0148  12-21-2012212020.pdf
/Users/johnh/Desktop/2020 fianancial/CRL check 104120 amount $25972.0009042020.pdf
/Users/johnh/Desktop/2020 fianancial/CRL check 104986  10-09-2010092020.pdf
/Users/johnh/Desktop/2020 fianancial/CRL check 106369  12-21-2012212020.pdf
/Users/johnh/Desktop/2020 fianancial/CRL payment check #099640  amount $10,465.62.pdf
/Users/johnh/Desktop/2020 fianancial/CRLPAY~1.PDF
/Users/johnh/Desktop/2020 fianancial/Dr Clean 500ml Product sheet-Wholesale (1).pdf
/Users/johnh/Desktop/2020 fianancial/Dr Clean 500ml Product sheet-Wholesale.pdf
/Users/johnh/Desktop/2020 fianancial/EIN (CP 575 A Notice) (1) (1).pdf
/Users/johnh/Desktop/2020 fianancial/F and M bank card statement  August 202010272020.pdf
/Users/johnh/Desktop/2020 fianancial/F and M bank card statement  July 202010272020.pdf
/Users/johnh/Desktop/2020 fianancial/F and M bank card statement  June 202010272020.pdf
/Users/johnh/Desktop/2020 fianancial/F and M bank card statement  Sept 202010272020.pdf
/Users/johnh/Desktop/2020 fianancial/FANDMB~3.PDF
/Users/johnh/Desktop/2020 fianancial/highander bought for $ 33534.86 bought on 1-10-2011011012020.pdf
/Users/johnh/Desktop/2020 fianancial/highander bought for $ 33534.86 bought on 1-10-2011011012020_0001.pdf
/Users/johnh/Desktop/2020 fianancial/idme-recovery-code-2020-10-01.pdf
/Users/johnh/Desktop/2020 fianancial/invoice ACU200701 2nd half tooling  CRL PO-100175539  08-31-20.pdf
/Users/johnh/Desktop/2020 fianancial/IWC check 16088  01-09-20.pdf.pdf
/Users/johnh/Desktop/2020 fianancial/meeting CRL 6-16-20.odt
/Users/johnh/Desktop/2020 fianancial/NeIRS efile authorization tax year 201912152020.pdf
/Users/johnh/Desktop/2020 fianancial/NeIRS efile authorization tax year 201912152020.pdf
/Users/johnh/Desktop/2020 fianancial/NEIRSE~1.PDF
/Users/johnh/Desktop/2020 fianancial/New folder
/Users/johnh/Desktop/2020 fianancial/New folder/2017 John and Linda Quach FEDERAL tax return docs.pdf
/Users/johnh/Desktop/2020 fianancial/New folder/2017 Linda John and Matthew tax return  part I.pdf
/Users/johnh/Desktop/2020 fianancial/New folder/2017 Linda John and Matthew tax return part II04182020.pdf
/Users/johnh/Desktop/2020 fianancial/New folder/2018 John and Linda Quach tax return docs 04182020.pdf
/Users/johnh/Desktop/2020 fianancial/New folder/2018 Matthew Quach tax return docs 04182020.pdf
/Users/johnh/Desktop/2020 fianancial/New folder/2019 John and Linda Quach tax return docs 04182020.pdf
/Users/johnh/Desktop/2020 fianancial/New folder/2019 Matthew Quach tax return docs 04182020.pdf
/Users/johnh/Desktop/2020 fianancial/POD  PO-1350305  CRL  9-9-2009152020.pdf
/Users/johnh/Desktop/2020 fianancial/POD_PO-1339051_CRl__03-06-20.pdf
/Users/johnh/Desktop/2020 fianancial/QBTempBackup.tmp
/Users/johnh/Desktop/2020 fianancial/QuickBooksAutoDataRecovery

/Users/johnh/Desktop/2020 fianancial/QuickBooksAutoDataRecovery/ACU July thru Oct 2009.RESTORE.QBW.ADR
/Users/johnh/Desktop/2020 fianancial/QuickBooksAutoDataRecovery/ACU July thru Oct 2009.RESTORE.QBW.ADR.old
/Users/johnh/Desktop/2020 fianancial/QuickBooksAutoDataRecovery/ACU July thru Oct 2009.RESTORE.QBW.TLG.ADR
/Users/johnh/Desktop/2020 fianancial/QuickBooksAutoDataRecovery/ACU July thru Oct 2009.RESTORE.QBW.TLG.ADR.old
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/HowToRestoreExternalFiles.txt
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Collection Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Customer Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Employee Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Estimate Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Invoice Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Other Names Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Letters_Templates/Vendor Letters
/Users/johnh/Desktop/2020 fianancial/Restored_ACU July thru Oct 2009.RESTORE_Files/Printer_Settings/QBPrint.qbp
/Users/johnh/Desktop/2020 fianancial/Sample Tooling Po #100164576  05-01-20.pdf
/Users/johnh/Desktop/2020 fianancial/Sample Tooling Po #100164576  05-01-20.pdf
/Users/johnh/Desktop/2020 fianancial/SAMPLE~1.PDF
/Users/johnh/Desktop/2020 fianancial/WIRE TRANSFER $60000 to ACU Canada  12-28-20.pdf
/Users/johnh/Desktop/2020 fianancial/Wire Transfer Request (fill-able) (3).pdf
/Users/johnh/Desktop/2020 fianancial/wiring $20000 to ACU Canada 9-17-2009172020.pdf
/Users/johnh/Desktop/2020 fianancial/wiring record amount $30000  06-15-2020.pdf
/Users/johnh/Desktop/2020 fianancial/wiring transfer $20000  9-16-20.pdf
/Users/johnh/Desktop/2020 fianancial/wiring_transfer_$20000__9-16-20.pdf
/Users/johnh/Desktop/2020 ocean shipment log
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Factory commercial Invoice AZ-200907-006.xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Factory commerical invoice AZ-200629-004.xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Factory packing list AJ-200629-004 Rev..xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Factory packing list AJ-200629-004.xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Factory packing list AZ-200731-005.xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Factory packing list AZ-200907-006.xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.parking PO-255908 pallet 1-2-3 YDW 9-1-20.xlsx#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Vision  2020 shipments.xls#
/Users/johnh/Desktop/2020 ocean shipment log/.~lock.Vision 2019 shipments.xlsx#
/Users/johnh/Desktop/2020 ocean shipment log/10+2 FORM  shipment #AZ-200412-002  04-12-20.xls

/Users/johnh/Desktop/2020 ocean shipment log/10+2 FORM  shipment #AZ-200429-003  05-08-20.xls
/Users/johnh/Desktop/2020 ocean shipment log/10+2 FORM  shipment #AZ-200629-004.xls
/Users/johnh/Desktop/2020 ocean shipment log/10+2 FORM  shipment #AZ-200629-004.xls
/Users/johnh/Desktop/2020 ocean shipment log/20200731æµ·è¿  USA - å‰¯æœ¬ (1).xls
/Users/johnh/Desktop/2020 ocean shipment log/Arrival Notice - Shipment AZ-200529-003.PDF
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading AZ-200407-002.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading AZ-200429-003  05-08-20.pdf
/Users/johnh/Desktop/2020 ocean shipment log/bill of lading AZ-200429-003.pdf
/Users/johnh/Desktop/2020 ocean shipment log/bill of lading AZ-200731-005.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading AZ-210211-001.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading for AZ-200629-004.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading Tele release AJ-200407-002.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading tele release AZ-200629-004.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading tele release AZ-200629-004.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Bill of lading telex release AZ-200529-003.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Cargo_Arrival_Notice_ Shipment AZ-200907-006.PDF
/Users/johnh/Desktop/2020 ocean shipment log/FACTOR~3.XLS
/Users/johnh/Desktop/2020 ocean shipment log/Factory commercial Invoice AJ-2000429-003.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory commercial Invoice AJ-200407-002.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory commercial Invoice AZ-200115-001.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory commercial Invoice AZ-200907-006.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory commerical invoice AZ-200629-004.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory commerical invoice AZ-200731-005.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AJ-200407-002.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AJ-200429-003.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AJ-200629-004 (1).xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AJ-200629-004 Rev..xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AJ-200629-004.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AZ-200731-005.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AZ-200907-006 REV.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing list AZ-200907-006.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing shipment AZ-200115-001.xls
/Users/johnh/Desktop/2020 ocean shipment log/Factory packing shipment AZ-200115-001.xls
/Users/johnh/Desktop/2020 ocean shipment log/ISF  AZ-200731-005   08-07-20.xls
/Users/johnh/Desktop/2020 ocean shipment log/ISF AZ-200407-002 original doc from factory.pdf

/Users/johnh/Desktop/2020 ocean shipment log/isf AZ-200429-003 original doc from the factory 05-08-20.pdf
/Users/johnh/Desktop/2020 ocean shipment log/ISF details of AZ-200629-004 (from China shipping co.).docx
/Users/johnh/Desktop/2020 ocean shipment log/ISF details AZ-200731-005 from the factory.docx
/Users/johnh/Desktop/2020 ocean shipment log/ISFDET~2.DOC
/Users/johnh/Desktop/2020 ocean shipment log/Mail Slots.pdf
/Users/johnh/Desktop/2020 ocean shipment log/parking PO-255908 pallet 1-2-3 YDW 9-1-20.xlsx
/Users/johnh/Desktop/2020 ocean shipment log/tele release shipment AZ-200907-006.pdf
/Users/johnh/Desktop/2020 ocean shipment log/telex release AZ-200731-005.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Telex release shipment AZ-200115-001.pdf
/Users/johnh/Desktop/2020 ocean shipment log/UPS TRACKING PO-266015  1 of 2 YDW 04-17-20.pdf
/Users/johnh/Desktop/2020 ocean shipment log/UPS TRACKING PO-266015  2 of 2 YDW 04-17-20.pdf
/Users/johnh/Desktop/2020 ocean shipment log/US HS code 39  3925.20  5.3%.pdf
/Users/johnh/Desktop/2020 ocean shipment log/US HS code 39  3925.20  5.3%.pdf
/Users/johnh/Desktop/2020 ocean shipment log/US HS code 7619.99  cannot find.pdf
/Users/johnh/Desktop/2020 ocean shipment log/US HS code 8302.41  3.9%.pdf
/Users/johnh/Desktop/2020 ocean shipment log/US HTS 7619.99  2.5%.pdf
/Users/johnh/Desktop/2020 ocean shipment log/Vision  2020 shipments.xls
/Users/johnh/Desktop/2020 ocean shipment log/Vision 2019 shipments.xlsx
/Users/johnh/Desktop/2020 sales inoices
/Users/johnh/Desktop/2020 sales inoices/.~lock.air shipment packing PO-268767 YDW 01-12-21.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.packing PO-13341873 part 18745 04-16-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.Packing PO-18 (CDW) 05--6-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking air  PO-268767 YDW 01-12-21.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-13366981 CRL  12-04-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-13366981 CRL  12-04-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-1362785 CRL  12-04-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-220312  IWC  0403-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-255908 pallet 1 & 2  customer copy 07-21-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-255908 pallet 1 YDW 11-13-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-255908 YDW 04-03-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-255908 YDW 04-17-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-255908 YDW 06-15-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-267685 consolidated YDW 10-23-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/.~lock.parking PO-267685 pallet 2 YDW 10-23-20.xlsx#
/Users/johnh/Desktop/2020 sales inoices/10+2 FORM  shipment #AZ-200412-002  04-12-20.xls

/Users/johnh/Desktop/2020 sales inoices/10+2 form shipment AZ-200914-005.xls
/Users/johnh/Desktop/2020 sales inoices/10+2 form shipment AZ-200914-005.xls
/Users/johnh/Desktop/2020 sales inoices/1675 1800 box logo layout CRL.pdf
/Users/johnh/Desktop/2020 sales inoices/1800.dwg
/Users/johnh/Desktop/2020 sales inoices/2017 ACU Hardware USA P & L Statement.ods
/Users/johnh/Desktop/2020 sales inoices/2017 ACU Hardware USA P & L Statement.xltx
/Users/johnh/Desktop/2020 sales inoices/2018 ACU Hardware USA P & L Statement.ods
/Users/johnh/Desktop/2020 sales inoices/2018 P & L statement  ACU Hardware USA.ods
/Users/johnh/Desktop/2020 sales inoices/2018 P & L statement  ACU Hardware USA.xls
/Users/johnh/Desktop/2020 sales inoices/2019 air AJ19-013 & Aj19-014.pdf
/Users/johnh/Desktop/2020 sales inoices/2019 air AJ19-013 & Aj19-014.pdf
/Users/johnh/Desktop/2020 sales inoices/2019 P & L statement ACU Hardware USA.dif
/Users/johnh/Desktop/2020 sales inoices/2019 P & L statement ACU Hardware USA.ods
/Users/johnh/Desktop/2020 sales inoices/2019 P & L statement ACU Hardware USA.xlt
/Users/johnh/Desktop/2020 sales inoices/2020 Apri YDW invoices.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 April F and M bank card statement.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 February un-bill invoices and POD
/Users/johnh/Desktop/2020 sales inoices/2020 February un-bill invoices and POD/invoice ACU200518-F (CDW PO-0401 ACU) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 February un-bill invoices and POD/Invoice ACU201207  CDW PO-108  12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 February un-bill invoices and POD/POD CDW  PO-0401-acu  02-26-2012072020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 February un-bill invoices and POD/POD PO-108  CDW  12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 July ACU Hardware checking statement.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 July ACU Hardware checks images.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 July ACU Hardware deposit slip.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 March customer payment slips and corresponding  paid invoices05032020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May  ACU Hardware US bank statement.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May  ACU Hardware US bank statement.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU-USA finacial statements12072020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU Hardware checks images.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU Hardware customers payments07012020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU Hardware deposit 1 of 2.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU Hardware deposit 2 of 2.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU Hardware sales invoices and customers payments07012020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May ACU Hardware sales invoices07012020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May customer payment 1 of 3.pdf

/Users/johnh/Desktop/2020 sales inoices/2020 May customer payment 2 of 3.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May customer payment 3 of 3.pdf
/Users/johnh/Desktop/2020 sales inoices/2020 May F & M bank statement 07012020.pdf
/Users/johnh/Desktop/2020 sales inoices/2020JU~1.PDF
/Users/johnh/Desktop/2020 sales inoices/2nd half Tooling charge  ACU190913  01-22-20.pdf
/Users/johnh/Desktop/2020 sales inoices/2NDHAL~1.PDF
/Users/johnh/Desktop/2020 sales inoices/5-19-20 POD.pdf
/Users/johnh/Desktop/2020 sales inoices/AAMA elite-02 listing extension  9-18-2009182020.pdf
/Users/johnh/Desktop/2020 sales inoices/ACU Hardware state License renewal-annual directors officers filling 2020.pdf
/Users/johnh/Desktop/2020 sales inoices/Air Invoices 2020 AJ-001 thru AJ-010.pdf
/Users/johnh/Desktop/2020 sales inoices/air shipment packing PO-268767  YDW  01-12-21.xlsx
/Users/johnh/Desktop/2020 sales inoices/air shipment packing PO-268767  YDW  01-16-21.xlsx
/Users/johnh/Desktop/2020 sales inoices/base metal tariff tax.pdf
/Users/johnh/Desktop/2020 sales inoices/base metal tariff tax.pdf
/Users/johnh/Desktop/2020 sales inoices/Bill of lading for AZ-200629-004.pdf
/Users/johnh/Desktop/2020 sales inoices/BOH1009 drawing.pdf
/Users/johnh/Desktop/2020 sales inoices/CDW check 87192 CDW PO-1871240-02 acu  12-07-20  12082020.pdf
/Users/johnh/Desktop/2020 sales inoices/CDW PO #55174  06-29-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CDW_PO_#55174__06-29-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CEL check 102798  $960  07-09-2007092020.pdf
/Users/johnh/Desktop/2020 sales inoices/check 0143 CRL PO- 05-15-20.pdf
/Users/johnh/Desktop/2020 sales inoices/check 102010 CRL  PO-  04-22-20.pdf
/Users/johnh/Desktop/2020 sales inoices/check 102010 CRL  PO-  04-22-20.pdf
/Users/johnh/Desktop/2020 sales inoices/china tariff.pdf
/Users/johnh/Desktop/2020 sales inoices/consolidated PACKING PO-133042  CRL 01-21-21.ods
/Users/johnh/Desktop/2020 sales inoices/CRL check 101128 amount 19136.86 03-31-2003312020.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL check 101845  05-06-2005062020.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL check 102010 amount 10692 invoice ACU20042205132020.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL check 102334  amount $18,576.45  05-31-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL inventory report  11-26-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/CRL inventory report R2 11-26-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/CRL inventory report Revised  11-26-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/CRL invoice ACU201217-A CRL PO-1339051  12-16-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL invoice ACU201217-A CRL PO-1339051  12-16-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL invoice ACU201217-B CRL PO-1339105  12-16-20.pdf

/Users/johnh/Desktop/2020 sales inoices/CRL payment check #099640  amount $10,465.62.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL payment chk 0151 $2000 PO-100175539108122020.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL PO-100175136  06-29-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL PO-100175290  06-29-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL PO-100191876  CRL 12-10-20  HOT.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL PO-1350305  04-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL pull clip  05-31-20.png
/Users/johnh/Desktop/2020 sales inoices/CRL pull clip packing box sample.jpg
/Users/johnh/Desktop/2020 sales inoices/CRL pull clips  05-31-20.png
/Users/johnh/Desktop/2020 sales inoices/CRL tooling payment for shower door project.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL Tooling PO-100175539  07-01-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRl unbill invoices  12-04-2012042020.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL_check_101128_amount_1913686__03-31-20.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL_PO-100191876__CRL_12-10-20__HOT HOT HOT.pdf
/Users/johnh/Desktop/2020 sales inoices/CRL_PO-100191876__CRL_12-10-20__HOT.pdf
/Users/johnh/Desktop/2020 sales inoices/CRLINV~1.PDF
/Users/johnh/Desktop/2020 sales inoices/CRLTOO~2.PDF
/Users/johnh/Desktop/2020 sales inoices/drawing 1800.pdf
/Users/johnh/Desktop/2020 sales inoices/Drawings for shower door handles.pdf
/Users/johnh/Desktop/2020 sales inoices/Elite-01 VLC extension affidavit  05-3-2005032020.pdf
/Users/johnh/Desktop/2020 sales inoices/F2513 CRL.pdf
/Users/johnh/Desktop/2020 sales inoices/F2514 CRL.pdf
/Users/johnh/Desktop/2020 sales inoices/F2514 CRL.pdf
/Users/johnh/Desktop/2020 sales inoices/FA approved WSC424B 08-26-20.pdf
/Users/johnh/Desktop/2020 sales inoices/FA inspection report shower door handles.pdf
/Users/johnh/Desktop/2020 sales inoices/FA_approved_WSC424B__08-26-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Factory packing list AZ-200907-006.xls
/Users/johnh/Desktop/2020 sales inoices/FEIN  ACU Hardware USA Inc   issued 2016.pdf
/Users/johnh/Desktop/2020 sales inoices/IN3EA8~1.PDF
/Users/johnh/Desktop/2020 sales inoices/INA6E7~1.PDF
/Users/johnh/Desktop/2020 sales inoices/INF93C~1.PDF
/Users/johnh/Desktop/2020 sales inoices/Invoice-POD ACU120103-A CRL PO-1262785  12-03-2012062020.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice-POD ACU201203-A CRL PO-1362785  12-03-2012062020.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice-POD ACU201203-B CRL PO-1366981  12-03-2012062020.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200102-A (IWC PO-220132)  04-02-20.pdf

/Users/johnh/Desktop/2020 sales inoices/invoice ACU200207 (CDW PO-187) canceled  2-7-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200320-A (PO-1341873 CRL production) 03-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200320-B (PO-1341064 CRL production) 03-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200331-A Rev (YDW PO-255908) 03-31-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200331-B (IWC PO-238189) 03-31-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200401-A (CRL PO-1341873) 04-01-20 (1).pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200401-A (CRL PO-1341873) 04-01-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200402- B  (YDW PO-255908) 04-02-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200402-A (IWC PO-220132) 04-02-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200402-C.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200417 Rev YDW PO-266015 01-04-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200417 Rev YDW PO-266015 01-04-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200420 (CRL PO-1341873- AJ200408-010) 04-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200420 (CRL PO-1341873) 04-21-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200421 (YDW PO-255908) 04-21-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200422 (CRL PO-1333042) 04-22-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200504  CRL PO-100164576)  -05-04-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200518-A (CRL PO-1301635) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-A (CRL PO-1342384) 05-18-20 (1).pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-A (CRL PO-1342384) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-B (CRL PO-1341030) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-C (CRL PO-1339105) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-C (CRL PO-1341873) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-C (CRL PO-1341873) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200518-D  (CRL PO-13418710 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-E (CDW PO-187).pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200518-F (CDW PO-0401 ACU) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200518-F Rev CRD PO-0401 acu 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU2005180D (CRL PO-1341873) 05-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200601 YDW  06-012-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200701  2nd half tooling  CRl PO-100175539  08-31-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200717  YDW-PO-255908  07-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200728  YDW PO-255908  07-28-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACu200814-A  CRL PO-1339105  08-14-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200814-B  CRL PO-1341064  08-14-20.pdf

/Users/johnh/Desktop/2020 sales inoices/invoice ACU200814-B CRL PO-1341064 08-14-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200814-C CRL PO-1339105 08-14-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200831-A YDW PO-255908 08-31-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU200908-A CRL PO-1350305 09-08-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU200908-B  CRL Po-1333042  09-08-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-A R1 CRL PO-1362785 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-A R1 CRL PO-1366981 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU201203-A Rev CRL PO-1362785 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU201203-A CRL  12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU201203-A R1  CRL PO-1362785 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-B  CRL  12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-B R1 CRL  PO-136981 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-B R1 CRL  PO-136981 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-B Rev CRL  PO-136981 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU201203-C R1 YDW PO-255908 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-C CRl 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201203-D CDW 12-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201204 CRL 12-04-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU201204 Rev CRL PO-100175136 12-04-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU201207  CDW PO-108 12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201217-A CRL PO-1339051 12-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice ACU201217-B CRL PO- 1339105 12-18-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU20603 PO-255908  YDW  06-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU210114-A YDW 268767 01-14-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU210114-B CRL PO-1361275 01-14-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU210114-B CRL PO-1361275 01-14-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU210114-C CRL PO-10019876 01-14-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice ACU210114-D CRL PO-100175136 01-14-21.pdf
/Users/johnh/Desktop/2020 sales inoices/INVOICE AJ-200323-009 (CRL PO-134187) 04-21-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice and POD ACU201204 CRL PO-100175136 12-04-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice tooling charge PO-1334585 CRL  01-09-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice_ACU200417_R1_YDW_PO-266015_01-04-21 (1).pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice_ACU200417_R1_YDW_PO-266015_01-04-21 (1).pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice_ACU200417_Rev_YDW_PO-266015_01-04-21.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice_ACU200417_Revision_YDW_PO-266015_01-04-21_(1).pdf

/Users/johnh/Desktop/2020 sales inoices/Invoice_ACU200417_Revision_YDW_PO-266015_01-04-21_(1).pdf
/Users/johnh/Desktop/2020 sales inoices/Invoice_ACU200422_(CRL_PO-1333042)__04-22-20.pdf
/Users/johnh/Desktop/2020 sales inoices/invoice_ACU200701__2nd_half_tooling__CRI_PO-100175539___08-31-20 (1).pdf
/Users/johnh/Desktop/2020 sales inoices/Invoices and PODs CRL for 03-6-20 deliveries03202020.pdf
/Users/johnh/Desktop/2020 sales inoices/Invoices and PODs CRL for 03-6-20 delivery.pdf
/Users/johnh/Desktop/2020 sales inoices/IWC PO-267685 Rev. 08-04-20.pdf
/Users/johnh/Desktop/2020 sales inoices/IWC PO-268566 10-01-20.pdf
/Users/johnh/Desktop/2020 sales inoices/IWC PO-269412  12-10-20.pdf
/Users/johnh/Desktop/2020 sales inoices/IWC_PO-267685_Rev_08-04-20.pdf
/Users/johnh/Desktop/2020 sales inoices/IWC_PO-268566__10-01-20.pdf
/Users/johnh/Desktop/2020 sales inoices/IWC_PO-269412___12-10-20.pdf
/Users/johnh/Desktop/2020 sales inoices/IWCPO-~3.PDF
/Users/johnh/Desktop/2020 sales inoices/MIR WSC424B- 8-25-20.pdf
/Users/johnh/Desktop/2020 sales inoices/No change affidivate Elite-04 awning operator  04-14-2004142020.pdf
/Users/johnh/Desktop/2020 sales inoices/original POD CRL 12-16-20 delivery.pdf
/Users/johnh/Desktop/2020 sales inoices/original_POD_CRL_12-16-20_delivery.pdf
/Users/johnh/Desktop/2020 sales inoices/P & L statement.ods
/Users/johnh/Desktop/2020 sales inoices/P & L statement.ods
/Users/johnh/Desktop/2020 sales inoices/P&LSTA~1.ODS
/Users/johnh/Desktop/2020 sales inoices/PACKIN~3.ODS
/Users/johnh/Desktop/2020 sales inoices/Packing list PO-1312571  04-28-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/Packing list PO-1312571  04-28-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/Packing list PO-1312571 Rev 04-28-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/Packing list PO-1312571 Rev 04-28-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/Packing list PO-1341873  (CRL) 05-18-20.xlt
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-1100175290 CRL 09-16-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-1100175290 CRL 9-14-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042  1 of 2 CRL 9-15-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042  2 of 2 CRL 9-15-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042 P1 P2 CRL 9-15-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042 100175290 pallet 2 of 2 CRL 9-14-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042 1001753136  PALLET 1 and 2  CRL 9-14-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042 1001753136  PALLET 1 and 2  CRL  9-14-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-133042 pallet 1 of 2 CRL 9-14-20.ods
/Users/johnh/Desktop/2020 sales inoices/packing PO-13341873 part 18745  04-16-20.xlsx

