# EDWARD W. MILLER

Attorney at Law
821 Franklin Avenue, Suite 209
Garden City, New York 11530

_____

(917) 770-9016
EdMillerLaw@gmail.com

January 17, 2024

Hon. Cathy L. Waldor
Martin Luther King Jr. Courthouse
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

**RE:  Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
**Case No.: 2:18-cv-06296-ES-CLW**

Dear Judge Waldor,

     The undersigned represents Defendant ACU in this case.  This letter is written to request leave to file a Sur-Reply to Plaintiff Vision's January 16, 2024 Reply Brief.  Plaintiff's Reply Brief: (1) introduces new facts and new arguments not made below (not in Plaintiff's original brief, nor in Defendant's opposition); (2) makes blatant factual misrepresentations; and, (3) misquotes and mischaracterizes Defendant's positions taken in Defendant's opposition.

     On page 6 last paragraph through page 7 end of second paragraph, Plaintiff introduces a new fact and a new argument not responsive to any points made in Defendant's opposition.  In page 5 footnote 6, Plaintiff makes a blatant factual misrepresentation.  On page 1 second bullet point, Plaintiff misquotes (purportedly from Doc No. 225, Brief in Opposition to Motion for Sanctions for Defendant's Failure to Comply with Discovery Orders, at 13-14) and mischaracterizes Defendant's position.  Defendant should be given an opportunity to respond.  In the event that the Court does not grant this application, then I am requesting oral argument.

                                                                     Very Truly Yours,

                                                                      /s/ Edward W. Miller
                                                                      Edward W. Miller, Esq.

Cc: Adversaries