

January 26, 2024

Hon. Cathy Waldor
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4D
Newark, NJ 07101

<u>**Via Electronic Filing**</u>

   Re: Vision Industries Group, Inc. v. ACU Plasmold, Inc. Case No.: 2:18-cv-06296-ES-CLW

Dear Judge Waldor:

   This firm represents ACU Plasmold, Inc. Earlier today, I filed a letter brief as a sur-reply on behalf of Edward Miller, who as you know is the primary counsel for Defendant in this matter (ECF #233). Shortly after filing, the Plaintiff's counsel pointed out a significant inaccuracy in the letter of Mr. Miller. In honoring my duty of candor to this tribunal, I am withdrawing the letter brief in order to see if a corrected brief can be filed. In addition, I want to apologize to the Court for failing to detect the erroneous statement made by Mr. Miller prior to filing it on his behalf.

             Very truly yours,

             Avram E. Frisch

Cc: Edward Miller, Esq. (via email)

