

February 1, 2024

Hon. Cathy Waldor
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4D
Newark, NJ 07101

**<u>Via Electronic Filing</u>**

      Re:    Vision Industries Group, Inc. v. ACU Plasmold, Inc. Case No.: 2:18-cv-06296-ES-CLW

Dear Judge Waldor:

    I write in response to the communication from Mr. Cukor that was filed a short while ago. Over the past week, my relationship with Mr. Miller has irretrievably broken down and I have been discharged by the client in this matter from continuing the representation. Mr. Miller remains in control of the file, and has promised me to retain a new local counsel by the end of this week. Mr. Miller has given no indication that this will actually occur and I therefore intend to file a motion to withdraw as soon as possible.

                              Very truly yours,

                              Avram E. Frisch

Cc: Edward Miller, Esq. (via email)
Michael Cukor, Esq.