**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

VISION INDUSTRIES GROUP, INC.,

        Plaintiff,               Case No. 2:18-cv-6296 (ES) (CLW)

    v.

ACU PLASMOLD, INC., ABC COMPANIES 1-10
and XYZ CORPORATIONS 1-10,          **SUPPLEMENTAL DECLARATION OF MARK LANTERMAN**

        Defendants.

---

I, Mark Lanterman, being first duly sworn on my oath, do depose and state that:

1.     My name is Mark Lanterman. I am the Chief Technology Officer of Computer Forensic Services ("CFS") located in Minneapolis, Minnesota. I offer this supplemental declaration in response to this Court's Order Dkt. 256 requesting clarification of my prior work.

## I.    Expert background & qualifications

2.     Our firm specializes in the analysis of digital evidence in civil and criminal litigation. I have over 35 years of experience in computer forensics and cybersecurity.

3.     Prior to joining CFS, I was a sworn investigator for the United States Secret Service Electronic Crimes Task Force and acted as its senior computer forensic analyst.

1

4.      I am certified by the United States Department of Homeland Security as a "Seized Computer Evidence Recovery Specialist," as well as certified in computer forensics by the National White-Collar Crime Center. Both federal and state courts have appointed me as a neutral computer forensic analyst or special master.

5.      I graduated from Upsala College with both a Bachelor of Science and a Master's degree in computer science. I completed my post graduate work in cybersecurity at Harvard University.

6.      I have previously served as adjunct faculty of computer science for the University of Minnesota Technological Leadership Institute's Master of Science and

7.      Security Technologies program (MSST). I am a faculty member at the University of St. Thomas School of Law in Minnesota, and for the National Judicial College in Reno, Nevada. I have instructed members of the federal judiciary through the Federal Judicial Center in Washington, D.C.

8.      I am a member of Working Groups 1 and 11 for the Sedona Conference, which is an institute dedicated to the advanced study of law. I serve on the Sedona Conference's Steering Committee on Artificial Intelligence and the Law.

9.      I am currently appointed to the Arizona Supreme Court's Steering Committee on Artificial Intelligence and the Courts.

10.     I have previously provided training or delivered keynote addresses for the United States Supreme Court; the Eleventh Circuit Federal Judicial Conference; the Eighth Circuit Federal Judicial Conference; the Southern District of Georgia; the Western District of Tennessee; and several state judicial conferences. I delivered the

keynote address at the Chief Justices' Conference in Newport, Rhode Island and at Georgetown Law School's advanced e-discovery conference.

11.     I was appointed by the Minnesota Supreme Court to serve the maximum 6-year term as a member of Minnesota's Lawyers Professional Responsibility Board ("LPRB").

12.     I am a co-author of the Minnesota State Bar's e-Discovery Deskbook, and I also write monthly articles for Minnesota Bench & Bar magazine.

13.     CFS holds a corporate private detective license issued by the State of Minnesota Board of Private Detective and Protective Agent Services (License No. 2341).

14.     CFS was awarded a Multiple Award Schedule contract (contract #47QTCA22D004L) for the 54151HACS (highly adaptive cybersecurity services) SIN by the General Services Administration (GSA). GSA awarded CFS the contract after a rigorous inspection and technical competence evaluation of knowledge, abilities, competency, policies, and procedures.

15.     CFS is the exclusive, contracted computer forensic service provider for the Hennepin County Sheriff's Office (the county that encompasses Minneapolis); as well as the Metropolitan Airports Commission, also known as the Minneapolis/Saint Paul International Airport. I am a primary point-of-contact for servicing these contracts on behalf of CFS.

## II.     Analysis of John Quach's Laptop

16.     On November 3, 2021, I submitted a declaration discussing my review of electronically stored information obtained from John Quach's laptop.  Dkt. 146-2.

