**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CHAMBERS OF**
**CATHY L. WALDOR**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 4040**
**NEWARK, NJ 07101**
**973-776-7862**

**LETTER ORDER**

March 13, 2025

*Mr. Mark Lanterman via email and all counsel of record via ECF*

**Re:    Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
       **Civil Action No. 2:18-6296 (JKS) (CLW)**

Mr. Lanterman and Counsel:

This Order will address the email from Mr. Mark Lanterman to the Hon. Cathy L. Waldor dated March 12, 2025. Mr. Lanterman states he has been "made aware of false allegations against [him] in this case" and requests "permission to submit a letter addressing these false and defamatory statements," and to "include relevant court documents for context."

The Court grants Mr. Lanterman's request to submit a letter and any relevant documents on the docket. Mr. Lanterman shall also join the conference scheduled for April 3, 2025 at 10 a.m. **The Clerk of Court shall kindly send a copy of this Order to Mr. Lanterman via email at mlanterman@compforensics.com**.

Finally, the Court is in receipt of the letters from counsel, (ECF Nos. 294 and 295), and will address the issues raised therein on the conference scheduled for April 3, 2025. **The 4/3/25 call will be held via ZOOM rather than Webex.** Connection information will be circulated in advance.

                                                      *s/ Cathy L. Waldor*
                                                      **Hon. Cathy L. Waldor**
                                                      **United States Magistrate Judge**

cc:    Hon. Jamel K. Semper, U.S.D.J.