Dear Counsel:

On March 2, 2025, a member of the Wisconsin Bar notified the Hennepin County Attorney's Office of concerns that attorney had regarding Mark Lanterman, Chief Technology Officer for Computer Forensic Services. The attorney alleged that Mr. Lanterman had made misrepresentations regarding his education and employment background.

The Hennepin County Attorney's Office is taking these claims seriously and conducting an investigation into the allegations. You are receiving this letter because the Hennepin County Attorney's Office's understands that Computer Forensic Services participated in the digital forensic investigation of the above-captioned case.

As of the date of this letter, the Hennepin County Attorney's Office has been unable to fully verify Mr. Lanterman's educational and employment background, and the office will not rely on his work or testimony in pending cases. The Hennepin County Attorney's Office is continuing to examine the allegations made, the evidence revealed, and the impact on cases, both current and past. Further disclosures are anticipated as this analysis proceeds.

Should you have specific questions, I would encourage you to contact me at the number or email address below.

Sincerely,

*[signature]*

Michael J. Radmer
Managing Attorney
Hennepin County Attorney's Office
(612) 235-0791
michael.radmer@hennepin.us