Outlook

### Fwd: Lanterman

From  Sean L Harrington <sean@seanharringtonlaw.com>
Date  Wed 3/19/2025 1:59 PM
To    Michael Warshaw <mwarshaw@zagerfuchs.com>; Edward Miller <edmillerlaw@gmail.com>; Kathy Padulano <kpadulano@zagerfuchs.com>

E-mail from the Springfield Township police chief

Begin forwarded message:

> **From:** Mike Pitkow <mpitkow@springfieldpd.org>
> **Date:** March 19, 2025 at 12:26:53 PM CDT
> **To:** Sean L Harrington <sean@seanharringtonlaw.com>
> **Subject: RE: Lanterman**
>
> Good afternoon Mr. Harrington,
>
> Unfortunately, Lanterman has not returned the personnel file, even though in an earlier email from Friday, 3/7/25, he claimed to have "placed the file in an envelope and dropped it in the mailbox on Saturday," presumably Saturday, 3/1/25. I sent another email to him yesterday and told him that I never received the file, essentially calling him out for it not showing up.
>
> **Michael E. Pitkow** | Chief of Police
> Springfield Township Police Department | Montgomery County
> 1510 Paper Mill Road | Wyndmoor, PA 19038
> Phone: 215-836-1601 x1201 | Fax: 215-233-5018
>
> **From:** Sean L Harrington <sean@seanharringtonlaw.com>
> **Sent:** Tuesday, March 18, 2025 9:19 AM
> **To:** Mike Pitkow <mpitkow@Springfieldpd.org>
> **Subject:** Lanterman
>
>> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department
>
>> Good morning, Chief:
>>
>> Did Lanterman return the file to you? If so, may I have a photocopy of his application for employment? Is there any indication that it was altered or falsified (obliterated, had new information added, etc.)?

best,
   Sean

Sent from my iPad -- please pardon my typos

Sean L. Harrington, J.D.
CIPP/US, MCSE, CSOXP, CISSP, CHFI, CCFP

Sean Harrington Law Office
Bar Admissions: Wisconsin, California
direct: 508.361.2018
http://seanHarringtonLaw.com
Volunteer Investigator, 4th Judicial District Ethics Committee (Minnesota Office of Lawyers Prof'l Responsibility)
Special Investigator, Special Investigative Panel, Wisconsin Office of Lawyer Regulation
http://linkedin.com/in/sean-l-harrington-6b20958