ZAGER FUCHS, P.C.
Michael T. Warshaw, Atty.#: 005171976
119 Avenue at the Commons, Suite 4
Shrewsbury, New Jersey 07702
Phone: (732)747-3700
Fax: (732) 758-9068
Email: mwarshaw@zagerfuchs.com
*Attorneys for Defendant ACU Plasmold, Inc.* **LOCAL COUNSEL**

Edward W. Miller, Esq.
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (917) 770—9016
Email: edmillerlaw@gmail.com
Attorneys for *Defendant ACU Plasmold, Inc.,* ***TRIAL COUNSEL***

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

VISION INDUSTRIES GROUP, INC.,

                    Plaintiff,

-- against --

ACU PLASMOLD, INC., ABC
COMPANIES 1-10 and XYZ
CORPORATIONS 1-10,

                    Defendants

---

Case No. 2:18-cv-6296 (ES) (CLW)

**DEFENDANT ACU PLASMOLD,
INC.'S EXHIBIT LIST AND EXHIBITS**

Edward W. Miller, Esq.
On the Brief
Michael T. Warshaw, Esq.
Of Counsel

## DEFENDANT ACU PLASMOLD INC'S EXHIBIT LIST

   A. October 28, 2015 email from Liang to Alvin Zhuo re: "a distribution agreement which I modified myself from a mostly boilerplate format," and Alvin Zhuo's response, "Here's a signed copy."

[ACU 00109-112].

   B. December 14, 2017 email from Alvin Zhuo to Vision enclosing the 2018 price list, and back and forth with Vision complaining, and Alvin Zhuo responding.  Proposed Translations.

[ACU 000134-139; 000233-235].

   C. August 18, 2017 Vision email to ACU complaining about ACU refusing to manufacture special custom orders.

[Vision 0000481-482].

   D. August 18, 2017 email from Alvin Zhuo to Mr. Liang refusing to manufacture special custom orders, and reminding Vision that orders must be of "Full Cartons, and that there will be no special runs for small orders."

[Vision 0000480-481; ACU 00143-144, 000225, 000226, 0000480-82].

   E. January 3, 2018 Vision order for $1,089.55 worth of awning operators and limit devices.

[Vision 000487].

   F. January 10, 2018 ACU email from ACU to Vision rejecting Vision's January 3, 2018 order and explaining the reasons for the rejection.

[Vision 000485].

   G. Handwritten note from ACU's Dai Lingiang to Vision's Ms. Huang Dan repeating the reason for ACU's refusal of Vision's January 3, 2018 order.

[Vision 000487].

   H. Vision's January 19, 2018 order for approximately $3,510 worth of window parts.

[Vision 000491-93].

   I. January 19, 2018 email from ACU to Vision's Ms. Huang Dan rejecting the order and explaining the reasons for the rejection of the order.

[Vision 000491, 000487].

J.   January 19, 2018 email from ACU's Dai Lingiang supplemented his original email to Vision's Ms. Huang Dan.

[Vision 000018].

K.   Luke Liang's February 7, 2018 email to Alvin Zhuo captioned "re: Pending Lawsuit."

[ACU 00140-142].

L.   February 14, 2018 email from ACU to Vision, explaining that ACU is not refusing all orders, and is only refusing orders that have old prices from the prior year, are special custom orders, not full boxes and small orders that are out of stock at both the China factory and Canada.

[Vision 000016].

M.   February 14, 2018 email from to Liang to Alvin Zhuo: "See you in court."

[Vision 000016].


**EXHIBITS AA - EE, attached hereto.**

AA – 1, and, AA – 2: First two pages of U.S. Patents for casement window parts, predating the Exclusive Distribution Agreement. Assignee: Vision Industries Group, Inc. Inventors: Luke Liang,

BB: Screen shots of Vision's web pages showing pictures of ACU products long after the relationship terminated in 2018, and Chinese Patent Application for a copy of an ACU part.

CC: Chart showing all Vision orders from 2015 through 2018.

DD: Invoices for all Vision orders from 2015 through 2018 (these documents have been produced in discovery; Defendant is unable to locate the bates stamp numbers at the present time).

EE: August 18, 2017 email from ACU to Vision accepting a verbal order for samples and reflected that ACU supplied Vision with the requested parts (this documents have been produced in discovery; Defendant is unable to locate the bates stamp number at the present time).

EXHIBIT A

l.liang@visionhardware.com

周二 2015/11/10, 13:05

你;

l.liang@visionhardware.com

·

CASEMENT AGREEMENT ACU MOLD.pdf

2 MB

·

下载

保存到 OneDrive

Hey Alvin,

Here's the signed copy.  I will also be mailing you a physical copy today.

Please send me your price list as discussed.

Thanks,

**Luke Liang**
Vision Industries Group, Inc.
500 Metuchen Road
South Plainfield, NJ 07080
Tel: 908-822-2003 Ext. 110
Fax: 908-822-2993 (Direct)



This e-mail message and any documents accompanying it contain information that belongs to Vision Industries Group, Inc. and which might be confidential and/or legally privileged. The information is intended for the use of the individual(s) or entity(ies) named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message and/or accompanying documents is strictly prohibited.  If you have received this e-mail message in error, immediately notify us via return email or by telephone in the United States at 908-822-2003

**From:** joralvin [mailto:acuhardware1@hotmail.com]
**Sent:** Tuesday, November 3, 2015 4:55 PM
**To:** l.liang@visionhardware.com
**Subject:** RE: 合作

Hi Luke,

I think it is good for both parties and the clauses are all fair. I am O.K. to sign. So I would sign and mail them to you. How many copy you need?

Thanks for the opportunities.

Best Regards.

Alvin

From: l.liang@visionhardware.com
To: acuhardware1@hotmail.com
Subject: RE: 合作
Date: Wed, 28 Oct 2015 14:29:09 -0400

Alvin, attached please find a distribution agreement where I modified myself from a mostly boilerplate format. Please let me know should you have any comments so that we can wrap this thing up.

I look forward to hearing from you.

Thanks!!

Luke Liang
Vision Industries Group, Inc.
500 Metuchen Road
South Plainfield, NJ 07080
Tel: 908-822-2003 Ext. 110
Fax: 908-822-2993 (Direct)



This e-mail message and any documents accompanying it contain information that belongs to Vision Industries Group, Inc. and which might be confidential and/or legally privileged. The information is intended for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message and/or accompanying documents is strictly prohibited. If you have received this e-mail message in error, immediately notify us via return email or by telephone in the United States at 908-822-2003

**From:** joralvin [mailto:acuhardware1@hotmail.com]
**Sent:** Wednesday, October 21, 2015 7:45 PM
**To:** l.liang@visionhardware.com
**Subject:** Re: 合作

ACU 00110

梁总，谢谢热情款待。荣幸之至。希望合作愉快.

发自我的 iPhone

在 2015 年 10 月 20 日，下午 12:17，l.liang@visionhardware.com 写道:

卓生，

很高兴见到你!

这是我们之前收到的报价。 **_请勿外传_**。 我这几天会准备一份分销协议。有什么可以随时跟我联系。你答应的新的报价（比这个价钱多 5%？）可以直接传给我，黄聘和 TONI

十一月中回国时，请跟 TONI 联系。我们想参观一下贵厂。

期待我们的愉快合作!

谢谢！！

Luke Liang
Vision Industries Group, Inc.
500 Metuchen Road
South Plainfield, NJ 07080
Tel: 908-822-2003 Ext. 110
Fax: 908-822-2993 (Direct)
<image001.png>

This e-mail message and any documents accompanying it contain information that belongs to Vision Industries Group, Inc. and which might be confidential and/or legally privileged. The information is intended for the use of the individual(s) or entity(ies) named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message and/or accompanying documents is strictly prohibited.  If you have received this e-mail message in error, immediately notify us via return email or by telephone in the United States at 908-822-2003

**From:** joralvin [mailto:acuhardware1@hotmail.com]
**Sent:** Friday, October 16, 2015 4:15 PM
**To:** Luke Liang
**Subject:** RE: 合作

ACU 00111

Hi Luke,

Thanks for offering. I would drive there by myself.

And I think the samples sent to your plant would received by now. Let me know if otherwise.

Thanks.

Best regards,

Sincerely yours,

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 9-10,
       Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055
Web-site:www.trusthardware.net

---

From: l.liang@visionhardware.com

To: acuhardware1@hotmail.com

Subject: RE: 合作

Date: Fri, 16 Oct 2015 15:59:55 -0400

Please let me know if you need a pick up

Luke Liang
Vision Industries Group, Inc.
500 Metuchen Road
South Plainfield, NJ 07080
Tel: 908-822-2003 Ext. 110
Fax: 908-822-2993 (Direct)
<image001.png>

ACU 00112

EXHIBIT B

### Re: 答复: ACU price list 2018



.
.
.
jor alvin
周五 2017/12/15, 20:48
黄聃;
强的戴林强;
lukevision
.

你应该清楚不光是锌合金涨价吧？这两年来老板没给你涨工资吗？


发自我的 iPhone

在 2017 年 12 月 15 日，上午 1:17，黄聃 <huangnad@163.com> 写道：

卓总，您好：

附件是最新报价和 2017 年 3 月 11 日报价的对比情况，24 款产品价格未变，但是 22 款价格
上调幅度 6.06-37.65%。
之前您提到的价格上涨主要是因为锌合金材料导致的，但是如果只是这个问题，报价应该有
点问题，请再复核一下。
1、锌合金材料价格（已税含运费）上涨 17%
2017.3.11 报价 21760/吨
2017.12.15 报价 25500/吨
包含锌合金的零件，其产品报价组成应该分为 材料费，喷粉，五金件，组装等，那么应该仅对锌合金
零件部分的产品净重把材料差异加上去，所以这部分应该所占比重不大，可以直接按零件重量算出差
价。
假设成本分析：
材料上涨 17%，最终对成品的影响应该是 6.94%

ACU 00134

| 产品型号 | 产品净重(g) | 原材料含税进价(吨) | 原材料成本（含税+5%损耗） | 加工费 | 喷粉 | 组装 | 利润 | 产品总价 |
|---|---|---|---|---|---|---|---|---|
| CL-03 | 150 | 21,760 | 3.43 | 1.5000 | 1.57 | 1.00 | 1.00 | 8.50 |
| CL-03 | 150 | 25,500 | 4.02 | 1.5000 | 1.57 | 1.00 | 1.00 | 9.09 |

<InsertPic_.png>

2、有部分五金冲件和塑胶零件也做调价，而且幅度还很大，请看一下是不是搞错了？

3、贵司有部分产品是铝合金的，请标注一下，谢谢！

美国 V.I.G.公司
广东维迅实业有限公司
黄聘 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

发件人： jor alvin
发送时间： 2017-12-15 09:54
收件人： 黄聘; davie568@qq.com
主题： 答复: ACU price list 2017（纠错）

Hi 黄小姐，
附件是最新的价钱。

Thanks.
Best regards,

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
    Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055

Web-site:www.trusthardware.net

---

**发件人:** 黄聃 <huangnad@163.com>
**发送时间:** 2017 年 12 月 13 日 22:40
**收件人:** 强的卓总
**主题:** ACU price list 2017（纠错）

卓总，您好：

我查询过之前的报价记录，2105 年报价之后在今年已经更新过一次报价。为了推广打开
市场，我们对外都是报了最低的价格，如果价格再有调整估计很难消化。请再核算一下，
是否可以维持 2017 年的价格不变。谢谢！
附件有三份，一份是 2015 年报价，一份是 2017 年报价，一份是 2017 年报价单发现一型
号写错的，和戴生确认过纠正过来的，请查看。

美国 V.I.G.公司
广东维迅实业有限公司
黄聃 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

ACU 00136

Re: 答复(Reply): ACU price list 2018
你应该清楚不光是锌合金涨价吧？这两年来老板没给你涨工资吗？
You should know that not just zinc alloy price increases. Hasn't your boss raised your salary in the past two years?
发自我的( Sent from my) iPhone
2017-12 15，am 1:17，黄聃(Huang Dan) <huangnad@163.com> Wrote：卓总(GM Zhuo)，
您好(How are you)

### Re: 答复(reply): ACU price list 2018



你应该清楚不光是锌合金涨价吧？这两年来老板没给你涨工资吗？
You should know that not just zinc alloy price increases. Hasn't your boss raised your salary in the past two years?


