

Michael Cukor

**McGeary Cukor LLC**
150 Morristown Rd.
Suite 205
Bernardsville, New Jersey 07926
Direct: (973) 339-7367 Fax: (973) 200-4845
mcukor@mcgearycukor.com

April 7, 2025

Hon. Jamel K. Semper
Martin Luther King Jr. Courthouse
Courtroom: PO 03
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

    **RE:**      **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
               **Case No.:  2:18-cv-06296-JKS-CLW**

Dear Judge Semper:

Attached please find Plaintiff's Opposition to Defendants' Motions in Limine. We are required to file this as an attachment to a letter because ACU's motions are not shown on the docket .

Respectfully,

*[signature]*

Michael Cukor