ZAGER FUCHS, P.C.
Michael T. Warshaw, Atty.#: 005171976
119 Avenue at the Commons, Suite 4
Shrewsbury, New Jersey 07702
Phone: (732)747-3700
Fax: (732) 758-9068
Email: mwarshaw@zagerfuchs.com
*Attorneys for Defendant ACU Plasmold, Inc.* **LOCAL COUNSEL**

Edward W. Miller, Esq.
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (917) 770—9016
Email: edmillerlaw@gmail.com
Attorneys for *Defendant ACU Plasmold, Inc.,* **TRIAL COUNSEL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VISION INDUSTRIES GROUP, INC., <br><br> Plaintiff, <br><br> -- against -- <br><br> ACU PLASMOLD, INC., ABC COMPANIES 1-10 and XYZ CORPORATIONS 1-10, <br><br> Defendants | Case No. 2:18-cv-6296 (ES) (CLW) <br><br> **DEFENDANT ACU PLASMOLD, INC., MOTION TO STRIKE EXPERT DECLARATIONS OF MARK LANTERMAN, EXCLUDE LANTERMAN'S TESTIMONY, VACATE MAGISTRATE JUDGE CATHY WALDOR ORDER FOR SANCTIONS** (Doc 266), **AND TO DISMISS WITH PREJUDICE THE REMAINING ISSUES ON PLAINTIFF'S MOTIONS FOR SANCTIONS** (Doc 104; 124; 224). |

Pursuant to Federal Rule of Civil Procedure 26 and Federal Rule of, evidence 702, defendant ACU Plasma old, Inc. move for an order as follows:

1. Striking the Expert Declarations of Mark Lanterman (Doc 146-2; 156-1; 229-1; 259-1; 301 and 301-1), letters, emails, statements or other material that appears in the docket from Mr. Lanterman;

2. Excluding the testimony of Mr. Lanterman in this matter;

3. Vacating Magistrate Judge Cathy Waldor Order for Sanctions (doc 266); and

4. Dismissing with prejudice the remaining issues on Plaintiff's Motions for Sanctions (Doc 104; 124; 224), and any other sanction issues remaining against Defendant.

Defendant's Motion is based upon the attached Memorandum of Law and the Declaration(s) of Counsel.

Dated:   April 11, 2025                     __/s/ Michael T. Warshaw__


                                            __/s/ Edward W. Miller_____