# EXHIBIT 18

"If a 747 jetliner crashed every day, killing all 500 people aboard, there would be a national uproar over aviation safety and an all-out mobilization to fix the problem." However, "in the nation's hospitals...about the same number of people die on average every day from medical 'adverse events,' many of them preventable errors, such as infections or incorrect medications. Where's the outrage?" USA TODAY Editorial 11/19/10

this message contains information protected by attorney-client privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue having been sent by email. If you or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited.

---

**From:** Mike Pitkow <mpitkow@Springfieldpd.org>
**Sent:** Thursday, April 3, 2025 8:51 AM
**To:** Michael Warshaw <mwarshaw@zagerfuchs.com>
**Subject:** RE: Mark Lanterman

Good morning Mr. Warshaw,

As of today, I have not received Mr. Lanterman's personnel file and have had no further communication with him.

**Michael E. Pitkow** | Chief of Police
Springfield Township Police Department | Montgomery County
1510 Paper Mill Road | Wyndmoor, PA 19038
Phone: 215-836-1601 x1201 | Fax: 215-233-5018

 

**From:** Michael Warshaw <mwarshaw@zagerfuchs.com>
**Sent:** Thursday, April 3, 2025 8:39 AM
**To:** Mike Pitkow <mpitkow@Springfieldpd.org>
**Subject:** Mark Lanterman

You don't often get email from mwarshaw@zagerfuchs.com. Learn why this is important

> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Dear Chief Pitkow,

I am a lawyer in New Jersey, involved in a case with Mr. Lanterman as an expert witness. I understand that he was a former member of the Springfield Police Department. I also understand that he recently picked up his original personnel, sometime in February, on the pretext that he had a serious medical condition and wanted to show his family what he had done earlier in his career. I also understand that he has not yet returned the file to you, despite promises and representations that he would do so, and even that he had placed the file in the mail to you on March 1.

I have a hearing this morning at 10:00 am. I apologize for the late notice of this, but I hope that you are able to confirm that Mr. Lanterman's personnel file has not been returned as of today. Thank you for your time and consideration in this matter. It is greatly appreciated.

Michael T. Warshaw
119 Ave at the Commons
Suite 4
Shrewsbury, NJ 07702
732-747-3700(voice);
732-758-9068



Martindale-Hubbell facilitates secure online peer review surveys of lawyers across multiple jurisdictions and geographic locations. Reviewers are asked to assess their colleagues' general ethical standards and legal ability in a specific area of practice. A confidential threshold number of qualified responses is required to achieve a Martindale-Hubbell® Peer Review Ratings™. The Martindale-Hubbell® Peer Review Ratings™ appear in all formats of the Martindale-Hubbell Law Directory, in the online listings on martindale.com®, Lawyers.com℠, on the Martindale-Hubbell services, and on Martindale-Hubbell mobile `apps. A description of the selection methodology can be found at www.martindale.com/ratings-and-reviews/ . No aspect of this advertisement has been approved by the Supreme Court of New Jerse

websites:   http://www.zagerfuchs.com/
   http://www.thenjdisabilitylawyer.com/
   http://www.thenjinjurylawyers.com/

Member, NJAJ, NJSBA, ABA
Contributor: NJAJ PAC; NJAJ, Truth in Justice


"[W]hat many of those who oppose the use of juries in civil trials seem to ignore [is that t]he founders of our Nation considered the right of trial by jury in civil cases an important bulwark against tyranny and corruption, a safeguard too precious to be left to the whim of the sovereign, or, it might be added, to that of the judiciary." Chief Justice William Rehnquist Parklane Hosiery Co. v. Shore, 439 U.S. 322, 343 (1979)


"If a 747 jetliner crashed every day, killing all 500 people aboard, there
would be a national uproar over aviation safety and an all-out mobilization
to fix the problem." However, "in the nation's hospitals...about the same
number of people die on average every day from medical 'adverse events,'
many of them preventable errors, such as infections or incorrect
medications. Where's the outrage?" USA TODAY Editorial 11/19/10

this message contains information protected by attorney-client privilege. It is intended only for the use of the

individual named above and the privileges are not waived by virtue having been sent by email. If you or any other reader of the email is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited.