

Michael Cukor

**McGeary Cukor LLC**
150 Morristown Rd.
Suite 205
Bernardsville, New Jersey 07926
Direct: (973) 339-7367 Fax: (973) 200-4845
mcukor@mcgearycukor.com

April 11, 2025

Hon. Jamel K. Semper
Martin Luther King Jr. Courthouse
Courtroom: PO 03
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

**RE:** **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
**Case No.: 2:18-cv-06296-JKS-CLW**

Dear Judge Semper:

Below please find Plaintiff's Deposition Designations that Plaintiff intends to read in at trial. Pursuant to Section 6 (Stipulations Regarding Trial Procedure) of the Final Pretrial Order (DE 246) the designations were provided to counsel for ACU on March 24, 2025. Vision has not received any objections or counter designations.

## FOR WITNESS 1
## Kevin Kang

Pg 11. Ln. 5-7
Pg 32 Ln 4-17
Pg 51 Ln 13-15
Pg 52 Ln 5-17
Pg 70 Ln 22- Pg 73 Ln 2
Pg 95 Ln 15-24

## FOR WITNESS 2
## Wu Ling Ping

Pg 26. Ln. 6-12

## FOR WITNESS 3
## MARRY ELLEN EARP

Pg 5 Ln 20 – Pg 8 Ln 22
Pg 10 – Ln 22 – Pg 12 Ln 12
Pg 13 Ln 4 – 21

McGeary Cukor LLC                                                    Honorable Jamel K. Semper
                                                                              April 11, 2025
                                                                                      Page 2

Pg 21 Ln 18-21
Pg 30 Ln 5-20
Pg 31 Ln 15-19
Pg 33 Ln 22 – Pg 35 Ln 1
Pg 40 Ln 1-6
Pg 41 Ln 18-22
Pg 42 Ln 6-13
Pg 42 Ln 25 – Pg 43 Ln 7
Pg 46 Ln 1-13
Pg 47 Ln 14- Pg 48 Ln 16.

## FOR WITNESS 4
## John Quach

Pg 6. Ln. 10 Pg 7 Ln. 11
Pg 8 Ln 14-21
Pg 9 Ln 4-12
Pg 9 Ln 19-22
Pg 10 Ln 16 – Pg 11 Ln 5
Pg 13 Ln 8-25
Pg 16 Ln 15 – Pg 17 Ln 17
Pg 18 Ln 1-9
Pg 21 Ln 13-22
Pg 22 Ln 5 – Pg 23 Ln 15
Pg 24 Ln 8 – Pg 25 Ln 6
Pg 27 Ln 14 – Pg 28 Ln 18
Pg 29 Ln 18 – Pg 31 Ln 24
Pg 32 Ln 4 – Pg 33 Ln 25
Pg 34 Ln 1-9
Pg 35 Ln 21 – 25
Pg 43 Ln 15 – Pg 44 Ln 18
Pg 46 Ln 3-11
Pg 47 Ln 7-21
Pg 48 Ln 15-20
Pg 50 Ln 6- Pg 51 Ln 6
Pg 54 Ln 9-17
Pg 58 Ln 3-15
Pg 62 Ln 5-11
Pg 62 Ln 21-Pg 64 Ln 11
Pg 65 Ln 11 – Pg 70 Ln 15
Pg 73 Ln 8 – Pg 79 ln 20
Pg 82 Ln 2-8
Pg 83 Ln 19 – Pg 85 Ln 5

McGeary Cukor LLC

Honorable Jamel K. Semper
April 11, 2025
Page 3

Vision will provide the Court with hard copies of the relevant transcript excerpts.

                Respectfully,

                Michael Cukor