

Michael Cukor

**McGeary Cukor LLC**
150 Morristown Rd.
Suite 205
Bernardsville, New Jersey 07926
Direct: (973) 339-7367 Fax: (973) 200-4845
mcukor@mcgearycukor.com

April 14, 2025

Hon. Jamel K. Semper
Martin Luther King Jr. Courthouse
Courtroom: PO 03
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

      **RE:**     **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
                  **Case No.: 2:18-cv-06296-JKS-CLW**

Dear Judge Semper:

We represent Plaintiff, Vision Industries Group, Inc., and write with the consent of Defendants pursuant to Your Honor's Order regarding interpretation services. (DE 313).

Defendants request interpretation services the following witness:

    **Dai Lingiang (Ling Qiang Dai)**
    **Chinese Mandarin**

Plaintiff does not make any request for interpretation services.

                                                        Respectfully,

                                                        Michael Cukor