# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: **Hon. Jamel K. Semper**   Date: April 15, 2025

Deputy Clerk: Shea Smith

Court Reporter: Laurie Engemann

**Title of Case:**                Docket # **CV. 18-06296 JKS-CLW**

*Vision Industries Group, Inc. v. ACU Plamold, Inc.*

**Appearances:**
Michael Cukor, Esq, Evelyn Donegan, Esq. for the plaintiff.
Edward Miller, Esq, and Michael T. Washington for the defendant.

**Nature of Proceedings:**   In-person conference

Telephone Conference set for 4-21-25 at 3:00 p.m., and 4-25-25 at 11:00 a.m.
Two Mandarin Interpreter to be retained.
Trial exhibits and Mandarin translation to be submitted by 4-16-25.
Objections to counsel's witness lists to be submitted by 4-16-25.
Counsel to provide a list of remote witnesses by 4-16-25.
Counsel's opening statements shall be limited to 20 minutes.
Counsel's closing statements shall be limited to 40 minutes.
Finding of Facts and Conclusions of Law shall be limited to 40 pages in Word format and to be submitted within a week after the conclusion of trial.
Oral Argument on pending in limine motions to take place the first day of trial.

```
Time Commenced: 10:45 a.m.
Time Adjourned: 11:30 a.m.
Total Time:  45 Minutes
```

*Shea M. Smith, Courtroom Deputy*