

Michael Cukor

**McGeary Cukor LLC**
150 Morristown Rd.
Suite 205
Bernardsville, New Jersey 07926
Direct: (973) 339-7367 Fax: (973) 200-4845
mcukor@mcgearycukor.com

April 17, 2025

Hon. Jamel K. Semper
Martin Luther King Jr. Courthouse
Courtroom: PO 03
50 Walnut Street
Room 4040, Courtroom 4C
Newark, New Jersey 07101

RE:     **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
        Case No.:  2:18-cv-06296-JKS-CLW

Dear Judge Semper:

We represent Plaintiff, Vision Industries Group, Inc., and write pursuant to Your Honor's Order at the April 15 conference.

Attached please find the following updated exhibit files that now contain the certified translations: P4, P105, P106, P107, P108, P153, P167, P169, P170, P179, P225, P227, and P229.

All of these certified translations were provided to ACU on March 5, 2025.  ACU has not provided any written objections.

We are also sending a hard copy of the updated exhibits.

Respectfully,

Michael Cukor