Vision v ACU

P-107

l.liang@visionhardware.com

**From:** may <may@visionhardware.com> on behalf of may
**Sent:** Tuesday, January 23, 2018 4:14 AM
**To:** 黄聘
**Cc:** lukevision
**Subject:** 转发: 强的邮件6
**Attachments:** 维迅#13175cc.pdf

CONFIDENTIAL

发件人: 黄聘 [mailto:huangnad@163.com]
发送时间: 2018年1月23日星期二 8:58
收件人: may
抄送: lukevision
主题: 强的邮件6

美国 V.I.G.公司
广东维迅实业有限公司
黄聘 Dan Huang 13926450108
Email: huangnad@163.com
TEL: 0757-85231098-832  FAX: 0757-85209870
地址: 佛山市南海区狮山镇松岗松夏工业园凯旋路5号

发件人: 强的五金 Davie-戴
发送时间: 2018-01-19 16:12
收件人: 维迅实业黄聘
主题: 回复: vision 订单

你好，黄小姐

关于贵司的订单，我司生产不了；以后像这些散单、散件、样板类的请不要再发往我司了！15年我司与贵司制定合作协议，主要推广平开窗（casement）系列五金（整套五金），鉴于这两年贵司的订单情况，我司决定不再接受依上述所说那些散单、散件等；关于后期贵司订单问题，需要重新与我司总部商榷，以后国内业务这块将不再对接贵司业务，如有什么问题，请知会贵司总部，贵司总部与我司总部直接联系吧！

We won't supply any hardware for you. Please stop to send us any kind of orders, especially the non-full-carton orders, the orders less than MOQ and the sample orders.

*Translation*

1

VISION0000488

We made an agreement with you in 2015 to promote our system hardware for casement windows. But in view of all your orders in last two years, we have made above mentioned decision.
Please contact with our company HQ directly for all your new orders. We will not handle your business via our China branch.

---------- 原始邮件 ----------
**发件人:** "维迅实业黄聘";<huangnad@163.com>;
**发送时间:** 2018年1月19日(星期五) 中午1:36
**收件人:** "强的五金 Davie-戴" <davie568@qq.com>; "强的卓总" <acuhardware1@hotmail.com>;
**抄送:** "lukevision" <l.liang@visionhardware.com>;
**主题:** vision 订单

卓总，戴先生，您好：

我司现有 HG-10" L&R (VIG 对应型号为 T1600-L&R) 铰链左右各 1680PCS 订单，今天已正式下达订单给贵司，请尽快安排生产按期交货，谢谢！

美国 V.I.G.公司
广东维迅实业有限公司
黄聘 Dan Huang 13926450108
Email: huangnad@163.com
TEL: 0757-85231098-832  FAX: 0757-85209870
地址：佛山市南海区狮山镇松岗松夏工业园凯旋路5号

CONFIDENTIAL

2

VISION0000489

# 广东维迅实业有限公司
## 采购订单

电话：0757-85231098　传真：0757-85209870　地址：佛山市南海区松岗松夏工业区凯业路5号

供应商：江门市强的塑胶五金有限公司　　订单编号：#13175CC
供方电话：0750-6535385　　　　　　　　订单日期：2018-01-19
供方传真：0750-6535389　　　　　　　　送货地址：佛山松岗买方工厂仓库


P.O.
CONFIDENTIAL

| 序号 | 存货名称 | 颜色 | 数量 | 单位 | 含税单价 | 金额 | 交货期 | 备注 |
|---|---|---|---|---|---|---|---|---|
| 1 | T1600-L成品 |  | 1680.00000 | 个 | 7.0000 | 11760.00 | 2018-02-28 | HG-10L |
| 2 | T1600-R成品 |  | 1680.00000 | 个 | 7.0000 | 11760.00 | 2018-02-28 | HG-10R |
| 合计 |  |  | 3360.00000 |  |  | 23520.00 |  |  |

特别说明：公司无库存，此订单生产不了，请知悉。

制单人：林耀焱　　审核人：[签名] 2018.01.19 13:33:17+08'00'　　供方确认：



# Certificate of Accuracy

Lan He

Translator/Interpreter

Translated documents:
1.   Email sent from Davie of Qiangdi Hardware to Dan Huang of Vision Industries regarding the latter's order, dated 01/19/2018;
2.   Email sent from Dan Huang of Vision Industries to Qiangdi Hardware about an order, dated 01/19/2018;
3.   Purchasing Order #13175CC of Guangdong Vision Industries Co., Ltd., dated 01/19/2018.

