ZAGER FUCHS, P.C.
Michael T. Warshaw, Atty.#: 005171976
119 Avenue at the Commons, Suite 4
Shrewsbury, New Jersey 07702
Phone: (732)747-3700
Fax: (732) 758-9068
Email: mwarshaw@zagerfuchs.com
*Attorneys for Defendant ACU Plasmold, Inc.* **LOCAL COUNSEL**

Edward W. Miller, Esq.
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (917) 770—9016
Email: edmillerlaw@gmail.com
Attorneys for *Defendant ACU Plasmold, Inc.,* **TRIAL COUNSEL**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

VISION INDUSTRIES GROUP, INC.,

                Plaintiff,

-- against --

ACU PLASMOLD, INC., ABC COMPANIES 1-10 and XYZ CORPORATIONS 1-10,

                Defendants
_____

Case No. 2:18-cv-6296 (ES) (CLW)

**DEFENDANT'S NOTICE OF MOTION TO WITHDRAW ADMISSIONS**

      Pursuant to Federal Rule of Civil Procedure 36(b) defendant ACU Plasmold, Inc. moves for an order as follows:

1     Permitting defendant ACU Plasmold, Inc. to withdraw admissions, in order to permit the presentation of the merits of the within action, as it would not prejudice the requesting party (plaintiff) in maintaining its action on the merits.

Defendant's Motion is based upon the attached Memorandum of Law and any attached

Declaration(s) of Counsel and exhibits attached thereto.

Dated: April 21, 2025                                       /s/ *Michael T. Warshaw*

                                                            /s/ *Edward W. Miller*