ZAGER FUCHS, P.C.
Michael T. Warshaw, Atty.#: 005171976
119 Avenue at the Commons, Suite 4
Shrewsbury, New Jersey 07702
Phone: (732)747-3700
Fax: (732) 758-9068
Email: mwarshaw@zagerfuchs.com
*Attorneys for Defendant ACU Plasmold, Inc.* **LOCAL COUNSEL**

Edward W. Miller, Esq.
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (917) 770—9016
Email: edmillerlaw@gmail.com
Attorneys for *Defendant ACU Plasmold, Inc.,* **TRIAL COUNSEL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

VISION INDUSTRIES GROUP, INC.,

                Plaintiff,      Case No. 2:18-cv-6296 (ES) (CLW)

      -- against –

ACU PLASMOLD, INC., ABC      **DEFENDANT ACU PLASMOLD,**
COMPANIES 1-10 and XYZ      **INC.'S RESPONSE FIRST SET OF**
CORPORATIONS 1-10,             **REQUESTS FOR ADMISSIONS**

                Defendants

_____

TO:    Evelyn A. Donegan, Esq.
         Rubin, Kaplan & Associates
         200 Centennial Avenue
         Suite 110
         Piscataway, NJ 08854

## RESPONSE TO REQUEST FOR ADMISSIONS

1. ACU Hardware USA has sold casement products in the United States to customers other than I.W.C. after November 10, 2015.

   **DENIED**

2. ACU Hardware USA has sold casement products in the United States to customers other than I.W.C. after November 10, 2016.

   **DENIED**

3. ACU Hardware USA has sold casement products in the United States to customers other than I.W.C. after November 10, 2017.

   **DENIED**

4. ACU Hardware USA has sold casement products in the United States to customers other than I.W.C. after November 10, 2018.

   **DENIED**

5. ACU Hardware USA has sold casement products in the United States to customers other than I.W.C. after October 1, 2019.

   **DENIED**

6. ACU Hardware USA has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2015.

   **ADMITTED**

7. ACU Hardware USA has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2016.

   **ADMITTED**

8. ACU Hardware USA has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2017.

   **ADMITTED**

9. ACU Hardware USA has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2018.

   **ADMITTED**

10. ACU Hardware USA has sold non-casement products in the United States to customers other than I.W.C. after October 1, 2019.

    **ADMITTED**

11. ACU Plasmold has sold casement products in the United States to customers other than I.W.C. after November 10, 2015.

    **DENIED**

12. ACU Plasmold has sold casement products in the United States to customers other than I.W.C. after November 10, 2016.

    **DENIED**

13. ACU Plasmold has sold casement products in the United States to customers other than I.W.C. after November 10, 2017.

    **DENIED**

14. ACU Plasmold has sold casement products in the United States to customers other than I.W.C. after November 10, 2018.

    **DENIED**

15. ACU Plasmold has sold casement products in the United States to customers other than I.W.C. after October 1, 2019.

    **DENIED**

16. ACU Plasmold has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2015.

    **ADMITTED**

17. ACU Plasmold has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2016.

    **ADMITTED**

18. ACU Plasmold has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2017.

    **ADMITTED**

19. ACU Plasmold has sold non-casement products in the United States to customers other than I.W.C. after November 10, 2018.

    **ADMITTED**

20. ACU Plasmold has sold non-casement products in the United States to customers other than I.W.C. after October 1, 2019.

    **ADMITTED**

21. Alvin Zhou is the 70% owner of ACU Hardware USA.

    **ADMITTED**

22. John Quach is the 30% owner of ACU Hardware USA.

    **ADMITTED**

23. John Quach and Alvin Zhou were the only owners of ACU Hardware USA in November, 2015.

    **ADMITTED**

24. Alvin Zhuo is the 100% owner of ACU Plasmold's China factory.

    **ADMITTED**

25. Alvin Zhuo and Wu Ping Ling [wife] were the only owners of ACU Plasmold Canada, in November 2015.

    **ADMITTED**

26. Alvin Zhuo and Wu Ling Ping are the only owners of ACU Plasmold Canada.

    **ADMITTED**

27. Alvin Zhuo regular communicates in English via e-mail.

    **ADMITTED**

28. Alvin Zhuo regular communicates in person and by telephone in English.

    **ADMITTED**

29. After November 10, 2015, ACU Plasmold charged one of its customers a lower price than the priced charged to Vision Industries Group, Inc., for [hardware part] Elite 1 Right hand.

    **DENIED**

30. After November 10, 2015, ACU Plasmold charged one of its customers a lower price than the price charged to Vision Industries Group, Inc., for Elite 1 Left hand.

    **DENIED**

31. After November 10, 2015, ACU Plasmold charged one of its customers a lower price than the price charged to Vision Industries Group, Inc., for FH-.3BC-78.

    **DENIED**

32. ACU Plasmold Canada charged one of its customers a lower price than the priced charged to Vision Industries Group, Inc., for FH-03A C-78.

    **DENIED**

33. Delivery and freight charges for imports from China into Canada is approximately 14% of the FOB China cost.

    **DENIED**

34. ACU Plasmold's factory in China charged Vision Industries Group more than it charged other US customers for the same products purchased by Vision Industries Group.

    **DENIED**

35. ACU Plasmold's factory in China charged Vision Industries Group more than it charged customers in Canada for the same products purchased by Vision Industries Group.

    **DENIED**

36. ACU Plasmold sold casement products in 2015 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

37. ACU Plasmold sold casement products in 2016 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

**DENIED**

38. ACU Plasmold sold casement products in 2017 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

39. ACU Plasmold sold casement products in 2018 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

40. ACU Plasmold sold casement products in 2019 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

41. ACU Plasmold sold non-casement products in 2015 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

42. ACU Plasmold sold non-casement products in 2016 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

43. ACU Plasmold sold non-casement products in 2017to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

44. ACU Plasmold sold non-casement products in 2018 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**

45. ACU Plasmold sold non-casement products in 2019 to Mennie Canada at a price lower than the price charged to Vision Industries Group, Inc.

    **DENIED**


Edward W. Miller, Esq.
821 Franklin Ave., Suite 209
Garden City, NY 11530
Telephone: (917) 770—9016
Email: edmillerlaw@gmail.com
Attorneys for *Defendant ACU Plasmold, Inc.,* **TRIAL COUNSEL**


Dated: