

ABRAHAM J. ZAGER (1941-1999)
LAWRENCE M. FUCHS (1970-2020)
ANDREW W. KRANTZ
MICHAEL T. WARSHAW*
KEVIN I. ASADI
LYNN E. STAUFENBERG**
JASON L. WYATT♦

ARTHUR L. CHIANESE, OF COUNSEL
SUSAN L. GOLDRING, OF COUNSEL
ALBERT A. ZAGER, OF COUNSEL

*ADMITTED TO THE NEW YORK BAR
CERTIFIED AS ARBITRATOR AND MEDIATOR, R.1:40

**ADMITTED TO THE PENNSYLVANIA BAR
QUALIFIED FAMILY LAW MEDIATOR
REGISTERED GUARDIAN

♦ LL.M. IN TAXATION

April 23, 2025

Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. P.O & Courthouse
2 Federal Square
Courtroom PO 03
Newark, New Jersey 07101

    **Re:**    **Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
              **Case No.: 2:18-cv-06296 m**

Dear Judge Semper:

As you know, we represent the defendant in this matter. I have an in-person SSDI appeal in Newark on April 25, 2025 at 10:00 a.m. and request permission to not appear as local counsel so that my SSDI client is not prejudiced.

Thank you for your consideration in this matter.

Respectfully submitted,

s/ Michael T Warshaw
Michael T. Warshaw, Esq.
For the firm
Local Counsel for defendant, ACU

119 AVENUE AT THE COMMON ■ SUITE 4 ■ SHREWSBURY, NEW JERSEY 07702 ■ TELEPHONE 732.747.3700 ■ TELEFAX 732.758.9068
WWW.ZAGERFUCHS.COM ■ MWARSHAW@ZAGERFUCHS.COM
2025-4-23 ltr to Judge Semper re permission to not appear on 4-25-25.wpd