

ABRAHAM J. ZAGER (1941-1999)
LAWRENCE M. FUCHS (1970-2020)
ANDREW W. KRANTZ
MICHAEL T. WARSHAW*
KEVIN I. ASADI
LYNN E. STAUFENBERG**
JASON L. WYATT♦

ARTHUR L. CHIANESE, OF COUNSEL
SUSAN L. GOLDRING, OF COUNSEL
ALBERT A. ZAGER, OF COUNSEL

*ADMITTED TO THE NEW YORK BAR
CERTIFIED AS ARBITRATOR AND MEDIATOR, R.1:40

**ADMITTED TO THE PENNSYLVANIA BAR
QUALIFIED FAMILY LAW MEDIATOR
REGISTERED GUARDIAN

♦ LL.M. IN TAXATION

April 25, 2025

Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. P.O & Courthouse
2 Federal Square
Courtroom 3
Newark, New Jersey 07102

    **Re:**    Vision Industries Group, Inc. v. ACU Plasmold, Inc.
               Case No.: 2:18-cv-06296

Dear Judge Semper,

I am local counsel for ACU Plasmold, Inc., and Edward Miller, of the New York Bar, is trial counsel. Pursuant to Your Honor's direction, we enclose revised exhibit 324-2, Expert Report of Paul M. Ribaudo..

Thank you for your attention to this matter.

Respectfully submitted,

*/s/Michael T. Warshaw*
*/s/Edward Miller*

Hon. Jamel K. Semper, U.S.D.J.
October 2, 2024
Page 2

_____

I called your Courtroom Deputy, and left a voice mail at approximately 10:30 this morning. I have not heard back. My schedule is open for Monday, October 21, 2024, and for that whole week, except Friday, October 25. I have two matters listed that day, one in Freehold and one in Hackensack. I don't have Mr. Miller's schedule, but I have copied him on this letter to request that he provide me with it so I may let the Court know.

Thank you for your attention to this matter.

Respectfully,
/s/ Edward W. Miller
821 Franklin Ave. Suite 209
Garden City, New York   11530
(917) 770-9016
*Attorneys for Defendant ACU*


/s/ Michael T Warshaw
Michael T. Warshaw, Esq.
For the firm
Local Counsel for defendant, ACU

cc:     Counsel of Record