

ABRAHAM J. ZAGER (1941-1999)
LAWRENCE M. FUCHS (1970-2020)
ANDREW W. KRANTZ
MICHAEL T. WARSHAW*
KEVIN I. ASADI
LYNN E. STAUFENBERG**
JASON L. WYATT♦

ARTHUR L. CHIANESE, OF COUNSEL
SUSAN L. GOLDRING, OF COUNSEL
ALBERT A. ZAGER, OF COUNSEL

*ADMITTED TO THE NEW YORK BAR
CERTIFIED AS ARBITRATOR AND MEDIATOR, R.1:40

**ADMITTED TO THE PENNSYLVANIA BAR
QUALIFIED FAMILY LAW MEDIATOR
REGISTERED GUARDIAN

♦ LL.M. IN TAXATION

May 1, 2025

Hon. Jamel K. Semper, U.S.D.J.
Frank R. Lautenberg U.S. P.O & Courthouse
2 Federal Square
Courtroom 3
Newark, New Jersey 07102

**Re: Vision Industries Group, Inc. v. ACU Plasmold, Inc.
Case No.: 2:18-cv-06296**

Dear Judge Semper,

I am local counsel for ACU Plasmold, Inc., and Edward Miller, of the New York Bar, is trial counsel. The defendant will not need an interpreter in this case. The two (2) witnesses speak English and will be testifying live. No need for WeChat or Teams.

Thank you for your attention to this matter.

Respectfully,
/s/ Edward W. Miller
821 Franklin Ave. Suite 209
Garden City, New York   11530
(917) 770-9016
*Attorneys for Defendant ACU*


/s/ Michael T Warshaw
Michael T. Warshaw, Esq.
For the firm
Local Counsel for defendant, ACU

119 AVENUE AT THE COMMON ■ SUITE 4 ■ SHREWSBURY, NEW JERSEY 07702 ■ TELEPHONE 732.747.3700 ■ TELEFAX 732.758.9068
WWW.ZAGERFUCHS.COM ■ MWARSHAW@ZAGERFUCHS.COM
T:\MTW\cases\ACU PALUSMOLD - ZHUO, ALVIN - ED MILLER\PLEADINGS\TRIAL DOCS\Judge Semper re we do not need interpreter.wpd