# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

Judge: **Hon. Jamel K. Semper**  Date: May 6, 2025

Deputy Clerk: Shea Smith

Court Reporter: Tammera Witte

**Title of Case:**  Docket # **CV. 18-06296 JKS-CLW**

*Vision Industries Group, Inc. v. ACU Plamold, Inc.*

**Appearances:**
Michael Cukor, Esq, Evelyn Donegan, Esq. for the plaintiff.
Edward Miller, Esq, and Michael T. Warshaw, Esq, for the defendant.

**Nature of Proceedings:** Bench Trial Continued
Non-jury trial continued at 10:00 a.m.
Denise Prignano sworn for Plaintiff.
Glen Paesano sworn for Plaintiff.
Portions of the deposition of Mary Ellen Earp read into the record for Plaintiff.
Portions of the deposition of John Quach read into the record for Plaintiff.
Rebecca Fitzhugh (expert) affirmed for Plaintiff.
Lunch recess from 12:15 p.m. to 1:00 p.m.
Rebecca Fitzhugh resumed for Plaintiff.
Plaintiff rests.
Oral argument heard on defendant's motion to dismiss the complaint regarding stipulation of fact.
Ordered that defendant's application is denied.
Cole Popkin (expert) affirmed for Defendant.
Alvin Zhuo affirmed for Defendant.
Non-jury trial adjourned at 4:50 p.m., until Wednesday, May 7, 2025, at 10:00 a.m.

```
Time Commenced: 10:00 a.m.
Time Adjourned:  4:50 p.m.
Total Time:   6 hours 5 minutes
```

*Shea M. Smith, Courtroom Deputy*