**ORDER**



ABRAHAM J. ZAGER (1941-1999)
LAWRENCE M. FUCHS (1970-2020)
ANDREW W. KRANTZ
MICHAEL T. WARSHAW*
KEVIN I. ASADI
LYNN E. STAUFENBERG**
JASON L. WYATT♦

ARTHUR L. CHIANESE, OF COUNSEL
SUSAN L. GOLDRING, OF COUNSEL
ALBERT A. ZAGER, OF COUNSEL

*ADMITTED TO THE NEW YORK BAR
CERTIFIED AS ARBITRATOR AND MEDIATOR, R.1:40

**ADMITTED TO THE PENNSYLVANIA BAR
QUALIFIED FAMILY LAW MEDIATOR
REGISTERED GUARDIAN

♦ LL.M. IN TAXATION

May 23, 2025

Hon. Jamel K. Semper, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:   Vision Industries Group, Inc. v. ACU Plasmold, Inc.**
          **Case No.: 2:18-cv-06296**

Dear Judge Semper,

I am local counsel for ACU Plasmold, Inc., and Edward Miller, of the New York Bar, is trial counsel.  Enclosed for filing is a copy of defendant's Post-Trial and Brief, setting forth proposed findings of fact and legal argument (conclusions of law).  Defendant respectfully requests permission to file an additional seven (7) page summary to expand on the damages issues, addressed in Point Three of the Brief.

Thank you for your attention to this matter.

Respectfully,
/s/ Edward W. Miller
821 Franklin Ave. Suite 209
Garden City, New York   11530
(917) 770-9016
*Attorneys for Defendant ACU*

**Defendant's request to file an additional seven (7) page summary on the damages issues is DENIED.**

SO ORDERED.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

/s/ Michael T Warshaw
Michael T. Warshaw, Esq.
For the firm
Local Counsel for defendant, ACU

**Dated: May 30, 2025**

119 AVENUE AT THE COMMON  ■  SUITE 4  ■  SHREWSBURY, NEW JERSEY 07702  ■  TELEPHONE 732.747.3700  ■  TELEFAX 732.758.9068
WWW.ZAGERFUCHS.COM  ■  MWARSHAW@ZAGERFUCHS.COM
T:\MTW\cases\ACU PALUSMOLD - ZHUO, ALVIN - ED MILLER\POST TRIAL MATERIALS\POST TRIAL BRIEF\Judge Semper re forward post hearing brief for filing.wpd