**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VISION INDUSTRIES GROUP, INC., *Plaintiff*, v. ACU PLASMOLD, INC., *Defendant*. | Civil Action No. 18-6296 **ORDER** December 30, 2025 |

**SEMPER**, District Judge.

**THIS MATTER** is before the Court on Defendant ACU Plasmold, Inc.'s ("ACU") motion in limine at ECF 315 and ECF 316. For the following reasons, Defendant's motion is **DENIED**.

**WHEREAS** on August 21, 2024, Magistrate Judge Cathy Waldor issued an Opinion and Order (ECF 265, "Sanctions Order"; ECF 266, "Sanctions Opinion"; and together, the "Sanctions Opinion and Order") granting in part Plaintiff Vision Industries Group Inc.'s ("Vision") Motion for Sanctions (ECF 224); and

**WHEREAS** on September 6, 2024, ACU appealed the Sanctions Opinion and Order (ECF 269; ECF 271); and

**WHEREAS** on April 11, 2025, ACU moved in limine to (a) strike expert Mark Lanterman's declarations; (b) exclude Mr. Lanterman's testimony; (c) vacate the Sanctions Order; and (d) dismiss with prejudice the remaining issues on Plaintiff's motions for sanctions. (ECF 315, ECF 316, the "Lanterman MIL"); and

**WHEREAS** in an Opinion and Order dated May 7, 2025, this Court affirmed the Sanctions Opinion and Order (ECF 352, "Sanctions Appeal Opinion"; ECF 353, "Sanctions Appeal Order"); and

**WHEREAS** although further briefing on the Sanctions Order was not explicitly permitted by the Court, the Court addressed the Lanterman MIL in the Sanctions Appeal Opinion and rejected the arguments therein. (*See* Sanctions Appeal Opinion at 11-13); and

**WHEREAS** from May 5, 2025 to May 8, 2025, this Court held a bench trial for four days in this matter regarding Vision's claims for breach of contract and breach of the covenant of good faith and fair dealing against ACU (the "Trial"); and

**WHEREAS** the Court further addressed the Lanterman MIL at the Trial, finding the Lanterman MIL moot given that Mr. Lanterman would not testify at the Trial. (ECF 358, Trial Transcript, at 24:10-12); and

**WHEREAS** the Court terminated the Lanterman MIL on the record at Trial (*see id.*).

Accordingly, **IT IS** on this 30th day of December 2025,

**ORDERED** that the Lanterman MIL (ECF 315, ECF 316) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court is directed to terminate the motion at ECF 315.

**SO ORDERED**.

    */s/ Jamel K. Semper*
    **HON. JAMEL K. SEMPER**
    **United States District Judge**

Orig: Clerk
cc:   Cari Fais, U.S.M.J.
      Parties