Michael Cukor, Esq.
**McGeary Cukor LLC**
150 Morristown Road
Bernardsville, NJ 07924

Evelyn A. Donegan, Esq.
**Rubin, Kaplan and Associates**
20 Centennial Ave
Piscataway, NJ 08854
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| VISION INDUSTRIES GROUP, INC., | : | |
| Plaintiff, | : | |
| v, | : | Case No. **2:18-cv-06296** |
| ACU PLASMOLD, INC.,<br>and ABC COMPANIES 1-10,<br>and XYZ CORPORATIONS 1-10, | : | |
| Defendants. | : | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Pursuant to the Court's May 8, 2025 Order, and upon the accompanying memorandum of law, the Declarations of Michael Cukor and Evelyn Donegan with exhibits, and upon all prior pleadings and proceedings herein, Plaintiff Vision Industries Group, Inc., will move this Court before the Honorable Judge Jamel K. Semper, on a date and time to be determined by the Court for an Order pursuant to this Court's prior Orders awarding attorneys' fees and costs.  See ECF 265, 266, 352, and 353.

2

Dated: April 23, 2026

By: /Michael Cukor/s
Michael Cukor, Esq.
**McGeary Cukor LLC**
3104 E Camelback Rd, #1010
Phoenix AZ 85016-3402
mcukor@mcgearycukor.com

Attorneys for Plaintiff

2