/Users/johnh/Desktop/2020 sales inoices/PACKING PO-1339051 crl 12-16-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING PO-1339105 12-16-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING po-1339105 CRL 08-07-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING po-1341064 PALLET 1 crl 08-07-20.ods
/Users/johnh/Desktop/2020 sales inoices/PACKING po-1341064 PALLET 1 2 crl 08-07-20.ods
/Users/johnh/Desktop/2020 sales inoices/Packing PO-18 (CDW) 05--6-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/PAKING po-1350305 crl 09-08-20.ods
/Users/johnh/Desktop/2020 sales inoices/PAKING po-1350305 crl 10-21-20.ods
/Users/johnh/Desktop/2020 sales inoices/parking air PO-268767 YDW 01-12-21.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-100175136 CRL 10-19-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-100175136 CRL 12-04-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-100191876 CRL 01-13-21.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-1100175136 CRL 01-13-21.xlsx
/Users/johnh/Desktop/2020 sales inoices/PARKING po-1301635 1341873 1341030 1339105 1341873 CRL 05-18-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/PARKING po-1301635 1341873 1341030 1339105 1341873 CRL 05-18-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-13366981 CRL 12-04-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/PARKING po-1341873 1341030 1339105 1341873 CRL 05-18-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/PARKING po-1341873 1341030 1339105 1341873 CRL 05-18-20.xlt
/Users/johnh/Desktop/2020 sales inoices/PARKING po-1341873 1341030 1339105 1341873 Rev CRL 05-18-20.xlt
/Users/johnh/Desktop/2020 sales inoices/parking PO-1361275 CRL 01-13-21.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-1362785 CRL 12-04-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-220312 IWC 0403-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 pallet #1 (small)  07-21-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 pallet #2 (large) 07-21-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 pallet 1 & 2 customer copy 07-21-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 pallet 1 & 2 customer copy 07-21-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 pallet 1 & 2 vendor copy 07-21-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 pallet 1 YDW 11-13-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 YDW 04-03-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 YDW 04-17-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 YDW 06-03-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 YDW 06-15-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 YDW 06-16-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-255908 YDW 07-21-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-266015 YDW 04-17-20.xlsx

/Users/johnh/Desktop/2020 sales inoices/parking PO-267685 consolidated YDW  10-23-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-267685 pallet 1 YDW  10-23-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-267685 pallet 2 YDW  10-23-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-267685 pallet 2 YDW  10-23-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/parking PO-267685 YDW  10-23-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/part 1800 box photo .jpg
/Users/johnh/Desktop/2020 sales inoices/partial delivery PO-255908  07-13-2007132020.pdf
/Users/johnh/Desktop/2020 sales inoices/partial parking PO-255908  YDW  07-13-20.xlsx
/Users/johnh/Desktop/2020 sales inoices/PO-100169019  CRL  05-31-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO-1314741  CRL  05-13-19.pdf
/Users/johnh/Desktop/2020 sales inoices/PO-268~1.PDF
/Users/johnh/Desktop/2020 sales inoices/PO-268767  10-19-20  HOT.pdf
/Users/johnh/Desktop/2020 sales inoices/PO -1369985 CRL  12-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1315343  CRL  05-17-19.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1315624  CRL 05-20-19.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1315624  CRL 05-20-19.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1316651  CRL  05-29-19.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1362785  CRL 9-16-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1366981  CRL-HOT 11-10-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 1366981  CRL new 11-10-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 268767 YDW  HOT 12-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO 3226 Precision  11-23-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO CRL 1361275  08-26-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO V-2016  Vi-Cal Screens 11-10-2018 (1).pdf
/Users/johnh/Desktop/2020 sales inoices/PO_-1369985_CRL__12-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_1362785__CRL_11-10-20__Tariff_tax_added.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_1362785__CRL_9-16-20 Tariff tax added.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_1362785__CRL_9-16-20 Tariff tax added.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_1362785__CRL_9-16-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_1366981__CRL-HOT__11-10-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_1366981__CRL_new__11-10-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_268767_YDW__HOT__ Rev 12-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_268767_YDW__HOT__12-17-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PO_CRL_1361275__08-26-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD ACU201203-C 11-13-20.pdf

/Users/johnh/Desktop/2020 sales inoices/POD ACU201207  CDW  PO-108 02-17-2012072020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD ACU201207  CDW  PO-10812072020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD ACU201207 CDW 12-07-2012072020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD and invoices PO-1334585 1339105 1341064 CRL 03242020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD and invoices PO-1341873 1341064  CRL 03-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD CDW  PO-0401-acu  02-26-2012072020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD CDW  PO-108  05-06-2012072020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD CDW  PO-108  09-01-2012072020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD for ACU201203-C delivered on 11-13-20 12092020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD for ACU201203-C delivered on 11-13-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD invoice ACU200420  04-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD invoice ACU200420 (CRL PO-1333042) 04-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD invoice ACU200433 (CRL PO-1333042) 04-29-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-108  CDW  12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-1301635  CRL 05-19-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-1339105 CRL 01-21-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-1341064  CRL 08-14-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-1341873 1341030 1339105  CRL 05-19-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-1341873 1341064  CRL 03-20-2003222020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-1341873 1341064  CRL 03-20-2003222020_0001.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-238189 YDW  03-11-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-255908 YDW  04-03-2005282020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-255908 YDW  04-03-2005282020_0001.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-255908 YDW  06-03-2006032020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD PO-255908 YDW  03-31-2003312020.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_ACU201207__CDW__PO-108  12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_ACU201207__CDW__PO-108  12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_ACU201207_CDW_Rev 12-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_invoice_ACU200422_(CRL_PO-1333042)_04-29-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_PO-1341064__CRL__08-14-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_PO-255908_YDW__03-11-20.pdf
/Users/johnh/Desktop/2020 sales inoices/POD_signed CRL_PO-1339051-1339105 12-16-20.pdf
/Users/johnh/Desktop/2020 sales inoices/PODACU~4.PDF
/Users/johnh/Desktop/2020 sales inoices/PODPO-~2.PDF
/Users/johnh/Desktop/2020 sales inoices/Quote #20006 CRL  04-06-20.pdf

/Users/johnh/Desktop/2020 sales inoices/QUote #200622 CRL 06-22-20.pdf
/Users/johnh/Desktop/2020 sales inoices/quote #200911-FHC 09-11-20.pdf
/Users/johnh/Desktop/2020 sales inoices/quote #200911-FHC 09-11-20.pdf
/Users/johnh/Desktop/2020 sales inoices/quote 200317 R2 CRL-Product Mangement.pdf
/Users/johnh/Desktop/2020 sales inoices/quote 200317 R2 CRL-Product Mangement.pdf
/Users/johnh/Desktop/2020 sales inoices/Quote 200406-CRL Rev. 04-06-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Quote 200407 CRL 04-07-20.pdf
/Users/johnh/Desktop/2020 sales inoices/RFQ 200407 CRL 04-07-20.xls
/Users/johnh/Desktop/2020 sales inoices/RFQ 200527 CRL 05-27-20.xls
/Users/johnh/Desktop/2020 sales inoices/RFQ 200527 CRL  photos 1 of 4.jpg
/Users/johnh/Desktop/2020 sales inoices/RFQ 200527 CRL photos 2 of 4.jpg
/Users/johnh/Desktop/2020 sales inoices/RFQ 200527 CRL photos 3 of 4.jpg
/Users/johnh/Desktop/2020 sales inoices/RFQ 200527 CRL photos 4 of 4.jpg 05-27-20.jpg
/Users/johnh/Desktop/2020 sales inoices/RFQ 200527 CRL photos 4 of 4.jpg 05-27-20.jpg
/Users/johnh/Desktop/2020 sales inoices/RFQ 200908 FHC 09-08-20.xls
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200131 -POD (PO-255908 YDW) 01-31-2002262020.pdf
/Users/johnh/Desktop/2020 sales inoices/Sales invoice ACU200202B (PO-1334959 CRl) 02-03-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Sales invoice ACU200203A (PO-1331632 CRL) 02-03-20 pdf.pdf
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200203A and POD  02-03-2002172020.pdf
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200203A and POD  02-03-2002172020.pdf
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200203B and POD  02-03-2002172020.pdf
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200203B and POD  02-03-2002172020.pdf
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200309-B (PO-1341030 CRL) 03-09-20.pdf
/Users/johnh/Desktop/2020 sales inoices/sales invoice ACU200309-B (PO-1341030 CRL) 03-09-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Sales invoice ACU200320-B (PO-1341064 CRL-Production) 03-20-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Sales invoice ACU200420 (CRL PO-1341873) 4-21-2004212020.pdf
/Users/johnh/Desktop/2020 sales inoices/sample tooling charge for shower door handles revision.pdf
/Users/johnh/Desktop/2020 sales inoices/sample tooling charge for shower door handles.pdf
/Users/johnh/Desktop/2020 sales inoices/Tooling invoice ACU200701 CRL-PO-100175539.pdf
/Users/johnh/Desktop/2020 sales inoices/Tooling invoice ACU200701 CRL-PO-100175539.pdf
/Users/johnh/Desktop/2020 sales inoices/Tooling PO-1334585 VN00080-0079 01-09-20.pdf
/Users/johnh/Desktop/2020 sales inoices/Tooling PO-1334585 VN00080-0079 01-09-20.pdf
/Users/johnh/Desktop/2020 sales inoices/UPS trcking # Air shipment invoice ACU200420.pdf
/Users/johnh/Desktop/2020 sales inoices/W4 John Quach05052020.pdf
/Users/johnh/Desktop/2020 sales inoices/wire transfer 26000 to ACU Canada 04-13-2004132020.pdf

/Users/johnh/Desktop/2020 sales inoices/Wire Transfer Request (fill-able).pdf
/Users/johnh/Desktop/2020 sales inoices/Wiring $30000  06-19-2006192020.pdf
/Users/johnh/Desktop/2020 sales inoices/wiring transfer $20000  9-16-20.pdf
/Users/johnh/Desktop/2020 sales inoices/YDW check 17073 amount $3278.22  04-24-2004242020.pdf
/Users/johnh/Desktop/2020 sales inoices/YDW check 17760 $6058  07-09-2007092020.pdf
/Users/johnh/Desktop/2020 sales inoices/YDW chk 17588 $6094  06-22-2006222020.pdf
/Users/johnh/Desktop/2020 sales inoices/YDW PO-267685  07-24-20.pdf
/Users/johnh/Desktop/2021 CDW
/Users/johnh/Desktop/2021 CDW/2021 CDW customer statement  01-26-21.pdf
/Users/johnh/Desktop/2021 CDW/CDW  invoices  unpay.pdf
/Users/johnh/Desktop/2021 OCEAN SHIPMENT LOG/10+2 Filled form shipment #AZ-210211-001.xls
/Users/johnh/Desktop/2021 OCEAN SHIPMENT LOG/ISF original -AZ210212-001.docx
/Users/johnh/Desktop/2021 sales
/Users/johnh/Desktop/2021 sales/CDW check 87419 partial payment ACU200518-F02102021.pdf
/Users/johnh/Desktop/2021 sales/CDW check 87445 $3759.48 02102021.pdf
/Users/johnh/Desktop/2021 sales/Invoice ACU210114-B CRL PO-1361275.pdf
/Users/johnh/Desktop/2021 sales/Invoice ACU210114-C CRL PO-10019876.pdf
/Users/johnh/Desktop/2021 sales/Invoive ACU210114-D CRL  PO-100157136.pdf
/Users/johnh/Desktop/2021 sales/POD PO-100191876.pdf
/Users/johnh/Desktop/2021 sales/POD PO-10075136  01292021.pdf
/Users/johnh/Desktop/2021 sales/POD PO-1361275.pdf
/Users/johnh/Desktop/2021 sales/POD_PO-100175136___01292021.pdf
/Users/johnh/Desktop/64m backup/.~lock.10+2 FORM shipment #AZ-200412-002 04-12-20.xls#
/Users/johnh/Desktop/64m backup/.~lock.ACU legal info.odt#
/Users/johnh/Desktop/64m backup/.~lock.holy spirit study guide 2.odt#
/Users/johnh/Desktop/64m backup/.~lock.Packing list PO-1312571 CRL 03-06-20.xlsx#
/Users/johnh/Desktop/64m backup/.~lock.Packing PO-0401 acu 02-26-20.xlsx#
/Users/johnh/Desktop/64m backup/.~lock.Packing PO-1240-01 acu 02-26-20.xlsx#
/Users/johnh/Desktop/64m backup/.~lock.packing PO 108 CDW 01-18-21.xlsx#
/Users/johnh/Desktop/64m backup/.~lock.parking PO-238189 IWC 03-11-20.xlsx#
/Users/johnh/Desktop/64m backup/.~lock.prayer guide 1 of 2.odt#
/Users/johnh/Desktop/64m backup/.~lock.prayer guide 2 of 2.odt#
/Users/johnh/Desktop/64m backup/.~lock.ydw INVENTORY open order Revised 01-29-21.xlsx#
/Users/johnh/Desktop/64m backup/~L2D62~1.XLS
/Users/johnh/Desktop/64m backup/~LOCK1~1.XLS

/Users/johnh/Desktop/64m backup/10+2 FORM shipment #AZ-200412-002 04-12-20.xls
/Users/johnh/Desktop/64m backup/100EOS5D
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5729.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5730.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5731.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5732.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5733.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5733.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5734.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5735.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5736.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5737.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5738.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5739.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5740.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5741.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5742.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5743.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5744.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5745.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5746.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5747.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5748.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5749.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5750.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5751.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5752.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5752.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5753.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5754.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5755.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5756.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5757.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5758.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5759.JPG

/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5760.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5761.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5762.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5763.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5764.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5765.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5766.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5767.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5768.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5769.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5770.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5771.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5772.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5773.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5774.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5775.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/_R8A5776.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/1024px-Julius_Schnorr_von_Carolsfeld-_Ruth_im_Feld_des_Boaz.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/162PD_Ruth.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/2-Ruth.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/2_ImperialCenter_Introduction (1).pdf
/Users/johnh/Desktop/64m backup/100EOS5D/2020 graduate.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/2021 Sept wire transfer of $10000 to ACU -CANADA record.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/8F-5A-quotationï¼ˆ2021ï¼‰.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/CGN-00931.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/CommentaryRuth.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/CommentaryRuth.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/CPAP-APAP-Bi-PAP--21-07ï¼ˆ2021ï¼‰.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Est_E202107040_from_Supreme_Group_Intl_Inc._13252.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Genealogy of Jesus - Wikipedia.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Genealogy the ancestry of David from Ruth - Wikipedia.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/holly gold is lurking.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/Hollyland.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IM304D~1.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_57~3.JPG

/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5748-adjust-adjust-adjust.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5753-adjust.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5753-final.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5755-adjust-adjust-adjust-adjust-adjust-adjust-adjust.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5763-adjust.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5767-adjust.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5770-adjust (2).jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5770-adjust.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5781_res.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/IMG_5799 final.JPG
/Users/johnh/Desktop/64m backup/100EOS5D/Irene's summons.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/john quach credit report 06-30-21.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Julius_Schnorr_von_Carolsfeld-_Ruth_im_Feld_des_Boaz.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/NFT Holly Gold.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/POD  UPS tracking 1ZAR297604444043868.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/POD UPS tracking 1ZEF80840365759624.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/POI_PO-1372964__CRL__06-25-21.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/pretty image (1).jpg
/Users/johnh/Desktop/64m backup/100EOS5D/pretty image (1).jpg
/Users/johnh/Desktop/64m backup/100EOS5D/pretty image (2).jpg
/Users/johnh/Desktop/64m backup/100EOS5D/pretty image (3).jpg
/Users/johnh/Desktop/64m backup/100EOS5D/pretty image final rev.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/pretty image.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/RUTH-A~1.PDF
/Users/johnh/Desktop/64m backup/100EOS5D/ruth-april-07.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/ruth-bible-study.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/ruth (1).pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Ruth 3 insights.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/ruth chpater 3 insighe 3 of 3.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/ruth chpater 3 insigts cont.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/ruth.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/ruth+booklet.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/sample of line from Henry Liu client.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/San Marino Grill  kitchen cleaning 05-15-21 .pdf
/Users/johnh/Desktop/64m backup/100EOS5D/San Marino Grill bank statement 12-20 thru 02-21.pdf

/Users/johnh/Desktop/64m backup/100EOS5D/San_Marino_Grill__kitchen_cleaning_05-15-21_.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Searching-the-Scriptures_MessageMates.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/Searching-the-Scriptures_MessageMates.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/self photo 2021.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/Temple city property.pdf
/Users/johnh/Desktop/64m backup/100EOS5D/the 12 tribes of israel.jpg
/Users/johnh/Desktop/64m backup/100EOS5D/Uncle Jian He.jpg
/Users/johnh/Desktop/64m backup/201 June PO
/Users/johnh/Desktop/64m backup/201 June PO/.~lock.Consolidated parking list YDW PO-269802 07-26-21.xlsx#
/Users/johnh/Desktop/64m backup/201 June PO/.~lock.parking PO-255908 YDW  06-17-21.xlsx#
/Users/johnh/Desktop/64m backup/201 June PO/.~lock.RFQ 210624 FHC 06-24-21.xlsx#
/Users/johnh/Desktop/64m backup/201 June PO/10+2 Filled form shipment #AZ-210629-004.xls
/Users/johnh/Desktop/64m backup/201 June PO/2019 1040 first two pages 07-05-2107052021.pdf
/Users/johnh/Desktop/64m backup/201 June PO/2021 June wire transfer of $30000 to ACU Plasmold Inc record.pdf
/Users/johnh/Desktop/64m backup/201 June PO/ACU210625-B Precision PO-3226 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/BXPO Logistics Bill-of-Lading-Form 07-26-21 .pdf
/Users/johnh/Desktop/64m backup/201 June PO/BXPO_Logistics_Bill-of-Lading-Form R1__07-26-21_.pdf
/Users/johnh/Desktop/64m backup/201 June PO/BXPO_Logistics_Bill-of-Lading-Form__07-26-21_.pdf
/Users/johnh/Desktop/64m backup/201 June PO/BXPO_Logistics_Bill-of-Lading-Form_Rev_07-26-21_ pdf.pdf
/Users/johnh/Desktop/64m backup/201 June PO/BXPOLO~1.PDF
/Users/johnh/Desktop/64m backup/201 June PO/Consolidated parking list YDW PO-269802 07-26-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/Factory commerical invoice AZ-210519-003 07-05-21.xls
/Users/johnh/Desktop/64m backup/201 June PO/Factory packing list AZ-210519-003 07-05-21.xls
/Users/johnh/Desktop/64m backup/201 June PO/Gary He project 1 of 2 07-21-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Gary Project 2 of 2 07-21-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Gary Project 2 of 2 07-21-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Invoice ACU210621 YDW 06-21-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Invoice ACU210625-C Precision PO-3226 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Invoice ACU210625 YDW PO-269802 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Invoice ACU210706 YDW PO#269802 07-06-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Irene counter  lawsuit
/Users/johnh/Desktop/64m backup/201 June PO/John Quach Wechat barcode.png
/Users/johnh/Desktop/64m backup/201 June PO/original Bill of lading AZ-210629-004.pdf
/Users/johnh/Desktop/64m backup/201 June PO/original Bill of lading AZ-210629-004.pdf
/Users/johnh/Desktop/64m backup/201 June PO/original ISF from the factory AZ-210629-004.doc

/Users/johnh/Desktop/64m backup/201 June PO/original ISF from the factory AZ-210629-004.odt
/Users/johnh/Desktop/64m backup/201 June PO/packing list AIR US Aluminum PO-1370405  07-06-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/packing PO-1372964 CRL 06-25-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/PARKIN~1.XLS
/Users/johnh/Desktop/64m backup/201 June PO/parking  YDW PO-269802  06-25-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/parking  YDW PO-269802  AIR 07-06-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/parking PO-255908 YDW  06-17-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/parking PO-255908 254398 YDW  06-17-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/PO 1377443 CRL  06-16-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO 1383193 CRL 06-09-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO 1383357 CRL 06-16-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO 255908 YDW 06-17-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO 268767 YDW 06-17-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO_1377443__CRL___06-16-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO_138~1.PDF
/Users/johnh/Desktop/64m backup/201 June PO/PO_1383193__CRL_06-09-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/PO_1383357__CRL__06-16-21 .pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD  PO-269802 YDW 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD 06-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD PO-1372964 Rev CRL 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD PO-1372964 Rev CRL 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD PO-269802 YDW 06-25-21
/Users/johnh/Desktop/64m backup/201 June PO/POD PO-3226 Precision 06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD_PO-1372964__Revision_CRL__06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/POD_PO-3226_Precision_06-25-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Quote 210521 FHC 05-14-21 .pdf
/Users/johnh/Desktop/64m backup/201 June PO/Response to the lawsuit
/Users/johnh/Desktop/64m backup/201 June PO/Response to the  lawsuit  Rev07132021.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Response to the lawsuit (2)
/Users/johnh/Desktop/64m backup/201 June PO/Response to the  lawsuit.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Response to the  lawsuit07132021.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Response to the  lawsuit07132021_0001.pdf
/Users/johnh/Desktop/64m backup/201 June PO/Response to the  lawsuit07132021_0002.pdf
/Users/johnh/Desktop/64m backup/201 June PO/RFQ 210624 FHC 06-24-21.xlsx
/Users/johnh/Desktop/64m backup/201 June PO/shipmnt 005.odt

/Users/johnh/Desktop/64m backup/201 June PO/Tele release AZ-210519-003  07-05-21.pdf
/Users/johnh/Desktop/64m backup/201 June PO/YDW check 20695  $9685.7506302021.pdf
/Users/johnh/Desktop/64m backup/201 June PO/YDW June and July 2021 invoices-POD.pdf
/Users/johnh/Desktop/64m backup/2010_C~1.PDF
/Users/johnh/Desktop/64m backup/2010_catalogue_cover__Rev1 (3).pdf
/Users/johnh/Desktop/64m backup/2010_catalogue_cover__Rev1.pdf
/Users/johnh/Desktop/64m backup/2017 expenses.ods
/Users/johnh/Desktop/64m backup/2018-2019 seller permit filling ACU Hardware01212021.pdf
/Users/johnh/Desktop/64m backup/2018  form 8879  04-20-20 04202020.pdf
/Users/johnh/Desktop/64m backup/2019  form 8879  04-20-20 04202020.pdf
/Users/johnh/Desktop/64m backup/2019 ACU Hardware USA corporate tax return schedule C page 2.pdf
/Users/johnh/Desktop/64m backup/2019 Income and Expenses.odt
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/.~lock.10+2 Filled form shipment #AZ-210529-003  05-21-21.xls#
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/.~lock.ISF info from the factory for AZ-210529-003  05-21-21.docx#
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/.~lock.The agreement  for John Quach.docx#
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/.~lock.ydw INVENTORY blanket Orders. 06-10-21.xlsx#
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/10% tariff increase on Chinese goods.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/10_2FI~2.XLS
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/10+2 Filled form shipment #AZ-210402-002  04-13-21.xls
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/10+2 Filled form shipment #AZ-210529-003  05-21-21.xls
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/105 15% 25% tariff tax increase imposed on Chinese import goods.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/15% tariff increase imposed on Chinese import goods.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/2020 ACU casement hardware.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/2020 ACU catalog Rev..pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/2020_catalogue_cover_ Rev..pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/drawing 1 of 5.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/drawing 2 of 5.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/drawing 3 of 5.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/drawing 4 of 5.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/drawing 5 of 5.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/Elite-04 AAMA cerificate.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 ACU catalog.zip/Elite 01 Dual Arm Operator CR15 901-16 cert-3  5-2-2018.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 April ACU Hardware plus sales invoices Rev.pdf

/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 August ACU Hardware statement plus sales invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 April ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 August ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 Dec ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 Feb ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 Jan ACU Hardware USA bank statements.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 July ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 June ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 March ACU Hardware USA  bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 May ACU Hardware USA statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 Nov ACU Hardware bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 Oct ACU Hardware bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 bank statements ACU Hardware USA.zip/2020 Sept ACU Hardware USA bank statement.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 Dec ACU Hardware statement plus sales invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 Jan ACU Hardware statement plus invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 July ACU Hardware statement plus invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 June ACU Hardware statement plus sales invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 May ACU Hardware statement plus sales invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 Nov ACU Hardware statement -no sales.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 Nov ACU Hardware statement -no sales.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 Oct ACU Hardware statement plus sales invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 P & L up to 7-20.ods
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020 Sept ACU Hardware statement plus sales invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020_Feb_ACU_Hardware_statement plus_sales_invoices .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020_Feb_ACU_Hardware_statement plus_sales_invoices .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2020_March_ACU_Hardware statement_plus_sales_invoices.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2021 March deliveries - invoices - POD .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/2021 March deliveries - invoices - POD.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/25 % tariff increase on Chinese import  0513-2019.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ACU HARDWARE USA INC  P & L.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ACU Hareware USA INC original filling.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ACU_HARDWARE_USA_INC__P_&_L.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ACU_HARDWARE_USA_INC_Ammendment 06-14-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ACU_HARDWARE_USA_INC_Ammendment 06-14-21.pdf

/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ACU_HARDWARE_USA_INC_ANNUAL_LIST_OF_OFFICERS_2020-2021.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/air freight charge notification to Cathy email on 04-02-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/air_freight_charge_notification_to_Cathy_email__on_04-02-21 .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/AmesburyTruth patent infringement lawsuit against Vision Industries.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/AZ-210402-002æµ·è¿ å‰¯æœ¬USA .xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/BILL of lading  AZ-220529-003  05-21-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/BILL of lading  AZ-220529-003  05-21-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/BILL of lading AZ-210402-002  04-13-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ck 20469  $27678.03  YDW.png
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/conolidated parking PO-269802  YDW  05-17-21.xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Elite-04 listing extension 04-14-2104142021.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Eugenie and Albert Temple city property  04-30-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/FACTOR~1.XLS
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Factory commerical invoice AZ-210402-002  05-12-21.xls
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Factory packing list AZ-210402-02  05-12-21.xls
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/FEIN  ACU Hardware USA Inc  issued 2016.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/IM Windows Profiles.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/images.jpg
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/incoming wire Instruction - ACU HARDWARE.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU200109 CRL PO-1334585  01-09-20.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoice ACU200110 CRL PO-1339105  01-2-120.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210430-A  ECO Glass PO-21042207  04-30-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-A YDW PO-269802 Rev 05-24-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-A (Air freight share-01) 05-24-21 .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-A (Air freight share-01) 05-24-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-B  YDW PO-269802 05-17-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-B  YDW PO-269802 05-17-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-B (Air freight share-02) 05-24-21 .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Invoice ACU210517-B (Air freight share-02) 05-24-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoice API210427A Eco Glass.PDF
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoice_API210427A__Eco_Glass.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoice_API210427A__Eco_Glass.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoices and PODs for PO-269802 05-17-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoices and PODs for PO-269802  05-17-2105172021_0001.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/invoices and PODs for PO-269802  05-17-2105172021_0002.pdf