17.     I have reviewed my previous declaration, and it is accurate.

18.     The Court's specific questions are addressed below.

19.     Pursuant to Paragraphs 18 and 19 of my prior declaration, when I reviewed the Quach laptop, I found at least ten (10) QuickBooks company files (".QBW" files) and eight (8) QuickBooks backup files (".QBB" files). I only reviewed three (3) of the ".QBW" files.  In other words, I reviewed less than a 1/6 of the QuickBooks files I found.

20.     I have also reviewed Vision's statement to the Court that "BitRaser was installed on Mr. Quach's computer."

21.     Consistent with that statement, when I reviewed the Quach laptop, I found a program called "BitRaser" that was installed and executed on September 21, 2021.

22.     BitRaser is a program for performing permanent data erasure from computers.

23.     I informed counsel for all parties of my findings during telephone calls and emails.

24.     With regard to BitRaser, I provided the parties with several reports describing the contents of the Quach computer.  One of the reports was titled "ATTORNEYS EYES ONLY - 1.1 Lenovo T470 - Installed Programs – Report."  A truncated copy of that report is attached hereto as Exhibit 1.

4

25.     As the Installed Programs Report shows, an application named "BitRaser

File Eraser" was installed, and analysis determined it was executed, on the Quach

laptop on September 21, 2021.

I declare under penalty of perjury under the law of the United States that the foregoing
is true and correct.

Executed on: July 11, 2024

_____
            Mark Lanterman

**Exhibit 1**

| Created Date | Key Last Updated Date/Time - UTC-08:00 | Application Name |
|---|---|---|
| 09/21/2021 | 09/21/2021 11:40:59 PM | BitRaser File Eraser |
| 09/21/2021 | 09/21/2021 09:08:43 PM | Google Chrome |
| 09/20/2021 | 09/20/2021 12:34:30 PM | McAfee Safe Connect |
| 09/17/2021 | 09/17/2021 08:35:19 PM | Microsoft Edge |
| 09/16/2021 | 09/16/2021 11:23:10 PM | Adobe Acrobat Reader DC |
| 09/13/2021 | 09/17/2021 10:11:31 AM | Adobe Refresh Manager |
| 09/03/2021 | 09/03/2021 08:59:52 AM | Microsoft Update Health Tools |
| 08/26/2021 | 08/26/2021 01:52:19 PM | Lenovo Vantage Service |
| 08/12/2021 | 08/12/2021 06:11:33 PM | HP Unified IO |
| 08/12/2021 | 08/12/2021 06:16:44 PM | hppLaserJetService |
| 08/12/2021 | 08/12/2021 06:16:35 PM | hppM277LaserJetService |
| 08/12/2021 | 08/12/2021 06:16:26 PM | HPCLJProM277 |
| 08/12/2021 | 08/12/2021 06:11:32 PM | HP Unified IO |
| 06/29/2021 | 06/29/2021 05:14:04 PM | ANT Drivers Installer x64 |
| 06/29/2021 | 06/29/2021 05:13:59 PM | Elevated Installer |
| 06/29/2021 | 06/29/2021 05:13:57 PM | Garmin Express |
| 05/18/2021 | 05/18/2021 12:52:23 PM | Corel Update Manager |
| 03/15/2021 | 03/15/2021 10:00:32 PM | Microsoft Visual C++ 2019 X64 Additional Runtime - 14.28.29910 |
| 03/15/2021 | 03/15/2021 10:00:13 PM | Microsoft Visual C++ 2019 X64 Minimum Runtime - 14.28.29910 |
| 03/11/2021 | 03/11/2021 04:24:22 PM | Telegram Desktop version 2.6.1 |
| 03/10/2021 | 03/10/2021 10:51:48 AM | Private Internet Access WinTUN Driver |
| 02/03/2021 | 02/03/2021 10:55:48 PM | BPA+ |
| 02/03/2021 | 02/03/2021 10:55:46 PM | BPA+ |
| 01/23/2021 | 01/23/2021 09:55:28 PM | Malwarebytes Privacy version 2.4.0.497 |
| 01/23/2021 | 01/23/2021 09:55:32 PM | Malwarebytes Privacy VPN Tunnel Driver |
| 01/06/2021 | 01/06/2021 03:46:17 PM | Dolby Audio X2 Windows API SDK |
| 12/30/2020 | 12/30/2020 11:04:43 PM | WinZip 24.0 |
| 12/25/2020 | 12/25/2020 08:31:14 PM | Malwarebytes version 4.3.0.98 |
| 12/17/2020 | 12/17/2020 03:55:33 PM | QuickBooks |
| 12/17/2020 | 12/17/2020 03:38:18 PM | GlanceGuest version 4.8.1.7 |
| 12/09/2020 | 12/09/2020 09:33:42 AM | iTunes |
| 12/09/2020 | 12/09/2020 09:31:37 AM | Bonjour |
| 12/09/2020 | 12/09/2020 09:31:53 AM | Apple Mobile Device Support |
| 12/09/2020 | 12/09/2020 09:32:00 AM | Apple Software Update |
| 11/27/2020 | 11/27/2020 09:09:35 PM | RealNetworks - Microsoft Visual C++ 2008 Runtime |
| 11/27/2020 | 11/27/2020 09:09:38 PM | vc2012_redist |
| 11/27/2020 | 11/27/2020 09:09:36 PM | RealNetworks - Microsoft Visual C++ 2010 Runtime |