发自我的( Sent from my)  iPhone

2017 -12- 15，am 1:17，黄聃(Huang Dan)  <huangnad@163.com> 写道：(write)

卓总(

(GM Zhuo)，
您好(How are you)


附件是最新报价和2017年3月11日报价的对比情况，24款产品价格未变，但是22款价格上调幅度6.06-37.65%。
Attachment is the latest quotation and March 11, 2007 price comparison, 24 products prices remain unchanged, but 22 prices increased by 6.06-37.65%.
之前您提到的价格上涨主要是因为锌合金材料导致的，但是如果只是这个问题，报价应该有点问题，请再复核一下。The price increase you mentioned before is mainly due to zinc alloy materials, but if this is the only problem, the quotation should be a bit of a problem, please review it.

ACU 00137

1、锌合金材料价格（已含税含运费）上涨 17%

2017.3.11 报价 21760/吨

2017.12.15 报价 25500/吨

1, zinc alloy material prices (including tax and freight) increased by 17%

2017.3.11 quote 21760/ tons

2017.12.15 quote 25500/ tons

包含锌合金的零件，其产品报价组成应该分为 材料费，喷粉，五金件，组装等，那么应该仅对锌合金零件部分的产品净重把材料差异加上去，所以这部分应该所占比重不大，可以直接按零件重量算出差价。Components' quoted price which containing zinc alloy should be divided into material cost, powder coating cost, hardware parts, assembly cost and so on. Then only the difference of material of zinc parts should be added. Thus this part should not be a large proportion, and the price difference can be calculated directly according to the weight of the parts.

假设成本分析：

Cost analysis for the following parts example:

材料上涨 17%，最终对成品的影响应该是 6.94%

Materials increased by 17%, and ultimately the impact on the finished product should be 6.94%.

| 产品型号<br>(item no) | 产品净重<br>(net weight)(g) | 原材料含税进价<br>(import material tax included(吨)(ton) | 原材料成本<br>（含税+5%损耗）<br>(material cost(tax included+5% scrap rate) | 加工费<br>(molding ost) | 喷粉<br>(powder cost cost) | 组装<br>(Assemply cost) | 利润<br>Profit) | 产品总价<br>Quoted price |
|---|---|---|---|---|---|---|---|---|
| CL-03 | 150 | 21,760 | 3.43 | 1.5000 | 1.57 | 1.00 | 1.00 | 8.50 |
| CL-03 | 150 | 25,500 | 4.02 | 1.5000 | 1.57 | 1.00 | 1.00 | 9.09 |

<InsertPic_.png>

2、有部分五金冲件和塑胶零件也做调价，而且幅度还很大，请看一下是不是搞错了？Some of the stamping parts and plastic parts have also made price adjustments, and the ranges are still very large, please see if there is a mistake?

3、贵司有部分产品是铝合金的，请标注一下，谢谢！

3, some of your products are made of aluminum alloy, please mark it, thank you!

美国 V.I.G.公司
广东维迅实业有限公司
VIG Company USA
Guangdong Vision Enterprice Ltd.
黄聃(Huang Dan) Dan Huang  13926450108
Email: huangnad@163.com
TEL：0757-85231098-832  FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号
Add: 5 Kaixuan Rd., Song Xia Industrial Garden, Song Gan, Shishan Town, Nanhai District,
Foshan City

ACU 00139

EXHIBIT C

2. Your order will be accepted when there is enough stock in our locations of Jiangmen or Canada.

3. If there is no stock, your order won't be operated until we have new orders for same products in the future. We won't arrange a new run of production only for the sample order.

And right now, we have no plan to make ODM for you. Please kindly be noted.

Thanks.
Best regards,

*Translation*

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
       Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055
Web-site:www.trusthardware.net

**发件人:** 黄聘 <huangnad@163.com>
**发送时间:** 2017 年 8 月 18 日 3:15
**收件人:** 强的卓总
**抄送:** 强的戴林强
**主题:** 会展样板

卓总您好:

　　关于平开窗配件项目，我司在和贵司签订了相关销售协议之后，投入了大量人力物力进行产品推广。现在我们总部在美国准备参加 9 月初的会展，所有的样板窗全部都已经准备好了，只等贵司提供开窗器样板后进行安装、布展。如果贵司不能按要求提供样板，我们不但参展工作将受到严重影响，前期的工作、投入也将付之东流。所以请务必帮忙协调安排在本月底前提供所需样板。

　　另外上个月我们面谈的时候您承诺可以根据市场需求，与我司协作进行新的相关产品开发，现在有客户意向需求低矮型开窗器，样板的具体要求已经与戴先生沟通清楚。及时提供合格样板是接单的必要前提，我们在积极争取订单的同时也需要您的大力配合，请在 8 月 25 日前提供样板，非常感谢!

After we made a sales agreement for casement & awning hardware system with you, we have put a lot of resources for market promotion.  Now we are

VISION0000481

preparing the trade show in the beginning of September. All window samples are ready. If you cannot provide us the matched hardware samples in time, our exhibition will be seriously affected. Further, our early promotion and investments will be worthless. So please help to provide the required hardware samples in the end of this month.

BTW, you promised to provide us ODM services based on the market requests in our meeting last month. Now one of our customers would like to trial the low-profile operator, and I have already passed all its requirements to your engineer Mr. Dai. To provide good samples is a must for new orders. We try our best to get order and hope you can make the support. Please provide us samples of low-profile operators before Aug. 25. Thanks a lot!

黄聘
2017.8.18

*Translation*

美国 V.I.G.公司
广东维迅实业有限公司
黄聘 13926450108
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路5号

VISION0000482

# EXHIBIT D

**l.liang@visionhardware.com**

| | |
|---|---|
| **From:** | may <may@visionhardware.com> on behalf of may |
| **Sent:** | Monday, January 22, 2018 9:31 PM |
| **To:** | 黄聘 |
| **Cc:** | lukevision |
| **Subject:** | 答复: 强的邮件1 |

发件人: 黄聘 [mailto:huangnad@163.com]
发送时间: 2018 年 1 月 23 日星期二 8:52
收件人: May
抄送: *lukevision*
主题: 强的邮件 1

美国 V.I.G.公司
广东维迅实业有限公司
黄聘 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

**发件人:** jor alvin
**发送时间:** 2017-08-19 06:58
**收件人:** 黄聘; l.liang@visionhardware.com
**抄送:** dasign_acu@hotmail.com; davie568@qq.com
**主题:** 答复: 会展样板

Hi 黄小姐:

1）我们只能按以下来供货：

a）请按满箱采购。b)江门工厂有库存，由江门供，加拿大有，由加拿大供。3）如无，请等有订单时再做安排，我厂不作特别订样板制作。

2）我厂尚无开发贵司特制产品的兴趣。请贵公司另做安排。

First, your purchasing orders are required to meet following,
1.Full cartons;

1

VISION0000480

EXHIBIT E

# 广东维迅实业有限公司
## 采购订单

P.O.

电话: 0757-85281098    传真: 0757 85209870    地址: 佛山市南海区里水镇夏西工业区中区第55号

供应商: 江门市强的塑胶五金有限公司        订单编号: #13165CC
供方电话: 0750-6535385                 订单日期: 2018-01-03
供方传真: 0750 6535389                 送货地址: 佛山松岗实力工厂仓库

| 序号 | 存货名称 | 颜色 | 数量 | 单位 | 交货期 | 备注 |
|------|----------|------|------|------|--------|------|
| 1 | T1820成品 | | 600.00000 | 个 | 2018-02-07 | HG-06 |
| 2 | T16540成品 | | 100.00000 | 个 | 2018-02-07 | ELITE-01 |
| 3 | T16540-001成品 | | 200.00000 | 个 | 2018-02-07 | ELITE-01-2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 合计: | | | 900.00000 | | | |

特别说明: 此订单数量我司生产不了，销售我司总部订单情况。
此心取产品通几不用不会有订单生产

制单人: 张家英    审核人: 李新    供方确认:

EXHIBIT F

**l.liang@visionhardware.com**

| | |
|---|---|
| **From:** | may <may@visionhardware.com> on behalf of may |
| **Sent:** | Tuesday, January 23, 2018 3:46 AM |
| **To:** | 黄聃 |
| **Cc:** | lukevision |
| **Subject:** | 转发: 强的邮件4 |
| **Attachments:** | 维迅#13165CC回复.pdf |

发件人: 黄聃 [mailto:huangnad@163.com]
发送时间: 2018 年 1 月 23 日星期二 8:54
收件人: May
抄送: lukevision
主题: 强的邮件 4

美国 V.I.G.公司
广东维迅实业有限公司
黄聃  Dan Huang  13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

发件人: 强的五金 Davie-戴
发送时间: 2018-01-10 14:17
收件人: huangnad
主题: 维迅#13165CC 回复

HI，黄小姐

  贵司下的订单#13165CC 我司承接不了，1、此小订单数量我司生产不了；2、我发邮件问了我老板，总部
订单安排情况，近几个月无此产品生产，请知悉!

*Sent by ACU*

Your order #13165CC will not be accepted because following,
1.The ordering quantity is less than its MOQ request;
2.There is no production plan for these products in recent months.
Please kindly be noted.

*Translate*

Thanks.
Best regards.
Sincerely yours.