As a translator for Day Translations, Inc., I, Lan He, declare that I am a bilingual translator who is thoroughly familiar with the English and Chinese languages. I have translated the attached document to the best of my knowledge from Chinese into English and the English text is an accurate and true translation of the original document presented to the best of my knowledge and belief.

Signed on February 28, 2025

_____

Lan He

*Professional Translator for Day Translations, Inc.*

    


477 Madison Ave., 6th Floor New York, NY 10017 | Toll Free: 1-800-969-6853  Fax: 1-800-856-2759
E-mail: contact@daytranslations.com | www.daytranslations.com


<u>l.liang@visionhardware.com</u>

| | |
|---|---|
| From: | May <may@visionhardware.com> on behalf of may |
| Sent: | Tuesday, January 23, 2018 4:14 AM |
| To: | Dan Huang |
| Cc: | lukevision |
| Subject: | Re: Qiangdi Email 6 |
| Attachments: | Vision Industries#13175cc.pdf |

[SEAL: CONFIDENTIAL]

| | |
|---|---|
| From: | Dan Huang |
| Sent: | Tuesday, January 23, 2018 8:58 |
| To: | may |
| Cc: | lukevision |
| Subject: | Qiangdi Email 6 |

V.I.G. Company of USA
Guangdong Vision Industries Co., Ltd.
Dan Huang 13926450108
Email: huangnad@163.com
TEL: 0757-85231098-832  FAX: 0757-85209870
Address: 5 Kaixuan Rd., Songxia Industrial Park,
Songgang, Shishan Township, Nanhai District,
Fosha City

From: Qiangdi Hardware Davie – Dai
Time: 01/19/2018 16:12
To: Vision Industries Dan Huang
Re: Re: Vision Order

Hi Miss Huang,

We won't supply any hardware for your orders. Please stop sending us any non-full-carton orders, the orders less than MOQ, and the sample orders.

[handwritten: Translation]

1

We made an agreement with you in 2015 to promote our system hardware for casement windows. But considering all of your orders in the last two years, we have made the above decision. Please contact our HQ directly for all your new orders. We will not handle your business via our China branch. If you have any questions, please inform your HQ, and let your HQ contact our HQ directly!


--------Original email---------
From: "Vision Industries Dan Huang";<huangnad@163.com>   [SEAL: CONFIDENTIAL]
Time: 01/19/2018 (Friday) 1:36 PM
To: "Qiangdi Hardware Davie – Dai"; "Qiangdi General Manager Mr. Zhuo" <acuhardware1@homail.com>;
CC: "lukevision"<l.liang@visionhardware.com>;
Re: Vision Order

Hello Mr. Zhuo and Mr. Dai,

    Our company currently has an order for 1680 PCS of HG-10" L&R (VIG corresponding model: T1600-L&R) hinges for both sides. Today, we have officially placed the order with your company. Please arrange production as soon as possible and deliver the goods on schedule. Thank you!

V.I.G. Company of USA
Guangdong Vision Industries Co., Ltd.
Dan Huang 13926450108
Email: huangnad@163.com
TEL: 0757-85231098-832 FAX: 0757-85209870
Address: 5 Kaixuan Rd., Songxia Industrial Park,
Songgang, Shishan Township, Nanhai District,
Fosha City

# Guangdong Vision Industries Co., Ltd.
# Purchasing Order

Tel: 0757 85231098    Fax: 0757 85209870    Address: 5 Kaixuan Rd., Songxia Industrial Park, Songgang, Shishan Township, Nanhai District, Fosha City

| Supplier: | Jiangmen Qiangdi Plastic and Hardware Co., Ltd. | Order Number: | #13175CC |
|---|---|---|---|
| Supplier's Phone No.: | 0750-6535385 | Date of Order: | 01/19/2018 |
| Supplier's Fax: | 0750-6535389 | Address for Delivery: | Buyer's Factory Warehouse, Songgang, Foshan |

[SEAL: CONFIDENTIAL]

| No. | Name of the Stock | Color | Quantity | Unit | Price per Unit (Including Tax) | Amount | Date of Delivery | *Note |
|---|---|---|---|---|---|---|---|---|
| 1 | T1600-L Finished Goods | | 1680.00000 | Piece | 7.0000 | 11760.00 | 02/28/2018 | HG-10L |
| 2 | T1600-R Finished Goods | | 1680.00000 | Piece | 7.0000 | 11760.00 | 02/28/2018 | HG-10R |
| Total: | | | 3360.00000 | | | 23520.00 | | |

Special Note: There is no stock for this product in our company, so we cannot produce for this order. Please be informed.

[Signature: illegible Dai]

Drafted by: Yaokui Lin    Reviewed by: Dan Huang  01/19/2018  13926450108    Confirmation of the Supplier:

[illegible]

VISION0000490