/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ISF info from the factory  AZ-210402-002  04-13-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ISF info from the factory for AZ-210529-003  05-21-21.docx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Lind Quach proof of check issue date .jpg
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/PACKIN~1.PDF
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Packing list invoice API210427A Eco Glass.PDF
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/packing PO-1361275 CRL 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Packing_list_invoice_API210427A__Eco_Glass REV .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Packing_list_invoice_API210427A__Eco_Glass REV .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/parking list PO-21042207 Ego Glass 04-26-21.xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/parking PO-1352071  p1 CRL 04-30-21.ods
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/parking PO-1352071 consolidated  CRL 04-30-21.ods
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/parking PO-269802  YDW 05-06-21.xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/parking PO-269802  YDW 05-15-21.xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/part 9406 modification drawing.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/PO-ACUUS-42721  04-27-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/PO 100215818 CRL 02-05-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Polaris receiving doc for PO-.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Quote 210521 FHC 05-14-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/removal post from ACU Hardware USA, Inc.odt
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ 20210427 FHC 04-28-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ 20210427  FHC 04-28-21.xlsx
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ 20210427  part 9406 modificaton .jpg
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ_20210427__drawing_9406_modificaton_jpg Rev.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ_20210427__FHC__ Rev. 04-28-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ_20210427__part_9406_modificaton_jpg Rev.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/RFQ202~1.PDF
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/screw adaptor for ajustor 6-13-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/screw adaptor for ajustor 6-24-21 .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/screw adaptor for ajustor 6-24-21 R1.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/screw adaptor for ajustor 6-24-21.dwg
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/SCREWA~3.PDF
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/signed business resolution agreement  05-27-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Tele-release shipment AZ-210402-02 05-12-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Thank you Dr. Lew!.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/The agreement  for John Quach.docx

/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/VPN private internet access cancellation 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/wire transfer of $12000 to vendor, ACU Plasmold Inc  05-26-21 .pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/wire transfer of $12000 to vendor, ACU Plasmold Inc  05-26-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/Wire transfer of $37000 to ACU Plasmold Inc 06-08-21.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/wiring transfer record $12000 05-2021.pdf
/Users/johnh/Desktop/64m backup/2020 ACU Hardware USA/ydw INVENTORY blanket Orders. 06-10-21.xlsx
/Users/johnh/Desktop/64m backup/2020 August
/Users/johnh/Desktop/64m backup/2020 August/.~lock.POD 2021 August delivery CRL.xlsx#
/Users/johnh/Desktop/64m backup/2020 August/10+2 Filled form shipment #AZ210901-005  09-17-21.xls
/Users/johnh/Desktop/64m backup/2020 August/2020  P-L statement 09-13-21.ods
/Users/johnh/Desktop/64m backup/2020 August/2020  P-L statement 09-14-21.xlt
/Users/johnh/Desktop/64m backup/2020 August/2020  P-L statement  Rev 09-14-21.xlt
/Users/johnh/Desktop/64m backup/2020 August/2020 personal income tax 09-14-21.odt
/Users/johnh/Desktop/64m backup/2020 August/2020 personal income tax  Rev 09-14-21.docx
/Users/johnh/Desktop/64m backup/2020 August/City of hope  1 of 2.pdf
/Users/johnh/Desktop/64m backup/2020 August/City of hope  1 of 2.pdf
/Users/johnh/Desktop/64m backup/2020 August/city of hope 2 of 2.pdf
/Users/johnh/Desktop/64m backup/2020 August/city of hope cont 1.pdf
/Users/johnh/Desktop/64m backup/2020 August/city of hope cont 2.pdf
/Users/johnh/Desktop/64m backup/2020 August/city of hope cont 3.pdf
/Users/johnh/Desktop/64m backup/2020 August/Draft shipco_BOL_32300187_20210906092711.pdf
/Users/johnh/Desktop/64m backup/2020 August/EZDex investors updated  09-13-21.xls
/Users/johnh/Desktop/64m backup/2020 August/EZDex investors updated1 09-13-21.xls
/Users/johnh/Desktop/64m backup/2020 August/EZDex investors.xls
/Users/johnh/Desktop/64m backup/2020 August/EZDEXI~3.XLS
/Users/johnh/Desktop/64m backup/2020 August/FHC PUMP specs..pdf
/Users/johnh/Desktop/64m backup/2020 August/Invoices-POI for April to August deliveries08252021.pdf
/Users/johnh/Desktop/64m backup/2020 August/irene  p1.pdf
/Users/johnh/Desktop/64m backup/2020 August/Irene p2.pdf
/Users/johnh/Desktop/64m backup/2020 August/Irene p3.pdf
/Users/johnh/Desktop/64m backup/2020 August/Irene p4.pdf
/Users/johnh/Desktop/64m backup/2020 August/parking  YDW PO-269802 08-26-21.xlsx
/Users/johnh/Desktop/64m backup/2020 August/PO-135~1.PDF
/Users/johnh/Desktop/64m backup/2020 August/PO-1352071 CRL 05-05-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/PO-1370405 CRL 12-17-20.pdf

/Users/johnh/Desktop/64m backup/2020 August/PO-1372756 CRL 01-22-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/PO-1372964 CRL 01-26-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/PO 1371608 CRL 01-07-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/POD CRL 08-07-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/POD CRL Rev. 08-07-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/POD 2021 August delivery CRL.xlsx
/Users/johnh/Desktop/64m backup/2020 August/POD for last Friday delivery 08-28-21.pdf
/Users/johnh/Desktop/64m backup/2020 August/pro-418.pdf
/Users/johnh/Desktop/64m backup/2020 August/Wire transfer record of $30,000 to ACU Canada 09-03-21.pdf
/Users/johnh/Desktop/64m backup/2020 may PO
/Users/johnh/Desktop/64m backup/2020 may PO/PO 100233991 CRL 05-18-21.pdf
/Users/johnh/Desktop/64m backup/2020 may PO/PO 100236912 CRL 06-04-21.pdf
/Users/johnh/Desktop/64m backup/2020 may PO/PO 1383193 CRL 06-09-21.pdf
/Users/johnh/Desktop/64m backup/2021 AAMA Verified component program annaul fee.pdf
/Users/johnh/Desktop/64m backup/2021 April sales
/Users/johnh/Desktop/64m backup/2021 April sales/2021 Feb deliveries - invoices - POD.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/2021 Jan 1st delivery - invoice - POD.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/2021 Jan 2nd delivery - invoice - POD.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/2021 Jan 3rd delivery - invoice - POD.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/2021 Jan 4th delivery - invoice - POD.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/2021 March deliveries - invoices - POD.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/2021_Jan_2nd_delivery_-_invoice_-_POD .pdf
/Users/johnh/Desktop/64m backup/2021 April sales/Invoice ACU210121-B YDW PO-255908 01-21-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/Invoice ACU210121-B YDW PO-255908 01-21-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/Invoice ACU210413 PO-1372964 CRL 04-13-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/Invoice ACU210430-B CRL PO-1352071 04-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/parking PO-1371608 1372756 CRL 05-22-21.ods
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-1352041 CRL Original 04-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-268767 YDW 01-13-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-268767 shipment discrepancy corrected YDW 01-16-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-1372964 CRL Original 04-13-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-255908 YDW 01-21-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-255908 254398 251449 YDW 02-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-255908 254398 251449 YDW 02-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD PO-268767 YDW 01-21-21.pdf

/Users/johnh/Desktop/64m backup/2021 April sales/POD__PO-1352071__CRL__04-30-21 .pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD__PO-268767_shipment_discrepancy_corrected__YDW__01-16-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD_PO-1372964__CRL__Original__04-13-21.pdf
/Users/johnh/Desktop/64m backup/2021 April sales/POD_PO-268767_YDW_01-21-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO
/Users/johnh/Desktop/64m backup/2021 Feb PO/.~lock.Consolidated parking PO-1341873 1341064 134512  03-17-21.xlsx#
/Users/johnh/Desktop/64m backup/2021 Feb PO/.~lock.parking  YDW PO-255908 269412  Vendor copy  03-19-21.xlsx#
/Users/johnh/Desktop/64m backup/2021 Feb PO/.~lock.parking PO-1341030 CRL  03-17-21.xlsx#
/Users/johnh/Desktop/64m backup/2021 Feb PO/.~lock.parking PO-1341512 pallet 6  03-17-21.xlsx#
/Users/johnh/Desktop/64m backup/2021 Feb PO/03-18-21 POD to CRL.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/2018-2019 seller permit filling ACU Hardware01212021 (1).pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/724056001E_visomat_double_comfort_DE_EN.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/BUSINE~1.PDF
/Users/johnh/Desktop/64m backup/2021 Feb PO/Business OLB Application - ACU Hardware USA Inc.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Business_OLB_Application_-_ACU_Hardware_USA_Inc.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Business_OLB_Application_-_ACU_Hardware_USA_Inc.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Consolidated parking PO-1341873 1341064 134512  03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/CRL inventory open orders inventory 03-04-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/CRL PO-100215818  03-16-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/CRL_PO-100215818__03-16-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Factory packing list AZ-20210127-001.xls
/Users/johnh/Desktop/64m backup/2021 Feb PO/First United Methodist church of san gabriel letter to Dr. Lew.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Foundation Ours Inc  note of appreciation to Dr. Lew.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Foundation Ours Inc  note of appreciation to Dr. Lew.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/HOT PO-1370405__CRL__02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Invoice ACU180403 (CDW PO-1240-02 acu) 4-3-18. pdf.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/packing PO-13100191876 1369985 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/packing PO-1361275 CRL 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking YDW PO-255908 269412 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking  YDW PO-255908 269412  customer copy 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking YDW PO-255908 269412 Duplicate copy 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking  YDW PO-255908 269412 Vendor copy 03-19-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341030 CRL  01-16-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341030 CRL  03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341030 CRL  03-17-21.xlsx

/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341512 pallet 6 03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341873 1341064 pallet 3 03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341873 pallet 4 03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341873 pallet 5 03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341873 pallet 1 03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/parking PO-1341873 pallet 2 03-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-100215818 CRL 02-08-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-100215818_CRL__02-08-21 .pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1369988 CRL 02-08-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1369988__CRL__02-08-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1370405 CRL 02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1371608 CRL 01-05-21
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1371608 CRL 02-5-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1371608__CRL_02-5-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1372756 CRL 02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1372756__CRL_02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1372964 CRL 02-08-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1372964 CRL 02-08-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-1372964__CRL__02-08-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-206802 YDW 02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-206802__YDW__02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-271639 YDW 07-26-21
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-271693 YDW 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-271811 CRL 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-55212 CDW 02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-55212 CDW 02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO-55212__CDW___02-05-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO #100215818 Revised 03-16-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO #100215818 Revised 03-16-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/PO#100~1.PDF
/Users/johnh/Desktop/64m backup/2021 Feb PO/POD PO-255908 269412 YDW 03-22-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/POD PO-1361275 CRL.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/POD__PO-255908_269412__YDW_03-22-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/POD_PO-133042__CRL.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/POD_PO-1361275__CRL.pdf

/Users/johnh/Desktop/64m backup/2021 Feb PO/quote 200317 R2 CRL-Product Mangement.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/quote 200317 R2 CRL-Product Mangement.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Release_Order_LI_210221800035_11_044512.PDF
/Users/johnh/Desktop/64m backup/2021 Feb PO/Tariff tax 10% 15% 25% increase imposed on Chinese import goods.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/US Metro bank online wire request02192021.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/US Metro bank online wiring signed application02152021.pdf
/Users/johnh/Desktop/64m backup/2021 Feb PO/Wire transfor to ACU Plasmood $30000 02-19-21.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices
/Users/johnh/Desktop/64m backup/.2021 Feb Sales invoices/.~lock.parking PO-255908 251449 YDW 02-17-21.xlsx#
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/20210127ç¾Žå½æ•£è'§ç"µæ"¾æ   å •ÂTLX.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Bill of lasing for shipment AZ-20210127-001  freight paid.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/CDW 87487 $380002222021.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/CRL 0180 $548.1202222021.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Factory commerical invoice AZ-20210127-001.xls
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU21008-E CDW PO-108.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU210208-A YDW PO-255908.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU210208-A YDW PO-255908.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU210208-B YDW PO-251449.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU210208-C YDW PO-254938.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU210208-D CRL PO-133042.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/Invoice ACU210208-F CDW PO-55174.pdf
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/parking consolidated PO-255908 254398 251449 YDW 02-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/parking PO-255908 251449 p2 YDW 02-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/parking PO-255908 251449 YDW 02-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/parking PO-255908 254398 251449 YDW 02-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 Feb Sales invoices/parking PO-255908 254398 YDW 02-17-21.xlsx
/Users/johnh/Desktop/64m backup/2021 import Bond renewal signed application 01282021.pdf
/Users/johnh/Desktop/64m backup/2021 import Bond renewal sigined application 01282021.pdf
/Users/johnh/Desktop/64m backup/2021 Jan Sales invoices
/Users/johnh/Desktop/64m backup/2021 Jan Sales invoices/2021 Jan ACU210114-A  YDW PO-268767.pdf
/Users/johnh/Desktop/64m backup/2021 Jan Sales invoices/2021 Jan ACU210121 CRL PO-1361275.pdf
/Users/johnh/Desktop/64m backup/2021 Jan Sales invoices/PO-1372756 CRL 01-22-21.pdf
/Users/johnh/Desktop/64m backup/2021 Jan Sales invoices/PO 1371608 CRL 01-07-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO
/Users/johnh/Desktop/64m backup/2021 July PO/Air freight invoice from the carrier  06-30-21.pdf

/Users/johnh/Desktop/64m backup/2021 July PO/bill of lading and packing list PO-269802 YDW 07-26-2107262021.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Factory commerical invoice AZ-210629-004 08-13-21.xls
/Users/johnh/Desktop/64m backup/2021 July PO/Factory packing list AZ-210629-004 Rev. 08-13-21.xls
/Users/johnh/Desktop/64m backup/2021 July PO/Invoice ACU210526-B Rev CRL PO-137405 08-19-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoice ACU210726 YDW PO-269802 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoice ACU210726 YDW PO-269802 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoices POI for PO-1370405 July delivery 07-06-2108162021.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoices POI for PO-1371608 1372756  for April and May 2021 deliveries08162021.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoices POI for PO 3226  Precision 06-25-2108162021.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoices POI for PO for PO-100215818 CRL 08-04-2108162021.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoices POI for PO for PO-100215818 CRL 08-04-2108162021_0001.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Invoices POI for PO for PO-132071 7-28-21 PO-1372964 8-3-2108162021.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Packing and POI _PO-269802__YDW__07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/packing list AIR US Aluminum PO-1370405 07-06-21 .xlsx
/Users/johnh/Desktop/64m backup/2021 July PO/packing PO-100215818 CRL 08-04-21.xlsx
/Users/johnh/Desktop/64m backup/2021 July PO/photo of the missing window latch's keeper.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-100~2.PDF
/Users/johnh/Desktop/64m backup/2021 July PO/PO-100242595 CRL 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-100242595__CRL__07-28-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-1371608 CRL.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-271639 YDW 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-271639__YDW__07-28-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-271693 YDW 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-271693__YDW__07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-271811 YDW 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/PO-271811__YDW__07-28-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/POI PO-1372964 CRL 06-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/POI_Precision_Screen_&_Security_Products 06-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/POIPO-~1.PDF
/Users/johnh/Desktop/64m backup/2021 July PO/Proof of delivery PO-269802 YDW 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/Quote on aluminum extrusion FHC 07-27-21.pdf
/Users/johnh/Desktop/64m backup/2021 July PO/SP3305SW-KE(WT) scratches 2 of 3.jpg
/Users/johnh/Desktop/64m backup/2021 July PO/SP3305SW-KE(WT) scracthes 1 of 3 .jpg
/Users/johnh/Desktop/64m backup/2021 July PO/SP3305SW-KE(WT) scratches 3 of 3.jpg
/Users/johnh/Desktop/64m backup/2021 July PO/Tele release shipment AZ-210629-004 08-13-21.pdf

/Users/johnh/Desktop/64m backup/2021 June PO
/Users/johnh/Desktop/64m backup/2021 march sales invoices
/Users/johnh/Desktop/64m backup/2021 march sales invoices/.~lock.EZDex White Paper (revision) Albert 3 27 2021.docx#
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-A PO-1341873 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-A PO-1341873 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-A PO-1341873 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-B PO-1341064 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-B PO-1341064 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-C PO-1341512 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-C PO-1341512 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-D PO-1341030 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-D PO-1341030 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-E PO-1369985 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-E PO-1369985 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-F PO-100191876 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-F PO-100191876 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-G PO-1361275 CRL 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-G PO-1361275 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-G PO-1361275 CRL Rev 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-H PO-269412 YDW 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Invoice ACU210330-I PO-255908 YDW 03-30-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Proof of delivery for_03-22-21 .pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Proof_of_delivery_for_03-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Proof_of_delivery_for_03-22-21_ 1 of 2.pdf
/Users/johnh/Desktop/64m backup/2021 march sales invoices/Proof_of_delivery_for_03-22-21_ 2 of 2.pdf
/Users/johnh/Desktop/64m backup/2021 may PO
/Users/johnh/Desktop/64m backup/2021 may PO/PO 100231786 CRL 05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO 100233991 CRL 05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO 100236912 CRL 06-04-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO 1375712 CRL 05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO 1376667 CRL 05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO_100231786__CRL_05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO_100233991__CRL__05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO_1375712__CRL__05-25-21.pdf
/Users/johnh/Desktop/64m backup/2021 may PO/PO_1376667_CRL__05-25-21.pdf

/Users/johnh/Desktop/64m backup/2021 New Year Resolution.odt
/Users/johnh/Desktop/64m backup/2021 New Year Resolutions.odt
/Users/johnh/Desktop/64m backup/2021 September
/Users/johnh/Desktop/64m backup/2021 September/PO-100233991 CRL 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO-100242595 Rev CRL 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO-100242595_Rev__CRL__09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO-1389681 CRL 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO-1389681__CRL__09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO-271639 YDW 07-06-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO-271811 YDW 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO 100236922 CRL 06-03-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO 100242595 CRL 07-26-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO 1390859 CRL 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO 271693 YDW 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO 272029 YDW 09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO_1390859__CRL__09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO_271693__YDW__09-17-21.pdf
/Users/johnh/Desktop/64m backup/2021 September/PO_272029__YDW__09-17-21.pdf
/Users/johnh/Desktop/64m backup/20210106
/Users/johnh/Desktop/64m backup/20210106.zip
/Users/johnh/Desktop/64m backup/20210106.zip/20210106
/Users/johnh/Desktop/64m backup/20210106.zip/20210106/QBTempBackup.tmp
/Users/johnh/Desktop/64m backup/20210106/QBTempBackup.tmp
/Users/johnh/Desktop/64m backup/2nd half tooling charge ACU191218 02-26-20.pdf
/Users/johnh/Desktop/64m backup/2nd half tooling charge ACU191218 02-26-20.xls
/Users/johnh/Desktop/64m backup/A study on Glory.dot
/Users/johnh/Desktop/64m backup/A study on Glory.odt
/Users/johnh/Desktop/64m backup/AAMA
/Users/johnh/Desktop/64m backup/AAMA annaul renewal  2021.pdf
/Users/johnh/Desktop/64m backup/AAMA/ACU - Elite-02 901-16 NCA.pdf
/Users/johnh/Desktop/64m backup/ACU-USA-Stock_Subscription_Agreement.pdf
/Users/johnh/Desktop/64m backup/ACU-USA-Share-Issuance-Resolution.pdf
/Users/johnh/Desktop/64m backup/ACU-USA-Stock_Issuance_Transfer_Ledger_Form.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/1320 leland ave, west covina appraisal report.pdf

/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/1320 S Leland Ave, West Covina, CA 91790 - realtor.comÂ®.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/1320 S. Leland ave, west covina, ca 91790 short sales approval.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/2020_Feb_ACU_Hardware_USA_plus_paid_invoices.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/ACU Hardware USA INC filing on 11-16-16 .pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/ACU Hardware USA inc filling amended 2 of 2.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/down payment of purchaisng the Leland house.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/Escrow instruction 1320 South Leland ave, west covina .pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/how to register a salvage vehicle03222021.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/Original loan disclosure statement03222021.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/purchase contract for 1320 S. Leland Ave., West Covina, CA 91790.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/refinance down to 4.5% from 5.25%03222021.pdf
/Users/johnh/Desktop/64m backup/acu Hardware USA, legal/Title Prelim for  1320 S. Leland , west covina, CA .pdf
/Users/johnh/Desktop/64m backup/ACU legal info.odt
/Users/johnh/Desktop/64m backup/ACU Plasmold - Elite - 02 Rotary Operator AAMA certificate  03-02-20.pdf
/Users/johnh/Desktop/64m backup/ACU USA-Blank_stock_certificate.pdf
/Users/johnh/Desktop/64m backup/ACU_HARDWARE_USA_INC_2021 Renewal docs..pdf
/Users/johnh/Desktop/64m backup/Alice Lin
/Users/johnh/Desktop/64m backup/Alice Lin/Alice Lin self photo.jpeg
/Users/johnh/Desktop/64m backup/Alice Lin/Can expired food safe to eat article.jpeg
/Users/johnh/Desktop/64m backup/Alice Lin/Food bank serving 2 of 2.jpg
/Users/johnh/Desktop/64m backup/Alice Lin/Food bank serving photo 1 of 2.jpeg
/Users/johnh/Desktop/64m backup/Alice Lin/Food bank serving photo 3 of 3.jpeg
/Users/johnh/Desktop/64m backup/Alice Lin/United States Good Samaritan Law 1 of 2.jpeg
/Users/johnh/Desktop/64m backup/Alice Lin/United States Good Samaritan Law.jpeg
/Users/johnh/Desktop/64m backup/Alvin 2021 Feb. art collection shipment receipt.pdf
/Users/johnh/Desktop/64m backup/Alvin UPS refund check.jpeg
/Users/johnh/Desktop/64m backup/Alvin_Zhuo_power_switch_invoice (2).pdf
/Users/johnh/Desktop/64m backup/Amazon.com_ Digital Order Summary.pdf
/Users/johnh/Desktop/64m backup/approved VN0079  01-09-20.pdf
/Users/johnh/Desktop/64m backup/approved_Tooling VN0079___01-09-20.pdf
/Users/johnh/Desktop/64m backup/Art Holly Gold contract.pdf
/Users/johnh/Desktop/64m backup/Art Holly Gold contract.pdf
/Users/johnh/Desktop/64m backup/ARTHOL~1.PDF
/Users/johnh/Desktop/64m backup/Aunti Mo at Broadway Senior Home center.jpg
/Users/johnh/Desktop/64m backup/Auntie Mo  photo 1 of 2.jpg

/Users/johnh/Desktop/64m backup/ByLaws.odt
/Users/johnh/Desktop/64m backup/CBE-03 drawing of spring.pdf
/Users/johnh/Desktop/64m backup/CDW invoices 01-11-20.pdf
/Users/johnh/Desktop/64m backup/CDW open orders inventory 01-30-21.xlsx
/Users/johnh/Desktop/64m backup/CDW open orders inventory 02-04-21.xlsx
/Users/johnh/Desktop/64m backup/CDW open orders inventory 02-07-21.xlt
/Users/johnh/Desktop/64m backup/CDW open orders inventory 02-07-21.xlt
/Users/johnh/Desktop/64m backup/CDW open orders inventory.xlsx
/Users/johnh/Desktop/64m backup/CH-03 drawing of housing.pdf
/Users/johnh/Desktop/64m backup/check 4315 paid to PANJIVA for subscription 3-17-20 thru -17-20.jpeg
/Users/johnh/Desktop/64m backup/China factory address.odt
/Users/johnh/Desktop/64m backup/Clarification and correction for the deposition dated on 10-13-20 R1.odt
/Users/johnh/Desktop/64m backup/Clarification and correction for the deposition dated on 10-13-20 R2.odt
/Users/johnh/Desktop/64m backup/Clarification and correction for the deposition dated on 10-13-20 R2.odt
/Users/johnh/Desktop/64m backup/Clarification and correction for the deposition dated on 10-13-20 R3.odt
/Users/johnh/Desktop/64m backup/Clarification and correction for the deposition dated on 10-13-20.odt
/Users/johnh/Desktop/64m backup/CLAY color sample.jpeg
/Users/johnh/Desktop/64m backup/Conisa Holly.Gold investment contract.pdf
/Users/johnh/Desktop/64m backup/CORPORATIONS_NEXT_STEPS_.pdf
/Users/johnh/Desktop/64m backup/Covid-19 alternative treatment by Dr. Samuel Jung.pdf
/Users/johnh/Desktop/64m backup/CRL check 100301 ($7,414) 02-26-2002262020.pdf
/Users/johnh/Desktop/64m backup/CRL check 100301 ($7,414) 02-26-2002262020.pdf
/Users/johnh/Desktop/64m backup/CRL inventory open orders inventory 02-04-21.xlsx
/Users/johnh/Desktop/64m backup/CRL inventory open orders inventory 02-04-21.xlsx
/Users/johnh/Desktop/64m backup/CRL inventory report RE 01-30-21.xlsx
/Users/johnh/Desktop/64m backup/CRL inventory report Revised 01-29-21.xlsx
/Users/johnh/Desktop/64m backup/CRL invoices 01112021.pdf
/Users/johnh/Desktop/64m backup/CRL payment check #099640 amount $10,465.62.pdf
/Users/johnh/Desktop/64m backup/crypto1.pdf
/Users/johnh/Desktop/64m backup/cryto.pdf
/Users/johnh/Desktop/64m backup/Deron Ker music festival project 1 of 2.pdf
/Users/johnh/Desktop/64m backup/Deron Ker music festival project.pdf
/Users/johnh/Desktop/64m backup/Deron Ker music festival project.pdf
/Users/johnh/Desktop/64m backup/Deron Ker cienema project.pdf
/Users/johnh/Desktop/64m backup/Diginex The First Crypto And Digital Asset Exchange To Go Public In The U.S. â€" The Future Is Here.pdf