| Created Date | Key Last Updated Date/Time - UTC-08:00 | Application Name |
|---|---|---|
| 11/27/2020 | 11/27/2020 09:09:15 PM | vs2015_redist x86 |
| 11/27/2020 | 11/27/2020 09:10:21 PM | UpdateService |
| 07/05/2020 | 09/30/2020 02:22:01 PM | Topaz Sharpen AI |
| 06/30/2020 | 09/30/2020 02:22:02 PM | IPM_PSP_COM64 |
| 06/30/2020 | 09/30/2020 02:22:03 PM | PSPPro64 |
| 06/30/2020 | 09/30/2020 02:23:01 PM | PSPPContent |
| 06/30/2020 | 09/30/2020 02:23:02 PM | PSPPHelp |
| 06/30/2020 | 09/30/2020 02:23:02 PM | ICA |
| 06/30/2020 | 09/30/2020 02:23:03 PM | Setup |
| 06/29/2020 | 09/30/2020 02:23:00 PM | Focus Magic 4.03 |
| 06/29/2020 | 09/30/2020 02:23:04 PM | Blurity version 1.5.177 |
| 06/29/2020 | 09/30/2020 02:22:01 PM | Microsoft Visual C++ 2010  x64 Redistributable - 10.0.40219 |
| 06/29/2020 | 09/30/2020 02:22:02 PM | Microsoft Visual C++ 2012 x64 Additional Runtime - 11.0.61030 |
| 06/29/2020 | 09/30/2020 02:22:02 PM | Microsoft Visual C++ 2013 x64 Additional Runtime - 12.0.40660 |
| 06/29/2020 | 09/30/2020 02:22:03 PM | Microsoft Visual C++ 2013 x64 Minimum Runtime - 12.0.40660 |
| 06/29/2020 | 09/30/2020 02:22:03 PM | Microsoft Visual C++ 2012 x64 Minimum Runtime - 11.0.61030 |
| 06/29/2020 | 09/30/2020 02:23:01 PM | Microsoft Visual C++ 2019 X86 Minimum Runtime - 14.23.27820 |
| 06/29/2020 | 09/30/2020 02:23:02 PM | Microsoft Visual C++ 2013 x86 Additional Runtime - 12.0.40660 |
| 06/29/2020 | 09/30/2020 02:23:02 PM | Microsoft Visual C++ 2019 X86 Additional Runtime - 14.23.27820 |
| 06/29/2020 | 09/30/2020 02:23:03 PM | Microsoft Visual C++ 2012 x86 Additional Runtime - 11.0.61030 |
| 06/29/2020 | 09/30/2020 02:23:03 PM | Microsoft Visual C++ 2012 x86 Minimum Runtime - 11.0.61030 |
| 06/29/2020 | 09/30/2020 02:23:04 PM | Microsoft Visual C++ 2013 x86 Minimum Runtime - 12.0.40660 |
| 06/29/2020 | 09/30/2020 02:23:04 PM | Microsoft Visual C++ 2010  x86 Redistributable - 10.0.40219 |
| 06/28/2020 | 09/30/2020 02:23:01 PM | SmartDeblur 2.3 HOME |
| 03/20/2020 | 09/30/2020 02:23:01 PM | Thunderbolt™ Software |
| 01/08/2020 | 09/30/2020 02:23:01 PM | DWG DXF to PDF Converter version 1.1 |
| 12/29/2019 | 09/30/2020 02:13:42 PM | Movavi PDF Editor 3 |
| 12/23/2019 | 09/30/2020 02:22:03 PM | QuickBooks Runtime Redistributable |
| 12/23/2019 | 09/30/2020 02:23:03 PM | ABS PDF Install |
| 12/23/2019 | 12/17/2020 03:51:05 PM | Microsoft Visual C++ 2008 Redistributable - x86 9.0.30729.17 |
| 12/19/2019 | 09/30/2020 02:23:01 PM | Ashampoo HDD Control 3 |
| 12/19/2019 | 09/30/2020 02:23:02 PM | Ashampoo Photo Optimizer 7 |
| 12/17/2019 | 09/30/2020 02:22:01 PM | ActMask PDF Virtual Printer SDK |
| 12/17/2019 | 09/30/2020 02:23:01 PM | Ashampoo PDF Pro 2 |
| 12/17/2019 | 09/30/2020 02:23:02 PM | Ashampoo Uninstaller 2017 |
| 12/17/2019 | 09/30/2020 02:23:01 PM | Ashampoo WinOptimizer 2019 |
| 12/17/2019 | 09/30/2020 02:23:04 PM | Brother MFL-Pro Suite MFC-L2685DW |