1

V I S I O N 0000485

江门市强的塑胶五金有限公司
戴林强 副厂长
Mobile：18922046065
Add：广东省江门市新会区睦州镇新沙工业园
Tel：0750-6535386-601   Fax：0750-6535389
E-mail：davie568@qq.com
Http://www.qdomwj.com
Http://www.trusthardware.net

VISION0000486

EXHIBIT G

# 广东维迅实业有限公司
## 采购订单

电话: 0757-85231090   传真: 0757 85209970   地址: 佛山市南海区...

| 供应商: 江门市强的塑胶五金有限公司 | | | | 订单编号: #13165CC | |
| --- | --- | --- | --- | --- | --- |
| 供方电话: 0750-6535385 | | | | 订单日期: 2018-01-03 | |
| 供方传真: 0750 6535389 | | | | 送货地址: 佛山松岗买方工厂仓库 | |

| 序号 | 存货名称 | 颜色 | 数量 | 单位 | 交货期 | 备注 |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | T1820成品 | | 600.00000 | 个 | 2018-02-07 | HG-06 |
| 2 | T16540成品 | | 100.00000 | 个 | 2018-02-07 | ELITE-05 |
| 3 | T16540-001成品 | | 200.00000 | 个 | 2018-02-07 | ELITE-05-3 |
| | | | | | | |
| 合计 | | | 900.00000 | | | |

特别说明: 此订单数量我司生产不了, 请告我司总部订单情况. 此心款 品近几个月不会有订单生产

制单人: 张家发   审核人:   供方确认:

VISION0000487

EXHIBIT H

**l.liang@visionhardware.com**

| | |
|---|---|
| **From:** | may <may@visionhardware.com> on behalf of may |
| **Sent:** | Tuesday, January 23, 2018 3:52 AM |
| **To:** | 黄聃 |
| **Cc:** | lukevision |
| **Subject:** | 转发: 强的邮件5 |
| **Attachments:** | 维迅#13175cc.pdf |

发件人: 黄聃 [mailto:huangnad@163.com]
发送时间: 2018 年 1 月 23 日星期二 8:55
收件人: may
抄送: lukevision
主题: 强的邮件 5

美国 V.I.G.公司
广东维迅实业有限公司
黄聃 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

发件人: 强的五金 Davie-戴
发送时间: 2018-01-19 15:06
收件人: 维迅实业黄聃
主题: 回复: vision 订单
你好，黄小姐
　　此订单生产不了，请见附件！

Your order will not be accepted. Details please find in the attached file.

———————— 原始邮件 ————————
发件人: "维迅实业黄聃";<huangnad@163.com>;
发送时间: 2018 年 1 月 19 日(星期五) 中午 1:36
收件人: "强的五金 Davie-戴"<davie568@qq.com>;"强的卓总"<acuhardware1@hotmail.com>;
抄送: "lukevision" <l.liang@visionhardware.com>;
主题: vision 订单

1

VISION0000491

卓总，戴先生，您好：

　　我司现有 HG-10" L&R（VIG 对应型号为 T1600-L&R）铰链左右各 1680PCS 订单，今天已正式下达订单给贵司，请尽快安排生产按期交货，谢谢！

We would like to order your hinge HG-10" L&R (VIG# T1600-L&R) 1680pairs.
Today we just sent the official order to you. Please arrange and finish the
production in time. Thanks.

美国 V.I.G.公司
广东雅迅实业有限公司
黄聪 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832  FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

2

VISION0000492

# 广东维迅实业有限公司
## 采购订单

电话: 0757 85231098    传真: 0757 85209870    地址: 佛山市南海区松岗松夏工业园永祥道第5号

| | | |
|---|---|---|
| 供应商: 江门市强的塑胶五金有限公司 | 订单编号: #13175CC | |
| 供方电话: 0750-6535385 | 订单日期: 2018-01-19 | |
| 供方传真: 0750-6535389 | 送货地址: 佛山松岗买方工厂仓库 | |

| 序号 | 存货名称 | 颜色 | 数量 | 单位 | 含税单价 | 金额 | 交货期 | *备注 |
|---|---|---|---|---|---|---|---|---|
| 1 | T1600-L成品 | | 1680.00 000 | 个 | 7.0000 | 11760.00 | 2018-02-28 | HG-10L |
| 2 | T1600-R成品 | | 1680.00 000 | 个 | 7.0000 | 11760.00 | 2018-02-28 | HG-10R |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 合计 | | | 3360.00 000 | | | 23520.00 | | |

特别说明:  公司无库存，此订单生产不了，请知悉！

制单人: 林媛薇    审核人:    2018-01-19 13:33:17 +08'00'    供方确认:

EXHIBIT I

**l.liang@visionhardware.com**

| | |
|---|---|
| **From:** | may <may@visionhardware.com> on behalf of may |
| **Sent:** | Tuesday, January 23, 2018 3:52 AM |
| **To:** | 黄聃 |
| **Cc:** | lukevision |
| **Subject:** | 转发: 强的邮件5 |
| **Attachments:** | 维迅#13175cc.pdf |

发件人: 黄聃 [mailto:huangnad@163.com]
发送时间: 2018 年 1 月 23 日星期二 8:55
收件人: may
抄送: lukevision
主题: 强的邮件 5

美国 V.I.G.公司
广东维迅实业有限公司
黄聃 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

发件人: 强的五金 Davie-戴
发送时间: 2018-01-19 15:06
收件人: 维迅实业黄聃
主题: 回复: vision 订单

你好，黄小姐

　　此订单生产不了，请见附件!

Your order will not be accepted. Details please find in the attached file.

————— 原始邮件 —————
发件人:"维迅实业黄聃";<huangnad@163.com>;
发送时间: 2018 年 1 月 19 日(星期五) 中午 1:36
收件人: "强的五金 Davie-戴"<davie568@qq.com>;"强的卓总"<acuhardware1@hotmail.com>;
抄送: "lukevision"<l.liang@visionhardware.com>;
主题: vision 订单

1

VISION0000491

# 广东维迅实业有限公司
## 采购订单

电话: 0757-85231098    传真: 0757 85209870    地址: 佛山市南海区里水镇夏工业区中心五路5号

供应商: 江门市强的塑胶五金有限公司    订单编号: #13165CC
供方电话: 0750-6535385    订单日期: 2018-01-03
供方传真: 0750 6535389    送货地址: 佛山标签实力工厂仓库

| 序号 | 存货名称 | 颜色 | 数量 | 单位 | 交货期 | 备注 |
|---|---|---|---|---|---|---|
| 1 | T1820成品 | | 600.00000 | 个 | 2018-02-07 | HG-06 |
| 2 | T16540成品 | | 100.00000 | 个 | 2018-02-07 | ELLIE-08 |
| 3 | T16540-001成品 | | 200.00000 | 个 | 2018-02-07 | ELLIE-08-2 |
| | | | | | | |
| | | | | | | |
| 合计: | | | 900.00000 | | | |

特别说明: 此订单数量我司生产不了，请给我司总部订单情况，此已致产品近几个月不会有此订单生产

制单人: 林笑娟    需代人:    供方确认:

# EXHIBIT B



RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

*ata*

Member # 274316

## CERTIFICATION OF TRANSLATION ACCURACY

We, RapidTranslate, a professional translation services company with a corporate membership to the American Translators Association, hereby certify that a qualified, experienced, and competent professional translator has translated the provided original document to the best of the translator's abilities. In our best judgment, the translated documents and text therein are a true and accurate translation, which reflect the original content, meaning, and style of the originally provided document(s). RapidTranslate has no relation to the client or original owner of the provided documents.

This is to certify the correctness of the translation only. RapidTranslate makes no claims, representation, guarantees, or warranties concerning the authenticity of the original document translated. Further, RapidTranslate disclaims any and all liability for the manner in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Sincerely,
Authorized Representative
RapidTranslate.org

390 NE 191st St #8058
Miami, Florida 33179

State of: FLORIDA

County of: MIAMI-DADE

Subscribed and sworn to (or affirmed)
before me on March 19, 2025

Notary Public:

CARLA ZENSEN
Notary Public - State of Florida
Commission # HH 50970
My Comm. Expires May 21, 2028
Bonded through National Notary Assn.

RAPID TRANSLATE
CERTIFIED
ATA # 274316

 **Rapid Translate**

RapidTranslate.org
support@rapidtranslate.org
(844) 473-7832

Member # 274316

## CERTIFICATION BY TRANSLATOR

I, Ying Xuan Hu, certify that I am competent to translate in the English and Chinese languages and that the above/attached document is a complete and accurate translation of the above/attached document.

This document has not been translated for a family member, friend, or business associate.

Name: Ying Xuan Hu

RapidTranslate.org
390 NE 191st St #8058
Miami, FL 33179



**Re: Reply: ACU price list 2018**



jor alvin

Friday 2017/12/15, 20:48

Dan Huang;

Qiangdi Linqiang Dai;

lukevision

You do realize that it's not just zinc alloys that have gone up in price, right? Didn't the boss give you a raise in the last two years?

Sent on my iPhone

On Dec 15, 2017, at 1:17 AM, Dan Huang < huangnad@163.com> sent:

Hello, Mr. Zhuo,

Attached is a comparison between the latest quote and the quote on March 11, 2017, the prices of 24 products have remained unchanged, but those of 22 products have increased by 6.06 - 37.65%.

Earlier you mentioned that the price increase is mainly due to the zinc alloy material, but if that's the only problem, there may be some problems of the quote, please verify.

Zinc alloy material prices (including tax and freight) increased by 17%.

2017.3.11 quote 21760/ ton

2017.12.15 quote 25500/ton

Containing zinc alloy parts, the quote of the product shall be divided into material costs, powder spray, hardware, assembly, etc., then the price difference of the material shall be added according to the net weight of the zinc alloy parts only, so this part should account for little proportion, you can directly calculate the difference in price by the weight of the parts.

Let's make an assumption of the cost analysis:

A 17% increase in materials shall ultimately have a 6.94% impact on finished goods.

| Product Model | Product net weight (g) | Purchase price of the raw materials including tax (ton) | Cost of raw materials (tax included + 5% wear and tear) | Processing fee | Powder coating | Assembly and installation | Margins | Total product price |
|---|---|---|---|---|---|---|---|---|
| CL-03 | 150 | 21,760 | 3.43 | 1.5000 | 1.57 | 1.00 | 1.00 | 8.50 |
| CL-03 | 150 | 25,500 | 4.02 | 1.5000 | 1.57 | 1.00 | 1.00 | 9.09 |

<InsertPic_.png>

2. The prices of some hardware stamping and plastic parts has been adjusted as well, significantly. Please verify in case of any mistake.