/Users/johnh/Desktop/64m backup/Digital currency  (I).dot
/Users/johnh/Desktop/64m backup/DynaphosProStudio2012-2013EN.pdf
/Users/johnh/Desktop/64m backup/EIN  ACU Hardware USA Inc  issued 2016.pdf
/Users/johnh/Desktop/64m backup/Elite-02 AAMA test report  3-2-2020.pdf
/Users/johnh/Desktop/64m backup/Elite-02 AAMA test report  3-2-2020.pdf
/Users/johnh/Desktop/64m backup/ELITE-02L-OK  02-23-20.pdf
/Users/johnh/Desktop/64m backup/ELITE-02L-OK  02-23-20.pdf
/Users/johnh/Desktop/64m backup/ELITE-02R-OK  02-23-20.pdf
/Users/johnh/Desktop/64m backup/Elite - 02 Rotary Operator AAMA certificate  03-02-20.pdf
/Users/johnh/Desktop/64m backup/Employee W4 Information.pdf
/Users/johnh/Desktop/64m backup/EZX password.odt
/Users/johnh/Desktop/64m backup/FA Approved-PSC3357-VN0087  01-06-20.pdf
/Users/johnh/Desktop/64m backup/FA_Approved-PSC3357-VN0087___01-06-20.pdf
/Users/johnh/Desktop/64m backup/FACTOR~2.XLS
/Users/johnh/Desktop/64m backup/Factory commerical invoice AZ-210402-002  05-12-21.xls
/Users/johnh/Desktop/64m backup/Factory packing list AZ-210402-02  05-12-21.xls
/Users/johnh/Desktop/64m backup/Gas bill for proof of address 01072021.pdf
/Users/johnh/Desktop/64m backup/Gas bill for proof of address 01112021.pdf
/Users/johnh/Desktop/64m backup/Glory of God.odt
/Users/johnh/Desktop/64m backup/GoldenDeli_ToGo_Menu-compressed.pdf
/Users/johnh/Desktop/64m backup/Goodbye, paper money! China has become the world's first digital currency country!.pdf
/Users/johnh/Desktop/64m backup/HG - Holly Gold white paper.pdf
/Users/johnh/Desktop/64m backup/HIGHLI~1.PDF
/Users/johnh/Desktop/64m backup/Highlighted Legal Doc for HollyGold.pdf
/Users/johnh/Desktop/64m backup/Highlighted Legal Doc for HollyGold.pdf
/Users/johnh/Desktop/64m backup/Holly Gold white paper and investor contract complete.pdf
/Users/johnh/Desktop/64m backup/holy spirit study guide 2.odt
/Users/johnh/Desktop/64m backup/holy spirit study guide.odt
/Users/johnh/Desktop/64m backup/INVOIC~4.PDF
/Users/johnh/Desktop/64m backup/Invoice ACU120131 (PO-255908 YDW) 01-31-20.pdf
/Users/johnh/Desktop/64m backup/Invoice ACU180719A.pdf
/Users/johnh/Desktop/64m backup/Invoice ACU180719B.pdf
/Users/johnh/Desktop/64m backup/Invoice ACU191218A  CR LPO-1339658  02-26-20.pdf
/Users/johnh/Desktop/64m backup/invoice ACU200309-A (CRL PO-1333042)  03-09-20.pdf
/Users/johnh/Desktop/64m backup/invoice ACU200309-B (CRL PO-1341030)  03-09-20.pdf

/Users/johnh/Desktop/64m backup/invoice ACU200309-C (CRL PO-1339051) 03-09-20.pdf
/Users/johnh/Desktop/64m backup/Invoice ACU201020-A YDW PO-268767 10-21-20.pdf
/Users/johnh/Desktop/64m backup/Invoice API210427A Eco Glass 04-27-21.PDF
/Users/johnh/Desktop/64m backup/Invoice_ACU201020-A__YDW_PO-268767__ Rev10-21-20.pdf
/Users/johnh/Desktop/64m backup/Irene 's farmer insurance letter.pdf
/Users/johnh/Desktop/64m backup/iWC inventory -open orders REV 01-30-21.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory -open orders REV 02-04-21.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders as of 11-30-20..pdf
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders R1 as of 11-30-20.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders R1 as of 11-30-20.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders REV as of 11-30-20.pdf
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders Rev as of 11-30-20.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders Revised 01-29-21.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders Revision as of 11-30-20..pdf
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders Revision as of 11-30-20.xlsx
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders Revision as of 12-08-20.pdf
/Users/johnh/Desktop/64m backup/iWC inventory for all open orders as of 11-30-20.xlsx
/Users/johnh/Desktop/64m backup/iWC open order INVENTORY as of 12-30-20.xlsx
/Users/johnh/Desktop/64m backup/IWCINV~2.XLS
/Users/johnh/Desktop/64m backup/john and Linda tax info.odt
/Users/johnh/Desktop/64m backup/John Quach ID photo01072021.pdf
/Users/johnh/Desktop/64m backup/Legal Doc for HollyGold.pdf
/Users/johnh/Desktop/64m backup/Letter of intent for K-N95.pdf
/Users/johnh/Desktop/64m backup/Letter_of_intent_for_K-N95.pdf
/Users/johnh/Desktop/64m backup/Malibu window open iorders inventory 01-30-21.xlsx
/Users/johnh/Desktop/64m backup/Malibu window open iorders inventory 01-30-21.xlsx
/Users/johnh/Desktop/64m backup/Malibu window open iorders inventory 02-04-21.xlsx
/Users/johnh/Desktop/64m backup/Malibu window open iorders inventory 02-07-21.xlt
/Users/johnh/Desktop/64m backup/Malibu window.xlsx
/Users/johnh/Desktop/64m backup/maPLE PROJECT
/Users/johnh/Desktop/64m backup/Matthew Quach letter of appreciation to Dr. Lew.doc
/Users/johnh/Desktop/64m backup/missing window latch's keepers.pdf
/Users/johnh/Desktop/64m backup/Mr. Jian He's MRI report.pdf
/Users/johnh/Desktop/64m backup/NeIRS efile authorization tax year 201912152020.pdf
/Users/johnh/Desktop/64m backup/Nevada Department of texation for 2018-201912092020.pdf

/Users/johnh/Desktop/64m backup/Packing list PO-1312571 CRL 03-06-20.xlsx
/Users/johnh/Desktop/64m backup/Packing PO-0401 acu 02-26-20.xlsx
/Users/johnh/Desktop/64m backup/Packing PO-1240-01 acu 02-26-20.xlsx
/Users/johnh/Desktop/64m backup/Packing PO-1240-02 acu 02-26-20.xlsx
/Users/johnh/Desktop/64m backup/packing PO-1341030 CRL 03-06-20.xlsx
/Users/johnh/Desktop/64m backup/packing PO-1341873 1341064 air shipment 03-20-20.xlsx
/Users/johnh/Desktop/64m backup/packing PO-1372964 CRL 08-03-21.xlsx
/Users/johnh/Desktop/64m backup/packing PO-139051 air shipment CRl 03-06-20.xlsx
/Users/johnh/Desktop/64m backup/packing PO-139051 CRl 03-06-20.xlsx
/Users/johnh/Desktop/64m backup/Packing PO-18 (CDW) 02-17-20.xlsx
/Users/johnh/Desktop/64m backup/Packing PO-18 (CDW) 02-26-20.xlsx
/Users/johnh/Desktop/64m backup/packing PO 108 CDW 01-18-21.xlsx
/Users/johnh/Desktop/64m backup/PARKIN~1.XLS
/Users/johnh/Desktop/64m backup/parking PO-238189 IWC 03-07-20.xlsx
/Users/johnh/Desktop/64m backup/parking PO-238189 IWC 03-11-20.xlsx
/Users/johnh/Desktop/64m backup/parking PO-255908 YDW 03-07-20.xlsx
/Users/johnh/Desktop/64m backup/parking PO-255908 YDW 03-11-20.xlsx
/Users/johnh/Desktop/64m backup/payment receipt to NEVDA 2021.pdf
/Users/johnh/Desktop/64m backup/PO-100242595 CRL 07-26-21.pdf
/Users/johnh/Desktop/64m backup/PO 266015 IWC 03-12-20.pdf
/Users/johnh/Desktop/64m backup/PO_CRL_1361275__08-26-20 (3).pdf
/Users/johnh/Desktop/64m backup/PO_CRL_1361275__08-26-20 (3).pdf
/Users/johnh/Desktop/64m backup/POD for ACU201020-A delivered on 10-21-20.pdf
/Users/johnh/Desktop/64m backup/POD PO-1333042 CRL 03-06-20.pdf
/Users/johnh/Desktop/64m backup/POD PO-1339051 CRl 03-06-2003202020.pdf
/Users/johnh/Desktop/64m backup/POD PO-1341873 1341064 CRL 03-20-2003222020.pdf
/Users/johnh/Desktop/64m backup/POD_for_ACU201020-A_delivered_ Rev on_10-21-20.pdf
/Users/johnh/Desktop/64m backup/POD_for_ACU201020-A_delivered_on_ Revision 10-21-20.pdf
/Users/johnh/Desktop/64m backup/POD_PO-1333042_CRL_03-06-20.pdf
/Users/johnh/Desktop/64m backup/POD_PO-1341873_1341064__CRL__ Rev 03-20-20.pdf
/Users/johnh/Desktop/64m backup/POD_PO-1341873_1341064__CRL__03-20-2003222020.pdf
/Users/johnh/Desktop/64m backup/PODPO-~1.PDF
/Users/johnh/Desktop/64m backup/POI Precision Screen & Security Products.pdf
/Users/johnh/Desktop/64m backup/prayer for the bible study.odt
/Users/johnh/Desktop/64m backup/prayer guide 1 of 2.odt

/Users/johnh/Desktop/64m backup/prayer guide 2 of 2.odt
/Users/johnh/Desktop/64m backup/production and shipping schedule as of 02-20-20.xlsx
/Users/johnh/Desktop/64m backup/quote 200317 R2 CRL-Product Mangement.pdf
/Users/johnh/Desktop/64m backup/Ruber products production and shipping schedulele update as of 2-7-20.xlsx
/Users/johnh/Desktop/64m backup/Sales invoice ACU191125 Rev. (PO-1331632 CRl) 11-25-19.pdf
/Users/johnh/Desktop/64m backup/SALESI~1.PDF
/Users/johnh/Desktop/64m backup/SP3305SW-KE (WT) paint defect 1 of 3.jpg
/Users/johnh/Desktop/64m backup/Tel release AJ-200407-002.pdf
/Users/johnh/Desktop/64m backup/tele release shipment AZ-210402-02  05-12-21.pdf
/Users/johnh/Desktop/64m backup/The Princeton project Inc wire transfer instrucitons.pdf
/Users/johnh/Desktop/64m backup/The_Princeton_project_Inc_wire_transfer_instrucitons.pdf
/Users/johnh/Desktop/64m backup/today wire 30000 to ACU Plasmold Inc.pdf
/Users/johnh/Desktop/64m backup/Trai Vinh Giai Foundation.pdf
/Users/johnh/Desktop/64m backup/usher
/Users/johnh/Desktop/64m backup/usher/COMBINE SERVICE LAY OUT.pdf
/Users/johnh/Desktop/64m backup/usher/SAMPLE OF SCHEDULE.docm
/Users/johnh/Desktop/64m backup/usher/USHER SEATING - FOR REG. SERVICE.docx
/Users/johnh/Desktop/64m backup/value windows
/Users/johnh/Desktop/64m backup/value windows/GS Window Profiles.pdf
/Users/johnh/Desktop/64m backup/value windows/GS XX Sliding and Double Hung Tilt Windows Profiles.pdf
/Users/johnh/Desktop/64m backup/value windows/GX & GS Swing Door Profiles.pdf
/Users/johnh/Desktop/64m backup/value windows/GX Window Profiles.pdf
/Users/johnh/Desktop/64m backup/value windows/IM Windows Profiles .pdf
/Users/johnh/Desktop/64m backup/value windows/IM,GX Patio Door Profiles.pdf
/Users/johnh/Desktop/64m backup/value windows/P-IM8001 å†²å^€.pdf
/Users/johnh/Desktop/64m backup/value windows/P-IM8001.pdf
/Users/johnh/Desktop/64m backup/value windows/P-IM8007.pdf
/Users/johnh/Desktop/64m backup/value windows/P-IM8007å†²å^€.pdf
/Users/johnh/Desktop/64m backup/value windows/Quote _51721_from_VALUE_WHOLESALER_INC._10772.pdf
/Users/johnh/Desktop/64m backup/value windows/Quote _51722_from_VALUE_WHOLESALER_INC._10772.pdf
/Users/johnh/Desktop/64m backup/value windows/Quote _51723_from_VALUE_WHOLESALER_INC._10772.pdf
/Users/johnh/Desktop/64m backup/value windows/Quote 210908 YDW  09-08-21.pdf
/Users/johnh/Desktop/64m backup/verseoftheday.jpg
/Users/johnh/Desktop/64m backup/When the Hollywood industry meets virtual currency... _ Hami Bookstore. Fast reading.pdf
/Users/johnh/Desktop/64m backup/WHENTH~1.PDF

/Users/johnh/Desktop/64m backup/Wire Transfer of 26000 to ACU CANADA 04-09-20.pdf
/Users/johnh/Desktop/64m backup/Wire Transfer Request (fill-able) (1).pdf
/Users/johnh/Desktop/64m backup/WSC424B in bulk packing.jpg
/Users/johnh/Desktop/64m backup/WSC424B in pack individually.jpg
/Users/johnh/Desktop/64m backup/YDW Clay color.jpeg
/Users/johnh/Desktop/64m backup/YDW inventory for thre all OPEN ORDERS as of 11-30-20.pdf
/Users/johnh/Desktop/64m backup/YDW inventory for thre all OPEN ORDERS Rev as of 11-30-20.pdf
/Users/johnh/Desktop/64m backup/YDW inventory for thre all OPEN ORDERS Rev as of 11-30-20.pdf
/Users/johnh/Desktop/64m backup/YDW inventory for thre all OPEN ORDERS Rev as of 12-08-20.pdf
/Users/johnh/Desktop/64m backup/ydw INVENTORY open order as of 01-30-21.xlsx
/Users/johnh/Desktop/64m backup/ydw INVENTORY open order as of 02-04-21.xlsx
/Users/johnh/Desktop/64m backup/ydw INVENTORY open order as of 11-30-20.xlsx
/Users/johnh/Desktop/64m backup/ydw INVENTORY open order Revised 01-29-21.xlsx
/Users/johnh/Desktop/64m backup/YDW open order inventory as of 11-29-20.pdf
/Users/johnh/Desktop/ACU court request docs
/Users/johnh/Desktop/ACU court request docs/2018 1st quarter financial report of ACU Hardwar USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2018 2nd quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2018 3rd quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2018 4th quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2018 annual financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2018 1st quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2018 2nd quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2018 3rd quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2018 4th quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2018 annual financial report of ACU Har
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2019 1st quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2019 2nd financial report of ACU Harew
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2019 3rd financial report of ACU Hardw
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2019 4th quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2019 annual financial report of ACU Har
/Users/johnh/Desktop/ACU court request docs/2018 thru 2020 1st quarter financial reports of ACU Hardware USA, Inc.zip/2020 1st quarter financial report of ACU
/Users/johnh/Desktop/ACU court request docs/2019 1st quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2019 1st quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2019 2nd financial report of ACU Hareware USA, Inc.pdf

/Users/johnh/Desktop/ACU court request docs/2019 3rd financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2019 4th quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2019 annual financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/2020 1st quarter financial report of ACU Hardware USA, Inc.pdf
/Users/johnh/Desktop/ACU court request docs/CLARIF~1.ODT
/Users/johnh/Desktop/ACU court request docs/Clarification and correction for the deposition dated on 10-13-20.odt
/Users/johnh/Desktop/ACU court request docs/Declaration of John Quach-revised copy.pdf
/Users/johnh/Desktop/ACU court request docs/Declaration of John Quach-revised Revision.doc
/Users/johnh/Desktop/ACU court request docs/Declaration of John Quach final draft.pdf
/Users/johnh/Desktop/ACU court request docs/Declaration of John Quach Rev.doc
/Users/johnh/Desktop/ACU court request docs/Notes for the deposition  Rev dated 10-13-20.dot
/Users/johnh/Desktop/ACU court request docs/PO_1362785__CRL_9-16-20 Tariff tax added.pdf
/Users/johnh/Desktop/ACU court request docs/PO_1362785__CRL_9-16-20 update.pdf
/Users/johnh/Desktop/ACU court request docs/Response to Mark Cukor letter to the court dated 11-22-20.odt
/Users/johnh/Desktop/ACU court request docs/Sigmed declartion of John Quach for 10-13-20 deposition
/Users/johnh/Desktop/ACU court request docs/Signed Declaration of John Quach Revision.pdf
/Users/johnh/Desktop/ACU USA tax
/Users/johnh/Desktop/ACU USA tax/2017_2018_ACU_USA_tax_return.pdf
/Users/johnh/Desktop/ACU USA tax/2019_ACU_USA_tx_return.pdf
/Users/johnh/Desktop/invoices/2019 custom duty AZ-191120-007.pdf
/Users/johnh/Desktop/invoices/2nd half Tooling invoice ACU190913 (PO-1329410 CRL) 12-18-19.pdf
/Users/johnh/Desktop/invoices/ACU FA REJECT PSC3369 VN0025R.pdf
/Users/johnh/Desktop/invoices/ACU FA REJECT PSC3371 VN0066-2.pdf
/Users/johnh/Desktop/invoices/ACU FA REJECT VN0079 VN0087.pdf
/Users/johnh/Desktop/invoices/ACU FAA W-CORRECTION 18745.pdf
/Users/johnh/Desktop/invoices/CDW_check_80590__06-27-18.pdf
/Users/johnh/Desktop/invoices/Commercial Invoice AJ-191230-008 1-29-20.xls
/Users/johnh/Desktop/invoices/Commercial Invoice AJ-191230-008 1-29-20.xls
/Users/johnh/Desktop/invoices/CRL payment check #099640  amount $10,465.62  01-27-20.pdf
/Users/johnh/Desktop/invoices/CRL payment chk 096588 invoice ACU190913 (PO-1329410 tooling)  09-25-19.pdf
/Users/johnh/Desktop/invoices/CRL PO-1339658  12-18-19.pdf
/Users/johnh/Desktop/invoices/Factory commercial Invoice AJ-191230-008 1-29-20.xls
/Users/johnh/Desktop/invoices/Factory packing list AJ-191230-008  01-29-20.xls
/Users/johnh/Desktop/invoices/invocie ACU181012 (CRL PO-1271024) 10-12-18.pdf
/Users/johnh/Desktop/invoices/Invoice #ACU171220B CRL.xls

/Users/johnh/Desktop/invoices/invoice #ACU190913  (CRL 1st HALF tooling  charge PO-1329410) 09-17-19.pdf
/Users/johnh/Desktop/invoices/invoice #ACU190913  (CRL 1st tooling charge PO-1329410) 09-17-19.pdf
/Users/johnh/Desktop/invoices/invoice ACU180622 (CDW  PO-0403-01 acu and 0401 acu) 6-22-18.pdf
/Users/johnh/Desktop/invoices/invoice ACU180907B (YDW PO_255908) 9-13-18 (7).pdf
/Users/johnh/Desktop/invoices/invoice ACU180907B (YDW PO_255908) 9-13-18 (7).pdf
/Users/johnh/Desktop/invoices/invoice ACU181210C (CRL PO-1268006) 12-21-18.pdf
/Users/johnh/Desktop/invoices/Invoice ACU191202  (CRL PO-1312571) 12-03-19.pdf
/Users/johnh/Desktop/invoices/Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf
/Users/johnh/Desktop/invoices/Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf
/Users/johnh/Desktop/invoices/invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf
/Users/johnh/Desktop/invoices/invoice ACU191212-4 (YDW PO-255908) 12-12-19.pdf
/Users/johnh/Desktop/invoices/invoice ACU191212-4 (YDW PO-255908) 12-12-19.pdf
/Users/johnh/Desktop/invoices/invoice_#ACU190913__(CRL_1st_HALF_tooling_PO-1329410) PAID__09-17-19.pdf
/Users/johnh/Desktop/invoices/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (1).pdf
/Users/johnh/Desktop/invoices/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_.pdf
/Users/johnh/Desktop/invoices/Pakcing list PO-1334959 02-03-20.pdf
/Users/johnh/Desktop/invoices/PO 1339051 CRL 12-12-19.pdf
/Users/johnh/Desktop/invoices/PO 1339105 CRL 12-11-19.pdf
/Users/johnh/Desktop/invoices/PO_1339051__CRL_12-12-19.pdf
/Users/johnh/Desktop/invoices/PO_1339105__CRL__12-11-19.pdf
/Users/johnh/Desktop/invoices/POD  CRL  12-03-19.pdf
/Users/johnh/Desktop/invoices/POD  CRL  12-03-19.pdf
/Users/johnh/Desktop/invoices/POD 12-06-19 IWC.pdf
/Users/johnh/Desktop/invoices/POD IWC 12-13-19.pdf
/Users/johnh/Desktop/invoices/POD_12-06-19_IWC.pdf
/Users/johnh/Desktop/invoices/POD_IWC_12-13-19.pdf
/Users/johnh/Desktop/invoices/Production sales invoice ACU200207 (PO-18 CDW) 02-07-20.pdf
/Users/johnh/Desktop/invoices/quote_190811_CRL_R2__ Resend 09-11-19.pdf
/Users/johnh/Desktop/invoices/quote_190811_CRL_R2__ Resend 09-11-19.pdf
/Users/johnh/Desktop/invoices/quote_190811_CRL_R2__09-11-19.pdf
/Users/johnh/Desktop/invoices/Sales invoice ACU180510 Primeline  5-10-18 (2).xls
/Users/johnh/Desktop/invoices/Sales invoice ACU200131  (PO-255908 YDW)  01-31-20.pdf
/Users/johnh/Desktop/invoices/Sales invoice ACU200203 (PO-1331632 CRL) 02-03-20 pdf.pdf
/Users/johnh/Desktop/invoices/Sales invoice ACU200203 (PO-1334959 CRL) 02-03-20.pdf
/Users/johnh/Desktop/invoices/Sales invoice ACU200203A (PO-1331632 CRL) 02-03-20 pdf.pdf

/Users/johnh/Desktop/invoices/Sales invoice ACU200203B (PO-1334959 CRL) 02-03-20.pdf
/Users/johnh/Desktop/invoices/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.pdf
/Users/johnh/Desktop/invoices/VN0079 drawing.pdf
/Users/johnh/Desktop/invoices/VN0087 drawing.pdf
/Users/johnh/Desktop/invoices/YDW_check_12605___12-13-18.pdf
/Users/johnh/Desktop/Recycle Bin/Invoice ACU200108 for 1-8-20 air shipment.pdf
/Users/johnh/Desktop/RFQ 2020
/Users/johnh/Desktop/RFQ 2020/Conisa and Son Jason investment profolio.xlt
/Users/johnh/Desktop/RFQ 2020/Mail Slots .rfq.pdf
/Users/johnh/Desktop/RFQ 2020/Mail Slots.dwg
/Users/johnh/Desktop/RFQ 2020/Mail Slots.pdf
/Users/johnh/Desktop/RFQ 2020/Mail Slots_2.pdf
/Users/johnh/Desktop/RFQ 2020/RFQ 200407 CRL  04-07-20.xls
/Users/johnh/Desktop/RFQ 2020/RFQ 200407 CRL  10-26-20.xls
/Users/johnh/Desktop/RFQ 2020/SV097.dwg
/Users/johnh/Desktop/RFQ 2020/SV097.pdf
/Users/johnh/Desktop/RFQ 2020/Sv631.dwg
/Users/johnh/Desktop/RFQ 2020/Sv631.pdf
/Users/johnh/Desktop/RFQ 2020/SV632.dwg
/Users/johnh/Documents/2016 ACU Hardware USA Inc Sales Invoices.pdf
/Users/johnh/Documents/2018 ACU sales/2018 sales invoices 08212019.pdf
/Users/johnh/Documents/2018 ACU sales/Invoice #ACU180306 (YDW PO-251449) 3-6-18-1.pdf
/Users/johnh/Documents/2018 ACU sales/Invoice #ACU180612 (YDW PO-255908) 6-14-19.pdf
/Users/johnh/Documents/2018 ACU sales/Invoice #ACU180906A (YDW PO-257994) 9-13-18 .pdf
/Users/johnh/Documents/2018 ACU sales/Invoice ACU180404 (CRL PO-1254915) 4-5-18.pdf
/Users/johnh/Documents/2018 ACU sales/Invoice ACU180513A  Vical 6-21-18 .pdf
/Users/johnh/Documents/2019 ACU sales/1st tooling charge invoice ACU190530-A (CRL tooling PO-13152242) 05-30-19 .pdf
/Users/johnh/Documents/2020 ACU Sales/2020 April ACU Hardware plus sales invoices final.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 August ACU Hardware statement plus sales invoices final.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 Dec ACU Hardware statement plus sales invoices Final - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 Jan ACU Hardware statement plus invoices final.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 June ACU Hardware statement plus sales invoices final - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 May ACU Hardware statement plus sales invoices final - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 Nov ACU Hardware statement -no sales final - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020 Oct ACU Hardware statement plus sales invoices Rev - Copy.pdf

/Users/johnh/Documents/2020 ACU Sales/2020 Sept ACU Hardware statement plus sales invoices final - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020_Feb_ACU_Hardware_statement_plus_sales_invoices_ Rev - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020_July_ACU_Hardware_statement_plus_invoices - Copy.pdf
/Users/johnh/Documents/2020 ACU Sales/2020_March_ACU_Hardware_statement_plus_sales_invoices - Copy.pdf
/Users/johnh/Documents/2020 Alvin lawsuit/.~lock.Notes for the deposition dated on 10-13-20.dot#
/Users/johnh/Documents/2020 Alvin lawsuit/letter of Cukor (3).pdf
/Users/johnh/Documents/2020 Alvin lawsuit/Notes for the deposition dated on 10-13-20.dot
/Users/johnh/Documents/2020 Alvin lawsuit/Notes for the deposition dated on 10-13-20.odt
/Users/johnh/Documents/2020 June ACU Hardware statement plus sales invoices final.pdf
/Users/johnh/Documents/2020 May ACU Hardware statement plus sales invoices final.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/_a29320
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2017 ACU catalog Rev..pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog Rev..pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/2020 ACU catalog Rev..pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/2020_catalogue_cover_ Rev..pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/drawing 1 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/drawing 2 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/drawing 3 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/drawing 4 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/drawing 5 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/Elite-04 AAMA cerificate.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020 ACU catalog.zip/Elite 01 Dual Arm Operator CR15 901-16 cert-3  5-2-2018.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/2020_catalogue_cover_ Rev..pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/Casement hardware
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/Casement hardware/Sample of Vision casement hardware (2).pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/Casement hardware/Sample of Vision casement hardware.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/Casement hardware/VISION~1.CRD
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/drawing 1 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/drawing 2 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/drawing 3 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/drawing 4 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/drawing 5 of 5.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/Elite-04 AAMA cerificate.pdf
/Users/johnh/Documents/AAMA certificate  2 of 2/ACU Catalog/Elite 01 Dual Arm Operator CR15 901-16 cert-3  5-2-2018.pdf