| Created Date | Key Last Updated Date/Time - UTC-08:00 | Application Name |
|---|---|---|
| 12/12/2019 | 09/30/2020 02:22:01 PM | Intel® PROSet/Wireless WiFi Software |
| 12/12/2019 | 09/30/2020 02:22:03 PM | Intel(R) PRO/Wireless Driver |
| 12/11/2019 | 09/30/2020 02:22:01 PM | Update for Windows 10 for x64-based Systems (KB4023057) |
| 12/11/2019 | 09/30/2020 02:22:02 PM | Update for Windows 10 for x64-based Systems (KB4480730) |
| 12/09/2019 | 09/30/2020 02:22:02 PM | LibreOffice 6.3.3.2 |
| 07/05/2019 | 09/30/2020 02:22:01 PM | Intel(R) Management Engine Components |
| 07/05/2019 | 09/30/2020 02:22:01 PM | Microsoft VC++ redistributables repacked. |
| 07/05/2019 | 09/30/2020 02:22:01 PM | Intel(R) Management Engine Components |
| 07/05/2019 | 09/30/2020 02:22:02 PM | Lenovo Active Protection System |
| 07/05/2019 | 09/30/2020 02:22:02 PM | Intel(R) Management Engine Components |
| 07/05/2019 | 09/30/2020 02:22:02 PM | Intel(R) Chipset Device Software |
| 07/05/2019 | 09/30/2020 02:22:03 PM | Intel(R) Management Engine Driver |
| 07/05/2019 | 09/30/2020 02:22:03 PM | Intel(R) Trusted Connect Service Client x64 |
| 07/05/2019 | 09/30/2020 02:22:03 PM | Intel(R) ME UninstallLegacy |
| 07/05/2019 | 09/30/2020 02:23:03 PM | Intel(R) Trusted Connect Service Client x86 |
| 07/05/2019 | 09/30/2020 02:23:04 PM | Microsoft VC++ redistributables repacked. |
| | 09/01/2021 09:28:30 AM | Opera GX Stable 78.0.4093.186 |
| | 09/17/2021 08:51:02 PM | Zoom |
| | 09/30/2020 02:13:42 PM | Topaz Adjust AI |
| | 09/30/2020 02:13:42 PM | Movavi Photo Editor 6 |
| | 12/08/2020 04:48:52 PM | 7-Zip 19.00 (x64) |
| | 09/30/2020 02:22:01 PM | Bitdefender Internet Security |
| | 08/26/2021 09:12:04 PM | Bitdefender Agent |
| | 06/30/2021 06:20:14 PM | Bitdefender VPN |
| | 09/30/2020 02:22:01 PM | Windows Driver Package - Lenovo Monitor  (08/16/2018 6.09.01.0) |
| | 06/29/2021 05:14:04 PM | Windows Driver Package - Dynastream Innovations, Inc. ANT LibUSB Drivers (04/11/2012 1.2.40.20 |
| | 09/30/2020 02:22:01 PM | Photo Pos Pro 3 |
| | 06/29/2021 05:14:03 PM | Windows Driver Package - Silicon Labs Software (DSI_SiUSBXp_3_1) USB  (02/06/2007 3.1) |
| | 09/20/2021 03:49:32 PM | McAfee Security Scan Plus |
| | 11/27/2020 09:11:12 PM | VLC media player |
| | 09/30/2020 02:22:01 PM | Intel(R) Management Engine Components |
| | 03/10/2021 10:51:39 AM | Private Internet Access |
| | 10/08/2020 10:51:18 PM | Adobe Creative Cloud |
| | 02/28/2021 02:52:02 AM | Adobe Genuine Service |
| | 09/30/2020 02:23:01 PM | Adobe Photoshop 2020 |
| | 08/17/2021 07:20:25 PM | Microsoft Edge Update |
| | 09/30/2020 02:23:01 PM | Movavi Photo Focus |