3. Some of your products are made of aluminum alloy, please mark it, thank you!

American VIG Group
Guangdong Vishion Industry Company
Dan Huang 13926450108
Email: huangnad@163.com
tel：0757 - 85231098 - 832 fax：0757 - 85209870
Add.: 5 Kaixuan Road, Songgang Industrial Garden, Songgang, Shishan Town, Nanhai, Foshan City

**From:** jor alvin
**Time sent:** December 15, 2017 09:54
**To:** Dan Huang; davie 568@ qq . com
**Subject:** RE: ACU price list 2017 (Correction)

Hi Ms Huang,
The latest price list attached.

Thanks.
Best regards,

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
        Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055

ACU 00135

Web-site: www.trustha rdware.nct

---

**From: Dan Huang <huangnad@163.com>**
**Time Sent:** December 13, 22:40
**To:** Qiangdi GM Zhuo
**Subject:** ACU price list 2017 (Correction)

Hi GM Zhuo, Greeting!!!

I checked the records of the quote before. After the quote in 2015, we have a re-quote in 2017.

In order to expand the market, we have quoted the lowest price. If we have another adjustment, then should be hard to take in.

Can we keep the same price as 2017? Thanks

The attached are 3 quotes, one in 2015, one in 2017 and the last is the one with a model typo (confirmed with MR Dai and corrected), please check.

---

American VIG Group

Guangdong Vishion Industry Company

Dan Huang 13926450108

Email: huangnad@163.com

Tel.: 0757 - 85231098 - 832  Fax: 0757 - 85209870

Add.: 5 Kaixuan Road, Songgang Industrial Garden, Songgang, Shishan Town, Nanhai, Foshan City

ACU 00136

**Re: 答复: ACU price list 2018**



jor alvin
周五 2017/12/15, 20:48
黄聃;
强的戴林强;
lukevision

你应该清楚不光是锌合金涨价吧？这两年来老板没给你涨工资吗？

发自我的 iPhone

在 2017 年 12 月 15 日，上午 1:17，黄聃 <huangnad@163.com> 写道：

卓总，您好：

附件是最新报价和 2017 年 3 月 11 日报价的对比情况，24 款产品价格未变，但是 22 款价格
上调幅度 6.06-37.65%。
之前您提到的价格上涨主要是因为锌合金材料导致的，但是如果只是这个问题，报价应该有
点问题，请再复核一下。
1、锌合金材料价格（已含税含运费）上涨 17%
2017.3.11 报价 21760/吨
2017.12.15 报价 25500/吨
包含锌合金的零件，其产品报价组成应该分为 材料费，喷粉，五金件，组装等，那么应该仅对锌合金
零件部分的产品净重把材料差异加上去，所以这部分应该所占比重不大，可以直接按零件重量算出差
价。
假设成本分析：
材料上涨 17%，最终对成品的影响应该是 6.94%

ACU 00134

| 产品型号 | 产品净重(g) | 原材料含税进价(吨) | 原材料成本（含税+5%损耗） | 加工费 | 喷粉 | 组装 | 利润 | 产品总价 |
|---|---|---|---|---|---|---|---|---|
| CL-03 | 150 | 21,760 | 3.43 | 1.5000 | 1.57 | 1.00 | 1.00 | 8.50 |
| CL-03 | 150 | 25,500 | 4.02 | 1.5000 | 1.57 | 1.00 | 1.00 | 9.09 |

<InsertPic_.png>

2、有部分五金冲件和塑胶零件也做调价，而且幅度还很大，请看一下是不是搞错了？

3、贵司有部分产品是铝合金的，请标注一下，谢谢！

美国 V.I.G.公司
广东维迅实业有限公司
黄聘 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

发件人：jor alvin
发送时间：2017-12-15 09:54
收件人：黄聘；davie568@qq.com
主题：答复: ACU price list 2017（纠错）

Hi 黄小姐，
附件是最新的价钱。

Thanks.
Best regards,

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
     Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055

ACU 00135

Web-site.www.trusthardware.net

**发件人:** 黄聃 <huangnad@163.com>
**发送时间:** 2017 年 12 月 13 日 22:40
**收件人:** 强的卓总
**主题:** ACU price list 2017（纠错）

卓总，您好：

我查询过之前的报价记录，2105 年报价之后在今年已经更新过一次报价。为了推广打开市场，我们对外都是报了最低的价格，如果价格再有调整估计很难消化。请再核算一下，是否可以维持 2017 年的价格不变。谢谢！
附件有三份，一份是 2015 年报价，一份是 2017 年报价，一份是 2017 年报价单发现一型号写错的，和戴生确认过纠正过来的，请查看。

美国 V.I.G.公司
广东维迅实业有限公司
黄聃 Dan Huang 13926450108
Email: huangnad@163.com
TEL：0757-85231098-832 FAX：0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路 5 号

ACU 00136

**RE: ACU price list 2017 (Correction)**



⏷
⏷
⏷
⏷

jor alvin
Thursday 2017/12/14, 21:54
Huangdan;
davie568@qq.com

ACU price list 2018.xls
582 KB

Download
Save to OneDrive


Hi Ms Huang,
The latest price list attached.

Thanks.
Best regards,

**Alvin Zhuo.**


**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
       Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055
Web-site:www.trusthardware.net

ACU 000233

**From:** Huangdan <huangnad@163.com>
**Time sent:** December 13, 2017  22:40
**To:** Qiangdi GM Zhuo
**Subject:** ACU price list 2017 (Correction)

Hi GM Zhuo, Greeting!!!

I checked the records of the quote before. After the quote in 2015, we have a re-quote in 2017.

In order to expand the market, we have quoted the lowest price. If we have another adjustment, then should be hard to take in.

Can we keep the same price as 2017? Thanks

The attached are 3 quotes, one in 2015, one in 2017 and the last is the one with a model typo (confirmed with MR Dai and corrected), please check.

_____

American VIG Group

Guangdong Vishion Industry Company


Dan Huang  13926450108

Email: huangnad@163.com

TEL：0757-85231098-832  FAX：0757-85209870

Add.: 5 Kaixuan Road, Songgang Industrial Garden, Songgang, Shishan Town, Nanhai, Foshan City

ACU 000234

16
Outlook E-mail

○ New□  Reply□  □ Delete  □Save  Junk mail○  Organize  Move to○  Category○

○**Search results**

In the folder
All folders
Inbox
Sent

**From**

jorshin
acuhardware-@hotm:

Qiangdi hardware Davie-Dai
davie568@foxmail.com

Qiangdi hardware Davie-Dai
davie568@qq.com

**Option**
With attachment

**Date**
All
This week
Last week
This month
Range
From
Tuesday 2018/7/3
To
Tuesday 2018/7/3

**RE: ACU price list 2017 (Correction)**

jor alvin

Thursday 2017/12/14,21:54
Dan (huangnadag-163.com); davie568@qq.com

You forwarded this email at 7:01 June 20, 2018.

ACU price  list 2018.xls
582 KB

Download  Save to OneDrive - Personal

Hi Ms Huang,
The latest price list attached.Thanks.

Best regards,

Alvin Zhuo.

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
Markham, Ontario, Canada L3R 1H3
Tel: 905-477-7376 Fax:905-477-8055
Web-site: www.trusthardware.net

---

**From:** Huangdan <huangnad@163.com>
**Time sent:** December 13, 2017  22:40
**To:** Qiangdi GM Zhuo
**Subject:** ACU price list 2017 (Correction)

Hi GM Zhuo, Greeting!!!
I checked the records of the quote before. After the quote in 2015, we have a re-quote in 2017.
In order to expand the market, we have quoted the lowest price. If we have another adjustment, then should be hard to take in.
Can we keep the same price as 2017? Thanks
The attached are 3 quotes, one in 2015, one in 2017 and the last is the one with a model typo (confirmed with MR Dai and corrected), please check.

American VIG Group
Guangdong Vishion Industry Company

Dan Huang 13926450108
Email: huangnad@163.com
TEL : 0757-85231098-832 FAX : 0757-85209870
Add.: 5 Kaixuan Road, Songgang Industrial Garden, Songgang, Shishan Town, Nanhai, Foshan City

1/10  ACU        000235

(translation high-light in green color)

答复（        ）：ACU price list 2017（纠错）



⬜
⬜
⬜
⬜
jor alvin
周四        2017/12/14, 21:54
黄聘
davie568@qq.com
⬜
ACU price list 2018.xls
582 KB
⬜

下载
保存到        OneDrive

Hi 黄小姐，
附件是最新的价钱。

Thanks.
Best regards,

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
     Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055
Web-site:www.trusthardware.net

ACU 000233

&lt;huangnad@163.com&gt;

**发送时间** : 2017 年 12 月 13 日 22:40

**收件人: 强的卓总**

**主题** ACU price list 2017（纠错）

卓总，您好：

我查询过之前的报价记录，2105 年报价之后在今年已经更新过一次报价。

为了推广市场，我们对外都是报了最低的价格，如果价格再有调整估计很难消化。

是否可以维持 2017 年的价格不变。谢谢！

附件有三份，一份是 2015 年报价，一份是 2017 年报价，一份是 2017 年报价单发现一型号
写错的，和戴生确认过纠正过来的，请查看。

美国 V.I.G.公司

广东维迅实业有限公司

黄聪（         ） 13926450108

Email: huangnad@163.com

TEL：0757-85231098-832  FAX：0757-85209870

add 佛山市南海区狮山镇松岗松夏工业园凯骏路 5 号

新建    答复    删除    存档  垃圾邮件    整理  移至    类别

## 搜索结果

**文件夹中**

所有文件夹

收件箱

已发送邮件

**发件人**

joralvin
acuhardware1@hotm:

强的五金Davie-敏
davie568@foxmail.cor

强的五金Davie-敏
davie568@qq.com

**选项**

**日期**

所有

本周

上周

本月

选择范围

**从**

周二 2018/7/3

**到**

周二 2018/7/3

### 答复: ACU price list 2017（纠错）

jor alvin

聘 (huangnad@163.com), davie568@qq.com

你在 2018/6/20 7:01 转发了此邮件。

ACU price list 2018.xls

Hi 黄小姐,
附件是最新的价钱。

Thanks.
Best regards,

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
    Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055

发件人: 黄聘 <huangnad@163.com>
发送时间: 2017年12月13日 22:40
收件人: 强的卓总
主题: ACU price list 2017（纠错）

卓总，您好:

我查询过之前的报价记录，2105年报价之后在今年已经更新过一次报价。为了推广打开市场，我们对外都
谢谢!
附件有三份，一份是2015年报价，一份是2017年报价，一份是2017年报价单发现一型号写错的，和戴生确i

＿＿＿＿＿＿公司
广东维达实业有限公司
黄聘  Dan Huang  13926450108
Email: huangnad@163.com
TEL: 0757-85231098-832  FAX: 0757-85209870
地址: 佛山市南海区狮山镇松岗松夏工业园凯旋路5号



US007900400B2

(12) **United States Patent**
Liang et al.