/Users/johnh/Documents/AAMA certificate 2 of 2/ACU Catalog/Sample of Vision casement hardware .pdf
/Users/johnh/Documents/AAMA certificate 2 of 2/ACU Catalog/Vision casement hardware.pdf
/Users/johnh/Documents/AAMA certificate 2 of 2/ACU Catalog/VISION~2.PDF
/Users/johnh/Documents/AAMA certificate 2 of 2/Elite-04 AAMA cerificate 05-02-19 .pdf
/Users/johnh/Documents/AAMA certificate 2 of 2/æµ´å®¤æ‹‰æ‰‹å›¾ç°¸.pdf
/Users/johnh/Documents/Invoice #ACU180306 (YDW PO-251449) 3-6-18.pdf
/Users/johnh/Documents/Invoice #ACU181026 (PO-V2015 Vical) 10-26-18 (2).pdf
/Users/johnh/Documents/Invoice ACU180115 (IWC).pdf
/Users/johnh/Documents/Invoice ACU180208B (IWC PO-251360) 2-8-2018.pdf
/Users/johnh/Documents/Invoice ACU180226B (IWC PO-234734) 2-26-18.pdf
/Users/johnh/Documents/invoice ACU180313 (IWC PO-251360) 3-13-18.pdf
/Users/johnh/Documents/invoice ACU180403B (IWC PO-253043) 4-9-18.pdf
/Users/johnh/Documents/invoice ACU180409C (IWC PO-252381) 4-9-18.pdf
/Users/johnh/Documents/invoice ACU180719C (IWC PO-250403) 7-19-18.pdf
/Users/johnh/Documents/invoice_ACU180226A-1__(IWC_PO-250571)_3-2-18.pdf
/Users/johnh/Downloads/2010_catalogue_cover R3.pdf
/Users/johnh/Downloads/2017_2018_ACU_USA_tax_return (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-2
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/invoice #ACU190913 (CRL 1st tooling charge PO-1329410) 0
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-6 (PO-1315965 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191017-7  (PO-1324317 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191202  (CRL PO-1312571) 12-03-19 (3).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-1
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (1).7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-1
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-2
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/invoice #ACU190913  (CRL 1st tooling  charge PO-1329410)
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU190826  (CRL PO 13153435) 08-26-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191001-1  (PO-1312571 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191017-4 (PO-1314741 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191017-5 (PO-131665 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191017-6  (PO-1315965 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191017-7  (PO-1324317 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191202  (CRL PO-1312571) 12-03-19 (3).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-1
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (2).7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-1
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-2
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice #ACU190913 (CRL 1st tooling charge PO-1329410) 0
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191001-1 (PO-1312571 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191017-6  (PO-1315965 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191017-7  (PO-1324317 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191202 (CRL PO-1312571) 12-03-19 (3).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-1

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA (3).7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-1

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-2

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/invoice #ACU190913  (CRL 1st tooling  charge PO-1329410) 09-

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU190826 (CRL PO 13153435) 08-26-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191001-1  (PO-1312571 CRL) 10-01-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-6  (PO-1315965 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191017-7  (PO-1324317 CRL) 10-17-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191202  (CRL PO-1312571) 12-03-19 (3).pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)_`12-12-19 (2

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)_`12-12-19_(

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.7z/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.p

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/2nd half tooling invoice ACU190913 (PO-1329410 CRL) 01-21-

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice #ACU190913  (CRL 1st tooling charge PO-1329410) 09-

/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU190816-2 (IWC PO-220132) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU190816-3 (YDW PO-255908) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU190826  (CRL PO 13153435) 08-26-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191001-1  (PO-1312571 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191001-2 (PO-1268006 CRL) 10-01-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191014-1 (PO-255908 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191014-2 (PO-251449 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191014-3 (PO-254938 YDW) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191014-4 (PO-251360 IWC) 10-14-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191017-1 (PO-1315343 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191017-2 (PO-1323881 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191017-3 (PO-1324117 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191017-4 (PO-131665 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191017-5 (PO-1314741 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191017-6  (PO-1315965 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191017-7  (PO-1324317 CRL) 10-17-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191125 (PO-1331632 CRL) 11-25-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191202  (CRL PO-1312571) 12-03-19 (3).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191212-1 (IWC PO-251360) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice ACU191212-2 (IWC PO-234734) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191212-3  (IWC PO-220132) 12-12-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/invoice ACU191212-4 (YDW PO-255908) 12-12-19 (1).pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19 (2
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoice_ACU191212-5_(YDW_PO-22508_2_of_2)__`12-12-19_
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Invoive ACU190816-1 (IWC PO-251360) 08-23-19.pdf
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19 (
/Users/johnh/Downloads/2019 Ausust 10, thru December 31 sales invoices ACU Hardware USA.zip/Tooling sales invoice ACU191218 (PO-1339658 CRL) 12-18-19.
/Users/johnh/Downloads/2019_ACU_USA_tx_return (3).pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/ACU200331-A YDW PO-255908 03-31-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200106.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200108.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200109  YDW PO-1334586  01-09-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200110  CRL PO-1339105  01-21-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200127 CRL PO-1341064  01-27-20.pdf

/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200131.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200203A.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200203B.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU2002A  CRL  PO-1331632  02-03-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200309-A CRL PO-133042  03-09-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200309-B CRL PO-134030 03-09-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200309-C CRL PO-1339051 03-09-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200320-A CRL PO-1341873 03-20-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200320-B CRL PO-1341064 03-20-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/iwice ACU200331-B (IWC PO-238189) 03-31-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200401-A (CRL PO-1341873) 04-01-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200420-B YDW PO-255908 04-02-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200421 YDW PO-255908  04-17-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200422 CRL PO-133042 04-22-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200504-B YDW PO-255908 04-02-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200504  CRL PO-100164576)  -05-04-20 (4).pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200518-A CRL PO-134284 05-18-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200518-B (CRL PO-1341030) 05-18-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200518-C CRL PO-1339105  05-18-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200518-D  (CRL PO-13418710  05-18-20 (5).pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200518A CRL PO-1342384  05-18-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200529 YDW PO-220132 04-03-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200601 YDW  06-012-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACu200814-A CRL PO-1339105  08-14-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU200814-B CRL PO-1341064 08-14-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200814-C CRL PO-1339105  08-14-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200831-A YDW PO-255908  08-31-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200908-A  CRL PO-1350305  09-08-20
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200908-A  CRL PO-1350305  09-08-20
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200908-B CRL PO-1350305  09-08-20
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU200908-B CRL PO-1350305  09-08-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU201021-A YDW PO-268767  10-21-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU201021-B YDW  10-21-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Invoice ACU201021-D CRL 10-21-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice ACU20420 CRL PO-1341873 04-17-20.pdf

/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/INVOICE AJ-200323-009 (CRL PO-134187) 04-21-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/invoice_ACU200701__2nd_half_tooling__CRI_PO-100175539___08-31-20.pdf
/Users/johnh/Downloads/2020 Jan thru October sales invoices.zip/Tooling invoice ACU200701 CRL-PO-100175539.pdf
/Users/johnh/Downloads/2020_July_ACU_Hardware_statement_plus_invoices.pdf
/Users/johnh/Downloads/2020_March_ACU_Hardware_statement_plus_sales_invoices.pdf
/Users/johnh/Downloads/2021 CDW customer statement 01-26-21.pdf
/Users/johnh/Downloads/Invoice ACU120717 YDW PO-255908 07-17-20.pdf
/Users/johnh/Downloads/Invoice ACU200106 for 1-6-20 air shipment.pdf
/Users/johnh/Downloads/Invoice ACU201208 Rev YDW PO-255908 delivered on 06-15-20.pdf
/Users/johnh/Downloads/Invoice ACU201208 YDW PO-255908 12-09-20.pdf
/Users/johnh/Downloads/invoice_ACU180403_(CDW_PO-1240-02_acu)__4-3-18_pdf.pdf
/Users/johnh/Downloads/POD ACU201020-B delivered on 10-23-20.pdf
/Users/johnh/Downloads/POD for ACU200728 deliveried on 07-22-20.pdf
/Users/johnh/Downloads/POD for ACU200831-A delivered on 09-02-20.pdf
/Users/johnh/Downloads/POD invoice ACU191125 1 of 2 01-25-10.pdf
/Users/johnh/Downloads/POD invoice ACU191125 2 of 2 11-25-19.pdf
/Users/johnh/Downloads/POD_PO-255908__YDW__01-31-20.pdf
/Users/Public/Documents/Intuit/QuickBooks/Company Files/ACU USA all years REv.qbw
/Users/Public/Documents/Intuit/QuickBooks/Company Files/ACU USA all years.qbw
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/ACU Hardware usa, Inc. (Backup Dec 17,2020 03 58 PM).QBB
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/ACU July thru Oct 2009.RESTORE (Backup Dec 30,2020 08 59 PM).QBB
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/ACU USA all years (Backup Dec 23,2020 10 52 AM).QBB
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/blob_storage/a9b817b1-dde4-4bdf-b84b-43841246bc60
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/GPUCache/data_0
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/GPUCache/data_1
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/GPUCache/data_3
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QB2020BackupFiles/GPUCache/index
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Fri, Dec 04 2020 06 42 30 AM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Fri, Dec 04 2020 06 42 30 AM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Fri, Dec 04 2020 06 42 30 AM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Fri, May 14 2021 09 18 16 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Fri, May 14 2021 09 18 16 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Fri, May 14 2021 09 18 16 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Mon, May 24 2021 06 53 10 PM

/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Sat, Jul 17 2021 11 26 51 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Sat, Jul 17 2021 11 26 51 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Sat, Jul 17 2021 11 26 51 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Sat, Jun 26 2021 12 30 51 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Sat, Jun 26 2021 12 30 51 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Sat, Jun 26 2021 12 30 51 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Aug 05 2021 04 01 05 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Aug 05 2021 04 01 05 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Aug 05 2021 04 01 05 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 28 AM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 28 AM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 28 AM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 29 AM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 29 AM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 29 AM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 39 AM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 39 AM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Mar 25 2021 12 27 39 AM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Sep 03 2020 08 17 28 AM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Sep 03 2020 08 17 28 AM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Thu, Sep 03 2020 08 17 28 AM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Tue, May 18 2021 02 01 02 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Tue, May 18 2021 02 01 02 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Tue, May 18 2021 02 01 02 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Wed, Mar 18 2020 12 37 24 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Wed, Mar 18 2020 12 37 24 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Wed, Mar 18 2020 12 37 24 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Wed, Sep 08 2021 10 32 56 PM
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Wed, Sep 08 2021 10 32 56 PM/ACU Hardware usa, Inc..qbw.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QBBackupTemp Wed, Sep 08 2021 10 32 56 PM/ACUHAR~1.DSN
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/ACU Hardware usa, Inc..qbw.ADR
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/ACU Hardware usa, Inc..qbw.ADR.old
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/ACU Hardware usa, Inc..qbw.TLG.ADR
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/ACU Hardware usa, Inc..qbw.TLG.ADR.old

/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/Eco Glass.qbw.ADR
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/Eco Glass.qbw.ADR.old
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/Eco Glass.qbw.TLG.ADR
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/Eco Glass.qbw.TLG.ADR.old
/Users/Public/Documents/Intuit/QuickBooks/Company Files/QuickBooksAutoDataRecovery/ECOGLA~2.OLD
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/HowToRestoreExternalFiles.txt
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Collection Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Customer Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Employee Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Estimate Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Invoice Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Other Names Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Letters_Templates/Vendor Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years  REv_Files/Printer_Settings/QBPrint.qbp
/Users/Public/Documents R Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/HowToRestoreExternalFiles.txt
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Collection Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Customer Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Employee Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Estimate Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Invoice Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Other Names Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Letters_Templates/Vendor Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years R1_Files/Printer_Settings/QBPrint.qbp
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/HowToRestoreExternalFiles.txt
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Collection Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Customer Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Employee Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Estimate Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Invoice Letters

/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Other Names Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Letters_Templates/Vendor Letters
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Restored_ACU USA all years_Files/Printer_Settings/QBPrint.qbp
/Users/Public/Documents/Intuit/QuickBooks/Company Files/Value Wholesaler Inc..qbw

**MD5 Hash Value**

ce63f2a054401c28a7e90176450c541e
89bf841f5e4329ed70bda4443f59a972
cce504a23c59723763383e28b1073c29
a6ebeaa38214623f041cc4b589044ee2
8b3044287fe195166678a447a6787fb9
14644ace610a7aa449c4b7cd186ade46
e87aa549e45fa34dbc7dd195d625e029
6e57ad7c105588f4e47500ef554c17e9
e01faca4bd555ac406d994896f2be3ae
3c9c9f27b2d867257407e96191e3a888
44b6b8cf473ca449c26ee0ad928f70b2
cee006655e91a4decb9482497ecfe6a8
a2eca01fca8fbebf58b6209f924b4dc5
b2554a03bc710794b3e18e40957a3969
8a17ee6151331f1e4810065b89aa1ad6
0acd4105d4675ec28577256afb764594

1e9d662f5cd9b797ed7205bd7731d12d
94b1b8fa8a7c74acc9acf0cff004615f
534ddcfdd64fe597b98f5aa734e3d058
49c07776baa00b435ecf654204763190

ae8b135f29f7875e1763dc44c44ded7e
1541fdf5dc091cfbf05a64e8a813f7b4
b2c8af39c90452c17b98b778b6a91dfa
ef4adbbe32a89cc59574adcfd9afdcc2

a9529c7029a3a56164b9e2ab92041712
e165107dd15eb45df614bc914e935df5
6267ac9e989730a360e55d79bd19be5f
d866378ed9914b688700e468c082142a
770e3901ff050f31ceb4c7c4a4c85b58
fe621c40f780b12fe3502726c6807e71
01e8b901bdfcc03e224eed10bf61b1b7

e62a362a12b76d3f57b719b615046a0f
2900c04930f53e199ec3799301f0b240
d9068c5db392861931d6a25b1d5d500f
a703b29397e8e1575dd7a575e705cd1d
89647b20ed81b2ce107f474f2442cd24
7c0138156ebdf06282559304cdc68fcf
4aeb72c12b4434457cbd26a23451be8f
b3a88b936e8872f00595f0189bf0d469
d9a6a68808928fba6ade7327c7b3fde2
3f65edef95233a6df4e962a9dc8ab2cc

f97971edb27cc26e1bdae3a90608e28e
fb1cf99c171889c0ae21c93db3582a72
4ab87a93633c3bcfd0ddde0e9e5f01d0
d1d3cb247b5b6ad9f14862c49ab9d6fd
4fe812a9b194339b0afd580ea6f5fa2b
4fe812a9b194339b0afd580ea6f5fa2b

804039842f797bc5308c6ec580f762e6
0e8c45a46454af165f62672a2f73f74f
518361974d6a22c75fa094eca51d08e2
3366bb969802b83a78ff80acb0397bc9
ad7da6ae5cf9fb060a0c68752ac609f3
a3662fd30293bf0019e422e1d15e50ab
f945422607f8833364bb730a1977d6ba
c6b0f4e284eb6d4c5f6ddcb43c7d9193
0461f18964483fc11d8502b3d3652eb7

a35fbbc0222fffe3dd5ba08c446e41ec
a33ca03209c9065e45192a56a036b483
7aab716da0ac5dbd1aeffe7f4d348523
1dedd34a433e625622d64f13b138e7d0
e1a60ea96202cac18226395c62e85642
040d55fe198b64dbc388930d2408db9b
728cb869be6edc59f574e3eb4d6982b9

4716c7c985ce0570521567b6d2abc001
a6d553336f2fed65b889525cdb67e20e
ac0136f2a9632ed7ba07f622d306dd4d

d8e06d7d9d9855807796e3499ce91291
7d3382023618dc782ebad3988d61391f
7d3382023618dc782ebad3988d61391f
76519413e229de5fbb1d25025432e934
368b98163ec9ef51b48d0b021d078d1d
afcb25b562cd859ed9e1ecac16dea7b3
0e8c45a46454af165f62672a2f73f74f
518361974d6a22c75fa094eca51d08e2
3366bb969802b83a78ff80acb0397bc9

ad7da6ae5cf9fb060a0c68752ac609f3
a3662fd30293bf0019e422e1d15e50ab
ec78a73230cd5d819e41851dff8c3b76
f6765e6157c5208fc2cb194e11b41f28
040f9bcb92c43eba18d5617595be0fb5
a3c920f17b852ec25ce29934d184b2c2

0bf5ccd2c9ee11737d6a2f378e08eb1c
fc717895775de8546ec69feef1adf894
206c7f8c173a66a9d5f35ea64be4a5e1
bdec4409baad44dcc100b531ba5054a1
a4cce17a9743ed94341d2fc55d11b525
92db49e307de83fa273f53b1ad06a823
87f85e5f59987c11a29a2e99e70bdb04
87f85e5f59987c11a29a2e99e70bdb04
395983ba8257f05b94b1d61470eede5b

541959b59c088debb459d78ffedfa6f0

3bd401d94bb08ac0f4bbdf70551eb68b

7c5c3aebf210ba114a755d9e795f4c9f
859bccc9334c7de731cb2ae03b9851fd
2d3022d311bf676c5d7797d2cdf6fce1
01b8182e3e42528797bf1fa767e8ede2
804039842f797bc5308c6ec580f762e6
5f15e5d1c5d32076bdc89d1e90e9f347
3d5a688ea1baa97d9b907bbb7fe38b14
49068f331de780ac7e609b611589a319
804039842f797bc5308c6ec580f762e6
457af6765a35af64f35a6d36d1cc9d56
c570d19d72d01ca7efb8f9780e66cb36

83914a39097655d69b3f0281caa70d4a
9b5b47c4bbafcd55a92baa2ad48b5b43
83b4cf1777b8163db8bef14986fe6dc9
ab1c689b6916ffd21e799d39effbe39b
ea658efcf4a9501ae4a9cf71cab0fd17
f0d47dc8b92587649c3e3217fda457b7
1bb5fce918914ae839373ab38ce4628a
f945422607f8833364bb730a1977d6ba
c6b0f4e284eb6d4c5f6ddcb43c7d9193
a99d608f7ae60fdcb26226c77a26d59c
91cf78e305aef6dba9abdeb2e9a33143

9c700ef9bb80606879153b22f2ff59bf
572d9dc20054fe1f9c199a0bf7ea2917

3ddd2c69ee8c95986163ec1251edaa03
3ddd2c69ee8c95986163ec1251edaa03
aaeab38f752add11776c23ac41bbec14
87454032a53f16ae493de022c1b0b211
5761752c41388aab9b5f5c94e52240d5
34e216ba965c82ee5c3eea0ec9a1ca4d
9cf8a941af9c86d80e7fd58c5ea59ac4
804039842f797bc5308c6ec580f762e6

a36f75baaa6d090d5e0f99c659ba9481
6d3ed4d775193f604c64169457125cbf


5018f30cc0c39ea0fafe5de1a1326757
3ab1a499cb64dff599b27fbff1e62085
286d428af99180c3c2d00c2fb5db6590
5478364fe2a4bdb52f6b6a8962aa37a1
b3f1237d25c6fd21a756cbadf103a973
653a36822092db01584f871ee509af42
c83653922162fc2dec670958d813579f
4728866c7d271485d6677a3bd10f7067
2506cdf859a210901248da34f5d1c709
6fec4c43e3de115dedef64c66eb48148
065852768597b8af89c9f25554aceefb
73f5371af3b8ad0e7c0ec9e24f66180a
7ea850bf0cb623f2c338a581bd2c2559
6d0e43538f764ddefd8409a9eb7705cf
eb87df87a555048795c1ac29407b1758


f9a1262cb2f28c2580c55479eed7bbbe
91b9e711f9b21504d7300a32d218ee5f
aa2f757ebf1e696aa56d2ddcdebf7280
86b839e18364cb6d3227d5366a375312
e66f41975af3035592fca964fab6cc87
820d22e020823d70174b9a9fbc80ba66
46e557a54806a7a6a26702d6675a5b2f
f637fa22cc36e17680566f3b40c8c6e0
e782fac334636bcfbeb7df1e98edf8fb
7f830cae27f92bff0450048ed8c14f59
8daeddca1f9ccf08ff3b4b71555aed3f
b16b10530a6d87c8f00d052f4aa232a0
fffdccbb7ce181b131848bcf044fbe8b
43c113005be4b5e027e22c97e92c037e

dcabb190101768229b58ea4354f4feff
6d7c2b37615ae834225f78bd87e2444c
36d288b32379b5d3151c461207bb1dee


de55852ea6b281012712838bbb93ff98
18561a1a691352eb89da96b857aa1081
3537bc2486953c4fc7f14afaf0aecbb5
146172f6cc49dd2a1957d9a7b712101a
e070ffd24052901a36541973e9ff6baa
8ad6f4e0f6f51adc8f43c20ceda7dbc8
11e499bf3093e77f79fa20314f6c2fe6
8765cc69a03a077070dbc1ad71609165


c34628faf74872617a39cf3503d268fe
6172df9468604f4116188ea9ff012e7f
97a6c9aea3dee159c2015be25f577cc1
5d18a53d42dd9b5b5aa57a1bbd5ef2f9
339b7341de27e0e0e711090eebefe665
f4df2bdd64f96a94be69795f9e31ce7e


fe12ae492d673e92478acd0fcb49c159
b015a43643b46ac39386db0e6e6b6a05
e7fbf6216437691c2d7621115d1feb89
67ee77a6997de32cc347d85bbca51915
7cb4a272be0ccecd2b9fdf57028d224f
c3527aa7b4395561e92d09ed142b4cd3
497abbd1e04fe424ac3b73d1521da073


c73e1b186bd9b2ceb68b8b30a1156f55
89bf841f5e4329ed70bda4443f59a972


755379b62204bc42cbfb2ea5286b3b45
7a41a92adecd2f72dd40680869f5fd15
f9f70a219e6cff67e64c547137dcf220

7010bbf2cc2fab2b5ebddb9e6104e0bc
509cf1724d2f4762b01204a7eee6284b
3f5669ef3ba1d735d4d2f58641246427
70838143a2e4208eff2375b3aae7e2dc
2474b092c182ac08af12d791362fe561

35dc8456fd119510b5b3d377f958975f
35dc8456fd119510b5b3d377f958975f
3b15c3dc1346b4498e06603951090508
905fe4c80559295b638b4b680c07f409
905fe4c80559295b638b4b680c07f409
27461a548dc995af9d184a81a7bbe063
c979769e68ecacaeeb44439b818286ba

de4cb36f37901bac713bbf7fcdb80b89
de4cb36f37901bac713bbf7fcdb80b89
dc24bffaaa7453bcad7429ab73104267
a6588766ebaa5490623a62d83b9ad5a0
3641379e1c849e7406ab16280f90b91b
e4f2647d64ceff15277a1e32f83dba74

112c478082bbfcff6f79407ea260230e

43b02ce7a09d4086eb353b72359ee288
e8f47209a3b7db2a5c053def7f95dbd3
c8aeed4e68e5d6da7e554229094e44c3
8f224a696616be7ac6efc888f385940c
293545fc875e6c7e48fb42f317d40124
f4c050c62f9e196e52f537864a4f3f44
4538824b97ab335f669f2f1fbaa6ceac
95441ca61d81548a86187fdc070779d8
50a8821c4d494a07644c02c46f1e310f
89bf841f5e4329ed70bda4443f59a972

7c0db52046d300215af8b343ffce0a94
ae8b135f29f7875e1763dc44c44ded7e
d388c88c1e7524b93ca50aaaf9762e04
1541fdf5dc091cfbf05a64e8a813f7b4

6366cea8db9648a47b453005a3200560




e3ce8c6103373ba45fc03d872212e33b

ab570ce9fd1e3061599eb7f524848a42

8a707487c4dc2325fb22a8ea3b545eec
8a707487c4dc2325fb22a8ea3b545eec
6675dd4912311e3d6a35b24825c20b43
5804cad6895782f2e004aa0c0a6be39b
9c2a3044557637a9a759d9c62b099d77
4c5b32f3d3d9d08e9cce80e63155cd7d

5b018bddc99bc3f03471505a90f72326
01cd0a6af501829f9b5ff4c15cfb7cd0
ec3ecbd6c9435f4865b3af748d2dfb76
8f78c3ffea7465f713749dcde7593abf
cc7a09a701b9ef4d21f0f9a119586fd1
c24d7cfa1d7d25385508165fda9eaac0
487511b6d79048b5cfa28f66cf991947
63d5a045a17856bc8c04ea3767a9060f
63d5a045a17856bc8c04ea3767a9060f
f41babce29cfc0cc4214aa57324b4b70

01b362493d1ed1422098f9e40a7b58dd
2b0da5beaae1609c74b2bef0e46570e9

565061550d71c6a05014a60a74a5fe68
f9f2ebaf109f2019615e5297f29d1de1
ba835adf5f552214c66795cfaf22e750
36a7c36d31ab2432193c7e0ab60fef7b
36a7c36d31ab2432193c7e0ab60fef7b
3415061d473a719770bf9cffa098cb88
d977e6cf47772bc9ec4cbced9b014f82
f914dbf3f2134d1a9abcf221dd9c4b49
6abb872b12c0154642e35524bd4e98b8
9f5a03b710f31f0faf00d0eba3d354de

35d9837f4250bbbd3a1007491825c60d
939fe16fc6b9c6d1051dd274436daff7

f4659ddc0056e5add284caf7334d1338
514b3675ba3c948d2f1a6b545c386216
e538d9f839ed3cd27fe25957ebf4f40e
108cd569440cb8f8c77a03a847f2da54
27617129440d6eb0c71ddb9424ad641c
158730b993c6d83ed0eb134cfaa5b764
8c43e91daea8da45df1c61c5bf8c9e90
c7104d5baa4508f771caddd20299d113
9669465dd59d7df08696317a76398eef
48ec111d410f1c8f9c9a2b6035a8ed5a
8a480a3fbaa73ff75d03b7fc9ee3b680
7cdba7d948478eddf042003a70d3a8ea
ac8fc98d799c1d0bef210f977cb427c5
8c783d4d98a6a97dd700267dbcbde241
dc15bbe50774a48a4d5070416fa3138f

dd3cc4cb8a23aff430df8d31fd40e595
bd30ced245316fc782777c48c59f1e13

57f4d2e45e99a0991284f1637eb2143e
0b1c47ad29a23414e8fa45fc0d9502ea
a2aa8c93c360567a4f12ee84c36dfe8b

e6feea3b876b6339b8ed50fea49d082c
9452e1471c981a89ff3e0a405e04cc06
deba4a9f26f9556861635108b57bbcef
48a7b50d2e1e97962de002248cf640db
3358e2642573af483b8696bf036276cc
626401342bf25f1917be1d6a96516a1c
a292c1a6ebe5f421c55230e51a1a1721
8627ff1e7c97db17231e0ab48c3ad8a7

e4d60f97b453149d0a9fe4301c5f6831
e486ac562bd7b748ded0d92d43eef467
e4d60f97b453149d0a9fe4301c5f6831
1d23ae6163506680c91b5d2eaa3ced1b
41d13e60fe73600c6e477655476e2051

d7237392725aea92c829258f3ff68240
073ea13372e81642b5a1891088db0add
b6f0c6aec3ad195eedb35098fd342cce
a9123dc49397d77a065c1c3a7327c2d2