| Created Date | Key Last Updated Date/Time - UTC-08:00 | Application Name |
|---|---|---|
| | 11/27/2020 09:09:54 PM | RealPlayer |
| | 01/26/2021 04:51:27 PM | VLC media player |
| | 04/06/2021 08:50:07 PM | WeChat |
| | 09/30/2020 02:23:01 PM | Corel PaintShop Pro 2020 |
| | 09/20/2021 12:34:51 PM | McAfee Safe Connect |
| | 09/30/2020 02:23:02 PM | Intel(R) Chipset Device Software |
| | 09/30/2020 02:23:02 PM | Intel® PROSet/Wireless Software |
| | 09/30/2020 02:23:02 PM | Intel(R) Trusted Connect Services Client |
| | 08/12/2021 06:16:24 PM | HP Color LaserJet Pro MFP M277 |
| | 06/29/2021 05:14:04 PM | Garmin Express |
| | 12/17/2020 03:55:27 PM | QuickBooks Pro 2021 |
| | 09/11/2021 02:39:22 PM | Microsoft OneDrive |
| | 09/30/2020 02:23:01 PM | Microsoft Visual C++ 2013 Redistributable (x64) - 12.0.30501 |
| | 09/30/2020 02:23:01 PM | Microsoft Visual C++ 2012 Redistributable (x86) - 11.0.61030 |
| | 06/29/2021 05:13:40 PM | Microsoft Visual C++ 2015-2019 Redistributable (x86) - 14.23.27820 |
| | 03/15/2021 10:00:34 PM | Microsoft Visual C++ 2015-2019 Redistributable (x64) - 14.28.29910 |
| | 09/30/2020 02:23:02 PM | Microsoft Visual C++ 2013 Redistributable (x86) - 12.0.40660 |
| | 09/30/2020 02:23:04 PM | Microsoft Visual C++ 2012 Redistributable (x64) - 11.0.61030 |
| | 09/30/2020 02:23:04 PM | Microsoft Visual C++ 2013 Redistributable (x64) - 12.0.40660 |
| | 09/30/2020 02:23:04 PM | Microsoft Visual C++ 2013 Redistributable (x86) - 12.0.30501 |