(10) Patent No.: **US 7,900,400 B2**
(45) Date of Patent: **Mar. 8, 2011**

(54) **ADJUSTABLE WINDOW HINGE**

(75) Inventors: **Luke Liang**, So. Plainfield, NJ (US);
**Tong Liang**, Guang Zhou (CN); **David Chen**, Guang Zhou (CN)

(73) Assignee: **Vision Industries Group, Inc.**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 513 days.

(21) Appl. No.: **11/601,383**

(22) Filed: **Nov. 17, 2006**

(65) **Prior Publication Data**

US 2008/0115321 A1    May 22, 2008

(51) **Int. Cl.**
*E05D 15/28*    (2006.01)

(52) **U.S. Cl.** ................. 49/246; 49/250; 49/252; 49/396; 16/235; 16/242; 16/245

(58) **Field of Classification Search** .................. 49/246, 49/250–252, 396; 16/235, 242, 245
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,541,567 | A | * | 2/1951 | Barrett ............................ 16/245 |
| 3,092,097 | A | | 6/1963 | Moss ............................ 126/194 |
| 4,726,092 | A | | 2/1988 | Tacheny et al. |
| 4,790,106 | A | * | 12/1988 | La See ............................ 49/252 |
| RE32,846 | E | | 1/1989 | Sandberg et al. |
| 5,040,267 | A | * | 8/1991 | Dallmann ............................ 16/239 |

| | | | | |
|---|---|---|---|---|
| 5,074,075 | A | * | 12/1991 | La See ............................ 49/252 |
| 5,152,102 | A | * | 10/1992 | La See ............................ 49/252 |
| 5,307,539 | A | * | 5/1994 | Bauman ............................ 16/239 |
| RE34,657 | E | * | 7/1994 | La See ............................ 49/252 |
| 5,491,930 | A | * | 2/1996 | La See ............................ 49/252 |
| RE35,635 | E | * | 10/1997 | Bauman ............................ 16/239 |
| 5,794,310 | A | * | 8/1998 | Dallmann ............................ 16/362 |
| 5,964,011 | A | * | 10/1999 | Ruston et al. ............................ 16/239 |
| 6,112,371 | A | * | 9/2000 | Tremblay ............................ 16/362 |
| 6,134,751 | A | * | 10/2000 | Carrier et al. ............................ 16/242 |
| 6,276,025 | B1 | * | 8/2001 | Leibman ............................ 16/241 |
| 6,513,194 | B2 | * | 2/2003 | Harkins et al. ............................ 16/239 |
| 6,643,896 | B2 | * | 11/2003 | Carrier ............................ 16/242 |
| 7,257,864 | B2 | * | 8/2007 | Liang et al. ............................ 16/366 |
| 2002/0108212 | A1 | * | 8/2002 | Carrier ............................ 16/242 |

* cited by examiner

*Primary Examiner* — Jerry Redman
(74) *Attorney, Agent, or Firm* — Thomas A. O'Rourke; Bodner & O'Rourke, LLP

(57)    **ABSTRACT**

The present invention corrects sash sag in casement windows by implementing an adjustable hinge. The adjustable hinge includes a sash arm, a support arm, a retaining clip and an adjustment mechanism. The adjustment mechanism serves a twofold purpose. First, it allows one to adjust the hinge for sash sag, and it also secures the support arm to the track of the adjustment hinge. The adjustment mechanism includes a threaded support post and a threaded member. The threaded support post has a circumferential groove which is used to receive the arms of a retaining clip. The sash arm is mounted to the track of the adjustable hinge via a shoe block. The sash arm has a protrusion located on its bottom surface. The protrusion serves as a movement restrictor.

**20 Claims, 5 Drawing Sheets**



Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 51 of 82
PageID: 3565
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 2 of 31 PageID:
2725

**U.S. Patent**        Mar. 8, 2011        Sheet 1 of 5        US 7,900,400 B2



Fig. 1

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 52 of 82
PageID: 3566
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 3 of 31 PageID:
2786




US008132290B2

(12) **United States Patent**
Liang et al.

(10) Patent No.: **US 8,132,290 B2**
(45) Date of Patent: **Mar. 13, 2012**

(54) **BLOCK AND TACKLE BALANCE ASSEMBLY WITH ROTATABLE SHOE**

(75) Inventors: **Luke Liang**, South Plainfield, NJ (US);
**Tong Liang**, Guangzhou (CN); **David Chen**, Guangzhou (CN)

(73) Assignee: **Vision Industries Group, Inc.,** So. Plainfield, NJ (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 68 days.

(21) Appl. No.: **12/218,764**

(22) Filed: **Jul. 17, 2008**

(65) **Prior Publication Data**

US 2010/0011669 A1      Jan. 21, 2010

(51) **Int. Cl.**
*E05D 13/00*      (2006.01)
(52) **U.S. Cl.** ............................... **16/193**; 16/197; 49/181
(58) **Field of Classification Search** ................... 49/447,
49/445, 181; 160/189, 190; 16/193, 197
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,178,761 A | * | 4/1965 | Restaino | ........................ 16/257 |
| 4,610,108 A | * | 9/1986 | Marshik | ........................ 49/181 |
| 5,036,622 A | * | 8/1991 | Stark | ........................ 49/445 |
| 6,622,342 B1 | * | 9/2003 | Annes et al. | ........................ 16/197 |
| 6,892,494 B2 | * | 5/2005 | Malek | ........................ 49/181 |
| 7,673,372 B2 | * | 3/2010 | Annes et al. | ........................ 16/197 |
| 2005/0178068 A1 | * | 8/2005 | Uken et al. | ........................ 49/445 |
| 2005/0188620 A1 | * | 9/2005 | Malek et al. | ........................ 49/181 |
| 2006/0207185 A1 | * | 9/2006 | Shuler et al. | ........................ 49/445 |

* cited by examiner

*Primary Examiner* — Victor Batson
*Assistant Examiner* — Matthew Sullivan
(74) *Attorney, Agent, or Firm* — Thomas A O'Rourke; Bodner & O'Rourke, LLP

(57)      **ABSTRACT**

A balance assembly for a sliding sash window, where a spring-loaded pulley arrangement is interconnected between the window frame and the window, to counter the weight of the window, and permit ease of opening and closing the window. The spring-loaded pulley arrangement is located within a housing, which also facilitates attachment of the shoe. The shoe of this balance assembly being rotatable between a first and a second position to permit fitting the assembly into the side of the window frame, when the shoe is in the first position, and to permit final installation of the assembly when the shoe in the second position. The shoe is retained in the first and second positions by detents. This rotatable shoe feature permitting installation, of the Balance Assembly of this invention, into a window frame at later stages of the window assembly sequence.

**49 Claims, 19 Drawing Sheets**



Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 53 of 82
PageID: 2567
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 4 of 31 PageID:
2727

**U.S. Patent**    Mar. 13, 2012    Sheet 1 of 19    US 8,132,290 B2



# FIG. 1

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 54 of 82
PageID: 3568
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 5 of 31 PageID:
2728

*EXHIBIT BB*

# Casement Hardware
# On-Time, ALL the TIME.



## Contact Vision to visit our newest
## 130,000 sq/ft state-of-the-art facility.

Vision Hardware offers a complete line of casement and awning hardware available for next-day pickup or shipping from any of our 5 warehouse locations. Our casement and awning systems are designed to be "Plug and Play" with your existing fabrication without the need for any modifications. Vision will evaluate your drawings, install our system into your sample unit and support the conversion at your location to ensure a smooth transition.

1

Best of all, Vision will inventory your components to your supply agreement, with guaranteed stock available.

**Vision Hardware casement parts have been tested and certified in accordance with AAMA 901-10 and AAMA 904-09, and are listed on the AAMA approved product list.**

Vision's wide selection, available in a range of colors and styles, easily accommodates any casement or awing design.






(800) 220-4756 • www.visionhardware.com

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 56 of 82
PageID: 3570
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 7 of 31 PageID:
2730





Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 58 of 82
PageID: 2572
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 9 of 31 PageID:
2732





Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 59 of 82
PageID: 3573
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 10 of 31
PageID: 2733

# Casement

www.visionhardware.com

Casement



**Model Number:**
T1666

**Material:**
Steel

**Description:**
Tie bar hook, left or right handed

(19) 中华人民共和国国家知识产权局



(12) 发明专利申请

(10) 申请公布号 CN 113738184 A

(43) 申请公布日 2021.12.03

(21) 申请号 202110910870.2

(22) 申请日 2021.08.09

(71) 申请人 广东维迅实业有限公司
地址 528000 广东省佛山市南海区狮山镇
松夏工业园凯旋路5号

(72) 发明人 梁彤

(74) 专利代理机构 广州市越秀区哲力专利商标
事务所(普通合伙) 44288
代理人 葛燕婷

(51) Int.Cl.
E05B 3/00 (2006.01)

权利要求书1页 说明书3页 附图4页

(54) 发明名称
一种侧边锁、窗锁以及窗户

(57) 摘要
本发明公开了一种侧边锁,属于锁具领域,
包括主体以及把手,把手转动安装于主体,侧边
锁还包括活动拨手以及弹性件,活动拨手滑动安
装于主体,活动拨手设有配合槽以及锁槽,把手
设有配合端,配合端安装于配合槽中并能沿配合
槽移动,配合槽设有大端,大端的尺寸大于配合
端的尺寸,弹性件两端分别与主体以及活动拨手
抵触,当把手相对主体转动时,配合端带动活动
拨手相对主体移动使锁槽与锁扣锁定并且弹性
件压缩,锁槽与锁扣锁定时,配合端移动至大端,
活动拨手在弹性件抵触下与配合端碰触,发出声
响并产生振动,提醒使用者窗户已经锁定到位,
防止窗户没有锁定到位而意外打开,本发明还涉
及一种包含上述侧边锁的窗锁以及窗户。



CN 113738184 A

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 61 of 82
PageID: 3575
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 12 of 31
PageID: 2735

CN 113738184 A                 说 明 书 附 图                              1/4 页



图1



图2

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 62 of 82
PageID: 3576
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 13 of 31
PageID: 2736

CN 113738184 A    说 明 书 附 图    2/4 页



图3

7

Case 2:18-cv-06296-JKS-CLW     Document 307-6     Filed 03/31/25     Page 63 of 82
PageID: 3577
Case 2:18-cv-06296-JKS-CLW     Document 242-1     Filed 02/04/24     Page 14 of 31
PageID: 2737

CN 113738184 A          说 明 书 附 图          3/4 页



图4

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 64 of 82
PageID: 3578
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 15 of 31
PageID: 2738

Vision Casement Locking Handle spec sheet was downloaded from Vision's website (before

spec sheets were made inaccessible for any party who was not registered on the Vision website).



Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 65 of 82
PageID: 3579
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 16 of 31
PageID: 2739

ACU's Casement Locking Handle:



Case 2:18-cv-06296-JKS-CLW   Document 307-6   Filed 03/31/25   Page 66 of 82   PageID: 7580
EXHIBIT (C)
Case 2:18-cv-06296-JKS-CLW   Document 242-1   Filed 02/04/24   Page 17 of 31
PageID: 2740

| | Total Amount USD | Total amount for all orders from Vision completed(USD) |
|---|---|---|
| Orders Handled in China Past | | |
| Orders Handled in Canada | | |
| 2015 orders Total USD value USD0.00 | US$5,414.24 | US$794.66 |
| 2016 orders(RATE:6.55) Total USD3,024.00 | | |
| 2017 orders(Rate: 6.80) USD2,390.24 | | |
| 2018 orders Total USD:0.00(2 Orders Not Completed, orders amount USD45,600.00) | | |
| 2016 orders Handled Canada (Acu Plasmold Inc) Total USD:724.99 | US$3,365.42 | |
| 2017 orders Handled Canada (Acu Plasmold Inc) Total USD:655.43 | | |

**2015 orders Total USD value USD:0.00**

| NO | Customer Name | Customer Code | Date of shipment | P.O. No | Code | POS | QTY. | Unit Price | item | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Guangdong Vizhion Industry Company | | 10/14/2011 | | FH-03A OR FH-03B | 15 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-01-3 | 16 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-01L OR ELITE-01 R | 7 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-02L OR ELITE-02 R | 5 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-04 | 16 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-04-3 | 20 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-05 | 21 | 2 | $0.00 | $0.00 | |
| | | | | | ELITE-05-3 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | SH-03 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CBE-03 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CBE-03 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CBE-03 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CBE-03 | 3 | 2 | $0.00 | $0.00 | |
| | | | | | CBE-03 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CH-03 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CH-04 | 2 | 2 | $0.00 | $0.00 | |
| | | | | | CH-05 | 2 | 2 | $0.00 | $0.00 | |

**2016 orders(RATE:6.55) Total USD3,024.00**

| Code | POS | QTY. | Unit Price | item | Total |
|---|---|---|---|---|---|
| ELITE-02L | 4 | 4 | $0.00 | $0.00 | |
| ELITE-05 | 21 | 4 | $0.00 | $0.00 | |
| ELITE-01AR | 7 | 4 | $0.00 | $0.00 | |
| ELITE-01AL | 7 | 4 | $0.00 | $0.00 | |
| ELITE-05 | 5 | 2 | $0.00 | $0.00 | |

Case 2:18-cv-06296-JKS-CLW   Document 307-6   Filed 03/31/25   Page 67 of 82 PageID: 3581
Case 2:18-cv-06296-JKS-CLW   Document 242-1   Filed 02/04/24   Page 18 of 31
PageID: 2741

17

Guangdong Volition Industry Company

5/27/2016

| Product | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|
| ELITE-02L(BK) | 5 | 40 | | |
| ELITE-01AR(BK) | 7 | 40 | | |
| ELITE-01AL(BK) | 7 | 40 | | |
| BK-01C(MG) | 91 | 5000 | | |
| ELITE-65-3(BL) | 150 | 150 | | |
| CS-12 | 55 | 4 | $0.00 | $0.00 |
| CS-10 | 32 | 3 | $0.00 | $0.00 |
| CS-8B | 59 | 7 | $0.00 | $0.00 |
| CS-01R | | 6 | $0.00 | $0.00 |
| CS-01L | | 8 | $0.00 | $0.00 |
| BK-06 | 51 | 3 | $0.00 | $0.00 |
| BK-01 | 60 | 3 | $0.00 | $0.00 |
| LP-02 | 57 | 5 | $0.00 | $0.00 |
| FH-01 | 2 | 3 | $0.00 | $0.00 |
| CL-03C | 38 | 2 | $0.00 | $0.00 |
| CL-03B | 18 | 2 | $0.00 | $0.00 |
| CL-03A | 34 | 4 | $0.00 | $0.00 |
| CL-02L | 37 | 3 | $0.00 | $0.00 |
| CL-01L | 36 | 3 | $0.00 | $0.00 |
| CL-01R | 16 | 3 | $0.00 | $0.00 |
| ELITE-04 | 18 | 4 | $0.00 | $0.00 |
| ELITE-04R | 31 | 4 | $0.00 | $0.00 |
| HG-15R(SS) | 31 | 5 | $0.00 | $0.00 |
| HG-15L(SS) | 30 | 5 | $0.00 | $0.00 |
| HG-15R(PC) | 30 | 5 | $0.00 | $0.00 |
| HG-15L(PC) | 29 | 3 | $0.00 | $0.00 |
| HG-10R(SS) | 28 | 5 | $0.00 | $0.00 |
| HG-10L(SS) | 28 | 5 | $0.00 | $0.00 |
| HG-10R(PC) | 20 | 4 | $0.00 | $0.00 |
| HG-10L(PC) | | | $0.00 | $0.00 |
| ELITE-04-3(PC) | | | $0.00 | $0.00 |
| ELITE-0+3 | 16 | 3 | $0.00 | $0.00 |
| ELITE-65-3 | 17 | 3 | $0.00 | $0.00 |
| ELITE-03-3 | 14 | 4 | $0.00 | $0.00 |
| CS-04R | 5 | | $0.00 | $0.00 |
| CS-04L | 12 | 7 | $0.00 | $0.00 |
| FH-03B | 15 | 7 | $0.00 | $0.00 |
| FH-03A | 5 | | $0.00 | $0.00 |
| ELITE-02R | 4 | | $0.00 | $0.00 |

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 68 of 82
PageID: 3582
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 19 of 31
PageID: 2742

| No. | Company | Date | | | | Notes |
|---|---|---|---|---|---|---|
| 18 | Guangdong Yabiao Industry Company | 6/25/2016 | M-1 and M-2 | | | |
| | | | ELITE-02R(90) | 5 | 40 | |
| | | | ELITE-04M(90) | 18 | 40 | |
| | | | ELITE-05(90) | 21 | 40 | |
| | | | ELITE-01-5(90) | 16 | 100 | |
| | | | ELITE-01-3(90) | 14 | 150 | |
| | | | ELITE-03-3(90) | 14 | 40 | |
| | | | ELITE-04-3(90) | 17 | 120 | |
| | | | FH-03A(CW) | 15 | 100 | |
| | | | FH-05(PC) | 13 | 120 | |
| | | | HG-10R(PC) | 28 | 120 | |
| | | | HG-10L(PC) | 28 | 120 | |
| | | | HG-19R(PC) | 30 | 80 | |
| | | | HG-19L(PC) | 30 | 80 | |
| | | | HG-10L(SB) | 29 | 120 | |
| | | | HG-19R(SB) | 29 | 120 | |
| | | | FH-02 | 3 | 150 | |
| | | | CS-04L/R | 2 | 200 | |
| | | | PH-03 | 51 | 700 | |
| | | | CS-12(SS) | 51 | 700 | |
| | | | CL-22L(CW) | 35 | 100 | |
| | | | CL-03-5L(CW) | 37 | 72 | |
| | | | CL-05(BD) | 59 | 1500 | |
| | | | HG-05(BD) | 60 | 96 | |
| | | | CL-03A(CW) | 36 | 200 | |
| | | | TB-18PA(BD) | 36 | 96 | |
| | | | TB-12R(SS) | 31 | 80 | |
| | | | HG-12R(SS) | 31 | 80 | |
| | | | HG-13(SS) | 31 | 80 | |
| 21 | Guangdong Yabiao Industry Company | 4/24/2017 | ELITE-05 | 21 | 200 | 9136,406 |
| | | 4/24/2017 | ELITE-05-5(BL) | 21 | 400 | |
| | | 5/24/2017 | TB-20(IR(BR)) | 15 | | |
| 22 | Guangdong Yabiao Industry Company | 8129KCC | Sample Orders | | | |
| | | | TB-NNICI | 55 | | |
| | | | CL-01L(CW) | 96 | | |
| | | | CL-01L(CW) | 95 | | |
| | | | CL-03(CW) | 34 | | |
| | | | HG-05(BD) | 100 | | |
| 21 | | 8130Z7CC | Sample Orders | | | |
| | | | CL-01R(CW) | 36 | 200 | 713,697R |
| | | | CL-22L(CW) | 37 | 200 | |
| | | | CL-22L(CW) | 37 | 200 | |
| | | | TB-18R(BD) | 10 | | |
| | | | TB-18PA(BD) | 10 | | |
| | | | TB-12N(BD) | 40 | | |
| | | | TB-10R(BD) | 14 | | |
| 23 | Guangdong Yabiao Industry Company | | Sample Orders | | | |
| | | | ELITE-04-R(Fl) | 7 | 3 | |
| | | | BJ9(CW) | 21 | 6 | |
| | | | FH-05A(BL) | 13 | 6 | |
| | | | ELITE-02L/R | 6 | 6 | |

**2018 orders Total usd:0.00|ORDERS NOT COMPLETED**

| Company | Date | | | | | | Notes |
|---|---|---|---|---|---|---|---|
| Guangdong Yabiao Industry Company | 8/15/2017 | | | | | | |
| | 8/15/2017 | HG-05 | 60 | 1680 | 7,800 | (PRICE NOT INDICATED) | |
| | 8/15/2017 | Elite-05 | 21 | 200 | 600 | | |
| | 1/20/2018 | HG-04-20L | 2W | | | | |

| | | | | | | | 63 | 58239R6 |
| | | | | | | | 33 | 4923,373 |
| | | | | | | | 61.5 | 14,6537 |
| 7 | Guangdong Yabiao Industry Company | M | 1/20/2018 | #318KCC | | | 7 | 179,234 |

| Company | | Date | Order No. | Part No. | Qty | Unit | Total | |
|---|---|---|---|---|---|---|---|---|
| Guangdong Vorson Industry Company | M | 1/19/2016 | 31375XC | HIS-10R | 1K | 1440 | 7.00 | [PIECE NOT ACCEPTED] |

### 2016 orders Handled Canada (Acu Plasmold Inc)    Total USD:724.99

| Company | Date | Order No. | Part No. | Qty | Unit | Total |
|---|---|---|---|---|---|---|
| Vorson Hardware Group Inc | 8/20/2016 | LUKG726 | CS-04L(B)(60) | 400 | US$0.17 | US$68.00 |
| | | | CS-04L(B)(60) | 400 | US$0.17 | US$68.00 |
| | | | FH-01 C-32 | 200 | US$0.07 | US$14.00 |
| | | | FH-02 C-78 | 150 | US$0.05 | US$7.50 |
| | | | 1P-02 8/G | 840 | US$0.10 | US$84.00 |
| | | | CS-04P | 1500 | US$0.10 | US$150.00 |
| Vorson Hardware Group Inc | 8/23/2016 | JIM-823 | Elite-03L | 4 | US$3.08 | US$13.32 |
| | | | Elite-03R | 4 | US$3.08 | US$12.32 |
| | | | TB-368A | 4 | US$3.15 | US$13.15 |
| Vorson Hardware Group Inc | 8/23/2016 | JIM-004 | CL-03C-GW | 25 | US$2.00 | US$50.00 |
| | | | CS-10-ERG | 25 | US$0.15 | US$3.75 |
| | | | CS-10-ERG | 25 | US$0.15 | US$3.75 |