045786813fa4cf9b837d01dbf3602311
045786813fa4cf9b837d01dbf3602311
12446d6d5c35f17d8600ffdb50b8fe7b
86c1353dcf1ffe761b3cf38d37dcec9c
1caf71b91e29fe2c5d09524b3165bc3e
74683e46aadc97dc112849d19d5bc428
4c30c9ca44276f657b1a07f8e430d0b8
566401e6f28552877cc1344f32df6892
37dbd64928044a5d2d90653d35ee9c19
92a6dd69baffe6fedcc08baad939d27f
f41babce29cfc0cc4214aa57324b4b70

974044ed7632aa5748b5ee7c5953429d
ade8df613aa7808320d71fd551f65bce
3e7bf5dfa0dca5cf93c82f3e10258fb2
7cda5a40b3a4433c3a2f166b8c9d652e
807d7bcd281fa6def10671526aa04daf
113fb161ecb833f0f5578a90d8d18e92
db54b51a51aa8d59f321e8867a2adf52
9a3511f68ebf423d2b7568345c7b261d

75eae17267e3a78a460d03ca6d8ce0cb
4321093870f450af4540b48a74182bbc
654ab1cc7ba92edebcbf6e3e5d5702a5
6219b75316482b314f757fe8b044e590
918947b0395a172e76c5aea1527b897c
8b393b5a18fa466f9a32571aa7711381

3a1122662adf0ff570a20d4643ff066d
b6a8433de7d29b9f1ab6ee1320bb4b8e
8c9da2b839d35efeb50368f6e31684b9
d9c1c225408ad6faedff724e6ab5f236
750f1601f74032138f57321d752a1112
6b484d2e0befa3cf3e50e2bf2b8c464c
d0dbee3cdcdee817454ca6a36206501b
286d428af99180c3c2d00c2fb5db6590
2a06327c290b353a5fa355008992c13b

3bb968e7fba491da8612c9bc66369ac0
2a11e2145054bc237ba0f66b49f2ec0e
a562d59152786b1cc92b966d775692a8
7a62454c61fc6c997b5cad1d0185cd27
8fd6045255414f56f5a88df83afa0acc
1d83a6ce299af3960a4cb4074c7ecf3c
d0208c77179e98fde00e67e3e0b39d86
1d6fa9550a995dca47dbfa637964cfc0

a18640bb0b875c0676ea06eaec1c54dd
8c11f0035fea22d879c0219cc9e847a9
e8b88fbaab4795efd4bb0de17eb245b9

3e78553e203c22ad65646025cf8f268c

7a41a92adecd2f72dd40680869f5fd15
7af5cdd40424e0919942c090d475ccd4
5cf9557c33627f81b445355450f01a48
e16411866c562c1812b08976b73ebf47
694fc77f78c70c46ca7e4282a71ac11d
de1e81e79d0001c5a5fada114a5ab3d5
243c7e479abc25c8f56f768f8908db6b

f914dbf3f2134d1a9abcf221dd9c4b49
951b03f2e919494c9b61dd9f74fa91cd
baedd333a20bf08c4b949f50bb24643d
6bf9e44c79b9b5fcaa6c561769cc41c6
2bb69fe38772825d1db6b0b3f1e9ec7b
5f769c697e5d59d06b53d6e15a42e5e3
a678fd5eac61d32c2b73bd2694e4fdd1
d5640963c9ca32b366c980deb7169fd7

1bedc43d09079e6554ee67eed440538b
cb54bd4062979fd89667ae9e4790c8d7
fdd7f455cc075a0784ae28e4ab86723e
9409e3b82c0087b4b8e865d674712ed5
0512b96c9d5b8cfddb1e18821cd05bf2
2e389c36e28b49bb3e9d2a2d7dec3372
b8737815ee55903e63606558a3c6e6ef
e83ae191f9b9ec9921368bc30aa320f1
725e75e6210c9ab4880d6e5c414d4b17

076c9e0feb805e08baee5535e159569c
a76729c61b296ba0358137af2b72b29a

33b8d6e23b05f9e0224fa8736769cd75
70f4c706d3ef9bc5cebac2a374efb7c2
f2c415f862859800d58cd457978d5a0d
4d2620de5cda533c682398a63ec92f5d
a32ac8e466411014e144fc9053e1e05a
ccbe6d83264b91d78f7e35be8697844b
713fa35f27dfec424e59c1680d4eba4c
013793c82b9d832ed0eb18fb26d92d3b
4c5e5a318ebbda6865448d00155b6137
bacb8980e597b1c49fd4751e748b2599
2a335fcc00290636a0b38f9bcb50d1c3
a27511fe6db7be694f63bc0feb4cb671
8bfb1fcb3d770bbcc8e5cff329f8dbdd
2e50a06a7882dfc15d53adafd860d7cd
5480582930e47c1e92283dd19cf60370


d53bfb4286e011933a480e38a1b514d6
2986ab5d56d12ac2cb418a71635ea456
330cfc6d8b5f5e5d601081b650c0585d
987be5ab7be5354ab4ef04cdddceb36c
dfd3cc2a1ff45334b7315daf6616587d


0284e549237568c5a92fd6ad10e49a06
bc2941f63a3cba024968a26f694d14fe
904b47887faa2ac7dd8e691a1600bda8
ac8fc98d799c1d0bef210f977cb427c5
e98ca1ceb29f5065f04c7df472d6aa60



22f0547e7409f60db1d57d414817e0ae
3b46ae3c10a60cc1b68e982648cabf58
9a65080530475d98f29294b77c5530bc
fecc760a3f390ab6981e0a8918c2dff3

79ce6dc94e3ba4ffa53055f87b9d59b0
a1fe74d258bfd1d04c56f34ecf7cb7d6
9a80a78f75b44041ebece2d8785916d0
ff62412fe40ddcf50b5b86920bfb00ea
9b35c31e3949cad953d4b6ba9cac1b81
ad1a574c561d2d868415834b210a205e
ad1a574c561d2d868415834b210a205e
39000e3bea7b6d92ec736625e459c0c5
a1525d03d8aacd456c8627c52e4822f4
130b8bc1e7d4c4c7e6ef2f5ebce82947

03739afb4fbf9252bd8dcf079e6138e0
23793d68257cbf1e11427f1215d7bd85
a7c024e21d305a215db3cccc9f6ccd29
09c9f73004612965cd7662e54f6fb688
c3f42c7cc3f87630a833ccda84d200e8
d45f630d24ea0690f2e89370f66db745
53750b1f48b92bcff53910a463ffb1d1
1055a216a4ba5378855fbecbe87d47e4
1055a216a4ba5378855fbecbe87d47e4
d7b68aadf005692094fcd20e1cbd64be
8f9f0068c88c46d6573ffa459e5672a9
3b5653f82607ffbf0bcf566e0d12981e

bc598f384b0db89bc63d136c26dc1145
c4e4ef6f84f173404d86127793232e5c
3a1122662adf0ff570a20d4643ff066d
d283e6c3f88d43e7dc830fa7fd87b156
139b0404c216f2e7b2a7bf7fe3933922
6ad0445bff68350c2c37e08b37df9b46
078cb4052ae173577f3645186e07980a
88316f13b62831f8a4ae1daa5175a5f4
7870407b93a01eee6624baf9967f9b87
0ddedf92089f583811739c52a2539ab6
a3477c7c79e90b611afe6b54c95c86a9

d13b65b33da7a0041fda3ff990b2154f
725a78a3bf3b042b83611867526dcbda
eb59951b33b49b04f867ad2d4876d40c
0235bdc5c67d7dc8b4db9b5112fd6066
d8f723e4aea0336ad73e21df6f443e2b
eba2cf4b960d94df19ba271a77ce13f6
df7104b9297c118a929dc5bd20e12293
7dc779c251539b13ecf50f76d9c026af
e04a09e5601c81b27999f76427cbd5be
e53b09e70ab183b215b7db8cce0becd9

cac307bae934765a21f28f2f1cfcd0db
1ec4381a45e61c8b80f93d44362d7471
d8688306fed7fdab8fad2f1c9a68c380
79853caebb8e117fcd5c370028eb4bb0
86f1c1bb7c22486913d1c6d769b9faf7
02d84ff160050ac4bdbd1719b9ca5dff
2714f007939ad942bda2017d05ac8331
b6a8433de7d29b9f1ab6ee1320bb4b8e
2109242e92dadd39fdf233dae2e29342
ccc294b57141a85d38f8a51bdbaa3733
f5257023c330e13e716e10d00a6e1fe2
7f52dbf8753c179a8ee098b88fcfd4fa
6a8cb8f335b2018637d15c700d7cb186

c2576c5d340ab5d5fd3c08b6976cb194
dadc9b1fa3ab447b75e9932c5d2d5bcd
fd88866b8de0faef0c16d03c3888f9e9
370928d12d09228cfd816815dbb5a247
6f3fb7e1378f78d54d84c9dbb7684d70

38d921d49ab5a853de8fc5716c761cc1
6c6980fd84a2f9bcfce633e21d9a5ead

cdfc110fb86eb47752196c4fc3a1bdef
bc87c4bf498c344dfb36f910d9cf1c69
998fc5ba77b1f0ef3db7a1b5adc2e7d7
7b55cedd42db7cd6d5b32146f6f9a92b
7b55cedd42db7cd6d5b32146f6f9a92b
c6ec46a8a5162ce014acd02822a78e9a
8e6790f9e7617bdd1a86242e132317b7
80c7a39e3074b3db314d23909d7973d3
a70859f26273ac5d22eb5f1c6174f206
044115c412bdfaa9cc29bb7503dbf21e
855304e5e34a2f7e6b28608d2660126e

0088678c47b84aaf7c0615f1ed6e43b7
bf6dc4ac73dbef25968cbfc6c7e72a97
9bf647284b8ea166a2b1c4e9196a65e1
530da29c437a6fc71266b662a5574f33

3626d83b87629009cbc4f869ad35e739

38cd4261e81073383d545922dc772be3

65ea22e0cefa40311596a9dd2df8d1e7
cf2938fb979445fdfa691c6c9ac37659
671baeae1beb81410b26395f527f8548
4329f12a31396c762e23cdd7d59b5e04
2175dd834e99f4b8cbd5c41287162803
645e6ddd042dd926ce3df786932421dd
7dc1b7ed314f9a58c2e26d319eb823d8
bd9f94ad15fd347c502d1beb30c512ec
631500217edaf171eca710e239140212

2ced24dcef48b7b33378bcd0e306bbca
ae1b1c2fedac4977ba9e3a0c5fdfc4ca

3e3a88d239913ebd7c4b19d91d0ad341
1038cd5e43f2e11d9f186707042bab27
2a4911d6ba9a323ea0ef33579e780332
e4b7e9305755c1de8298f6bcc031b6fe
ef325c63b46610b8d095704cff435b19
b7fcbe6dfd8e83c90b23260f2e273962
f74115d9b26f201e9faba2f93cd85235
997cc41fce600fb67fb2cc7358398915
0ba6a3e80f48758765b1f286bc7b4b2e
5fea62031fb1653ed33c3d196260cc39
8efd21c017ded1ff1ab2c3948a80ff2b
21ccca825c380a1da11e8127a8a11037
4856c0fa8617c2b39064b8e021c2592d

b9f64483fcfc6600ed6ddc00f9c3d9f7
d0edd46258542e81f769a04e5d5ef820
381b4225e5802528bf4c8f7294585549
4e993bb5a5b0ec37bec6fcbc5fbe6556
aa8ef90af2c61b04b71fda3bcb86d9ff
213b071d3edd6315e0a278fe49553e6a
90f206a75ab179ab0f187ef9a3b1c78f
3a74fa61af6eca7f826e8fec8649bf21
694e1928e6072b968acfe0c9afd3261d
9192a6fe51aa13e94fed2a4d4364e4e1
7427cf5193d3344cea9a336be1438799

418f099c0d61a8458feded970551771a
7f9ffe1c0f02ef48f690fbc55a33b7a3
281b29438a7c4b9cd13f7be4c2e232da
17685208f25a54f26cec48f677af6866
f7894b14bd7ede936e62c79971faebcd
e8ce44b1e07e5c40e66d1d46b8f27ce2
680d4c170b5fa601f8ba04d853c475ee
f20ce8598c63753385ba97a7a6d560a6
7a9c9de82fbe22c00fd3d39c65a486c1

4f654f23df84555cd4b4fad67ad16ec9
2dd57d281558702a8782ef7a84636c3f
b1ff9637a06943aa3a83b1ca6d0b7ce2

51cf3259f2b52a67cb03e82f32fe3511
3cf4532922092a741351d413cbd49eac
16a50f4724972c66603ffd81f4022f08
efd07b0240c68bd6e5d9d827b1036d73
8375dd0ce3002ac142be7836c400bd3a
50ac4497c3b9d7abc78e315648a5b0b2

778a12a01d788ccb9c0830d0282eb2b1
0e41317ade76393bcb5362d1249a8edd
a7245f935ad41ac00d8fc996e77864dc
516df035a05a0bc2f493e9b42cf269d9

97919e1d52024d476a2ae9c288f29798
3e1b35e15759ab137f92748c9ffc8510
57b034bb1570d52c6ec42d8afa64ca8c
57b034bb1570d52c6ec42d8afa64ca8c
778a12a01d788ccb9c0830d0282eb2b1
8be2d17a659bdf11c62d24d9c015585c
5a010e09a27fc6e67b3e45852bc0d67f
c6e44b4058fcd883a161efbab2050375
176079cb0393ea008831ba139398ff04
e50cadbd4ddd32547598f6835a3d420f

0302b413233a7e0fe05de5a9fe54e964
e87d43bbc4ca748f7abf5536015a3c38
be2280cb339b600af1a8cdec45793263
7cc72f20c58e713d1c5425f4bf380ecc
b14174ad0a42552eab3b3d194fbd710b
cfc1b7ba2ce972e67d324c92760ba01b
4a9dd5eee1e5b04eda6e4f12a27bd701
98f209e4ee0c5bcf828088d3071a63cb

db078dae1fd89b2e17b444a32209de78
db078dae1fd89b2e17b444a32209de78
08332419b53698fd55d068e53cf0d29b
a06700c855d1a291d18f5b4ad02c364c
0a756b48cdd755ee2e25384d1259ce3e
8c9da2b839d35efeb50368f6e31684b9
9f704ce3a3890bbb42716c85a52d7f33
10881b53fd855d3716beea24f900061e
4ed6f7e27584f019a3cd26dd17820771
4ed6f7e27584f019a3cd26dd17820771
cf041a4d4ab43d90b5040f0488965ab6
2db85c6ca5f164a9dc3a153c96951843
2db85c6ca5f164a9dc3a153c96951843
d9c1c225408ad6faedff724e6ab5f236
e6c08dea6cd1a400043775ebf4ab6fe9
01387f7cc15921dbe26e9144c2d600c9
dbac375018f35a6239702be9600d032ab
7dbfaa7daae11c7142947a736d58aba5
0a756b48cdd755ee2e25384d1259ce3e
0a756b48cdd755ee2e25384d1259ce3e
1c0104b02e51badddd61a77882cccc1f
f76edbe2cc067fe94d246eb4d75b51d7
f76edbe2cc067fe94d246eb4d75b51d7
7695528c0d799d68e8f4eb18e1270d0f
e3b5fb17254ae9f4027f30cdb381e024
75b0d9495c515a3f9638a7dd5fa0377c

6fc0f416cf7a0a9e363e927b618b0f47
f8422b040b099fc67137129c444212ab
e65373253e6826bcad0e7967115cd22a
1810bbcbb87a3a2a98f016941be02616
530da29c437a6fc71266b662a5574f33

ac13f45e297b87656f195ac35e80d45b

69429b484eba236d8d54737d0530f02d

bd50dfdeb28f5e59ed89d8ef4bb1350a
07e5298873aa864d5d183490b72b79ec

61fbad6f338f8daa6aa28cfc8aa1c702
acbcb7c7cc3049e48f6ed030924d7a20
5f61405018f0000296bc0367fe1d9d10
72fbcbeb09be6c66114696dd97521063
a50f0b835e759ced49bec646adf2cb93
c34b424fab92a686ff0051ed78902d2c
b6262d9f44d09ea697f93a2cca67d39e
d4409dac0687ecc2792fdd7b512b6dd5

e47c312c8226ce17776d40482e359f2e
eaf32204b3d781521821755bfcfd3c71
f4df318850a5efdedc7425cbd81b4965
efe48005ceec66d0fadf4177ad4e88e2
b70862263c1a722e57935a7aaec70a17

2dfc98e1923a040435eea41799da7d99

d5683e7c193258c74de07db8b4f040d2
b952c7c77097d8f1af8d53f60415e36f
f9f5188375f9732cfce7a39dfbe792b2
ec9ea09daa77168fa9ff1470bf972c80
4bfa5febac0e42d646a1baaa946aae04
b0675df9f45f3587abee38f0114cbb95

4cb8b48ec74bd64be771de27960f1888

9ac94295fb37530fc45ec03207e1cfc0
5439756b69842cff8803575aacc7fabc
0de38bafe4813a88dff12e9a2352d996

8a707487c4dc2325fb22a8ea3b545eec
6f877c963b518da80423d7a3e3bcfa4c
8a707487c4dc2325fb22a8ea3b545eec
b00bf7c659e031f54233ed7f1818ef9f
d3c5121d80853b31b994232fc9e80a7a
60daaad059d14f094d27972efa4647d4
c6ec46a8a5162ce014acd02822a78e9a


ce63f2a054401c28a7e90176450c541e
72c9024874ceb5d5623b7775fa844178
efaa64170d7f6b20786fd30d393dc6e6
6fd20a03c72d48c159961a4cd3ce118b


f18380151009496f9e08067c9b208c1c
142751e51371b70f98b1308897c30552
69970193d201380de69ab2e8411f3c7b
d50fc3a029c88fe677e3378d9b659ce2
3f637a66a1c924bab28f9e415f991b45
bb90d9340454c13dc52ea1a9d6e30416
5e0ab84078025d75a465712cb95983f1
d6c6a7494c19891d3214879b5ea97cc6
2df03eb4a6feb2b2f2eccd7816eccdbe
69506d7d7d53e4d78a424afdd0e5c578
36b28088c2834ef33df2ee391a725183
8ce0d6f26fb39e455a27eb973a1988e3
b0006c1c56e067d14ecbdc8681949471
abd3afb2aa0a4efb4e6c57433f2d95d5
bb1ed9680e40e269bce3c7fb6d1e7af3
747333e72091ecd5c16eed1f8afa87b9
39d2e0fc1ba1814284a552244e591cbd
9069725c9e5fb5bc812f71acae5f1b59
48684c6944db0d969d57ef4d211c42c9
00d13402660e24bcce572ae2297a0948

11e43edac60181e153876cf36cc62669

ed0a37c74d1ec2bec43a4901905d3b9e
9a280be10fc16a88e0b8dddf2a3f19ba
a33fd14b97c22df80e2c5cac0c16f9d7
c9fb4ac3cdd2526b74e8a123c7aef3e7
d3d120b024ba5285251c8b16fc4cb08d

1f25a60d471ad4ea811e0d87713e459f
0b497577fce1d06ff8d38485a0bbfcd3
218b4c79582341afd26278b5a38468de
7f433cf5169646fcd0432f68a36d2033
9b6f17f495d8f3f1f54f62bc3a484d35
f6889a8ebbff4533f35b639b1823a829
76cd4b3e21e44a2f3eafb35ce05c8c98
9fcfb2df04fa922196fddecc56f19729
b9d93e300770bd4e66addca5807a96d6
e69e5cbd8728cfbb6d3655d672b7b3d8
a0957c498def31bffc515248b3b41779
e41d4515aeb4d89425c8f5d703000d63
4f56270cbcce8cb54630c9653b232dde
634054ab4452bb0b05408325a09587d9
c2b07926f4de174a9094637ffcf05db5
a69fb4eb610b80cc9484a245fd8a625b
4c4b9b4f27523532e8fd9bb72aada3be
ce0fee75ed7dc67a099332da10daa24b
a95d4e33ecd0bc68e8586898c20032ba

26c6d6e1e3806f602cc0a5731af63b5d
1da6fc564c12f88f2677edef9cea0f2c
071927ec8567c5c2bf8cf86c4c8b05db
67e7c0c1e297cfe950bf4be4e16c3456
ef0efffd0d4c0c775317b2f7ed0f31b7
630a5ae96592f8e601ba87326736ee86
4544df7339e3ec75239958a7c3dea60e

7afbebae59de99272e0aaf9129da1fc0
2bd68a67c67792d0090741f432ed9b43
c0a957fd671722abb5484b18699430d6
0fec2950415822de68acfef53f6ff9ff
732b1a3eef6b356739a76d92837794ca
a442bb840cfe47302d5ac099241a4e61
af79d02536c6bc81fc525b9fbb38bca1
5c8dfd9316c086ad73025b371dcd602b
f026b062bb9d806d0a03eab1b9fa0953
58b08bcd3ca34827ec3682b04ae90f3d
6069f76f6a14c4aabc5b052f1b8559dc
cac31ead3c91455964d77c6c09a5dc22
d0a4457d4c579eb49a1d2f31da40ba18
5d0d36a73d575612f15a6d8da370fcbb
0af915ff914e016f14fc4a1ca80e2a85
7746cbf7ee0f53e6094a3645f3774235
b59bf6db15706b183ef372f9303a8697
921f6ccb96c452361317095dea2c804a
15afaf6bf597da9eb4fa02064987e22d
89c50dc400e7453fd0db708d8c21b1f8
cbb38e530a107de5bed7f245573c715d
0453d978edae315e2cc4539804e0fbd8
99890cc6614be785bfe96e29fceb119a
6481e9f145925500e81cfe8086ee7a25
ccfc1597452bf03f5e8487ac3f96eb93

369e0e30f555a65488b07b590461ee6b
7bb4a154b262463ee0106ae10c1017f3
d562aac92cb3d77c223e918d5a480b46
7559f2c5d25b1fa0cb51b871fd4711c2
6169fa79107404e6744e437814efdad8
026790ecf034f9529d1336ac5e01d7e8
bb694a29faf3e35cff592fd6a771168a

7ba61e0591df624bf9a81491dc846725
6e034d639d37916ff1fc86360b8d458d
4bd7c2325309e0f97b784558d9b8a9a6
c04bc85dbb8a67190487e46bca3ab73e
21bb8bb5e12aff885f1322ef9aa26aaf
1d3a04c5822ca059fe372609cf791dde
57be45769214403900080d594cb934e1
69ac9458b6308610cf23ad36703c84e5
c3cb4262005a2c4130080c42144c3e00
b14924645d08d85159a5cd287451bfbd
17bd7d1a318ee63ecca5b4f5855fbc4c
af020fccefd2772b7dd27e797bc72c23
b19dd5f221e5c06e7c21f6c9c7c932c7
3fbcb0dd570db46f26be71d6d8855c23
543f4ce7b9cf95ba7c9c9ab62d28e21c
e826927ed86bb193e2d18d3d1384492f
de9c14b8ba616940be6eafdad396aa79

192e20033a71be85750b4182805128b9
aadf6ed37c462fd19913d584ea52b09c
000d41fb744d7eca198e287fab10240b
1bcc585f046b16c9bb4605c8a11f031e
698d9da43c656c938f7aa46a0c85778a

1e34292c5f5c204aeb377fe87057a919
16898c5a91f55fa703c23644b13513c1
0a12cad3e834f6c6b0c72160cc738fbc
d096beb076925d516cec07ff67316159
d0c236bf8e4f44c62087b01a0bbf8eda
ec10643571444b14fc406e4f2062a11c
c440e52a6add9e142f97abea2a2cfa0c
1acd5cf0eab7c82c1cfeaefe717e4732
36fbbecd546ec778f32c0155c0e4cd12
9294fb0899e929d1cb02c78eb6fd1ff0
e115ee5d766ef9651ed886a0c5cfe109

665ceb48cde9942c6f62f387f3d4363a
1733af656e32476cbf65196667e8bafc

12544d18219dfe4146444c9af82c0ddb
1f497fe35c9e2c45121ce84915b58213
0fd8f065e7deb85151cc8ea4789dbd7c
46273f1e060a8202ebef7f0d8e57c57a

0eee633b0485e47b98b5826c70440dca
ddc7177c74ae56aa4632feeb6b0cc455
739b274ca166ea9b5df00bdbfdd6a32e
19a68fe6e5e9bb17c3646a7381afb0fb
4b3e502b85ef404b561c46b38429daf4
c7c8daf905c4c599511e927f713fa7c0
d8a65acd6e8b1cb895db8ec9b935741e
488e88e74b860996a7b14c82238c2ab6
fdb8fc7719a66333887b71b8ccf96f15
fdb8fc7719a66333887b71b8ccf96f15
f75965e4487b22853706f59bf28777a2

73a25a0e9f3bf83461dfb9cae2430d79
37a42dab1becc0709c12f2fe280e3f0c
c620d4b05a15ec7a8302a9980047705b
d2da4f72e7554d58f596844679326782
ce0034c2b8d90042e65a8c434c10bb8c

ddd684600c3ff8eb434002cdeed80ab9
1600e16c72f6241e41a70ef9e6a1a46f
285fabe9c25883f7907600bf96eb22a9
ba48eb0508d729ac947b1c289239cc54
0032ad644e2777103b923cd69cb34658
d814e1def87d04a050547b23c69c27a4
a540ac8acbcadbb22991b52dbea7410e

a78feb5a92b39096fb5d58734fee4a31

5c3f09063618592f8ca58d56dec4b4e0
88bf78108981c34cc53de99771f20bd2
7afb4058c045d40d134e8fccec124bbf

407cd4600e1de4566ddcb73d62aa06cb
159fae24a7ffbbd2633be3b2071781f9
20644087cfa44a41ab3cb2617a498543
a232231afea99a6256c5197742f9c319
ae84973779c084b4da3430de94146d33
c8bd8609759115faff7c426e00b5941e
8733a0f063fa31a6d26109d085158ac0
7c175f24e54411cb2f1ed8e889507775
9a9b8dbdae1070f573fb5944f4cb9208
83e19ff125fbb48fdd7f6d762154628a

9c0c8c07beaf5559f969c75331a3f380
1d526aaf80cdd5b71060209c56f36f7b
3030939a41fd52a9e264a9f48bb411cf
84a171f12b39e12008828d60d5f7a39f
c4bb142697bfca1a7d23dec0fb7c172a