### 2017 orders Handled Canada (Acu Plasmold Inc)    Total USD:655.43

| Company | Date | Order No. | Part No. | Qty | Unit | Total |
|---|---|---|---|---|---|---|
| | 2/10/2017 | JIM-209 | TB-369B | 4 | US$1.51 | US$5.68 |
| | | | TB-369B | 4 | US$1.51 | US$6.06 |
| | | | TB-368B | 4 | US$1.51 | US$6.06 |
| | | | TB-569B | 4 | US$1.23 | US$4.92 |
| | 3/22/2017 | JIM-0328 | ELITE-03-L SS | 4 | US$1.31 | US$5.24 |
| | | | HIS-24Y FC | 4 | US$1.40 | US$5.40 |
| | | | HIS-24Y FC | 4 | US$1.40 | US$5.40 |
| | | | CV-C81 | 4 | US$1.38 | US$5.52 |
| | | | CV-C81 | 4 | US$1.38 | US$5.52 |
| | | | TB-430B | 4 | US$1.52 | US$6.08 |
| | | | TB-459B | 4 | US$1.77 | US$7.08 |
| | | | TB-459B | 4 | US$1.54 | US$6.16 |
| | 4/10/2017 | JIM-406 | TB-290B | 4 | US$1.00 | US$4.00 |
| | | | TB-290A | 4 | US$1.00 | US$4.00 |
| | | | TB-340A | 4 | US$1.40 | US$5.40 |
| | | | TB-35A | 4 | US$1.58 | US$6.32 |
| | | | TB-388A | 4 | US$1.40 | US$5.40 |
| | | | TB-429B | 4 | US$1.23 | US$4.92 |
| | | | TB-440A | 4 | US$1.31 | US$5.24 |
| | | | TB-560A | 4 | US$1.46 | US$5.84 |
| | | | TB-540A | 4 | US$1.47 | US$5.88 |
| | | | TB-399A | 4 | US$1.62 | US$6.48 |
| | | | TB-429A | 4 | US$1.47 | US$5.88 |
| | 4/25/2017 | JIM-0424 | CL-02R-GW | 20 | US$1.62 | US$32.40 |
| | | | CL-03R(GW) | 4 | US$1.92 | US$7.68 |
| | 5/9/2017 | JIM-0508 | CL-02R-GW | 20 | US$1.62 | US$32.40 |
| | | | CL-07R(GW) | 200 | US$1.93 | US$386.60 |
| | | | HIS-C81 | 5 | US$1.49 | US$7.45 |
| | 8/16/2017 | JIM-0518 | TRUST10YL C-32 | 20 | US$1.61 | US$32.20 |
| | | | TRUST10YL C-32 | 10 | US$1.61 | US$16.10 |
| | | | TRUST1Y2R C-32 | 10 | US$1.61 | US$16.10 |

Case 2:18-cv-06296-JKS-CLW          Document 307-6      Filed 03/31/25      Page 70 of 82
                                    PageID: 3584
Case 2:18-cv-06296-JKS-CLW          Document 242-1      Filed 02/04/24      Page 21 of 31
                                    PageID: 2744

**kevinkang@bellnet.ca**

| | |
|---|---|
| **From:** | jim liu <jm.liu@visionhardware.com> |
| **Sent:** | August 18, 2017 2:23 PM |
| **To:** | kevinkang@bellnet.ca; 'jor alvin |
| **Cc:** | 'verna_h'; 'Joe' |
| **Subject:** | RE: questions |

Thanks Kevin, please use our UPS account: 264V8W,                    J I M - 0818

Regards,

Jim Liu
Vision Industries Group, Inc.

**From:** kevinkang@bellnet.ca [mailto:kevinkang@bellnet.ca]
**Sent:** Thursday, August 17, 2017 5:06 PM
**To:** 'jim liu'; 'jor alvin'
**Cc:** 'verna_h'; 'Joe'
**Subject:** RE: questions

Hi Jim,

Please see the order confirmation as below:

HG-06 Csmt Lime Dev.      300 x $1.50 =$400.00      1 8          2
TRUSTY-01L Dual Arm Op LH   5 x  6.30 =  31.50      3 2          /
TRUSTY-02L Dyad Op. LH     10 x  5.50 =  55.00      4 6          Ap 170d 18 D
TRUSTY-02R Dyad Op. RH     10 x  5.50 =  55.00                  /
                         ----------------                       /
                    Total  C$606.50

We are out of TRUSTY-03R. Please  _____ be advised of _____ R
acct. No. Thank you

Warm Regards

Kevin Kang
ACU Plasmold Inc
270 Esna Park Dr. Unit #9 10
Markham, Ontario l 3R 1H3
Tel  905-477-7370  Fax  905-477-6005
E-mail  kevinkang@bellnet.ca

**From:** Jim liu [mailto:jm.liu@visionhardware.com]
**Sent:** August 17, 2017 11:16 AM
**To:** kevinkang@bellnet.ca; 'jor alvin' <acuhardware1@hotmail.com>
**Cc:** 'verna_h' <verna_ho@visionhardware.com>; 'Joe' <jblackwell@visionhardware.com>
**Subject:** RE: questions

1

Case 2:18-cv-06296-JKS-CLW     Document 307-6     Filed 03/31/25     Page 71 of 82
                                      PageID: 3585
Case 2:18-cv-06296-JKS-CLW     Document 242-1     Filed 02/04/24     Page 22 of 31
                                      PageID: 2745

**kevinkang@bellnet.ca**

| | |
|---|---|
| **From:** | jim liu <jim.liu@visionhardware.com> |
| **Sent:** | May 8, 2017 11:12 AM |
| **To:** | kevinkang@bellnet.ca; 'jor alvin' |
| **Cc:** | 'verna_h'; 'Joe' |
| **Subject:** | samples request |

Hi Kevin,

I need Locking HandleT1685-86-R (CL-02R) and T1680 R(Cl. 01R) samples, 20 pieces each
You can attach invoice in the package also.

Thanks.
Best regards,

Jim Liu
Vision Industries Group, Inc.

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 72 of 82
PageID: 3586
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 23 of 31
PageID: 2746

**kevinkang@bellnet.ca**

| | |
|---|---|
| **From:** | jim liu <jm.liu@visionhardware.com> |
| **Sent:** | April 19, 2017 4:41 PM |
| **To:** | kevinkang@bellnet.ca; 'jor alvin' |
| **Cc:** | 'verna_h'; 'Joe'; 'Thomas Ghizzone' |
| **Subject:** | RE: samples request |

JM - 0424.

Hi Kevin,

Our customer looking Locking Handle samples CL-01R and CL-02R, 4 pieces each. Let me know if you stock those parts.

Thanks.
Best regards,

Jim Liu
Vision Industries Group, Inc.

CL-01R  ow  u  x  3

CL-02R  ow  u  x  3

by  their  Art  (p.v)

Apil 704420

Case 2:18-cv-06296-JKS-CLW　　Document 307-6　　Filed 03/31/25　　Page 73 of 82
PageID: 3587
Case 2:18-cv-06296-JKS-CLW　　Document 242-1　　Filed 02/04/24　　Page 24 of 31
PageID: 2747

| Vision Part # | | TRUTH PART # | DESCRIPTION | |
|---|---|---|---|---|
| T16014-R | | 16 14 002-R | 14" HINGE RH TRACK ASSY | |
| T16014-L | | 16 14 002-B | 14" HINGE LH TRACK ASSY | |
| T1618 | | 213.00 | SPLINE-CLIP | |
| | | 11 932-02 | MP TIE BAR 6X1 THS RH | |
| | | 11 916-02 | MP TIE BAR 4X5 3PT RH | |
| | | 11 903-02 | MP TIE BAR 16X2 3PT RH | |
| T1677229A | 10 | TP - 23D | 22.901", three locking points cone roller | |
| T1677269A | 20 | TA - 26DD | 26.901", three locking points cone roller | |
| T1677309A | 10 | TB - 30DD | 30.901", three locking points cone roller | |
| T1677349A | 95 | TB - 34DD | 34.901", three locking points cone roller | |
| T1677389A | 50 | TB - 38DD | 38.901", three locking points cone roller | |
| T1677429A | 40 | TB - 42DD | 42.901", three locking points cone roller | |
| T1677469A | 170 | TB - 44DD | 46.901", three locking points cone roller | |
| T1677509A | | TB - 50DD | 50.90", three locking points cone roller | |
| T1677549A | 90 | TB - 54DD | 54.901", three locking points cone roller | |
| T1677589A | 200 | TB - 53DD | 58.901", three locking points cone roller | |
| T1677629A | 2.10 | TA - 62DD | 62.901", four locking points cone roller | |

*(handwritten notes below table)*

Approved

Vision

Ro# Tim - Doc

per their req.

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 74 of 82
PageID: 3588
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 25 of 31
PageID: 2748

| Vision Part # | TRUTH PART # | DESCRIPTION |
|---|---|---|
| T16014-R | 13 14 00 217 | 14" HINGE RH AWNING |
| T16014-L | 13 14 00 216 | 14" HINGE LH AWNING |
| T1818 | 21306 | SPLINE CAP |
| T1677589B | 11922 92 | MP TIE BAR 58 9 2PT INLK |
| T1677581B | 11919 92 | MP TIE BAR 46 9 2PT INLK |
| T1677159B | 11902 92 | MP TIE BAR 18 9 2PT INLK |
| T1677229A | | 22.901", three locking points cone roller |
| T1677269A | | 26.901", three locking points cone roller |
| T1677309A | | 30.901", three locking points cone roller |
| T1677349A | | 34.901", three locking points cone roller |
| T1677389A | | 38.901", three locking points cone roller |
| T1677429A | | 42.901", three locking points cone roller |
| T1677469A | | 46.901", three locking points cone roller |
| T1677509A | | 50.901", three locking points cone roller |
| T1677549A | | 54.901", three locking points cone roller |
| T1677589A | | 58.901", three locking points cone roller |
| T1677629A | | 62.901", four locking points cone roller |

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 75 of 82
PageID: 3589
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 26 of 31
PageID: 2749

kevinkang@bellnet.ca

| | |
|---|---|
| **From:** | jor alvin <acuhardware1@hotmail.com> |
| **Sent:** | February 9, 2017 12:11 PM |
| **To:** | jim liu; kevinkang@bellnet.ca |
| **Cc:** | Joe; 'Thomas Ghizzone'; 'L Liang'; Allen Kirkland |
| **Subject:** | 答复: casement samples |

*Vision*

*Jim - 209*

Hi Jim,
1)First of all, we don't have both of the parts shown in this e-mail.
2). We have the interlocking tie-bar you required. Kevin would help to send as required:3 pieces each of 50.901", 42.901", 38.901" and 26.901".
DearKevin,
Would you help to send those tie-bar samples?