678d0a1d5e68a17a5936e28951ca8daa
6c0af0baf75107922ee28cc0799e1753
d86f09f8343bc04cb99f86c941a4fd10
5aea82ea670d3676273e780f06627803
94b3e794b11ab0ab3e7a8eac561fd63e
ae6008bc0381bda622d64411ef462bc5
17bd7d1a318ee63ecca5b4f5855fbc4c
a57953d04f1034aa4393601681efabc2
aa50605f716ee7956aa8f5645ad5c722
17bd7d1a318ee63ecca5b4f5855fbc4c
17bd7d1a318ee63ecca5b4f5855fbc4c
17bd7d1a318ee63ecca5b4f5855fbc4c
278f08bb71f89ed5f9d4e2814055a2fa
a30d45c7a6e7ed0157c41592b2340134

3a899a3a0597c9f4b06d0aa7543067fe
097b2f8ac54aa8cd6efd96eaacf6534d
9ee564585c49c96d445c158c948ad5d3

315fbaa3f036c5a9d3c581ca07861916
eda2ed91bb97e1efd619c239f24a7254
ea0176e17009af30928192414e4d13cd
1867e17b703557c7f4f4ad5cecbb4c80
c14c42efc363623a1bdf38cb1b3e07da
1126e6a35ee6971fbbfb6d500f4aa143
abc12fb42fb1e09b1f91f5c581eb622e
f4da09c9250e7156e49db3cb7e529e07

1ba710750b7974010b5f9e36d8e34c34
12025ca6b3c9665ba2290be3556d0a90
1ead78c4a3beb42be4cf8a920d643358
284a1d0f58c365643140f2c2330915b4
f29b82e895900ef5b43ec413af0cbea9

06359aae6bbd016b93e8a3a52dc691cc
88e6d3e144f6f1fff8d53bfba9a499e7
9c0a9986d294b233f7d2460d3ae12e1d
dd6426408bba518ded1fd7f763bfe87f
db00ca2881fe75dd46cf89b58caaf292
994a999f8974e0e5d9985aba0868cc3a
19c0cd2861afc4e0b94312c231071191
50e497ada6771b535f6c9c5ecb8ac57f
2929b038c023e8151de733daa781d7c0
f87ca223ba3b0e328ce6fc8f04cb372b
97512324e427e1e5b9575f1ea27aa2f1
be4d0986bb8c8944ac1da9ff796f5df5
67ef984e24bae34ebf5dc59ca96fadb6
0467c64e6461ddccb28d2a581fc5325c
2387664d772d878cc8adf5cb0bc9459f
a6c0645d856879c4ce583e956ed49dc2

f73fdd185955bc06c155aee2edf5e86f
1966a06fc297371d3b5e5a1c08271e67
d5641ee128ae417bd84776d25426695c
0bb70f18ccc994255496364583b71dbc
93f45767663c9e1e0f1add9f39ff594d
377ef25c9bfff1606a2ecb840956342b
c538cfcafa14935e41af97d4b738667d
8e4e9b2a07b3bb7d3c79e6a67c7f58c9
edc8494cf14e0077fe853d1ec5ec8945
87c8c1e31dd22fc287a00c63548657e1
2cc58d98651a5511acfb94c06b56dce8
92bc5ac420b42c4131f50c614eff9cfe
2ac1da89a382125ca2782ed8dae0d0d9
329a55b53d144ee22506845c99a8e71e
fbed5d80767c9b148409e294850ac66e
3a87b43b998bb94353cf63bfbca9935b
a6975d2db8e2e128bf7036ae3d85770d
46ec9e69c9fc6551d748a45da5363caf
4fd35e98985ab659e014fcb8cc195020

92bc5ac420b42c4131f50c614eff9cfe
d8adc7045a713ebcaee8216a31065802
dc9c28087109765c7fe5b79bee433773
a439f86ccf0fa221d6735496c0f3c11a
e4a34fe934e6992bdb6a8498d67fbf3d

b33bd5c24eeb09c6a14cd502ee228298
28ab98a7680a0c90cc6f510e558b13a7
28ab98a7680a0c90cc6f510e558b13a7
3112bf0ae0af5914f9398b3a1fb0249b
13db489fa1a07498760e29555884036f
26b8f25edf09f0ee7d67c0cb0a779f86
d83df64c59250ccb223ef9ac13af1e2f

fb1a6c320a9f2a8eafc8078802afd51b

0a782d85a9cc1c6e075660a029d48a79
f84bfd1288752255e946e7be4428f20b
ed28651945200a71092841b48d9ff0af
f31360f3ec220946f1092ff3b1bbcc00
8e8b6ea22d1dd231bded066fe3eadfde

dd65fa3336011d00228af709396987f9
d0c048042062d8ff93589611332a18f9
84ae1b47167ff41aa5d9aea63ff7f726
e3f96949d2f4591a1726a5c6f43a9acf
4624c8c01aecd2cb6fa6ffd65cd498f4
1f497fe35c9e2c45121ce84915b58213

438144f93efb47922b6e0f6f9659a543
599e02e072f2e48ccf794a419db285c2
166693bd76d24dda8a6680891af25a7f
e87aa549e45fa34dbc7dd195d625e029
b9468f7c84795eda2040aef996c6ac7a
8901e36555ad49a7ec8e19a095c2b874
4cb8b48ec74bd64be771de27960f1888
d1e4c8de55f505d197e912752ba272e9
7725722406079112c4740bc500f9c0cd
7a55f301125af6d8d0f120a92e7c29b3
6c48143bd2f03c4d1c2482a7227cb4f0
6c48143bd2f03c4d1c2482a7227cb4f0
6986d3e2575282798f196ca6c9bab7bd

d09ab3bcfeddf7e087b688159e7ce6c3
d09ab3bcfeddf7e087b688159e7ce6c3
5d2cbaf2fce34ea4882703c7a97b5e1d
b2cb9838b7f82a100026208a34ff4bd6

34dde91320e4d6c32412695ec73a92a7
34dde91320e4d6c32412695ec73a92a7
34dde91320e4d6c32412695ec73a92a7

16b43f8b297c869e18d2193f2afbebe5
393c132a3c6c252d5a933ab0f0ed66e9
9a15a68c76e688d305faf366cee9c830

4981b94a7a66c719902acac075c05018
32915ece9306bd3ebef9d586cc575007

1ac8cab43f6b82b71cb2c1cb2c2397b8
fb4513b7e53111ef83ce7e1a85712a20
03ca5a80b28fdd4fcd724adbc7a86032
ec1679e5247942426fe6682f2f541db9
e5084f4cb07e1789f73b3fe9b6718e02
6fb0f9888abfb533a39862e435f18fa7

0d6be50d65ffee9e0e6a6e483cb58725
a0ea5bbf3c5d12f70777038a6efb96b1
156e7c6737256e03f5dcb1d248e3545f
94b3e794b11ab0ab3e7a8eac561fd63e
3546f45607bad99f59a3792d6de26818
1d695a38c412f953a3e0edc18f441880
8f1e58b88a9ee25f652e46bbd23012b8
3940cd1764e61880e254442abf532083
ae0d88965dcb917e264fbd863097d34c
b50ae9f0778fd06aa77096a1a81f1719
ae0d88965dcb917e264fbd863097d34c

54f58be815fcc7e760fca493540bb42d
3a84bc89c013966c0674ae171c250bd3
3a84bc89c013966c0674ae171c250bd3
a065219a2157e7f0611831f771078047

360de31249875a4e882dbf8613079e60
e30a265dc0c7aa9b9e82f630d9b05425
40915a0f26a69b877f2e7ecef17079c2
fe4959da77f0bd387051aa7ecf894377

dad666b0cf5e5571e0c6cd156ce5e616
9292a3c45b645d053f7c0dbb4a67a3d5
9292a3c45b645d053f7c0dbb4a67a3d5
2d54a5576b6d2f93a019a961c91fe689
481bd666526f73d51f63d6c74dbabb6a
9993bfc69979e3b9fdf662cb87afbde4

60e686e4d9e72add236235d7050ba943
6f641dedf0848ffaaef69a8921861a4c
11b343c574766e015e448edd9d69bdb3
1b4ade3c5897bbe184d81cfb7f29761f
1b4ade3c5897bbe184d81cfb7f29761f
76170ef0e380a3a29b2baadec2d21f44
cd2f57ac21e69c1e73e0d1da2a554c6a
193d23c4d39e413fcee4291ca7390249

0d74b242481a1f7dd11de8aec80a6bca
3961f96eb25ef6210021a321ca85148f
1d74cf9569bacf6332d79aea6312503a
0b2b50bf8e4b32f46bb67eeca8eae50f
9460c95d57c30f0e60f6e24132ba4998
72c6aee2cf16370077791105427b30f5
a7fcdb3a2af2e0f62d67cbbd8315caa6
edbb837caf03a4ecf5dd1ecd51857d65

5aa9d492b37a07440ab0d96290679cf0
252cd980ec5d2340ee50ad455aa4e3f5
34e9bfdcba5d9025046e72f32a8d2e3a
c999ef2eef033ffc0c1dba3940534697
92f47af7dc44e4925674f5661c6d7fca
42d1c3080e09eb20f20290036992e77e
0e0eb9d10e041d9e45e18bae7be93d54

8e9ed2aed1d507bb5e0231adb65f9779
1666737a1617a2afdd409bdcee9ad3e8

0a63b8c8370e30cefd49e25c8b70e41e
bac0c15a5a31d25bc0c3bcccd70da449
1447233843af65ad785b2fd026d99972
3dc93bfaf0bc3482b5f843f61614b46d
a391b6e06336ef3f53110dcccf29ce47
634954f80f5f48944be8963997c39a85
bc15823c2fcce818c3c9f74ec7832a1c
116a5b4514caa55f24b4c2dd97fc2f09
44f10cead8c557f9e4cb1fc8029962d7

bc51b09278b5774734c9885d16ed90f4
ff824df58f1264832267ddd9a305167c
c8bd8609759115faff7c426e00b5941e
03f2f9044545fe034fc1ab0502fc199b

2024089ecb2dd0dd74bae1e4939338e7
9ddd309600b9cc357b90b29924344357
cc46303a145830e98cbc44cbd4a4e7d2
6d0965b1bf737c840d2088e14ef830f0
c1e2f0156175598cfa446f60db148683
28ab98a7680a0c90cc6f510e558b13a7
a7ab56d4c222a175c844fd1eb7b9ab03
bee128b7f59cc972722f571693c3c43b

0193909d978f16f480d27b82d864b3da
128dd5da915e4155437712a60157360d
85b5e7c5a98ca473ec8c1da498d2a508
1b73281985e64685f985d48adb41f807
3301784afe6dd2b5a1f588e561cee6f7
4921366a2467d378a9fe1da1f7c3882b
1fac6f82762dc91056ce3d48007f461c
8bfda4204ccd6c419d1806d3edb06f69
90447b7484fe05f3a4e77442da0b5f1c

8bfda4204ccd6c419d1806d3edb06f69

7a72ace428741cc23eb9dc2409a497c1
0a6c2cc9ab6d47618ad89fea1c113c94
79dab42150f8acb088ed0228273b4752
45cf394f2f81c94120fc2f14caf5a8a1

f80ee43dbe0b00add08848c8e8ad60a3
cd97d3b1bacd0de5682ae2431162377f
0ddae4eb8a3497c3af1daec80f94492f
b0f28298ac1ea277ef07ce41909f60b6
92b6d238bf376bc9a5d52afe8f2833c2
1867e17b703557c7f4f4ad5cecbb4c80
f53342795ddb2557a4ba68f7d5b6519f

2e7e13e0092d7049b875ceb8e42db4c3

fdbcc3c24b2c9298f08cec8090c4253f
eaef34cacaf02c0e150568636165a613
4997c01bf45b11843b6d4c07dc3e5760
df1b2d7f72e3ebbb9be4b535559fb8e1
af9d7eeae483df4fecb22b7e7e5fd071
7d20d1e29d33a43899e1b92b3c5bbffb
9b56fa63d7243087d409f55a9c5bfaf7

d0348eb84fd2338b7e473a5d7a9f15db
48bc380f1d33b9b006915e7809aaf25d
ba27b7d9978999979aee60048996a623
809ac36e4135bd99083e1f51bfee5f72
fe4c2637597c430d35064b2708ef3e46
aba1e33448dcfaa4b78aa48af4891289
aaf0a64d6640ab0848f40f2f71140dc2
01a0f8dc94d29270ca37d296d11c3ef6
e6bb4dc953d0bcb49df17515a02aec38
f78725c8b4161a6d6ea537c8788f157e
d3c3e97fc0ac104ac33ffd953fbda09a

d22cd0a0d5dc863034204f6d912ca446
6a83b7a0081f3457a9cf6045970a677e
20154e9c36c81394459689f2fdf6f2a2
d19a60d96cd56b1ab1c8a100eab9f44a
89f9b345cd2d8f7ca8b5e88c3bdc1177
5646760ba16a6a64e9cffb9bc8f339fe
a0ea5bbf3c5d12f70777038a6efb96b1
0576add435cc17c11e8a06905299a371
57af61bc86680e343f0055f942b7e039
72e40a3c4a66f9d8e2402d78b8298446
fcb6c63637f092e8537ebd91b2a3bf05
438cfe5eb9352cfdbedfeb7733c3bb17
438cfe5eb9352cfdbedfeb7733c3bb17
f5d41a5302f394dc04fd3223eb573a5c
47abea086367dddb5d7c261d72e599cb
1c81973906b1655f6835db0b5f6c29dc


7913cf091b03ccfd673f44cb41186758
65e2300206902a09f9c03e92a9798eee
a142612722317fbccd628944243ae032
781cc0d6fe08a01a84390cba788545c0
dd90bb2a9db515c5de914e21b27983d0
f1cdca28ec5df8b39df4833420696e06
21e02f7fe1cab275d8d3aacfc1f5d011
449aa6f864bfe5fb292e9548e404ed21


a028a1d86369e77cc1d57247a796aabe
df1b2d7f72e3ebbb9be4b535559fb8e1


ba495a241e33a410e353099665e136bd
8bfda4204ccd6c419d1806d3edb06f69
5d7c82339f554c2dcc8ac6b17c3bcf8c
1969710e1f2cb13b70b475e897177417
2843581e40f6afe907c664b51e7053ab

07e5298873aa864d5d183490b72b79ec

5e1f5684229ade01cd9086f34e4266e6
d22026c9c6609aafc29094cf4bd52e30
7d71dd4dd6ab253de5bb6d46790584d6
3e12205da22c2832b34db6d9b00b2230
892e0f2374b53abb4213dc46dcbbb9ad

54353e3fcacbade001a2f4fbdc7a7573
ef6f49490a70cc5d8f91e067e9a32b15
ef6f49490a70cc5d8f91e067e9a32b15
73751b9bcfc73eb0293d3ef3262af882
dcd6ad7b24b79cbdc5a843ec9a0d3324
e7906517e0db0d6a3fcfbd06b04a8b42
3c3d247bc3fc382f6a4c9a87181af6e2
b97f052dab6cae6e9a0d73b0e19ea760

624d9e87a7c8b0979a6e6509b6af8de9
ee78447ada5db48c9fd20eee235c921a
f4137a0b693747bb39582a347899ad7a
9cf14e0b0076716e8954f0a3b3df921e
47937da7204864f8104a688e0ce3464d
a7e41082c52d002c391ff93368b394ce
7bd5989fe04f468657d464aca575dc6d
5d1d165ca38d6066ec480e47daac1d1c
1c43585e45d38ff6cc3eb54ced45bf3b
909e4267c9e2a07c445823f89ecc6b6f

216b68d471373a8e2995b1622ae6891a
577a0d0e0223c01e830de2119cdb1201
6d75af91edb1abda0a7b5a9a6d50ac3a
795d61ad36bc4e04aee89889c1902538

03fcd4b6ac0f58367bb68ed159a30fea

676f1d6098484d49126bf99cbfc80e1b
69ed7a1645aeb0b858109e706c06be90
2f8a8a0daa8ba6032ceeda80652be7cd
1c9544c09e75ab818395d2a90e0d9368

804c9bd4f0894ee4e6ca00a6bcb48ff2
84ace734f5507783175c3e896c359efd
6be7b036f2a8727a460b53ff1c58b458
0460975b67710ba5a7f675e2baef9b3e
792281d5c0dd846f0e3ca0c8d26956eb
792281d5c0dd846f0e3ca0c8d26956eb
8fee4ed935e1ed88a8f0a6c494862ecd
173e4a7312f6b191dfbcf555270bd07c
e33315dc17ac81f0547fbf084f6099dc
fc897403cb10ce08ed265950735656c7
a8df23cb28866fdd30754000adc816c9

3aaf6a99f037efc4f6ead550f1b75887
4c4f1ec10ec2b3367384821a8a682a7e
438cfe5eb9352cfdbedfeb7733c3bb17
2b2d8ffc3085d204cb902c8351ca70a9
c987cec5b454262d723e04902b75b827
f4ac41788bb4e1a314edc72b1a44e41c
84f610ddda1c756b1c2dbfc200e2f251
dfdbaa052f9e1f0a380a4558edc8dba7
00f4df344f3540662cbc698cfe29378b
693f2849ce3426b4624c3bfe319f485d
cd6f566519234785bbc581d108710d72

a49134ccf2779f10530b4705c2303957
c80848dbf3433ed2b31bf5ad5ec8736f
444a832739746433f6d2c7b2389bdd54
710e2b414ac37da1214c6c170c86d204
e3281ac9e065def0bdb1cc4fe0d06a87
33d52a32d3b23f985a15fcb02e922fbc

38bf08627f16543cc2f01d0ed054f3fd
25b8a64c81daca098c35a6ecd75bd6e0
4903a5f13febc82752f031c28b1155c7

d32ef582f3b38b00abf7486b5dada484
4343229055cc176d2db77d0efb29b994
4d59bf45cd91a309a73768523463722e
b302c97a65faa121d13feb762747b2bc
d044ca6e374b0575900d2b524e2f28c4
34d30e3aeda36e09aa8dd97474b38962
e07bd302ef638bbfbc89c225db28c8e0
98268256f8f0bd1f8be7a7709b27e8fa
e92d0c999e125215da01382e301c1047
6d4b0c4835461a355a9af04bad804036
eb42cb4e1653551aab54a3b3b5d02e84
98affab499ac2e643058e69d5352936f

eaab017e899ebac00ad989313b6c212f
be8dd386737d79945f91afc24273bd95
ca80730571199f74da60a7e4f7286344
2490d275064de83f7d9e3f953f88f48f
5e342cb1d91b8c12e1a5a1c730510ce4
1aacc8b20dd9f80fdc732868d40cc51f

4cfb23041c18deebdeeecc7accbb1de8
bc51b09278b5774734c9885d16ed90f4
ff824df58f1264832267ddd9a305167c
42a9e49ba39e515b0bbfb2b99f02c9fe
fe446b5105f16cd056544ef0ac59ecd3
136759de53f4e789ed499e55dfcefcec
b43d538c21110dc2198869715b381ad0
261b95f053cbf3fce71f828153c7af39
d2290d590f3ec1f770250738440e8adb

1eb9e7cbf8a2d7cac37e887c83b648bf
6bea249a3acc64fd4484a660f4a37014

bc51b09278b5774734c9885d16ed90f4
f8cc8ff82cf2a1e8f809abcddcb5ab5b
2cbc13b2f1809bf1364e1d68152ecbca
435f19e41beecd2b2a4b2a5f93378c7b
621d05b50251b4bc02f2e3f0c32a63d0
cb7b874cf94075e555a2f2888a6485fc
f6556fe0939b8f10badc737e078d245a
ff824df58f1264832267ddd9a305167c
35b3cd7a48c44e14d772bcd0e96e24f2
3081a99983f0040e927246ed182248d8
f1cdca28ec5df8b39df4833420696e06
1c40910c8863f5ada6f6b83d83f17736
9c59d9b339bc59da5bc8ff82b6c40fa8
b7179bb9640cf682d4f1235cec670c04
ccf4e683cbb48dd87550e567adc6779e

b79157158ab8e845b478dcf86418d8d7

89bf841f5e4329ed70bda4443f59a972
89bf841f5e4329ed70bda4443f59a972
2a7d9a7bf311882543f9a5afd6875f3d
7ae4462ed96b4fc046196e250a6d3fdb
c04af172441432b74947d0dffbc95c74
a24d277a521f2bf85b32b814a691879f

03f2f9044545fe034fc1ab0502fc199b
269d8465e20b312d1985320b31de9199
d5cf8c0fc125bf0ed776fc791a62d6d9
1fa03ba575227af56d1583866e2355f4
05a5397aa5890f7fe06f58c3095c6c23

42d83fa4008c1264069b90466a140081

29556ec83c11a8098c6d5bafdf68162f
cc65bc21f6be851b9b24b29bf1d2985a
e4a34fe934e6992bdb6a8498d67fbf3d
26b8f25edf09f0ee7d67c0cb0a779f86
56493dfbb6d948ef50580cee4c3bdf18
160b44b06a77a64515683caaeeb1e237
e7f27056eeb7915693e46ff7009c38c8
06e5c8ed342048a37b0c1eee3825b579
53cafb6ea4c888919d59f63d2b25fb64
7e67f9ad75e10726a3eec42e708aca63
9299a8972379ecfd9fccb01d5067c5ae
367c1ba0a6972701bfe0806222d0d15d
5a55848e84848a09c8491fd5d2a96af7
00008cd50dd40e09eff97bb5a268b7a3
a13fc3cb0d45a84469e2cef84df2c418
0a782d85a9cc1c6e075660a029d48a79


76ffa434b010b3539ef627a826fb66c0
8b9d459a645b2c418f8ed01ccdab8910
b9cc6ddaead646f46c27488955e3988d
c65b216ff0864b2a6c747964663977bb
a0dc7bffcb28ee41d145d913a956545a
e1fd434de01bfea9953febc2e181ac59
4b6470c7291fc5b1d57bfff5c4074981
72eef36b7d24469370d9eebb72bd0e9b
cc095d69ed00783eea9e246e78d32727
29cc8d21fbe6402e205fb3269faa7e70
20f3f3d066604f882fd703e8ca58db84
e67a328d870dc16857261ff2839f733a
b58fd4152c4a01f2f998e8b15698cc35


9336acfbf37a9e0f3bea3c115f306385


c8e13dcec1ff1b5e0526fdf3ccce952d
4380f224d417b807268719c39e3004a2

09ff14fb715e763d8cbf1e1a8d20bc16
9ef840a67b3018ebe6eb8043fb7568c3
72c9024874ceb5d5623b7775fa844178
33c0cd560c2d4ff975237d32d0039244
b00e36a589b47adf62b1d40bc329519f

f0cac5b37ae52733a187bd587545214a
8f15fae2af08241c120c1e4720cbc1c1
f9ef83ce744f9aed81c5ecb251e453d7
806d978cb8436443da163a94093bdc3f
e14b5b9baa6260a48c0515448e38a58a
4329a0947a7b7f61be53cbc9a86cedd6

b6be477ebb06de6c9913abfab64f2788
9b8747c0d4f801807f62bfc7920c8f89
7b85c75ff05fb532cb8ef1f029d3abd5
ab02b698d7df8cbc57b05858a8e8b835
d04e2c0f59f94acc2b71e6eb4046b998
174d47be80c2a6e6fe169dbd613f1f9a
846db2bc3a10498de010236e5f29f93b
bd8a24896a8b15656ee0dfbb1fd9a6c1

dd84e45737ba985139a355fd458e56d2

e3f953ed91cb0b98951291cbf8d90994
fc411640b4b26d144a28989f69d946aa
72c9024874ceb5d5623b7775fa844178
2474b092c182ac08af12d791362fe561
f727b3d6173c512d09ec84d05fd7a737
060a0537ad61e8ba09eb99c45edf822b
ab3a2d85e0c4e1c71848c10e41926da4
28a04a5f91bc15bfb86aff3ec0a6cc90

5e3c97e02221afc7efa0925193742ca2
e9fa3a48cbf1bde263b2a0bcf817265c

ca7f252aaca5a0e329b031f00f723b19
d80add250dda1e470cbb3f928b564083
3b15c3dc1346b4498e06603951090508
489d9a9bd110c66d4d7a1d8327df5f64


c905a710b09e548c7fc7a09f81b19105


95cbe316f958ef1cfc91b97d17717db2
00008cd50dd40e09eff97bb5a268b7a3
5b77e1a2ac9faa8e3d2c8d9c847e85e7
79d9a010eebbcee43502542396c2d977
33784a85ddd78c21895c691eaf001d0a
a6a71c4d63b17599290339b97d90bd99


438144f93efb47922b6e0f6f9659a543
599e02e072f2e48ccf794a419db285c2
7965f6d906ab9fbbddd412d931fb193e
72c9024874ceb5d5623b7775fa844178
45fbda0b383b9a0d63c684a331a5025e
a637381266e4cffe0e776638d8a13dc4
27e681a5df657bd02e12cf9277672ef5
2d955490550579332829c51eaf01a22a


1f1b414cbfc559065d0d9453a03775ae
2d955490550579332829c51eaf01a22a
65beffb11c728122e73d866afa0b2908
cbcb20a308a53a1c0ce0a78a4affe0f0


5ad091d9a012f2829a1772647e7cd263
cf954761d2e6bd043c413b9a64825e4d
927de1a894afdb52880d89b727dfe47d
eab0a41d7b392077c4e33a8b06e02154
6a530f42a77c23d1bc86847b9c78543b
37315285c25865d77d8b2edc93e187ef

38abd46f78a628f2d35b5813fd5151ff
9bc750c4062c4dd39e7918260d3b40c1
5d2cbaf2fce34ea4882703c7a97b5e1d
1386212fffbd969fb254c1cac3ba6582
b2c265329e863f277aacc2abf5af7f32
014478e6b7ca36ab017901d03981fe2f
9a1a8cfe96a848824172722750849d01
95f3ee94da173e99584cdcc4ce98cfbf

995b96d80521f303d9b40e43dbcfebe4
948e6be9bc0ebc433c9763bf460239d0
06b59f47e992d345a2484228188e1323
399df7f7f997fac75e291a9f7c7cd32c
b6f0258607028683357c54fca0de61f2
21acbbca773f204477a9d097fb866373
b6f0258607028683357c54fca0de61f2
c67f9f8e460f8d68f33e7d0a99f54241
4c9aa0c46b877a68385461fbe152b80b

c888d18a895fc913900e5813cc1ef7b0
3e27578dbfe0301f68bfdfd8f3e96c2a
1f1b414cbfc559065d0d9453a03775ae
954801cc1252d5416b470801988692d7
ba9e89323b36972e43a88f7f74835af3
c95ad9e68a7bc83f1083d4d8cbc26fc2

dce0d750bd2ae4ea381333663866fa58
b77453ae22e804d9d9caaaa334447ab0
4e95f622270a755262173cd14eea1ff6

fe68af8ed4d03809df8d17522b805c2f
dc476a8e53c02f2f6958e991cea84551
45004dd249130677ebcbedbae3637e09
112c478082bbfcff6f79407ea260230e
a3abbf44627288d96ba9861f4a9245d9