Thanks.
Best regards,

Alvin Zhuo.

*TB-2690    4 4#, 52*
*TB-3290    44    1 52*
*TB-4090    44    1 52*
*TB-6090    44    1 52*

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
      Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055
Web-site:www.trusthardware.net

*Ap170210 C    1 Box*

*UPS Acct 264V8W*

发件人: jim liu <jm.liu@visionhardware.com>
发送时间: 2017 年 2 月 8 日 17:40
收件人: 'jor alvin'
抄送: Joe; 'Thomas Ghizzone'; 'L Liang'; Allen Kirkland
主题: casement samples

Hi Alvin,

I am trying to find some parts information from your website, but your website doesn't work for long times.

1

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 76 of 82
PageID: 3590
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 27 of 31
PageID: 2750

vinkang@bellnet.ca

**m:**          jim liu <jm.liu@visionhardware.com>
**t:**          October 4, 2016 8:28 AM
                kevinkang@bellnet.ca; 'jor alvin'
                'L Liang'; 'Joe'; 'Thomas Ghizzone'; 'Allen Kirkland'
**ject:**       RE: Reverse Dyad Operators

Kevin,

y, please go ahead.

nks.

t regards,

Liu
on Industries Group, Inc.

**m:** kevinkang@bellnet.ca [mailto:kevinkang@bellnet.ca]
**t:** Monday, October 03, 2016 9:04 AM
'jim liu'; 'jor alvin'
'L Liang'; 'Joe'; 'Thomas Ghizzone'; 'Allen Kirkland'
**ject:** RE: Reverse Dyad Operators

m,

we have all in our warehouse and we will ... the order with ... amount
the quoted prices. Also, we will pay the freight as well
s is okay, please let me know to prepare ... entry a... so
k you.

m Regards,

n Kang
J Plasmold Inc.
Esna Park Dr. Unit #9-10
kham, Ontario L3R 1H3
905-477-73?8 ; Fax : 905-477-80??
ail: kevinkang@bellnet.ca

: jim liu [mailto:jm.liu@visionhardware.com]
: September 28, 2016 9:14 AM
kevinkang@bellnet.ca; 'jor alvin' <acuhardware1@hotmail.com>
Liang' <l.liang@visionhardware.com>; 'Joe' <jblackwell@visionhardware.com>; Thomas Ghizzone
zzone@visionhardware.com>; Allen Kirkland <Allen@visionhardware.com>
ect: RE: Reverse Dyad Operators

vin, Kevin,

Case 2:18-cv-06296-JKS-CLW     Document 307-6     Filed 03/31/25     Page 77 of 82
                                                    PageID: 3591
Case 2:18-cv-06296-JKS-CLW     Document 242-1     Filed 02/04/24     Page 28 of 31
                                   PageID: 2751

kevinkang@bellnet.ca

| | |
|---|---|
| **From:** | jor alvin <acuhardware1@hotmail.com> |
| **Sent:** | August 22, 2016 11:44 PM |
| **To:** | jim liu; kevinkang@bellnet.ca |
| **Cc:** | Allen Kirkland; 'Thomas Ghizzone'; Joe; 'L Liang |
| **Subject:** | 答复: Tie bar guide and keeper pictures |

*JIM-823*

Hi Kevin,
Would you ship the following items to Vision Hardware?
You may invoice them as before.
Please use our customer's UPS account for the shipment.
The items are as following:
Elite-03 L/R  4pcs each
TB-389A  4 pcs.
UPS account:264V8W

Thanks.
Best regards,

**Alvin Zhuo.**

**Acu Plasmold Inc.**
Add: 270 Esna Park Dr., Unit 10,
        Markham, Ontario, Canada L3R 1H3
Tel:905-477-7376 Fax:905-477-8055
Web-site:www.trusthardware.net

发件人: jim liu <jm.liu@visionhardware.com>
发送时间: 2016 年 8 月 18 日 11:43
收件人: 'jor alvin'
抄送: Allen Kirkland; 'Thomas Ghizzone'; Joe; 'L Liang'
主题: RE: Tie bar guide and keeper pictures

Alvin,

Sorry, our UPS account number is 264V8W

Thanks

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 78 of 82
PageID: 3592
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 29 of 31
PageID: 2752

|  | 400 |  | 0.22 | $88.00 |
| CS-04R | | 400 | 0.22 | $88.00 |
| FH-01 OW | 200 | o.K | 0.5 | $100.00 |
| FH-02 OW | 150 | 50 | 0.7 | $105.00 |
|  |  |  |  | $0.00 |
| LP-02 | 840 | | 0.13 | $109.20 |
| CS-09 | 1500 | | 0.16 | $240.00 |

Ship to Vision

FH-03A & B Metal 3 Pcs each 3

Sample.

FH-03A ow 3
FH-03B ow 3

Ship to:

by our Fed.

| CS-04 L B6 400 x 1 | 0.22 |
| CS-04 R B6 400 x 1 | 0.22 |
| FH-01 C-32 200 x 1 | 0.70 |
| FH-02 C-38 150 x 1 | 0.50 |
| LP-02 B6 840 x 1 | 0.13 |
| CS-09 1500 x 1 | 0.16 |

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 79 of 82
PageID: 3593
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 30 of 31
PageID: 2753

FROM :                    FAX NO. :                    2017. 4.11 16:41    P1

# 广东维迅实业有限公司

## 采购订单

电话：0750-85294909    传真：0757-85294970    地址：佛山市南海区松岗沥厦工业园A区标准厂房5号

供应商：江门市强的塑胶五金有限公司

供方电话：0750-6535385

供方传真：0750-6535389

订单编号：#12985CC

订单日期：2017-03-24

送货地址：佛山松岗买方工厂仓库

| 序号 | 订货名称 | 颜色 | 数量 | 单位 | 交货期 | 备注 |
|---|---|---|---|---|---|---|
| 1 | FB510成品 |  | 260.00000 | 个 | 2017-04-19 | Elite-05 |
| 2 | FB510-001成品 |  | 400.00000 | 个 | 2017-04-19 | Elite-05-3 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 合计： |  |  | 660.00000 |  |  |  |

特别说明：

订单数量有变更，以此为准

制单人：林耀强    审核人：    供方确认：

Case 2:18-cv-06296-JKS-CLW    Document 307-6    Filed 03/31/25    Page 80 of 82
PageID: 3594
Case 2:18-cv-06296-JKS-CLW    Document 242-1    Filed 02/04/24    Page 31 of 31
PageID: 2754

FROM :                          FAX NO. :              2017. 6. 5 10:38    P1

# 广东维迅实业有限公司

## 采购订单

电话: 0757 85231098    传真: 0757-85209R70    地址: 佛山市南海区松岗松夏工业区区氏族第5号

供应商: 江门市强的塑胶五金有限公司          订单编号: #13027CC
供方电话: 0750-6535385                    订单日期: 2017-05-25
供方传真: 0750-6535389                    送货地址: 佛山松岗买方工厂仓库

| 序号 | 存货名称 | 颜色 | 数量 | 单位 | 交货期 | *备注 |
|------|----------|------|------|------|--------|-------|
| 1 | T1680-L.003成品 | | 200.00000 | 个 | 2017-06-14 | CL-01 L |
| 2 | T1680-R.003成品 | | 200.00000 | 个 | 2017-06-14 | CL-01 R |
| 3 | T1685-86-L.003成品 | | 200.00000 | 个 | 2017-06-14 | CL-02 L |
| 4 | T1685-86-R.003成品 | | 200.00000 | 个 | 2017-06-14 | CL-02 R |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 合计: | | | 800.00000 | | | |

特别说明:

制单人: 林耀荣        审核人:                供方确认:

#1. 供方如无异议时，大约在收到认可后传真订单予德迅公司，及书面形式通知敝迅公司。
#2. 供方产品必须符合敝迅公司要求的质量、样板及所有相关要求。如误供方因质量问题引起整批退货，供方需赔偿相关损失。
#3. 供方必须按订单约定的交期交货，本然如违约不允许提前或延迟送货，如因交货延迟造成由此引起的损失。
#4. 供方送货时须提供送货单及原对应的订单号、存货编号、产品名称等数目必须与订单一致，否则拒收。

 

# Certification of Translation Accuracy

Translation of **Email** from **Chinese (Simplified)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

 

------------ Original message --------------------

**From:** "Qiang's Hardware Davie-Dai" <davie568@qq.com>;

**Sent time:** January 19, 2018 (Friday) at 4:12 PM

**To:** "Vision Enterprises Huang Dan" <huangnad@163.com>;

**Subject:** Re: vision order

Hi Miss Huang,

We are unable to produce the products on your order; in the future, if your company has such orders for pieces, bulk parts and sample plates, please do not send them to us again! In 2015, our company made a cooperation agreement with you, mainly to promote the casement series hardware (complete set of hardware). And in view of the order status of your company in the past two years, we decided to no longer accept those orders for pieces and bulk parts, etc. as mentioned above; regarding the follow-up of your order, it is necessary to renegotiate with our headquarters. In the future, our domestic business department will no longer interface with your company. If you have any questions about this, please inform your headquarters and ask your headquarters to contact ours directly!

------------ Original message --------------------

**From:** "Vision Enterprises Huang Dan" <huangnad@163.com>;

**Sent time:** January 19, 2018 (Friday) at 1:36 PM

**To:** "Qiang's Hardware Davie-Dai" <davie568@qq.com>; "Qiang's Mr.Zhuo" <acuhardware1@hotmail.com>;

**CC:** "lukevision" <l.liang@visionhardware.com>;

**Subject:** vision order

Hi Mr. Zhuo and Mr. Dai:

We have an order for HG-10" L&R (VIG corresponds to T1600-L&R) hinges left & right with 1680PCS for each, and we have placed the order to you today, please arrange the production as soon as possible and deliver the products on time, thank you!

American V.I.G.

Guangdong Vision Enterprises Co

Dan Huang 13926450108

Email: huangnad@163.com

TEL: 0757-85231098-832 FAX : 0757-85209870

Address: No. 5, Kaixuan Road, Songxia Industrial Park, Songgang, Shishan Town, Nanhai District, Foshan City

**Vision** #13175cc.pdf

285K

Order #22917-6921227