5324437ad922e9f9f132e80a60eb7c01
a845a3ed13fab50a17eb07fb51f158d9
793f0b9ee0269534f49951f13772b88d
3fceec93616b5c093479629bb357e196
8ae66c152e3793ffde3ecd67b3f416e4
ee5b9407e17add246e7c58e7ff748760
a92e49d15d623a4414ccd9fd784d3173
8f51dc9704cd69b499aff9d5b83c656c
29d4aacf5855a033df0f96f54322c188
98910323d382413de191dfd875c13f02
447e311ddf054a63f03d3f012641564b
00e4c5e8626cd87602a4e00ec0055339

e69be7cb298687b24983dfae4ae51e1b
1f119e2fe863622ca1b15d5a125b1eb1
66a2510556e476c0443d4a3bd4d3ada4
9a7125820a70699cb2c0aecd13a8a51d
5b194c4c9bb97c8caedbd05eec98a480
35b3cd7a48c44e14d772bcd0e96e24f2
4db9c08576f4ab16d27ba7d1bcbd32d7

4a9dd5eee1e5b04eda6e4f12a27bd701
f0c025e9a092cf6a39330da12ab9a49c
1edc32007f69136487b9bc72701e3ca0
75048db103542835be7fb55c47cfd615
416c1e0aaf0275c9e45a640b1ebd5010
60fc61d6f2e1544481886c96b4e14d72
5996761a5bcce49693a77858e8927577
51bb0281790c9ad96462eb8ce13118cd
44dcedc508bb94e8e764a6eb2a5082fb
9a6c3121a1f818540caaba0fcc54bcaa

f4fc8ea86589c01da20ca13170a63432
422a6fc5d0b9f6d169e1a63df4df9bc4
57b19a7af39fc8ab3187a22999e40bef

58fea8555eaa9f7e9087e1222c59815d
4cedcecfb3f3b9ef72488fa1deb1bbda
07e5298873aa864d5d183490b72b79ec
04f0c73582fd396af6a474b9653747c5
a8b74a9ebd4f0e202c922bdf46034850

710e2b414ac37da1214c6c170c86d204
6abb872b12c0154642e35524bd4e98b8
e30a265dc0c7aa9b9e82f630d9b05425
a9d1ea34bd78cf2321e53c65084209ee
5bafd6f4fc032199402f65463e71f627
5cf994e3f34889f5b8a4035cb69efeeb
aa67ac3f0e3e3ab25d39d1cb6929e5b3

9ed7b8815c40370a8dd4b976352c0339
80289815b41b6cd3b8b32cbd794926db
c30095685adc7b1eba82f5932d0a5742

cce504a23c59723763383e28b1073c29
a6ebeaa38214623f041cc4b589044ee2
8b3044287fe195166678a447a6787fb9
14644ace610a7aa449c4b7cd186ade46
e87aa549e45fa34dbc7dd195d625e029
6e57ad7c105588f4e47500ef554c17e9
e01faca4bd555ac406d994896f2be3ae
3c9c9f27b2d867257407e96191e3a888
44b6b8cf473ca449c26ee0ad928f70b2
cee006655e91a4decb9482497ecfe6a8
a2eca01fca8fbebf58b6209f924b4dc5
b2554a03bc710794b3e18e40957a3969
8a17ee6151331f1e4810065b89aa1ad6
0acd4105d4675ec28577256afb764594
5f6203ef9613154eef59ba7367657952
bc5d3069f728226fe358264c39ec5e3e

e25d9a9f20b66d52b20c5dc35384769a
8a707487c4dc2325fb22a8ea3b545eec
d9a1e86e4d6ecd72c51e056163a3edb9
5fe325421c362644feccffb67cd5c1b2
ab02b698d7df8cbc57b05858a8e8b835
d3ff9b62ab12273bb29a92b7d53774bf

ba74c4bc9b6f3c1d829ef903c2ab31e2
ba74c4bc9b6f3c1d829ef903c2ab31e2
737a5141170110fad0c5b465dbbf7f3d
18f90cddfa6efbe1d78626264cdef1fe
2dde9a9bcbbff8143ca96542857dd5ed
fda340e5be687cdd927b0e2ebe73cdf6
67eb75341fb8976b7f4714aa49e1242a

9c0f3e44e53e4d5c12fe586d2eba4944
6d5d96690c05b8fdd0cbe2e2f1fa025c
1a756ea2743de1ba3868ee7fb642305d
094065bf46fe3c0fcff8720eb11bf7b1
c5a9dab018872a178f5dd507c57a1e62
7a96e7df592987ec7a1995f0084ff401
9c0f3e44e53e4d5c12fe586d2eba4944
6d5d96690c05b8fdd0cbe2e2f1fa025c
1a756ea2743de1ba3868ee7fb642305d
094065bf46fe3c0fcff8720eb11bf7b1
c5a9dab018872a178f5dd507c57a1e62
1e85bc7870bb65fa09f19890cb8655c6
c9adddf336f84a57229271d7c315a389
05d2839cfc6a3e0d4bf6fa076ebd49ff
efa773afc19705ca18468ef18bd53702
368f7b760a479ff986ad1cdc347e1b31
239e731250b2450d0b2d799c85443b68
1e85bc7870bb65fa09f19890cb8655c6

c9adddf336f84a57229271d7c315a389

05d2839cfc6a3e0d4bf6fa076ebd49ff
efa773afc19705ca18468ef18bd53702
368f7b760a479ff986ad1cdc347e1b31
239e731250b2450d0b2d799c85443b68

dab47c05cc160e846530250d1a2606bb
f15b6872170bd96eb98e46e9c38604b1
9977067c4361c0818f36ecf9864f5180
68d659e654c3daeb31b788ddfdf37d51
e75d660b49244cb5456ca02bc194d4fb
31fa2b6cd2302528ddec9a19822e81a4
944a3ce25f552d102873a52dc5bb7494
e87d43bbc4ca748f7abf5536015a3c38
df887ecc4b18526202f9c870feaf2677
1f9e14d6174b8cd03a1f78b009b93b9c
002308a16ca2ceabdd5e12a9ea488895

d54a78903e5e1a411177ebb3e2b5bd31
e184b36d5cfb0719940494d8ac862cb2
f02d0d2fde34d5c1e431bcb4371a3886
a552869212b31165900a6cbcea954923
05c5bd36e4b54df71bdec70289bbe6d3
245cd5124a9a1f6caa26e162023defbe
f090555cb90380341e5aee67194a80c9
a9fbf9bc5ff36d722f0e7ceecc766503
c5c0f3ead74850e4c76c8eed0e71708d

012edba86a969376ae43314805adfa06
2474b092c182ac08af12d791362fe561
936ab8c79edd2452111183c0caf4a90e
588ed8eb9628c60d600bb7dba87727c6
bb9ddfdf513327982867e86c24190f19
21eafadc051473244f5b6a5f74e473a2
1a21f2a360a9ae69da3a20674a625a12
c5087eecf7f90375beed3ecffd020e34

523f1a68c312c103bfd124154e7a7c0e
523f1a68c312c103bfd124154e7a7c0e
73188ff6aea3024f2ffae0ad6db19fe4

22f946f76eb61b88831683e613d84de2
caea321c8c786380992a026496f5ebd5
ef4adbbe32a89cc59574adcfd9afdcc2
520a084aa33ef25b00b5cd2b4c2b27f2
960a70cb1abf492a30887e827e8cde89
00b682a661f465f1b6842cf4b47adcf5
b8d8a7392a59b0e9823151423f06c3d1

622a3db946c082406523abaa3ea6e437
5a4547dc339d34686da01b681ed96c59
2e53509669f175af3f2bf3c65968d232
b9708ac25185e6b67be31df9eb3999bd
9d430e6a3fa31b9677bb23ba47f9c227
718388ef02cc622171b42a245d5645bf
e6d5c346d5a7a7bc6639c71d3a8e1104
b4d74649fd5fd1069a4485d953b3a128
0f35b0d77003e0fb6088a815a0421256

8daec2cb1494ca19b8395860da4ad4e1
001e89d57da893238862acf18f70e3f1
3b0f26228914b0eb2b3bcf783f3d978e
5ea7276dd2756953ba34bf9645d45028
d359ad2ec0439daff775f58881379880
6f6e0377edc991feb84605a3aac807fd

bb7f014b71b0e492dbd2b90aa85a8e78
1217cbc2eaa17dae7a501cac13622235
c0eaf3ac3932c50853db563585f86cbd
aba9953680b7ca5683877753311c2c94
e6fe43be2cae9922c643c8906e1525a5
efe48005ceec66d0fadf4177ad4e88e2

9cc20fb7e2ba5378f370a2711d6c50ce
b9788e0625b505bb2cd831da25128574
91c6f8d40a1feefdd4a0bb94dfdeb631
a1c510485f205f68754b6fcf488ec492
d0d51e5fb5789837c0788f87e783c60a
044256d8ebf4ed79acc4ff11ec2c5682

06349ccc55b2082e0aaa25a06d948ac8
e6feea3b876b6339b8ed50fea49d082c
556c6ea78df397e30f38ab8e19e177c0
ba9f0f6dbf755580f9287612121e3a03
cd349d08ddfc29ded1788869dda086bb
734b2080bbf68b10b147729f1e536dc3
5f61405018f0000296bc0367fe1d9d10
6a07ada0bb99be6c715bc43ce9d87524
24433350351f812252aa44af9d42aa8d
9302f338f4338e6586d9b92c6c0798c5
6ca0bd2855994ce8eceebf205b08c660
782d1efa2a8f8f13d5bd61c5cb1fb148
876920f675cb8e48446aba1300a34050
eb099edce853911baad5c6f93fbc86dd
8cd0889fb16c6547183b24e4b53069d2
98f1f0ed372e5267bbc7113eebb6e35b
8a25f31b597b568c9f3c6fcaa7fe8584
e01c9700c9c6ce1e249a527569fc889a
9e9a423cde4ce14d5681739aee34e0ab
6965df111d24224db8eb3d85d8afc65e
48678989785eac43fb1221373a16e2ac
48c99f48898d6f4736a80e4457c20327
b66a5d3263dba7cc793f7fb209b1080c
01986fd55eeb6570cc38e2bcb81b9b23
fd5427e7914f0a75d268f5f0a27ba065
2a806f25cfa4f6b37dd9e44f3bd3044f
125760d1b11750e288aa31c5aa5236e1
c269c0764355c9432e03acd9fa4b1aa9

bf308dae2dfab10efea57aca7949f21c
1aaf7c95a670fe614fcd6729813147c7
ad153e5fdb8460cd2eec7d5390089953
184b44dc0556fced9d2697994ca8cb7c
e9f67a12367897f8f5111d7aa47880de
8d53d99797aaf223d971b112046af6bc
9bf2e854ce5cc76d9d76c91cade96793
8db3955cfdf203b54f9150106328ef51
aa5ea15743052950d04881087ac34793
b5bbe18ee5a8b6aa1afdabc2aa8120c6

19c0cd2861afc4e0b94312c231071191
19c0cd2861afc4e0b94312c231071191
979bff97ec3ddd65285d6fc5cf4f13dc
19c0cd2861afc4e0b94312c231071191
50e497ada6771b535f6c9c5ecb8ac57f
2929b038c023e8151de733daa781d7c0
f87ca223ba3b0e328ce6fc8f04cb372b
97512324e427e1e5b9575f1ea27aa2f1
be4d0986bb8c8944ac1da9ff796f5df5
67ef984e24bae34ebf5dc59ca96fadb6
0467c64e6461ddccb28d2a581fc5325c
2387664d772d878cc8adf5cb0bc9459f
50e497ada6771b535f6c9c5ecb8ac57f

a62059f00673e374cea938e0d2e1b1fd
840456a4c7ef3dc1c8777d7623afa011

2929b038c023e8151de733daa781d7c0
f87ca223ba3b0e328ce6fc8f04cb372b
97512324e427e1e5b9575f1ea27aa2f1
be4d0986bb8c8944ac1da9ff796f5df5
67ef984e24bae34ebf5dc59ca96fadb6
0467c64e6461ddccb28d2a581fc5325c
2387664d772d878cc8adf5cb0bc9459f

ad6eb89c4bb6df4c8a70ebaa7a59f61b
8c6f373e2202b5e7c50fddc47455f526

01c41402b64b8ae002d0936ff2fcc5f7
2986ab5d56d12ac2cb418a71635ea456
8cd0889fb16c6547183b24e4b53069d2
d8f9e238483a8e098ac1f5d57caadcd0
02562eeaedb7d39c7a087c6ed63b5a6d
2379c53a7eed7d62af48d5a89574a3b3
9af73e72e5ffbba8967135ded0ccf41b
95427e72f639ff6c5c607a6d13593b1b
1a7a2fb16381b3dea9c8dd15029b58d9
08d1d71623f04cf1c14ff9c3a2e1c5fd
80bd970fc1aa46d19fecbbcd6190c5b5
2e8fa97c21e565734236035663931774
315310c450bddf7846237f50ffa385b1
d54a78903e5e1a411177ebb3e2b5bd31
148245ede036b51c9b11b67bf7c29905
6058f8e68940c5dafb4cdd2df77119da
523f1a68c312c103bfd124154e7a7c0e
b34d19d2c48a7b5f01ecebf8e4f531fd
14504619e42b54b7f58c5963ce7693a7
c9d2fe01d8498a5ccf1977d6150cb303
c6521ea4f7f03527bb601254463c6066
6360d979a6d22306a00cb1fff6535176
6b6e8c6b386c9a4b90c5cac8b84d34ee
8c34ea28ff56c81ee93e3f00dc371e96
c4ecc4adef265ebc51b1b8a638b88ce7
9ee18ed5a329ddf95c4b8fd5da69cd2f
9e8dc91d3d36851a946fb4fc5abc031e
ed56cf05058f275f375f9c8ff0f1a5a4
0cd5b503eec53dff25e58636bfae4649
bf8d3e540990813f00e16614ae788c55
f43c76f37515338cca084d3a9c274439
518ccf3bfde70b2b24b1f7ab14f105d0

93552bf3e1d501ac53ca35a31095ed88
408a42b6ab7788fa556b31e7549c7be2
ef4adbbe32a89cc59574adcfd9afdcc2
520a084aa33ef25b00b5cd2b4c2b27f2
960a70cb1abf492a30887e827e8cde89
00b682a661f465f1b6842cf4b47adcf5
b8d8a7392a59b0e9823151423f06c3d1
bd0d68396521f440eb53a3b5e1837dc9
2e53509669f175af3f2bf3c65968d232
aa5d87fc8660c6ee78cab44566d359fe
b9788e0625b505bb2cd831da25128574
b9788e0625b505bb2cd831da25128574
148245ede036b51c9b11b67bf7c29905
6058f8e68940c5dafb4cdd2df77119da
523f1a68c312c103bfd124154e7a7c0e
b34d19d2c48a7b5f01ecebf8e4f531fd
14504619e42b54b7f58c5963ce7693a7
c9d2fe01d8498a5ccf1977d6150cb303
c6521ea4f7f03527bb601254463c6066
6360d979a6d22306a00cb1fff6535176
6b6e8c6b386c9a4b90c5cac8b84d34ee
8c34ea28ff56c81ee93e3f00dc371e96
c4ecc4adef265ebc51b1b8a638b88ce7
9ee18ed5a329ddf95c4b8fd5da69cd2f
9e8dc91d3d36851a946fb4fc5abc031e
ed56cf05058f275f375f9c8ff0f1a5a4
0cd5b503eec53dff25e58636bfae4649
bf8d3e540990813f00e16614ae788c55
f43c76f37515338cca084d3a9c274439
518ccf3bfde70b2b24b1f7ab14f105d0
93552bf3e1d501ac53ca35a31095ed88
408a42b6ab7788fa556b31e7549c7be2
ef4adbbe32a89cc59574adcfd9afdcc2
520a084aa33ef25b00b5cd2b4c2b27f2
960a70cb1abf492a30887e827e8cde89

00b682a661f465f1b6842cf4b47adcf5
b8d8a7392a59b0e9823151423f06c3d1
bd0d68396521f440eb53a3b5e1837dc9
2e53509669f175af3f2bf3c65968d232
aa5d87fc8660c6ee78cab44566d359fe
b9788e0625b505bb2cd831da25128574
b9788e0625b505bb2cd831da25128574
148245ede036b51c9b11b67bf7c29905
6058f8e68940c5dafb4cdd2df77119da
523f1a68c312c103bfd124154e7a7c0e
b34d19d2c48a7b5f01ecebf8e4f531fd
14504619e42b54b7f58c5963ce7693a7
c9d2fe01d8498a5ccf1977d6150cb303
c6521ea4f7f03527bb601254463c6066
6360d979a6d22306a00cb1fff6535176
6b6e8c6b386c9a4b90c5cac8b84d34ee
8c34ea28ff56c81ee93e3f00dc371e96
c4ecc4adef265ebc51b1b8a638b88ce7
9ee18ed5a329ddf95c4b8fd5da69cd2f
9e8dc91d3d36851a946fb4fc5abc031e
ed56cf05058f275f375f9c8ff0f1a5a4
0cd5b503eec53dff25e58636bfae4649
bf8d3e540990813f00e16614ae788c55
f43c76f37515338cca084d3a9c274439
518ccf3bfde70b2b24b1f7ab14f105d0
93552bf3e1d501ac53ca35a31095ed88
408a42b6ab7788fa556b31e7549c7be2
ef4adbbe32a89cc59574adcfd9afdcc2
520a084aa33ef25b00b5cd2b4c2b27f2
960a70cb1abf492a30887e827e8cde89
00b682a661f465f1b6842cf4b47adcf5
b8d8a7392a59b0e9823151423f06c3d1
bd0d68396521f440eb53a3b5e1837dc9
2e53509669f175af3f2bf3c65968d232
aa5d87fc8660c6ee78cab44566d359fe

b9788e0625b505bb2cd831da25128574
b9788e0625b505bb2cd831da25128574
148245ede036b51c9b11b67bf7c29905
6058f8e68940c5dafb4cdd2df77119da
523f1a68c312c103bfd124154e7a7c0e
b34d19d2c48a7b5f01ecebf8e4f531fd
14504619e42b54b7f58c5963ce7693a7
c9d2fe01d8498a5ccf1977d6150cb303
c6521ea4f7f03527bb601254463c6066
6360d979a6d22306a00cb1fff6535176
6b6e8c6b386c9a4b90c5cac8b84d34ee
8c34ea28ff56c81ee93e3f00dc371e96
c4ecc4adef265ebc51b1b8a638b88ce7
9ee18ed5a329ddf95c4b8fd5da69cd2f
9e8dc91d3d36851a946fb4fc5abc031e
ed56cf05058f275f375f9c8ff0f1a5a4
0cd5b503eec53dff25e58636bfae4649
bf8d3e540990813f00e16614ae788c55
f43c76f37515338cca084d3a9c274439
518ccf3bfde70b2b24b1f7ab14f105d0
93552bf3e1d501ac53ca35a31095ed88
408a42b6ab7788fa556b31e7549c7be2
ef4adbbe32a89cc59574adcfd9afdcc2
520a084aa33ef25b00b5cd2b4c2b27f2
960a70cb1abf492a30887e827e8cde89
00b682a661f465f1b6842cf4b47adcf5
b8d8a7392a59b0e9823151423f06c3d1
bd0d68396521f440eb53a3b5e1837dc9
2e53509669f175af3f2bf3c65968d232
aa5d87fc8660c6ee78cab44566d359fe
b9788e0625b505bb2cd831da25128574
b9788e0625b505bb2cd831da25128574
ab8826e3d67f246e613344c107f1f369
6058f8e68940c5dafb4cdd2df77119da
523f1a68c312c103bfd124154e7a7c0e

b34d19d2c48a7b5f01ecebf8e4f531fd
14504619e42b54b7f58c5963ce7693a7
c9d2fe01d8498a5ccf1977d6150cb303
c6521ea4f7f03527bb601254463c6066
6360d979a6d22306a00cb1fff6535176
6b6e8c6b386c9a4b90c5cac8b84d34ee
8c34ea28ff56c81ee93e3f00dc371e96
c4ecc4adef265ebc51b1b8a638b88ce7
9ee18ed5a329ddf95c4b8fd5da69cd2f
9e8dc91d3d36851a946fb4fc5abc031e
ed56cf05058f275f375f9c8ff0f1a5a4
0cd5b503eec53dff25e58636bfae4649
bf8d3e540990813f00e16614ae788c55
f43c76f37515338cca084d3a9c274439
518ccf3bfde70b2b24b1f7ab14f105d0
93552bf3e1d501ac53ca35a31095ed88
408a42b6ab7788fa556b31e7549c7be2
ef4adbbe32a89cc59574adcfd9afdcc2
520a084aa33ef25b00b5cd2b4c2b27f2
960a70cb1abf492a30887e827e8cde89
00b682a661f465f1b6842cf4b47adcf5
b8d8a7392a59b0e9823151423f06c3d1
bd0d68396521f440eb53a3b5e1837dc9
2e53509669f175af3f2bf3c65968d232
aa5d87fc8660c6ee78cab44566d359fe
b9788e0625b505bb2cd831da25128574
b9788e0625b505bb2cd831da25128574
e184b36d5cfb0719940494d8ac862cb2
8fad21d9ef6f45a60a941f9b3e932db1
81c9a1ad5eb4cac9d381ae65d615824f
5d9d35e5240ccf773a1e5661501bb8d8
159c724db9c8492280b7e5ed8f6b7ddf
35a9b4412881a7d5994e5ea43605b821
2b585488316afce9de20d7b7974a7db9
2577f0f1613f00ca10d71fb66ebc6cc9

4a97899f781e24797755cb6c48c9f124
376ee6ce1ae5bb898e4bb01ea757625d
d3fdf777d1958a2094e42e27ac88be4e
c5d0a88b6ea18dd15709ad845bbd426a
4085cefb9a66188d1634fd490a9c72c0
7a8df4054761e09517a45ba689e6062c
530d5fd36cff42c50d19563bc65e1946
3f77bf9f79d85b19f2ac6f295ad63bc5
391ebb506d8a4388e4eb7ba5cefe1899
9b35c31e3949cad953d4b6ba9cac1b81
ad1a574c561d2d868415834b210a205e
eab1f73eff0194456e4e7dfea950da34
1a08aa88ef1734728fe54b21612e6f8d
1fcffdfc2c123ff5d728719fcaafbdec
5531bdc80c30318bafe283c55b69f69e
d45f630d24ea0690f2e89370f66db745
4ea5f147300d64a018f9961aef612785
8da6a5416d3ee7e9fbaac0d45e9ba5d9
cf06e6ed0f64eed2457b034fad8118d4
79999a176eb7bc0a95078f23178d9042
1055a216a4ba5378855fbecbe87d47e4
6ceb62d6f8b54e5bdbfc65c120f33360
6ad0445bff68350c2c37e08b37df9b46
0ddedf92089f583811739c52a2539ab6
a3477c7c79e90b611afe6b54c95c86a9
d13b65b33da7a0041fda3ff990b2154f
725a78a3bf3b042b83611867526dcbda
2514c5170c7eb1b54ec03af91be9b7fb
2514c5170c7eb1b54ec03af91be9b7fb
530e78fa65a82b1c84ea05677fd312ec
530e78fa65a82b1c84ea05677fd312ec
d92f485782e89b43b97fd4da68ff743c
b7f177935df2d97b1bc1b46eb30fd028
a579647cc0e66aada27a1dafb5099d6e
3b0cc61c3e5758e82fdea699df8fd3ef

89cd663f7cc290cd71b7e792e867012f
998fc5ba77b1f0ef3db7a1b5adc2e7d7
b0675df9f45f3587abee38f0114cbb95
ad153e5fdb8460cd2eec7d5390089953
26bb6eb631531c3829062ee66d2332c6
ce63f2a054401c28a7e90176450c541e
4b5988677d1ff302faba21edbf5e28d4
0ac38d9227117b20442eb9950b57a5fb
d94f2e090705376106f2c7a5d1cc6369
94b36764da9e7443ed15c505f5aa6514
738ec7179c8a8bb7a40e52b8302b5b9a
e49507d8a80bfc8f675cb6a0521743df
5faea8c7a314fe5757da36853cee1faa
cb355020d3e279a41a055e2f42d44a68
4d50e59167600165bb03ab22beb74504
de6ab595dfabce91408589de9806701e
394d7c4e68a8a27bf1867461fc3d25fc
98da052e0fcc6e0c5578428cdc984c52
4dbcbcda6051ec6be060eded26aabbcb

9edd3219b8611e844412a0fcfad40abc
ce4fa8e9fa404ba07bb1adb31de76b4b
e80344439afe74b8f92fac9f4cda90e2

851b1ddc4dabb25a19fbeefa16bcd91b
62422898512874d6de8eac4c13b7fff4
41e51cfb312f7641271f0e5cc8ca59d3
f9a2883f46432f59f033facb1f8ae8ad

08ab8319cb40e254e9515512d8aa99b2

38729044728b300c7d29bf33d9b90bb6

38729044728b300c7d29bf33d9b90bb6

38729044728b300c7d29bf33d9b90bb6

38729044728b300c7d29bf33d9b90bb6

c909f3053eb1ec0033f5b8457b44f1d1

c909f3053eb1ec0033f5b8457b44f1d1

c909f3053eb1ec0033f5b8457b44f1d1

11e499bf3093e77f79fa20314f6c2fe6

38729044728b300c7d29bf33d9b90bb6

f266bf6ef214ec8d2a6f8701b5e397ea

38729044728b300c7d29bf33d9b90bb6

6cca8c197a1c4e6f3d62e555b0647d14
6dcffa320dcd0a837df26043c5abda43
7aab37c15e4223ae0c05831d8ef778d7
54a04213ce4e124b3098ffb990213100

4f223303ac2f06a14e33d9f4856fbda4
958e11d8dfe98b432efa6471063d5864
82a03f268401dd91f06c04c526bbc411
4b6a233517de9f7c803cc3f7ca5dba12


6366cea8db9648a47b453005a3200560




071bdd6121951edd103d13c1278516ad

6366cea8db9648a47b453005a3200560




071bdd6121951edd103d13c1278516ad

6366cea8db9648a47b453005a3200560

8a65ce3792413ad5fcee1ffa6a530fc2
e02a189f8eb07b3a596940790d818193